**Fill in this information to identify your case:**

Debtor 1    **Floyd E. Squires, III**
         First Name    Middle Name    Last Name

Debtor 2    **Betty J. Squires**
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Bradford Floyd**
**819 Seventh St.**
**Eureka, CA 95501**

**What is the nature of the claim?**      $ **$125,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
           Value of security:    - $ _____
           Unsecured claim    $ _____

Contact

Contact phone

**2**

**Capital One**
**PO Box 60599**
**City of Industry, CA 91716-0599**

**What is the nature of the claim?**      $ **$9,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
           Value of security:    - $ _____

Contact

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 17-10828    Doc# 3    Filed: 11/08/17    Entered: 11/08/17 17:19:02    Page 1 of 7

| Debtor 1 | **Floyd E. Squires, III** | | |
|---|---|---|---|
| Debtor 2 | **Betty J. Squires** | Case number *(if known)* | |

Contact phone        Unsecured claim    $ _____

---

**3**

**Charles Ondricek**
**1702 H St.**
**Eureka, CA 95501**

**What is the nature of the claim?**    $ **$4,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**4**

**City of Eureka**
**531 K St.**
**Eureka, CA 95501**

**What is the nature of the claim?**    $ **$5,300.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**5**

**Colin Vance**
**PO Box 89**
**Eureka, CA 95501**

**What is the nature of the claim?**    $ **$6,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact
Contact phone

---

**6**

**County of Humboldt**
**825 5th St.**
**Eureka, CA 95501**

**What is the nature of the claim?**    $ **$4,400.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 17-10828    Doc# 3    Filed: 11/08/17    Entered: 11/08/17 17:19:02    Page 2 of 7

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact
Contact phone

---

**7**

**Hensell Materials, Inc.**
**PO Box 4925**
**Eureka, CA 95502-4825**

**What is the nature of the claim?** _____   $ **$3,100.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact
Contact phone

---

**8**

**Humboldt County Tax Collector**
**County Courthouse**
**825 Fifth St., Rm. 125**
**Eureka, CA 95501-1100**

**What is the nature of the claim?** _____   $ **$16,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact
Contact phone

---

**9**

**Humboldt Recology**
**949 W. Hawthorne**
**Eureka, CA 95501**

**What is the nature of the claim?** _____   $ **$15,600.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact
Contact phone

---

**10**

**Melanie Kuhnel**

**What is the nature of the claim?** _____   $ **$4,500.00**

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case: 17-10828   Doc# 3   Filed: 11/08/17   Entered: 11/08/17 17:19:02   Page 3 of 7

| Debtor 1 | **Floyd E. Squires, III** | |
|---|---|---|
| Debtor 2 | **Betty J. Squires** | Case number *(if known)* |

**1604 G St.**
**Eureka, CA 95501**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**11**

**National Funding**
**9820 Towne Centre Dr.**
**San Diego, CA 92121**

**What is the nature of the claim?** _____  $ **$19,200.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**12**

**Nelson Floor Co.**
**414 West Harris St.**
**Eureka, CA 95503**

**What is the nature of the claim?** _____  $ **$4,100.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact
Contact phone

---

**13**

**Pamela Sistrom**
**PO Box 7293**
**Eureka, CA 95502-5000**

**What is the nature of the claim?** _____  $ **$4,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case: 17-10828   Doc# 3   Filed: 11/08/17   Entered: 11/08/17 17:19:02   Page 4 of 7

Value of security: - $
Unsecured claim $

---

**14**

**PG&E**
**PO Box 9973000**
**Sacramento, CA 95899-7300**

What is the nature of the claim?                         $ **$6,100.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
   Value of security:                          - $
   Unsecured claim                             $

Contact
Contact phone

---

**15**

**Richard Chase**
**1615 G St.**
**Eureka, CA 95501**

What is the nature of the claim?                         $ **$6,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
   Value of security:                          - $
   Unsecured claim                             $

Contact
Contact phone

---

**16**

**Richard Daly**
**123 F St.**
**Eureka, CA 95501**

What is the nature of the claim?                         $ **$5,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $
   Value of security:                          - $
   Unsecured claim                             $

Contact
Contact phone

---

**17**

**Ron Kuhnel**
**1604 G St.**
**Eureka, CA 95501**

What is the nature of the claim?                         $ **$4,500.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
  None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 17-10828   Doc# 3   Filed: 11/08/17   Entered: 11/08/17 17:19:02   Page 5 of 7

| Debtor 1 | Floyd E. Squires, III |
|---|---|
| Debtor 2 | Betty J. Squires |

Case number *(if known)* _____

■

**Does the creditor have a lien on your property?**

  ■  No
  ☐  Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**18**

**Schmidbauer Lumber**
**839 W. Washington**
**Eureka, CA 95501**

**What is the nature of the claim?**    $ **$4,800.00**

**As of the date you file, the claim is:** Check all that apply
  ☐  Contingent
  ☐  Unliquidated
  ☐  Disputed
  ■  None of the above apply

**Does the creditor have a lien on your property?**

  ■  No
  ☐  Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**19**

**Shafer's Ace Hardware**
**2760 E St.**
**Eureka, CA 95501**

**What is the nature of the claim?**    $ **$6,000.00**

**As of the date you file, the claim is:** Check all that apply
  ☐  Contingent
  ☐  Unliquidated
  ☐  Disputed
  ■  None of the above apply

**Does the creditor have a lien on your property?**

  ■  No
  ☐  Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**20**

**Vern's Furniture**
**515 G St.**
**Eureka, CA 95501**

**What is the nature of the claim?**    $ **$3,000.00**

**As of the date you file, the claim is:** Check all that apply
  ☐  Contingent
  ☐  Unliquidated
  ☐  Disputed
  ■  None of the above apply

**Does the creditor have a lien on your property?**

  ■  No
  ☐  Yes. Total claim (secured and unsecured)    $ _____
        Value of security:    - $ _____
        Unsecured claim    $ _____

Contact _____
Contact phone _____

---

| Part 2: | **Sign Below** |
|---|---|

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 17-10828    Doc# 3    Filed: 11/08/17    Entered: 11/08/17 17:19:02    Page 6 of 7

| Debtor 1 | **Floyd E. Squires, III** | | |
|---|---|---|---|
| Debtor 2 | **Betty J. Squires** | Case number *(if known)* | |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Floyd E. Squires, III**  
**Floyd E. Squires, III**  
Signature of Debtor 1

X **/s/ Betty J. Squires**  
**Betty J. Squires**  
Signature of Debtor 2

Date **November 8, 2017**

Date **November 8, 2017**

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 7

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 17-10828    Doc# 3    Filed: 11/08/17    Entered: 11/08/17 17:19:02    Page 7 of 7