

David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

The following constitutes the order of the court.
Signed November 23, 2017

Attorneys for Debtors

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 17-10828 WJL |
| FLOYD E. SQUIRES, III and BETTY J. SQUIRES, | CHAPTER 11 |
|     Debtors.        / | ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF AFFAIRS |

    Floyd E. Squires, III and Betty J. Squires's Ex Parte Motion For Order Extending Time having been read and considered and good cause appearing,

    IT IS HEREBY ORDERED that the time for Debtors to file their Schedules and Statement of Affairs is continued to December 1, 2017.

***END OF ORDER***

SERICE LIST

No service required