

The following constitutes the order of the court.
Signed December 5, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

In re                                   )
                                        )   Case No. 17-10828
Floyd E. Squires III,                   )
                                        )
                                        )   Chapter 11
                                        )
            Debtor.                     )
_____

### MEMORANDUM REGARDING NOTICE OF MOTION TO USE CASH COLLATERAL

On November 30, 2017, Debtor filed a *Motion to Use Cash Collateral* (doc. 20). On the same day, Debtor filed a *Notice of Hearing (Preliminary) on Motion* ("the Notice") (doc. 21) for a hearing set on December 8, 2017 at 10:00 a.m. It does not appear to the Court that the twenty largest unsecured creditors were given notice of the hearing pursuant to Federal Rule of Bankruptcy Procedure 4001(b)(1)(C) nor has such a list been filed in the case pursuant to FRBP 1007(d).

Debtor should either 1) be prepared at the hearing to explain this or 2) act swiftly to serve such creditors.

*END OF MEMO*

**Court Service List**