

The following constitutes the order of the court.
Signed December 6, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re                              )
                                   )    Case No. 17-10828
Floyd E. Squires III,              )
                                   )
                                   )    Chapter 11
                                   )
            Debtor.                )
_____

### AMENDED MEMORANDUM REGARDING NOTICE OF MOTION TO USE CASH COLLATERAL

On November 30, 2017, Debtor filed a *Motion to Use Cash Collateral* (doc. 20). On the same day, Debtor filed a *Notice of Hearing (Preliminary) on Motion* ("the Notice") (doc. 21) for a hearing set on December 8, 2017 at 10:00 a.m. It does not appear to the Court that the twenty largest unsecured creditors were given notice of the hearing pursuant to Federal Rule of Bankruptcy Procedure 4001(b)(1)(C).

Debtor should either 1) be prepared at the hearing to explain this or 2) act swiftly to serve such creditors.

*END OF MEMO*

**Court Service List**