David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

FLOYD E. SQUIRES, III and
BETTY J. SQUIRES,

    Debtors.    /

CASE No. 17-10828 WJL

CHAPTER 11

MOTION FOR ORDER EXCUSING
TURNOVER BY CUSTODIAN
[11 U.S.C. §523(d)]
Date:   December 21, 2017
Time:   10:00 a.m.
Place:  99 South E St.
         Santa Rosa, CA

    Floyd E. Squires, III and Betty J. Squires, Debtors herein, hereby move the above entitled Court for an Order Excusing Turnover by a Custodian, Jeff Smith, Health and Safety Receiver, appointed by the Superior Court, County of Humboldt.

    Said Motion is made on the grounds that the interests of creditors and equity security holders are better served with the continuation of the services of the receiver pursuant to the terms of appointment.

    Said Motion is made and based hereon, on the Declarations of Floyd Squires and Jeff Smith, and on the Memorandum of Points and Authorities filed herewith.

Dated:   12/14/17                 DAVID N. CHANDLER, p.c.

                                      By: */s/David N. Chandler*
                                      David N. Chandler
                                      Attorneys for Debtors