David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 17-10828 WJL |
| FLOYD E. SQUIRES, III and BETTY J. SQUIRES, | CHAPTER 11 |
| Debtors.                    / | EX PARTE MOTION FOR ORDER EXTENDING TIME TO FILE REVISED CASH COLLATERAL BUDGET |

    Floyd Squires and Betty Squires, Debtors herein, hereby move the above entitled Court for an Order Extending the Time to File Cash Collateral Budget and represent:

    1.  The Motion for interim use of cash collateral was heard in Eureka on December 8, 2017.  The Court authorized interim use of cash collateral on specific terms.  The Court also directed meet and confer on the budget to be proposed between counsel for Adams, the OUST and Debtors and, further that the revised budget be filed by December 14, 2017 and further hearing on December 21, 2017 in Santa Rosa.

    2.  Debtor prepared revised budgets which were sent to counsel for Adams and to OUST.  A conference was held by telephone on December 13, 2017 between Jared Day, Larry Kluck and David N. Chandler with Floyd Squires participating.

-1-

3. Budget line items were discussed as well as pre-petition defaults to secured creditors as alleged by Mr. Kluck on December 8, 2017.

4. Some budgetary considerations were agreed upon such as regular payments on the mortgages, utilities, insurance, maintenance, and repairs. Other budgetary items were discussed and agreement, per se, could not be reached but Mr. Kluck agreed that he would not object if included. Rather than address administrative costs as line items, what was discussed and not subject to objection was a fixed percentage of the rents collected, an owner's draw, and a monthly payment to Adams.

5. Mr. Squires agreed to promptly revise the budget consistent with the items discussed and agreed upon and to include the items to which Mr. Kluck *would not object*. Mr. Day concurred that the agreed line items would be acceptable, although the OUST had not opposed use of cash collateral.

6. Mr. Squires was required to travel to Stanford Hospital for medical tests apparently not available in Eureka on December 13, 2017 and was unavailable to counsel for the entire day of December 14, 2017. Counsel did not learn of Mr. Squires unavailability until mid afternoon, December 14, 2017.

7. It is not known when Mr. Squires will be available to finalize revisions to the budget, however, counsel is confident that by Monday, December 18, 2017, the revised budget containing the agreed and tacitly agreed terms can be filed and disseminated.

WHEREFORE, it is respectfully submitted that time for filing and serving the revised budget containing the meet and confer terms

be extended to and including December 18, 2017 and for such other and further relief as the Court deems proper.

Dated: December 14, 2017    DAVID N. CHANDLER, p.c.


By: */s/David N. Chandler*
David N. Chandler
Attorneys for Debtors