

1  David N. Chandler, Sr. SBN 60780
   David N. Chandler, Jr. SBN 235427
2  DAVID N. CHANDLER, p.c.
   1747 Fourth Street
3  Santa Rosa, CA  95404
   Telephone: (707) 528-4331     The following constitutes the order of the court.
4                                Signed December 15, 2017
   Attorneys for Debtors

   _____
   William J. Lafferty, III
   U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE No. 17-10828 WJL |
|---|---|
| FLOYD E. SQUIRES, III and BETTY J. SQUIRES, | CHAPTER 11 |
| Debtors. / | EX PARTE ORDER EXTENDING TIME TO FILE REVISED CASH COLLATERAL BUDGET |

Cause appearing from the Ex Parte Motion of the Debtors for an Order Extending Time to File Revised Cash Collateral Budget and from the Declaration of David N. Chandler,

IT IS HEREBY ORDERED as follows:

1.  That time for filing the revised cash collateral budgets as contemplated in the order made in open Court on December 8, 2017 is extended to and including December 18, 2017.

2.  In the event that the revised budget can be prepared and reviewed prior to December 18, 2017, it shall be promptly filed and served on parties in interest.

***END OF ORDER***

Court Service list

(None)