David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE:                               CASE No. 17-10828 WJL

FLOYD E. SQUIRES, III and            CHAPTER 11
BETTY J. SQUIRES,

_____Debtors._____/       REVISED CASH COLLATERAL BUDGET
                                     Date:   December 21, 2017
                                     Time:   10:00 a.m.
                                     Place:  99 S. E Street
                                             Santa Rosa, CA 95404


    Attached hereto as Exhibit F is the Revised Cash Collateral

Budget submitted by Debtor pursuant to order of this Court made

December 8, 2017 and following meet and confer as directed.

Dated: 12/15/17                      DAVID N. CHANDLER, p.c.


                                     By: /s/David N. Chandler
                                     David N. Chandler
                                     Attorneys for Debtors

Projected Expenses On Each Property for December 2017

| Property | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Eviction Costs | Office Supplies | Admin Costs |
|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $754.11 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | |
| 59 Ole Hanson | $0.00 | $0.00 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 117-119 5th Street | $0.00 | $882.77 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 205 Fourth Street | $0.00 | $103.50 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 204 W Hawthorne | $1,068.00 | $140.00 | $211.00 | $0.00 | | $0.00 | $10.00 | |
| 1211-219 Fifth Street | $2,700.00 | $1,089.36 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 216 Third | $780.00 | $0.00 | $150.00 | $0.00 | | $0.00 | $10.00 | |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | |
| 225 Wabash | $1,890.00 | $150.00 | $150.00 | $106.00 | | $0.00 | $10.00 | |
| 241 Wabash | $1,780.00 | $0.00 | $159.50 | $0.00 | | $0.00 | $10.00 | $10,800.00 |
| 415 C Street/202 Third | $0.00 | $149.93 | $100.00 | $160.00 | | $0.00 | $10.00 | |
| 607 Summer Street | $1,600.00 | $390.00 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 609 Summer Street | $0.00 | $561.78 | $75.00 | $0.00 | | $550.00 | $10.00 | |
| 705 15th Street | $746.65 | $210.00 | $100.00 | $0.00 | | $550.00 | $10.00 | |
| 1333 H Street | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | | $550.00 | $10.00 | |
| 1805 H & 811-817 H St. | $1,000.00 | $160.00 | $55.00 | $0.00 | | $550.00 | $10.00 | |
| 1233 A Street | $1,050.12 | $430.34 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 1410 Union | $569.58 | $0.00 | Inc. Mortgage | $0.00 | | $0.00 | $10.00 | |
| 1429 Sunny Ave | $460.00 | $130.00 | $150.00 | $0.00 | | $0.00 | $10.00 | |
| 1606 Koster | $0.00 | $400.00 | $50.00 | $106.00 | | $0.00 | $10.00 | |
| 1625 G/1623 G Street | $1,010.00 | $750.00 | $105.00 | $0.00 | | $0.00 | $10.00 | |
| 1635 G Street | $1,282.12 | Inc. on 1625 | Inc. Mortgage | $0.00 | | $0.00 | $10.00 | |
| 1637 Third Street | $960.00 | $240.00 | $70.00 | $0.00 | | $550.00 | $10.00 | |
| 1648 Nedra | $0.00 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | |
| 1803 C Street | $0.00 | $290.00 | $75.00 | $0.00 | | $550.00 | $10.00 | |
| 1925 H Street | $0.00 | $0.00 | $210.00 | $0.00 | | $0.00 | $10.00 | |
| 2235 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | |
| 2245 Broadway | $1,000.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | |
| 2325 Second Street | $975.00 | $174.72 | $30.00 | $0.00 | | $0.00 | $10.00 | |
| 2409 Lindstrom | $397.00 | $0.00 | $70.00 | $0.00 | | $0.00 | $10.00 | |
| 2445 Russ Street | $558.87 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | |
| 2535 L Street | $0.00 | $0.00 | $225.00 | $0.00 | | $0.00 | $10.00 | |
| 2941 CA; 2969 CA St. | $2,800.00 | $920.00 | $98.00 | $0.00 | | $550.00 | $10.00 | |
| 2927 California Street | $0.00 | $0.00 | $180.00 | $0.00 | | $0.00 | $10.00 | |
| 3079 McKinleyville | $3,300.00 | $400.00 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| | $29,846.45 | $8,642.52 | $3,013.50 | $372.00 | $1,500.00 | $3,300.00 | $350.00 | $10,800.00 |

EXHIBIT: F

## Projected Expenses On Each Property for December 2017

| Property | Maint. Labor | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 59 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 117-119 5th Street | $3,100.00 | $1,000.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $30.00 | $0.00 |
| 205 Fourth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 204 W Hawthorne | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 211-219 Fifth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 216 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 218-220 | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 225 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $5,000.00 |
| 241 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 315 C Street/202 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 607 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 609 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 705 15th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | $0.00 |
| 333 H Street | $800.00 | $200.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | $0.00 |
| 805 H & 811-817 H St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1233 A Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | $0.00 |
| 1410 Union | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 429 Sunny Ave | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1606 Koster | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1625 G/1623 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1635 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | $0.00 |
| 1637 Third Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1648 Nedra | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1803 C Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1925 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2235 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2245 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2325 Second Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 2409 Lindstrom | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2445 Russ Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 4535 L Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 941 CA; 2969 CA St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | $0.00 |
| 2927 California Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 3079 McKinleyville | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| | $3,900.00 | $1,200.00 | $875.00 | $350.00 | $875.00 | $810.00 | $700.00 | $360.00 | $5,000.00 |

Projected Expenses On Each Property for January 2018

| Property | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Office Supplies | Admin Costs |
|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $754.11 | $0.00 | $50.00 | $0.00 | $0.00 | $10.00 | |
| 59 Ole Hanson | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $10.00 | |
| 117-119 5th Street | $0.00 | $882.77 | $100.00 | $0.00 | $0.00 | $10.00 | |
| 205 Fourth Street | $0.00 | $103.50 | $211.00 | $0.00 | $0.00 | $10.00 | |
| 204 W Hawthorne | $1,068.00 | $140.00 | $100.00 | $0.00 | $0.00 | $10.00 | |
| 211-219 Fifth Street | $2,700.00 | $1,089.36 | $100.00 | $0.00 | $0.00 | $10.00 | |
| 216 Third | $780.00 | $0.00 | $150.00 | $0.00 | $0.00 | $10.00 | |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |
| 225 Wabash | $1,890.00 | $150.00 | $150.00 | $106.00 | $0.00 | $10.00 | $10,800.00 |
| 241 Wabash | $1,780.00 | $0.00 | $159.50 | $0.00 | $0.00 | $10.00 | |
| 315 C Street/202 Third | $0.00 | $149.93 | $100.00 | $160.00 | $0.00 | $10.00 | |
| 607 Summer Street | $1,600.00 | $390.00 | $100.00 | $0.00 | $0.00 | $10.00 | |
| 609 Summer Street | $0.00 | $561.78 | $75.00 | $0.00 | $0.00 | $10.00 | |
| 705 15th Street | $746.65 | $210.00 | $100.00 | $0.00 | $0.00 | $10.00 | |
| 833 H Street | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | $0.00 | $10.00 | |
| 805 H & 811-817 H St. | $1,000.00 | $160.00 | $55.00 | $0.00 | $0.00 | $10.00 | |
| 1233 A Street | $1,050.12 | $430.34 | $100.00 | $0.00 | $0.00 | $10.00 | |
| 1410 Union | $569.58 | $0.00 | Inc. Mortgage | $0.00 | $0.00 | $10.00 | |
| 1429 Sunny Ave | $460.00 | $130.00 | $150.00 | $0.00 | $0.00 | $10.00 | |
| 1606 Koster | $0.00 | $400.00 | $50.00 | $106.00 | $0.00 | $10.00 | |
| 1625 G/1623 G Street | $1,010.00 | $750.00 | $105.00 | $0.00 | $0.00 | $10.00 | |
| 1635 G Street | $1,282.12 | Inc. on 1625 | Inc. Mortgage | $0.00 | $0.00 | $10.00 | |
| 1637 Third Street | $960.00 | $240.00 | $70.00 | $0.00 | $0.00 | $10.00 | |
| 1648 Nedra | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $10.00 | |
| 1803 C Street | $0.00 | $290.00 | $75.00 | $0.00 | $0.00 | $10.00 | |
| 1925 H Street | $0.00 | $0.00 | $210.00 | $0.00 | $0.00 | $10.00 | |
| 2235 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |
| 2245 Broadway | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | |
| 2325 Second Street | $975.00 | $174.72 | $30.00 | $0.00 | $0.00 | $10.00 | |
| 2409 Lindstrom | $397.00 | $0.00 | $70.00 | $0.00 | $0.00 | $10.00 | |
| 2445 Russ Street | $558.87 | $0.00 | $50.00 | $0.00 | $0.00 | $10.00 | |
| 2535 L Street | $0.00 | $0.00 | $225.00 | $0.00 | $0.00 | $10.00 | |
| 2941 CA; 2969 CA St. | $2,800.00 | $920.00 | $98.00 | $0.00 | $0.00 | $10.00 | |
| 2927 California Street | $0.00 | $0.00 | $180.00 | $0.00 | $0.00 | $10.00 | |
| 3079 McKinleyville | $3,300.00 | $400.00 | $100.00 | $0.00 | $0.00 | $10.00 | |
| | $29,846.45 | $8,642.52 | $3,013.50 | $372.00 | $1,500.00 | $350.00 | $10,800.00 |

Projected Expenses On Each Property for January 2018

| Property | Maint. Labor | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 59 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 117-119 5th Street | $2,100.00 | $1,000.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $30.00 | |
| 205 Fourth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 204 W Hawthorne | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 211-219 Fifth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 216 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 218-220 | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 225 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 241 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 315 C Street/202 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 607 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 609 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 705 15th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | |
| 833 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | |
| 805 H & 811-817 H St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 1233 A Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | |
| 1410 Union | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 429 Sunny Ave | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1606 Koster | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 1625 G/1623 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1635 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | |
| 1637 Third Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1648 Nedra | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 1803 C Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1925 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2235 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2245 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2325 Second Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 2409 Lindstrom | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2445 Russ Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2535 L Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2941 CA; 2969 CA St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | |
| 2927 California Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 3079 McKinleyville | $1,800.00 | $200.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| | $3,900.00 | $1,200.00 | $875.00 | $350.00 | $875.00 | $810.00 | $700.00 | $360.00 | $5,000.00 |

Projected Expenses On Each Property for February 2018

| Property | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Admin Costs | Office Supplies |
|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $754.11 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 59 Ole Hanson | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 117-119 5th Street | $0.00 | $882.77 | $100.00 | $0.00 | | | $10.00 |
| 205 Fourth Street | $0.00 | $103.50 | $100.00 | $0.00 | | | $10.00 |
| 204 W Hawthorne | $1,068.00 | $140.00 | $211.00 | $0.00 | | | $10.00 |
| 211-219 Fifth Street | $2,700.00 | $1,089.36 | $100.00 | $0.00 | | $10,800.00 | $10.00 |
| 216 Third | $780.00 | $0.00 | $150.00 | $0.00 | | | $10.00 |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 225 Wabash | $1,890.00 | $150.00 | $150.00 | $106.00 | | | $10.00 |
| 241 Wabash | $1,780.00 | $0.00 | $159.50 | $0.00 | | | $10.00 |
| 315 C Street/202 Third | $0.00 | $149.93 | $100.00 | $160.00 | | | $10.00 |
| 607 Summer Street | $1,600.00 | $390.00 | $100.00 | $0.00 | | | $10.00 |
| 609 Summer Street | $0.00 | $561.78 | $75.00 | $0.00 | | | $10.00 |
| 705 15th Street | $746.65 | $210.00 | $100.00 | $0.00 | | | $10.00 |
| 833 H Street | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | | | $10.00 |
| 805 H & 811-817 H St. | $1,000.00 | $160.00 | $55.00 | $0.00 | | | $10.00 |
| 1233 A Street | $1,050.12 | $430.34 | $100.00 | $0.00 | | | $10.00 |
| 1410 Union | $569.58 | $0.00 | Inc. Mortgage | $0.00 | | | $10.00 |
| 1429 Sunny Ave | $460.00 | $130.00 | $150.00 | $0.00 | | | $10.00 |
| 1606 Koster | $0.00 | $400.00 | $50.00 | $106.00 | | | $10.00 |
| 1625 G/1623 G Street | $1,010.00 | $750.00 | $105.00 | $0.00 | | | $10.00 |
| 1635 G Street | $1,282.12 | Inc. on 1625 | Inc. Mortgage | $0.00 | | | $10.00 |
| 1637 Third Street | $960.00 | $240.00 | $70.00 | $0.00 | | | $10.00 |
| 1648 Nedra | $0.00 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 1803 C Street | $0.00 | $290.00 | $75.00 | $0.00 | | | $10.00 |
| 1925 H Street | $0.00 | $0.00 | $210.00 | $0.00 | | | $10.00 |
| 2235 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 2245 Broadway | $1,000.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 2325 Second Street | $975.00 | $174.72 | $30.00 | $0.00 | | | $10.00 |
| 2409 Lindstrom | $397.00 | $0.00 | $70.00 | $0.00 | | | $10.00 |
| 2445 Russ Street | $558.87 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 2535 L Street | $0.00 | $0.00 | $225.00 | $0.00 | | | $10.00 |
| 2941 CA: 2969 CA St. | $2,800.00 | $920.00 | $98.00 | $0.00 | | | $10.00 |
| 2927 California Street | $0.00 | $0.00 | $180.00 | $0.00 | | | $10.00 |
| 3079 McKinleyville | $3,300.00 | $400.00 | $100.00 | $0.00 | | | $10.00 |
| | $29,846.45 | $8,642.52 | $3,013.50 | $372.00 | $1,500.00 | $10,800.00 | $350.00 |

Projected Expenses On Each Property for February 2018

| Property | Maint. Labor | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 59 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 117-119 5th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $30.00 | $0.00 |
| 205 Fourth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 204 W Hawthorne | $0.00 | $200.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 211-219 Fifth Street | $1,800.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 216 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 218-220 | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 225 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $5,000.00 |
| 241 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 315 C Street/202 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 607 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 609 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 705 15th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | $0.00 |
| 833 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | $0.00 |
| 805 H & 811-817 H St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1233 A Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | $0.00 |
| 1410 Union | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 429 Sunny Ave | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1606 Koster | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1625 G/1623 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1635 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | $0.00 |
| 1637 Third Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1648 Nedra | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1803 C Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1925 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2235 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2245 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2325 Second Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 2409 Lindstrom | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2445 Russ Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2535 L Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2941 CA: 2969 CA St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | $0.00 |
| 2927 California Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 3079 McKinleyville | $2,100.00 | $1,000.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| | $3,900.00 | $1,200.00 | $875.00 | $350.00 | $875.00 | $810.00 | $700.00 | $360.00 | $5,000.00 |