

**The following constitutes the order of the court.
Signed December 19, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re                                  )
                                       )   Case No. 17-10828
Floyd and Betty Squires,               )
                                       )
                                       )   Chapter 11
                                       )
            Debtor.                    )
_____)

### MEMORANDUM REGARDING REVISED CASH COLLATERAL BUDGET

On December 15, 2017, Debtor filed a *Revised Cash Collateral Budget* ("the Budget") (doc. 48). It is difficult for the Court to evaluate a budget that contains only expense items and no information concerning income or revenue. Debtor is directed to supplement the Budget with revenue/income information. The supplement should be filed with the Court on or before the end of business on December 20, 2017.

Additionally, there is a hearing scheduled in this case for December 21, 2017 at 10:00 a.m. At the hearing, Debtor should be prepared to discuss specifics regarding the budget entries "Admin Costs" and "Owner Draw."

*END OF MEMO*

**Court Service List**

Case: 17-10828    Doc# 50    Filed: 12/19/17    Entered: 12/19/17 15:08:49    Page 2 of 2