```
David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 17-10828 WJL |
| FLOYD E. SQUIRES, III and BETTY J. SQUIRES, | CHAPTER 11 |
| Debtors.                      / | SUPPLEMENTAL DECLARATION OF FLOYD SQUIRES IN RESPONSE TO MEMORANDUM REGARDING REVISED BUDGET |
| | Date:  December 21, 2017
Time:  10:00 a.m.
Place: 99 S. E Street
       Santa Rosa, CA 95404 |

I, Floyd Squires, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. Exhibit D hereto, attached to my initial Declaration in support of Motion for Use of Cash Collateral, as Exhibit D, is a true and correct list of the scheduled income from the subject properties.

3. I was directed through counsel to revise the proposed budget to not reflect the taxes and to refine some other specific line items after meeting and conferring with Larry Kluck, counsel for Adams, and Jared Day, trial attorney for the U.S. Trustee.

4. Mr. Chandler arranged a telephone conference with Mr.

Kluck, Mr. Day and with me. In the conference, it was discussed that a revised budget would be submitted containing specified agreed line items for each property. We agreed that line items for payments to secured creditors should be included.

5. During the conference, Mr. Chandler attempted to obtain consensus regarding expenses of administrating the rentals, i.e., collection of rents, responses to tenants, interfacing with the receiver, and such matters. The discussion was not progressing towards agreement. Mr. Chandler then suggested a management fee.

6. Aware of Mr. Kluck's background as a real estate broker, he was asked what a standard management fee percentage would be in Eureka. Mr. Kluck responded that the standard is 15% but that he would not pay that much. Then he was asked if we could get someone to manage these 27 properties at 15%. Mr. Kluck responded that it would cost much more than that due to the nature of the properties and the socio-ecomomics of the tenants. Mr. Chandler then suggested that perhaps 15% was reasonable, Mr. Kluck agreed that it was and that he would agree not to disagree on the point.

7. The initial proposed revised budget contained certain necessary expenses of the owners on a line item basis. My wife and I expend the majority of our time working on tenant and property issues. Discussion of line items was not leading to anything productive, so Mr. Chandler suggested a flat monthly draw to enable the Debtors to maintain their health insurance, utilities, vehicles and insurance expenses. Mr. Chandler floated a figure for a draw to cover those expenses and Mr. Kluck again responded that he would agree not to disagree concerning the draw.

8. Mr. Day contributed his opinions and suggestions during the conference and concurred that by grouping the line items we got as close to consensus as was possible.

9. Attached hereto as Exhibit F is the Revised Cash Collateral Budget which is a budget of the expenses that we would like to pay with the income as set forth in Exhibit D.

10. The secured creditors will each be paid each month on their secured claims as depicted in Exhibit F.

11. Mr. Kluck did not agree to the payment of $1,500.00 per month set forth in the budget. Mr. Chandler proposed the $1,500 payment and asked for a counter proposal by way of monthly payment. Mr. Kluck stated that his client insisted on payment of the entire sum of $158,000 by Friday, December 22, 2017.

Executed under penalty of perjury this 20th day of December, 2017 at Eureka, California.

                                                                    */s/Floyd Squires*
                                                                    Floyd Squires, Debtor

| | |
|---|---|
| 609 Sumer Street, Eureka<br>APN 001-042-12 | $2,350 |
| 119 W 6th St; 607 Sumer Street, Eureka<br>APN 001-042-13 | $3,050 |
| 202 3rd St., Eureka<br>APN 001-066-001 | $600 |
| 216 3rd St., Eureka<br>APN 001-066-022 | -0- |
| 205 4th St.; 317 C St., 325 C St., Eureka<br>APN 001-066-007 | $1,000 |
| 117-119 4th St., Eu;reka<br>APN 001-071-004 | $1,900 |
| 211-219 5th St., Eureka<br>APN 001-103-004 | $2,985 |
| 1637 3rd St., Eureka<br>APN 002-063-003 | $3,575 |
| 2325 2nd St., Eureka<br>APN 002-123-004 | $1,850 |
| 1410 Union St., Eureka<br>APN 004-33-003 | $750 |
| 1233 A St., Eureka<br>APN 004-112-008 | $4,370 |
| 241 Wabash Ave., Eureka<br>APN 004-196-07 | $1,250 |
| 1803 C St., Eureka<br>APN 004-203-001 | $2,350 |
| 833 H St., Eureka<br>APN 005-012-005 | $6,425 |
| 705 15th St., Eureka<br>APN 005-042-008 | $1,525 |
| 1623 G St. 1625 G St., Eureka<br>APN 005-053-006 | $6,300 |
| 1635 G St., Eureka<br>APN 005-053-007 | -0- |



EXHIBIT D

| | |
|---|---|
| 1925 H St., Eureka<br>APN 005-075-009 | $950 |
| 1429 Sunny Ave., Eureka<br>APN 006-191-015 | $1,675 |
| 2245 Broadway, Eureka<br>APN 008-001-007 | -0- |
| 2235 Broadway, Eureka<br>APN 008-001-010 | -0- |
| 204 W. Hawthorne St., Eureka<br>APN 009-122-005 | $1,950 |
| 2941 California St.; 2969 California St., Eureka<br>APN 010-061-010 | $15,800 |
| 2927 California St., Eureka<br>APN 010-061-011 | Incl. in above |
| 2535 L St., Eureka<br>APN 011-153-005 | $1,250 |
| 2445 Russ St., Eureka<br>APN 013-171-010 | $1,250 |

Projected Expenses On Each Property for December 2017

| Property | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Eviction Costs | Office Supplies | Admin Costs |
|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $754.11 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | |
| 59 Ole Hanson | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | |
| 117-119 5th Street | $0.00 | $882.77 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 205 Fourth Street | $0.00 | $103.50 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 204 W Hawthorne | $1,068.00 | $140.00 | $211.00 | $0.00 | | $0.00 | $10.00 | |
| 211-219 Fifth Street | $2,700.00 | $1,089.36 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 216 Third | $780.00 | $0.00 | $150.00 | $0.00 | | $0.00 | $10.00 | |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | |
| 225 Wabash | $1,890.00 | $150.00 | $150.00 | $106.00 | | $0.00 | $10.00 | $10,800.00 |
| 241 Wabash | $1,780.00 | $0.00 | $159.50 | $0.00 | | $0.00 | $10.00 | |
| 315 C Street/202 Third | $0.00 | $149.93 | $100.00 | $160.00 | | $0.00 | $10.00 | |
| 607 Summer Street | $1,600.00 | $390.00 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 609 Summer Street | $0.00 | $561.78 | $75.00 | $0.00 | | $550.00 | $10.00 | |
| 705 15th Street | $746.65 | $210.00 | $100.00 | $0.00 | | $550.00 | $10.00 | |
| 833 H Street | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | | $550.00 | $10.00 | |
| 805 H & 811-817 H St. | $1,000.00 | $160.00 | $55.00 | $0.00 | | $0.00 | $10.00 | |
| 1233 A Street | $1,050.12 | $430.34 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| 1410 Union | $569.58 | $0.00 | Inc. Mortgage | $0.00 | | $0.00 | $10.00 | |
| 1429 Sunny Ave | $460.00 | $130.00 | $150.00 | $0.00 | | $0.00 | $10.00 | |
| 1606 Koster | $0.00 | $400.00 | $50.00 | $106.00 | | $0.00 | $10.00 | |
| 1625 G/1623 G Street | $1,010.00 | $750.00 | $105.00 | $0.00 | | $0.00 | $10.00 | |
| 1635 G Street | $1,282.12 | Inc. on 1625 | Inc. Mortgage | $0.00 | | $0.00 | $10.00 | |
| 1637 Third Street | $960.00 | $240.00 | $70.00 | $0.00 | | $550.00 | $10.00 | |
| 1648 Nedra | $0.00 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | |
| 1803 C Street | $0.00 | $290.00 | $75.00 | $0.00 | | $550.00 | $10.00 | |
| 1925 H Street | $0.00 | $0.00 | $210.00 | $0.00 | | $0.00 | $10.00 | |
| 2235 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | |
| 2245 Broadway | $1,000.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | |
| 2325 Second Street | $975.00 | $174.72 | $30.00 | $0.00 | | $0.00 | $10.00 | |
| 2409 Lindstrom | $397.00 | $0.00 | $70.00 | $0.00 | | $0.00 | $10.00 | |
| 2445 Russ Street | $558.87 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | |
| 2535 L Street | $0.00 | $0.00 | $225.00 | $0.00 | | $0.00 | $10.00 | |
| 2941 CA; 2969 CA St. | $2,800.00 | $920.00 | $98.00 | $0.00 | | $550.00 | $10.00 | |
| 2927 California Street | $0.00 | $0.00 | $180.00 | $0.00 | | $0.00 | $10.00 | |
| 3079 McKinleyville | $3,300.00 | $400.00 | $100.00 | $0.00 | | $0.00 | $10.00 | |
| | $29,846.45 | $8,642.52 | $3,013.50 | $372.00 | $1,500.00 | $3,300.00 | $350.00 | $10,800.00 |

EXHIBIT "F"

Case: 17-10828    Doc# 52    Filed: 12/20/17    Entered: 12/20/17 13:43:54    Page 6 of 11

Projected Expenses On Each Property for December 2017

| Property | Maint. Labor | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 59 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 117-119 5th Street | $3,100.00 | $1,000.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 205 Fourth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $30.00 | $0.00 |
| 204 W Hawthorne | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 211-219 Fifth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 216 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 218-220 | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 225 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 241 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $5,000.00 |
| 315 C Street/202 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 607 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 609 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 705 15th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 833 H Street | $800.00 | $200.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | $0.00 |
| 805 H & 811-817 H St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | $0.00 |
| 1233 A Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1410 Union | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | $0.00 |
| 1429 Sunny Ave | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1606 Koster | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1625 G/1623 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1635 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1637 Third Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | $0.00 |
| 1648 Nedra | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1803 C Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1925 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 2235 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2245 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2325 Second Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 2409 Lindstrom | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2445 Russ Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2535 L Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2941 CA; 2969 CA St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $0.00 | $0.00 |
| 2927 California Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $25.00 | $0.00 |
| 3079 McKinleyville | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| | $3,900.00 | $1,200.00 | $875.00 | $350.00 | $875.00 | $810.00 | $700.00 | $360.00 | $5,000.00 |

Case: 17-10828 Doc# 52 Filed: 12/20/17 Entered: 12/20/17 13:43:54 Page 7 of 11

Projected Expenses On Each Property for January 2018

| Property | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Office Supplies | Admin Costs |
|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $754.11 | $0.00 | $50.00 | $0.00 | | | |
| 59 Ole Hanson | $0.00 | $0.00 | $0.00 | $0.00 | | $10.00 | |
| 117-119 5th Street | $0.00 | $882.77 | $100.00 | $0.00 | | $10.00 | |
| 205 Fourth Street | $0.00 | $103.50 | $100.00 | $0.00 | | $10.00 | |
| 204 W Hawthorne | $1,068.00 | $140.00 | $211.00 | $0.00 | | $10.00 | |
| 211-219 Fifth Street | $2,700.00 | $1,089.36 | $100.00 | $0.00 | | $10.00 | |
| 216 Third | $780.00 | $0.00 | $150.00 | $0.00 | | $10.00 | |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | | $10.00 | |
| 225 Wabash | $1,890.00 | $150.00 | $150.00 | $106.00 | | $10.00 | $10,800.00 |
| 241 Wabash | $1,780.00 | $0.00 | $159.50 | $0.00 | | $10.00 | |
| 315 C Street/202 Third | $0.00 | $149.93 | $100.00 | $160.00 | | $10.00 | |
| 607 Summer Street | $1,600.00 | $390.00 | $100.00 | $0.00 | | $10.00 | |
| 609 Summer Street | $0.00 | $561.78 | $75.00 | $0.00 | | $10.00 | |
| 705 15th Street | $746.65 | $210.00 | $100.00 | $0.00 | | $10.00 | |
| 833 H Street | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | | $10.00 | |
| 805 H & 811-817 H St. | $1,000.00 | $160.00 | $55.00 | $0.00 | | $10.00 | |
| 1233 A Street | $1,050.12 | $430.34 | $100.00 | $0.00 | | $10.00 | |
| 1410 Union | $569.58 | $0.00 | Inc. Mortgage | $0.00 | | $10.00 | |
| 1429 Sunny Ave | $460.00 | $130.00 | $150.00 | $0.00 | | $10.00 | |
| 1606 Koster | $0.00 | $400.00 | $50.00 | $106.00 | | $10.00 | |
| 1625 G/1623 G Street | $1,010.00 | $750.00 | $105.00 | $0.00 | | $10.00 | |
| 1635 G Street | $1,282.12 | Inc. on 1625 | Inc. Mortgage | $0.00 | | $10.00 | |
| 1637 Third Street | $960.00 | $240.00 | $70.00 | $0.00 | | $10.00 | |
| 1648 Nedra | $0.00 | $0.00 | $50.00 | $0.00 | | $10.00 | |
| 1803 C Street | $0.00 | $290.00 | $75.00 | $0.00 | | $10.00 | |
| 1925 H Street | $0.00 | $0.00 | $210.00 | $0.00 | | $10.00 | |
| 2235 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | | $10.00 | |
| 2245 Broadway | $1,000.00 | $0.00 | $0.00 | $0.00 | | $10.00 | |
| 2325 Second Street | $975.00 | $174.72 | $30.00 | $0.00 | | $10.00 | |
| 2409 Lindstrom | $397.00 | $0.00 | $70.00 | $0.00 | | $10.00 | |
| 2445 Russ Street | $558.87 | $0.00 | $50.00 | $0.00 | | $10.00 | |
| 2535 L Street | $0.00 | $0.00 | $225.00 | $0.00 | | $10.00 | |
| 2941 CA; 2969 CA St. | $2,800.00 | $920.00 | $98.00 | $0.00 | | $10.00 | |
| 2927 California Street | $0.00 | $0.00 | $180.00 | $0.00 | | $10.00 | |
| 3079 McKinleyville | $3,300.00 | $400.00 | $100.00 | $0.00 | | $10.00 | |
| | $29,846.45 | $8,642.52 | $3,013.50 | $372.00 | $1,500.00 | $350.00 | $10,800.00 |

Projected Expenses On Each Property for January 2018

| Property | Maint. Labor | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 59 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 117-119 5th Street | $2,100.00 | $1,000.00 | | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 205 Fourth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $0.00 | |
| 204 W Hawthorne | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 211-219 Fifth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 216 Third | $0.00 | $0.00 | | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 218-220 | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 225 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 241 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 315 C Street/202 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 607 Sumner Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 609 Sumner Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 705 15th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | |
| 833 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | |
| 805 H & 811-817 H St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 1233 A Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | |
| 1410 Union | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 1429 Sunny Ave | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1606 Koster | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 1625 G/1623 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1635 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | |
| 1637 Third Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1648 Nedra | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 1803 C Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 1925 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2235 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2245 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2325 Second Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | |
| 2409 Lindstrom | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2445 Russ Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2535 L Street | $0.00 | $0.00 | | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 2941 CA; 2969 CA St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | |
| 2927 California Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| 3079 McKinleyville | $1,800.00 | $200.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | |
| | $3,900.00 | $1,200.00 | $875.00 | $350.00 | $875.00 | $810.00 | $700.00 | $360.00 | $5,000.00 |

Case: 17-10828　Doc# 52　Filed: 12/20/17　Entered: 12/20/17 13:43:54　Page 9 of 11

Projected Expenses On Each Property for February 2018

| Property | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Admin Costs | Office Supplies |
|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $754.11 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 59 Ole Hanson | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 117-119 5th Street | $0.00 | $882.77 | | $0.00 | | | $10.00 |
| 205 Fourth Street | $0.00 | $103.50 | $100.00 | $0.00 | | | $10.00 |
| 204 W Hawthorne | $1,068.00 | $140.00 | $100.00 | $0.00 | | | $10.00 |
| 211-219 Fifth Street | $2,700.00 | $1,089.36 | $211.00 | $0.00 | | | $10.00 |
| 216 Third | $780.00 | $0.00 | $100.00 | $0.00 | | $10,800.00 | $10.00 |
| 218-220 | $0.00 | $0.00 | $150.00 | $0.00 | | | $10.00 |
| 225 Wabash | $1,890.00 | $150.00 | $0.00 | $0.00 | | | $10.00 |
| 241 Wabash | $1,780.00 | $0.00 | $150.00 | $106.00 | | | $10.00 |
| 315 C Street/202 Third | $0.00 | $149.93 | $159.50 | $0.00 | | | $10.00 |
| 607 Summer Street | $1,600.00 | $390.00 | $100.00 | $160.00 | | | $10.00 |
| 609 Summer Street | $0.00 | $561.78 | $100.00 | $0.00 | | | $10.00 |
| 705 15th Street | $746.65 | $210.00 | $75.00 | $0.00 | | | $10.00 |
| 833 H Street | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | | | $10.00 |
| 805 H & 811-817 H St. | $1,000.00 | $160.00 | $55.00 | $0.00 | | | $10.00 |
| 1233 A Street | $1,050.12 | $430.34 | $100.00 | $0.00 | | | $10.00 |
| 1410 Union | $569.58 | $0.00 | Inc. Mortgage | $0.00 | | | $10.00 |
| 1429 Sunny Ave | $460.00 | $130.00 | $150.00 | $0.00 | | | $10.00 |
| 1606 Koster | $0.00 | $400.00 | $50.00 | $106.00 | | | $10.00 |
| 1625 G/1623 G Street | $1,010.00 | $750.00 | $105.00 | $0.00 | | | $10.00 |
| 1635 G Street | $1,282.12 | Inc. on 1625 | Inc. Mortgage | | | | $10.00 |
| 1637 Third Street | $960.00 | $240.00 | $70.00 | $0.00 | | | $10.00 |
| 1648 Nedra | $0.00 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 1803 C Street | $0.00 | $290.00 | $75.00 | $0.00 | | | $10.00 |
| 1925 H Street | $0.00 | $0.00 | $210.00 | $0.00 | | | $10.00 |
| 2235 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 2245 Broadway | $1,000.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 2325 Second Street | $975.00 | $174.72 | $30.00 | $0.00 | | | $10.00 |
| 2409 Lindstrom | $397.00 | $0.00 | $70.00 | $0.00 | | | $10.00 |
| 2445 Russ Street | $558.87 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 2535 L Street | $0.00 | $0.00 | $225.00 | $0.00 | | | $10.00 |
| 2941 CA; 2969 CA St. | $2,800.00 | $920.00 | $98.00 | $0.00 | | | $10.00 |
| 2927 California Street | $0.00 | $0.00 | $180.00 | $0.00 | | | $10.00 |
| 3079 McKinleyville | $3,300.00 | $400.00 | $100.00 | $0.00 | | | $10.00 |
| | $29,846.45 | $8,642.52 | $3,013.50 | $372.00 | $1,500.00 | $10,800.00 | $350.00 |

Case: 17-10828    Doc# 52    Filed: 12/20/17    Entered: 12/20/17 13:43:54    Page 10 of 11

Projected Expenses On Each Property for February 2018

| Property | Maint. Labor | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 59 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 117-119 5th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 205 Fourth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $0.00 | $0.00 |
| 204 W Hawthorne | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 211-219 Fifth Street | $1,800.00 | $200.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 216 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 218-220 | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 225 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 241 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $5,000.00 |
| 315 C Street/202 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 607 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 609 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 705 15th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 833 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | $0.00 |
| 805 H & 811-817 H St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | $0.00 |
| 1233 A Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1410 Union | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | $0.00 |
| 1429 Sunny Ave | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1606 Koster | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1625 G/1623 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1635 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1637 Third Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | $0.00 |
| 1648 Nedra | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 1803 C Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 1925 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 2235 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2245 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2325 Second Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2409 Lindstrom | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 |
| 2445 Russ Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2535 L Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 2941 CA; 2969 CA St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | $0.00 |
| 2927 California Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| 3079 McKinleyville | $2,100.00 | $1,000.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 |
| | $3,900.00 | $1,200.00 | $875.00 | $350.00 | $875.00 | $810.00 | $700.00 | $360.00 | $5,000.00 |

Case: 17-10828  Doc# 52  Filed: 12/20/17  Entered: 12/20/17 13:43:54  Page 11 of 11