

**The following constitutes the order of the court.
Signed December 28, 2017**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re ) | Case No. 17-10828 WJL |
| ) | Chapter 11 |
| Floyd E. Squires, III and ) | Date: Thursday, January 4, 2018 |
| Betty J. Squires, ) | Time: 9:00 a.m. |
| Debtors. ) | |

**MEMORANDUM SETTING STATUS CONFERENCE
ON MOTION TO APPOINT CHAPTER 11 TRUSTEE**

On December 26, the City of Eureka filed in this case a Motion to Appoint Chapter 11 Trustee (the "Motion") (Docket No. 56) and voluminous documents in support thereof (Docket Nos. 57-64). The Motion is currently set for hearing on February 1, 2018 at 9:00 a.m., the regular (February) monthly hearing date for all matters originating in McKinleyville. Mindful of the length and complexity of the Motion and supporting pleadings, and mindful also of counsel for the Debtors' statement at the conclusion of the last hearings in this case (December 21) that he intended to take discovery in connection with any motion to appoint chapter 11

trustee filed herein, the court wishes promptly to address issues relating to the process of bringing the Motion on for hearing. Therefore, pursuant to the powers set forth in 11 U.S.C. Section 105(d)(1), the court hereby sets a Status Conference to discuss these issues for **Thursday, January 4, 2018** at **9:00 a.m.**, the time regularly set for hearings on matters originating in McKinleyville. The court hereby directs counsel for the City of Eureka, the Debtors, and the Office of the United States Trustee to appear at this Status Conference, and invites the participation of any other parties in interest in this case, including, but not limited to, counsel for California Receivership Group, PBC.

The court will conduct the January 4 calendar from its courtroom in Oakland, with counsel and parties in McKinleyville appearing via video-conference from the McKinleyville courtroom. Counsel may appear at the Status Conference (a) via attendance in Oakland, California, (b) via attendance in McKinleyville, California and video-conference with the courtroom in Oakland, or (c) via teleconference, via the court-approved process and provider.

Parties appearing at the Status Conference will not be required to, but may, file Status Conference Statements, or any other pleadings that they believe would assist the court in addressing issues relating to the process for bringing the Motion on for hearing. Any such Status Conference Statements or other materials should be filed and served (for immediate delivery) no later than noon on **Wednesday, January 3, 2018.**

Happy New Year to all.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Cyndy Day-Wilson
City Attorney, Eureka
531 K Street
Eureka, CA 95551

Gilbert R. Yabes
ALDRIDGE PITE, LLP
4375 Jutland Drive, Ste 200
P.O. Box 17933
San Diego, CA 92177-0933

Andrew F. Adams, Esq.
California Receivership Group, PBC
2716 Ocean Park Blvd., Ste 3010
Santa Monica, CA 90405

Theren S. Covey, Esq.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Bankruptcy Department
6409 Congress Ave., Ste 100
Boca Raton, FL 33487

JaVonne M. Phillips, Esq.
Kelly M. Raftery
MCCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, CA 92101

Valerie Smith
PRA RECEIVABLES MANAGEMENT, LLC
P.O. Box 41021
Norfolk, VA 23541

Kelly M. Raftery, Esq.
MCCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, CA 92101

Floyd E. Squires, III
Betty J. Squires
219 Fifth Street
Eureka, CA 95501