**Entered on Docket**
**January 03, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the court.
Signed January 2, 2018**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 17-10828 |
| Floyd and Betty Squires, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## MEMORANDUM REGARDING LETTER TO THE JUDGE FILED BY THE CITY OF EUREKA

On December 29, 2017, State Court Counsel for the City of Eureka filed a *Letter to the Judge* ("the Letter") (doc. 69). The Court considers the Letter for informational purposes only. Courts respond to motions, and the Letter is not a legally cognizable means of raising an issue for determination by the Court. However, the issue addressed in the Letter, among others, will be discussed at the status conference set for January 4, 2018 at 9:00 a.m.

**\*END OF MEMO\***

**Court Service List**

Curtis R. Wright
3350 Shelby Street, Suite 250
Ontario, CA 91764