

David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

The following constitutes the order of the court.
Signed January 4, 2018

Attorneys for Debtors

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                CASE No. 17-10828 WJL

FLOYD E. SQUIRES, III and             CHAPTER 11
BETTY J. SQUIRES,
                                      ORDER AUTHORIZING FURTHER
     Debtors.              /          INTERIM USE OF CASH COLLATERAL

The above captioned matter having come on for further hearing before the above entitled Court on December 21, 2017 on the Motion of the Debtors for Order Authorizing Interim Use of Cash Collateral, David N. Chandler appearing for the Debtors, Andrew Adams appearing for California Receivership Group and Mark S. Adams, Cyndy Day-Wilson appearaing for the City of Eureka, and Jared Day appearing for the U.S. Trustee, and the matter having been argued and submitted, and cause appearing,

IT IS HEREBY ORDERED as follows:

1.   That the Debtors are authorized to use cash collateral on an interim basis through February 1, 2018 pursuant to the Cash Collateral Budget, Exhibit G hereto.

2.   That further hearing on the Motion for Interim Use Of Cash Collateral is continued to February 1, 2018 to be heard at 9:00 a.m., McKinleyville, California.

***END OF ORDER***

Projected Income & Expenses On Each Property for December 2017

| Property | Income | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Eviction Costs | Office Sup. | Admin Costs | Maint. Labor |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $754.11 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 59 Ole Hanson | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 72 Orick | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 117-119 5th Street | $1,900.00 | $0.00 | $882.77 | $100.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 205 Fourth Street | $1,000.00 | $0.00 | $103.50 | $100.00 | $0.00 | | $0.00 | $10.00 | | $3,100.00 |
| 204 W Hawthorne | $1,950.00 | $1,068.00 | $140.00 | $211.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 211-219 Fifth Street | $1,985.00 | $2,700.00 | $1,089.36 | $100.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 216 Third | $0.00 | $780.00 | $0.00 | $150.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 225 Wabash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 241 Wabash | $0.00 | $1,890.00 | $150.00 | $150.00 | $106.00 | | $0.00 | $10.00 | | $0.00 |
| 315 C Street/202 Third | $1,275.00 | $1,780.00 | $0.00 | $159.50 | $0.00 | | $0.00 | $10.00 | $10,800.00 | $0.00 |
| 607 Summer Street | $600.00 | $0.00 | $149.93 | $100.00 | $160.00 | | $0.00 | $10.00 | | $0.00 |
| 609 Summer Street | $3,050.00 | $1,600.00 | $390.00 | $100.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 705 15th Street | $2,350.00 | $0.00 | $561.78 | $75.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 833 H Street | $2,115.00 | $746.65 | $210.00 | $100.00 | $0.00 | | $550.00 | $10.00 | | $0.00 |
| 805 H & 811-817 H St. | $8,220.00 | $3,165.00 | $1,070.12 Inc. Mortgage | $55.00 | $0.00 | | $550.00 | $10.00 | | $800.00 |
| 1233 A Street | $1,650.00 | $1,000.00 | $160.00 | $100.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 1410 Union | $4,320.00 | $1,050.12 | $430.34 | $100.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 1429 Sunny Ave | $750.00 | $569.58 | $0.00 Inc. Mortgage | $150.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 1606 Koster | $1,675.00 | $460.00 | $130.00 | $50.00 | $106.00 | | $0.00 | $10.00 | | $0.00 |
| 1625 G/1623 G Street | $0.00 | $0.00 | $400.00 | $105.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 1635 G Street | $6,150.00 | $1,010.00 | $750.00 | | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 1637 Third Street | $0.00 | $1,282.12 Inc. on 1625 | Inc. Mortgage | $70.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 1648 Nedra | $3,575.00 | $960.00 | $240.00 | $50.00 | $0.00 | | $550.00 | $10.00 | | $0.00 |
| 1803 C Street | $0.00 | $0.00 | $0.00 | $75.00 | $0.00 | | $550.00 | $10.00 | | $0.00 |
| 1925 H Street | $2,865.00 | $0.00 | $290.00 | $210.00 | $0.00 | | $550.00 | $10.00 | | $0.00 |
| 2235 Broadway | $950.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 2245 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 2325 Second Street | $0.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 2409 Lindstrom | $1,850.00 | $975.00 | $174.72 | $30.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 2445 Russ Street | $900.00 | $397.00 | $0.00 | $70.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 2535 L Street | $1,250.00 | $558.87 | $0.00 | $50.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 2941 CA; 2969 CA St. | $1,250.00 | $0.00 | $0.00 | $225.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| 2927 California Street | $19,065.00 | $2,800.00 | $920.00 | $98.00 | $0.00 | | $550.00 | $10.00 | | $0.00 |
| 3079 McKinleyville | $0.00 | $0.00 | $0.00 | $180.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| | $2,950.00 | $3,300.00 | $400.00 | $100.00 | $0.00 | | $0.00 | $10.00 | | $0.00 |
| | $74,645.00 | $29,846.45 | $8,642.52 | $3,063.50 | $372.00 | $1,500.00 | $3,300.00 | $360.00 | $10,800.00 | $3,900.00 |


EXHIBIT G

Projected Income & Expenses On Each Property for December 2017

| Property | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw | Total |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$894.11 |
| 59 Ole Hanson | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $410.00 |
| 72 Orick | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | $380.00 |
| 117-119 5th Street | $1,000.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $30.00 | $0.00 | -$3,802.77 |
| 205 Fourth Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $706.50 |
| 204 W Hawthorne | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $411.00 |
| 211-219 Fifth Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$1,994.36 |
| 216 Third | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$1,020.00 |
| 218-220 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$90.00 |
| 225 Wabash | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $4,000.00 | $17,336.00 |
| 241 Wabash | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$731.50 |
| 315 C Street/202 Third | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $100.07 |
| 607 Summer Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $870.00 |
| 609 Summer Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $1,073.22 |
| 705 15th Street | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | $0.00 | $338.35 |
| 833 H Street | $200.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | $0.00 | $2,204.88 |
| 805 H & 811-817 H St. | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $40.00 | $0.00 | $345.00 |
| 1233 A Street | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | $0.00 | $2,529.54 |
| 1410 Union | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $90.42 |
| 1429 Sunny Ave | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $815.00 |
| 1606 Koster | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$646.00 |
| 1625 G/1623 G Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $4,165.00 |
| 1635 G Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | $0.00 | -$1,387.12 |
| 1637 Third Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $1,635.00 |
| 1648 Nedra | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$140.00 |
| 1803 C Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $1,830.00 |
| 1925 H Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $650.00 |
| 2235 Broadway | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$90.00 |
| 2245 Broadway | $0.00 | $25.00 | 10 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$1,090.00 |
| 2325 Second Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $570.28 |
| 2409 Lindstrom | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $343.00 |
| 2445 Russ Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $551.13 |
| 2535 L Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $935.00 |
| 2941 CA; 2969 CA St. | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | $0.00 | $14,482.00 |
| 2927 California Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$270.00 |
| 3079 McKinleyville | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $1,340.00 |
| | $1,200.00 | $900.00 | $360.00 | $900.00 | $810.00 | $700.00 | $360.00 | $4,000.00 | $3,330.53 |

Case: 17-10828    Doc# 72    Filed: 01/04/18    Entered: 01/04/18 15:10:38    Page 3 of 8

Projected Income & Expenses On Each Property for January 2018

| Property | Income | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Office Sup. | Admin Costs | Maint. Labor |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $754.11 | $0.00 | $50.00 | $0.00 | | $10.00 | | $0.00 |
| 59 Ole Hanson | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $10.00 | | $0.00 |
| 72 Orick | $500.00 | $0.00 | $0.00 | $50.00 | $0.00 | | $10.00 | | $0.00 |
| 117-119 5th Street | $1,900.00 | $0.00 | $882.77 | $100.00 | $0.00 | | $10.00 | | $2,100.00 |
| 205 Fourth Street | $1,000.00 | $0.00 | $103.50 | $100.00 | $0.00 | | $10.00 | | $0.00 |
| 204 W Hawthorne | $1,950.00 | $0.00 | $140.00 | $211.00 | $0.00 | | $10.00 | | $0.00 |
| 211-219 Fifth Street | $1,985.00 | $2,700.00 | $1,089.36 | $100.00 | $0.00 | | $10.00 | | $0.00 |
| 216 Third | $0.00 | $780.00 | $0.00 | $150.00 | $0.00 | | $10.00 | | $0.00 |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $10.00 | | $0.00 |
| 225 Wabash | $0.00 | $1,890.00 | $150.00 | $150.00 | $106.00 | | $10.00 | $10,800.00 | $0.00 |
| 241 Wabash | $1,275.00 | $1,780.00 | $0.00 | $159.50 | $0.00 | | $10.00 | | $0.00 |
| 315 C Street/202 Third | $600.00 | $0.00 | $149.93 | $100.00 | $160.00 | | $10.00 | | $0.00 |
| 607 Summer Street | $3,050.00 | $1,600.00 | $390.00 | $100.00 | $0.00 | | $10.00 | | $0.00 |
| 609 Summer Street | $2,350.00 | $0.00 | $561.78 | $75.00 | $0.00 | | $10.00 | | $0.00 |
| 705 15th Street | $2,115.00 | $746.65 | $210.00 | $100.00 | $0.00 | | $10.00 | | $0.00 |
| 833 H Street | $7,150.00 | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | | $10.00 | | $0.00 |
| 805 H & 811-817 H St. | $1,650.00 | $1,000.00 | $160.00 | $55.00 | $0.00 | | $10.00 | | $0.00 |
| 1233 A Street | $4,320.00 | $1,050.12 | $430.34 | $100.00 | $0.00 | | $10.00 | | $0.00 |
| 1410 Union | $750.00 | $569.58 | $0.00 | Inc. Mortgage | $0.00 | | $10.00 | | $0.00 |
| 1429 Sunny Ave | $1,675.00 | $460.00 | $130.00 | $150.00 | $0.00 | | $10.00 | | $0.00 |
| 1606 Koster | $0.00 | $0.00 | $400.00 | $50.00 | $106.00 | | $10.00 | | $0.00 |
| 1625 G/1623 G Street | $5,485.00 | $1,010.00 | $750.00 | $105.00 | $0.00 | | $10.00 | | $0.00 |
| 1635 G Street | $0.00 | $1,282.12 | Inc. on 1625 | Inc. Mortgage | $0.00 | | $10.00 | | $0.00 |
| 1637 Third Street | $3,575.00 | $960.00 | $240.00 | $70.00 | $0.00 | | $10.00 | | $0.00 |
| 1648 Nedra | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | | $10.00 | | $0.00 |
| 1803 C Street | $2,865.00 | $0.00 | $290.00 | $75.00 | $0.00 | | $10.00 | | $0.00 |
| 1925 H Street | $950.00 | $0.00 | $0.00 | $210.00 | $0.00 | | $10.00 | | $0.00 |
| 2235 Broadway | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $10.00 | | $0.00 |
| 2245 Broadway | $0.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | | $10.00 | | $0.00 |
| 2325 Second Street | $1,850.00 | $975.00 | $174.72 | $30.00 | $0.00 | | $10.00 | | $0.00 |
| 2409 Lindstrom | $900.00 | $397.00 | $0.00 | $70.00 | $0.00 | | $10.00 | | $0.00 |
| 2445 Russ Street | $1,250.00 | $558.87 | $0.00 | $50.00 | $0.00 | | $10.00 | | $0.00 |
| 2535 L Street | $1,250.00 | $0.00 | $0.00 | $225.00 | $0.00 | | $10.00 | | $0.00 |
| 2941 CA; 2969 CA St. | $19,065.00 | $2,800.00 | $920.00 | $98.00 | $0.00 | | $10.00 | | $0.00 |
| 2927 California Street | $0.00 | $0.00 | $0.00 | $180.00 | $0.00 | | $10.00 | | $0.00 |
| 3079 McKinleyville | $2,950.00 | $3,300.00 | $400.00 | $100.00 | $0.00 | | $10.00 | | $1,800.00 |
| | $72,910.00 | $29,846.45 | $8,642.52 | $3,063.50 | $372.00 | $1,500.00 | $360.00 | $10,800.00 | $3,900.00 |

Projected Income & Expenses On Each Property for January 2018

| Property | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw | Total |
|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$894.00 |
| 59 Ole Hanson | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $410.00 |
| 72 Orick | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $0.00 | $0.00 | | $380.00 |
| 117-119 5th Street | $1,000.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $30.00 | | -$2,802.77 |
| 205 Fourth Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $706.50 |
| 204 W Hawthorne | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | | $411.00 |
| 211-219 Fifth Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$1,994.36 |
| 216 Third | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$1,020.00 |
| 218-220 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$90.00 |
| 225 Wabash | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $4,000.00 | -$17,186.00 |
| 241 Wabash | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$754.50 |
| 315 C Street/202 Third | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $100.07 |
| 607 Summer Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $870.00 |
| 609 Summer Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $1,623.22 |
| 705 15th Street | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | | $888.35 |
| 833 H Street | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | | $2,684.88 |
| 805 H & 811-817 H St. | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $345.00 |
| 1233 A Street | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | | $2,549.54 |
| 1410 Union | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $90.42 |
| 1429 Sunny Ave | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | | $815.00 |
| 1606 Koster | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$646.00 |
| 1625 G/1623 G Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | | $3,500.00 |
| 1655 G Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | | -$1,387.12 |
| 1637 Third Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | | $2,185.00 |
| 1648 Nedra | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | | -$140.00 |
| 1803 C Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | | $2,380.00 |
| 1925 H Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $650.00 |
| 2235 Broadway | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$90.00 |
| 2245 Broadway | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$1,090.00 |
| 2325 Second Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | | -$3,149.72 |
| 2409 Lindstrom | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $343.00 |
| 2445 Russ Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $551.13 |
| 2535 L Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | $935.00 |
| 2941 CA; 2969 CA St. | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | | $15,032.00 |
| 2927 California Street | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$270.00 |
| 3079 McKinleyville | $200.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | | -$2,940.00 |
| | $1,200.00 | $900.00 | $360.00 | $900.00 | $810.00 | $700.00 | $360.00 | $4,000.00 | $1,595.33 |

Case: 17-10828   Doc# 72   Filed: 01/04/18   Entered: 01/04/18 15:10:38   Page 5 of 8

## Projected Income and Expenses On Each Property for February 2018

| Property | Income | Mortgage | Utilities | Monthly Ins. | Alarms | Adams Pmt | Admin Costs | Office Supplies |
|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $754.11 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 59 Ole Hanson | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 72 Orick | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 117-119 5th Street | $1,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 205 Fourth Street | $1,000.00 | $0.00 | $882.77 | $100.00 | $0.00 | | | $10.00 |
| 204 W Hawthorne | $1,950.00 | $1,068.00 | $103.50 | $100.00 | $0.00 | | | $10.00 |
| 211-219 Fifth Street | $1,985.00 | $2,700.00 | $140.00 | $211.00 | $0.00 | | | $10.00 |
| 216 Third | $0.00 | $780.00 | $1,089.36 | $100.00 | $0.00 | | | $10.00 |
| 218-220 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 225 Wabash | $0.00 | $1,890.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 241 Wabash | $1,275.00 | $1,780.00 | $0.00 | $159.50 | $106.00 | | | $10.00 |
| 315 C Street/202 Third | $0.00 | $0.00 | $0.00 | $150.00 | $0.00 | | $10,800.00 | $10.00 |
| 607 Summer Street | $600.00 | $0.00 | $149.93 | $100.00 | $160.00 | | | $10.00 |
| 609 Summer Street | $3,050.00 | $1,600.00 | $390.00 | $100.00 | $0.00 | | | $10.00 |
| 705 15th Street | $2,350.00 | $0.00 | $561.78 | $75.00 | $0.00 | | | $10.00 |
| 833 H Street | $1,215.00 | $746.65 | $210.00 | $100.00 | $0.00 | | | $10.00 |
| 805 H & 811-817 H St. | $7,150.00 | $3,165.00 | $1,070.12 | Inc. Mortgage | $0.00 | | | $10.00 |
| 1233 A Street | $1,650.00 | $1,000.00 | $160.00 | $55.00 | $0.00 | | | $10.00 |
| 1410 Union | $4,320.00 | $1,050.12 | $430.34 | $100.00 | $0.00 | | | $10.00 |
| 1429 Sunny Ave | $750.00 | $569.58 | $0.00 | Inc. Mortgage | $0.00 | | | $10.00 |
| 1606 Koster | $1,675.00 | $460.00 | $130.00 | $150.00 | $0.00 | | | $10.00 |
| 1625 G/1623 G Street | $0.00 | $0.00 | $400.00 | $50.00 | $106.00 | | | $10.00 |
| 1635 G Street | $5,485.00 | $1,010.00 | $750.00 | $105.00 | $0.00 | | | $10.00 |
| 1637 Third Street | $0.00 | $1,282.12 | Inc. on 1625 | Inc. Mortgage | $0.00 | | | $10.00 |
| 1648 Nedra | $3,575.00 | $960.00 | $240.00 | $70.00 | $0.00 | | | $10.00 |
| 1803 C Street | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 1925 H Street | $2,865.00 | $0.00 | $290.00 | $75.00 | $0.00 | | | $10.00 |
| 2235 Broadway | $950.00 | $0.00 | $0.00 | $210.00 | $0.00 | | | $10.00 |
| 2245 Broadway | $0.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | | | $10.00 |
| 2325 Second Street | $1,850.00 | $975.00 | $174.72 | $30.00 | $0.00 | | | $10.00 |
| 2409 Lindstrom | $900.00 | $397.00 | $0.00 | $70.00 | $0.00 | | | $10.00 |
| 2445 Russ Street | $1,250.00 | $558.87 | $0.00 | $50.00 | $0.00 | | | $10.00 |
| 2535 L Street | $1,250.00 | $0.00 | $0.00 | $225.00 | $0.00 | | | $10.00 |
| 2941 CA; 2969 CA St. | $19,065.00 | $2,800.00 | $920.00 | $98.00 | $0.00 | | | $10.00 |
| 2927 California Street | $0.00 | $0.00 | $0.00 | $180.00 | $0.00 | | | $10.00 |
| 3079 McKinleyville | $2,950.00 | $3,300.00 | $400.00 | $100.00 | $0.00 | | | $10.00 |
| | $72,010.00 | $29,846.45 | $8,642.52 | $3,013.50 | $372.00 | $1,500.00 | $10,800.00 | $360.00 |

Projected Income and Expenses On Each Property for February 2018

| Property | Maint. Labor | Materials | Appliances | Eq. Maint. | Eq. Rental | Dump Fees | Permits | Yard | Owner Draw | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$894.00 |
| 59 Ole Hanson | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $410.00 |
| 72 Orick | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $380.00 |
| 117-119 5th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $297.23 |
| 205 Fourth Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $500.00 | $20.00 | $0.00 | $0.00 | $706.50 |
| 204 W Hawthorne | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $411.00 |
| 211-219 Fifth Street | $1,800.00 | $200.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$3,994.36 |
| 216 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$1,020.00 |
| 218-220 | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$90.00 |
| 225 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $17,186.00 |
| 241 Wabash | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $4,000.00 | -$754.50 |
| 315 C Street/202 Third | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$11.65 |
| 607 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $40.00 | $0.00 | $100.17 |
| 609 Summer Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $870.00 |
| 705 15th Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $50.00 | $20.00 | $30.00 | $0.00 | $1,623.52 |
| 805 H & 811-817 H St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $40.00 | $0.00 | $345.00 |
| 833 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $40.00 | $0.00 | $2,684.88 |
| 1233 A Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $60.00 | $20.00 | $40.00 | $0.00 | $2,549.54 |
| 1410 Union | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $15.00 | $0.00 | $90.32 |
| 1429 Sunny Ave | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $815.40 |
| 1606 Koster | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$646.00 |
| 1625 G/1623 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $2,380.00 |
| 1635 G Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $30.00 | $0.00 | $3,500.00 |
| 1637 Third Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$1,387.2 |
| 1648 Nedra | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $2,185.00 |
| 1803 C Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$140.00 |
| 1925 H Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $650.00 |
| 2235 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$90.20 |
| 2245 Broadway | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | -$1,090.00 |
| 2325 Second Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $550.00 |
| 2409 Lindstrom | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $343.00 |
| 2445 Russ Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $551.03 |
| 2535 L Street | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $935.70 |
| 2941 CA; 2969 CA St. | $0.00 | $0.00 | $25.00 | $10.00 | $25.00 | $100.00 | $20.00 | $25.00 | $0.00 | $1,504.20 |
| 2927 California Street | $2,100.00 | $1,000.00 | $25.00 | $10.00 | $25.00 | $0.00 | $20.00 | $0.00 | $0.00 | $260.00 |
| 3079 McKinleyville | $3,900.00 | $1,200.00 | $900.00 | $360.00 | $900.00 | $810.00 | $720.00 | $360.00 | $4,000.00 | -$5,130.00 |
| | $3,900.00 | $1,200.00 | $900.00 | $360.00 | $900.00 | $810.00 | $720.00 | $360.00 | $4,000.00 | $695.33 |

Case 17-10828   Doc# 72   Filed: 01/04/18   Entered: 01/04/18 15:19:38   Page 7 of 8

Court Service List

(None)