# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME] *Floyd & Beth Squires*

Case No. **17-18828**

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **11-30-17**        PETITION DATE: **11-8-17**

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in **$1**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $0 | | |
| b. Total Assets | $0 | 116,695,000 | |
| c. Current Liabilities | $0 | 2587,665 | |
| d. Total Liabilities | $0 | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | 20,115 | $0 |
| b. Total Disbursements | $0 | 23,647 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | -3532 $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | $0 | -3532 $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | 0 N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | 0 | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | 0 | |

At the end of this reporting month:

| | | Yes / No | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | No | |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | YES | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | No | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | No | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | Part | |
| 13. | Are a plan and disclosure statement on file? | No | |
| 14. | Was there any post-petition borrowing during this reporting period? | No | |

15. Check if paid: Post-petition taxes ___ ;        U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: **12/22/17**        _____
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 11-20-17

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | 25,000 | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $0 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | 6,695,000 | 16,695,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | 135,000 | 135,000 |
| 11 | Partnership interests | 300,000 | 300,000 |
| 12 | Interest in corportations | 0 | 0 |
| 13 | Stocks and bonds | 0 | 0 |
| 14 | Interests in IRA, Keogh, other retirement plans | 0 | 0 |
| 15 | Other: | 0 | 0 |
| 16 | | 0 | 0 |
| 17 | **Total Long Term Assets** | | 16,695,000 $0 |
| 18 | **Total Assets** | | $0 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | 0 | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | 6,695,000. |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | 0 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | 0 |
| 31 | General unsecured claims | | |
| 32 | **Total Pre-Petition Liabilities** | | $0 |
| 33 | **Total Liabilities** | | $0 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $0 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended _____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | $0 |
| 39 | Cash Balance, Beginning of Period | | |
| 40 | Cash Balance, End of Period | $0 | $0 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 39 OLE HANSON | 59 OLE HANSON | 117-119 5th St. |
| 2 | Scheduled Gross Rents Less: | 0 | 1540.00 | 740.00 |
| 3 | Vacancy Factor | 0 | 0 | |
| 4 | Free Rent Incentives | 0 | 0 | |
| 5 | Other Adjustments | 0 | 0 | |
| 6 | Total Deductions | 0  $0 | 0  $0 | $0 |
| 7 | Scheduled Net Rents | 0  $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | 0 | | |
| 9 | Scheduled Net Rents Collected (2) | 0  $0 | 1540.00 $0 | 740.00 $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                                       | Property 1 | Property 2 | Property 3 |
|---|---------------------------------------|------------|------------|------------|
| 1 | Description of Property               | 205 4th St. | 204 W Hawthorne | 211-219 5 4St |
| 2 | Scheduled Gross Rents                 | 0          | 0          | 230.00     |
|   | Less:                                 |            |            |            |
| 3 | Vacancy Factor                        | 0          | 0          | 0          |
| 4 | Free Rent Incentives                  | 0          | 0          | 0          |
| 5 | Other Adjustments                     | 0          | 0          | 0          |
| 6 | Total Deductions                      | 0      $0  | 0      $0  | 0      $0  |
| 7 | Scheduled Net Rents                   | 0      $0  | 0      $0  | 0      $0  |
| 8 | Less:  Rents Receivable (2)           | 0          | 0          | 0          |
| 9 | Scheduled Net Rents Collected (2)     | 0      $0  | 6      $0  | 230.00 $0  |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                  | Account 1 | Account 2 | Account 3 |
|----|----------------------------------|-----------|-----------|-----------|
| 10 | Bank                             |           |           |           |
| 11 | Account No.                      |           |           |           |
| 12 | Account Purpose                  |           |           |           |
| 13 | Balance, End of Month            |           |           |           |
| 14 | Total Funds on Hand for all Accounts | $0    |           |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 216 3RD St | 218-220 3RD ST | 225 Wabash |
| 2 | Scheduled Gross Rents | 0 | 0 | 0 |
| | Less: | | | |
| 3 | Vacancy Factor | 0 | 0 | 0 |
| 4 | Free Rent Incentives | 0 | 0 | 0 |
| 5 | Other Adjustments | 0 | 0 | 0 |
| 6 | Total Deductions | 0  $0 | 0  $0 | 0  $0 |
| 7 | Scheduled Net Rents | 0  $0 | 0  $0 | 0  $0 |
| 8 | Less: Rents Receivable (2) | 0 | 0 | 0 |
| 9 | Scheduled Net Rents Collected (2) | 0  $0 | 0  $0 | 0  $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 241 Wabash | 315 CSt-202 3rd | 607 Summer |
| 2 | Scheduled Gross Rents | 2550.00 | 600.00 | 1895.00 |
| | Less: | | | |
| 3 | Vacancy Factor | 0 | 0 | 0 |
| 4 | Free Rent Incentives | 0 | 0 | 0 |
| 5 | Other Adjustments | 0 | 0 | 0 |
| 6 | Total Deductions | 0      $0 | 0      $0 | 0      $0 |
| 7 | Scheduled Net Rents | 0      $0 | 0      $0 | 0      $0 |
| 8 | Less: Rents Receivable (2) | 0 | 0 | 0 |
| 9 | Scheduled Net Rents Collected (2) | 2550.      $0 | 600.      $0 | 1895.      $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 609 Summer St. | 705 15th St | 833 H St. |
| 2 | Scheduled Gross Rents | 1100.00 | 1300.00 | 1940. |
| | Less: | | | |
| 3 | Vacancy Factor | 0 | | 0 |
| 4 | Free Rent Incentives | 0 | | 0 |
| 5 | Other Adjustments | 0 | | 0 |
| 6 | Total Deductions | 0      $0 | $0 | 0      $0 |
| 7 | Scheduled Net Rents | 0      $0 | $0 | 0      $0 |
| 8 | Less: Rents Receivable (2) | 6 | | 0 |
| 9 | Scheduled Net Rents Collected (2) | 1100.  $0 | 1300.00  $0 | 1940.  $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 805 H & 811-817 H St. | 1233 A St. | 140 Union |
| 2 | Scheduled Gross Rents | 0 | 1940 00 | 0 |
| | Less: | | | |
| 3 | Vacancy Factor | 0 | 0 | 0 |
| 4 | Free Rent Incentives | 0 | 0 | 0 |
| 5 | Other Adjustments | 0 | 0 | 0 |
| 6 | Total Deductions | 0 $0 | 0 $0 | 0 $0 |
| 7 | Scheduled Net Rents | 0 $0 | 0 $0 | 0 $0 |
| 8 | Less: Rents Receivable (2) | 0 | 0 | 0 |
| 9 | Scheduled Net Rents Collected (2) | 0 $0 | 1940. $0 | 0 $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1429 Sunny Ave | 1606 Koster | 1625/1623 GSt. |
| 2 | Scheduled Gross Rents | 230.00 | with partner | 890 00 |
| | Less: | | | |
| 3 | Vacancy Factor | 0 | 0 | 0 |
| 4 | Free Rent Incentives | 0 | 0 | 0 |
| 5 | Other Adjustments | 0 | 0 | 0 |
| 6 | Total Deductions | 0        $0 | 0        $0 | 0        $0 |
| 7 | Scheduled Net Rents | 0        $0 | 0        $0 | 0        $0 |
| 8 | Less: Rents Receivable (2) | 0 | 0 | 0 |
| 9 | Scheduled Net Rents Collected (2) | 230.00  $0 | 0        $0 | 890.    $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Case: 17-10828    Doc# 80    Filed: 01/18/18    Entered: 01/18/18 16:18:29    Page 10 of 21

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1635 G St | 1637 3RD St. | 1648 Nedra |
| 2 | Scheduled Gross Rents | 0 | 1205.06 | |
|   | Less: | | | |
| 3 | Vacancy Factor | 0 | 0 | |
| 4 | Free Rent Incentives | 0 | 0 | |
| 5 | Other Adjustments | 0 | 0 | |
| 6 | Total Deductions | 0  $0 | 0  $0 | $0 |
| 7 | Scheduled Net Rents | 0  $0 | 0  $0 | $0 |
| 8 | Less: Rents Receivable (2) | 0 | 0 | |
| 9 | Scheduled Net Rents Collected (2) | 0  $0 | 1205.  $0 | 0  $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1803 C St. | 1925 H St. | 2235 Broadway |
| 2 | Scheduled Gross Rents | 0 | 0 | 0 |
|   | Less: |   |   |   |
| 3 | Vacancy Factor | 0 | 0 | 0 |
| 4 | Free Rent Incentives | 0 | 0 | 0 |
| 5 | Other Adjustments | 0 | 0 | 0 |
| 6 | Total Deductions | 0    $0 | 0    $0 | 0    $0 |
| 7 | Scheduled Net Rents | 0    $0 | 0    $0 | 0    $0 |
| 8 | Less: Rents Receivable (2) | 0 | 0 | 0 |
| 9 | Scheduled Net Rents Collected (2) | 0    $0 | 0    $0 | 0    $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank |   |   |   |
| 11 | Account No. |   |   |   |
| 12 | Account Purpose |   |   |   |
| 13 | Balance, End of Month |   |   |   |
| 14 | Total Funds on Hand for all Accounts | $0 |   |   |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 2245 Broadway | 2325 2ND ST. | 2409 Lindstrom |
| 2 | Scheduled Gross Rents<br>Less: | 0 | 760⁰⁰ | 0 |
| 3 | Vacancy Factor | 0 | 0 | 0 |
| 4 | Free Rent Incentives | 0 | 0 | 0 |
| 5 | Other Adjustments | 0 | 0 | 0 |
| 6 | Total Deductions | 0 $0 | 0 $0 | 0 $0 |
| 7 | Scheduled Net Rents | 0 $0 | 0 $0 | 0 $0 |
| 8 | Less: Rents Receivable (2) | 0 | 0 | 0 |
| 9 | Scheduled Net Rents Collected (2) | 0 $0 | 760. $0 | 0 $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | 2445 Russ St. | 2535 L St. | 2941 CA; 2969 CA |
| 2 | **Scheduled Gross Rents** | 0 | 0 | 2195.00 |
| | Less: | | | |
| 3 | Vacancy Factor | 0 | 0 | 0 |
| 4 | Free Rent Incentives | 0 | 0 | 0 |
| 5 | Other Adjustments | 0 | 0 | 0 |
| 6 | **Total Deductions** | 0    $0 | 0    $0 | 0    $0 |
| 7 | **Scheduled Net Rents** | 0    $0 | 0    $0 | 0    $0 |
| 8 | Less:  Rents Receivable (2) | 0 | 0 | 0 |
| 9 | **Scheduled Net Rents Collected (2)** | 0    $0 | 0    $0 | 2195.    $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | **Total Funds on Hand for all Accounts** | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | MCKINLEYVILLE Ave | | |
| 2 | Scheduled Gross Rents | 1000.00 | | |
| | Less: | | | |
| 3 | Vacancy Factor | 0 | | |
| 4 | Free Rent Incentives | 0 | | |
| 5 | Other Adjustments | 0 | | |
| 6 | Total Deductions | 0         $0 | $0 | $0 |
| 7 | Scheduled Net Rents | 0         $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | 0 | | |
| 9 | Scheduled Net Rents Collected (2) | 1000-   $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# Check RegisterUS Bank General Operating Account

## Check Register

| Date | Check # | Written To: | Amount | Deposit |
|---|---|---|---|---|
| 11/14/2017 | | Deposit | | $100.00 |
| 11/15/2017 | | Deposit | | $5,638.23 |
| 11/16/2017 | | Deposit | | $1,800.00 |
| 11/16/2017 | | Deposit | | $700.00 |
| 11/17/2017 | | Deposit | | $625.00 |
| 11/17/2017 | 100 | Joshua Jackson (Labor) | $617.98 | |
| 11/17/2017 | 101 | Michael Lambson (Labor) | $1,240.63 | |
| 11/17/2017 | 102 | Deposit Slip | | |
| 11/17/2017 | 103 | Rhonda Wright (Administrative) | $743.14 | |
| 11/17/2017 | 104 | Michael Lambson (Labor) | $200.00 | |
| 11/17/2017 | 105 | Deposit Slip | | |
| 11/17/2017 | 106 | Deposit Slip | | |
| 11/17/2017 | 107 | Dennis Cline (Labor) | $466.01 | |
| 11/17/2017 | 108 | Deposit Slip | | |
| 11/17/2017 | 109 | Deposit Slip | | |
| 11/17/2017 | 110 | Michael Wilson (Labor) | $828.19 | |
| 11/17/2017 | | Deposit | | $185.19 |
| 11/17/2017 | 111 | Rhonda Wright (Administrative) | $190.00 | |
| 11/17/2017 | 112 | Deposit Slip | | |
| 11/17/2017 | 113 | Michael Shanafelt (Labor) | $548.00 | |
| 11/17/2017 | 114 | Michael Shanafelt (Labor) | $128.00 | |
| 11/18/2017 | 115 | Vern's Furniture (Appliance Bill) | $1,075.00 | |
| 11/18/2017 | 116 | Tri Counties 4992 Close | $1,135.81 | |
| 11/18/2017 | 118 | Tri Counties 5122 Close | $100.00 | |
| 11/19/2017 | 119 | Owner Draw | $50.00 | |
| 11/19/2017 | Automatic | AARP Insurance | $25.92 | |
| 11/19/2017 | Automatic | Hospital Insurance | $17.55 | |
| 11/20/2017 | 121 | Hensels Materials (Materials) | $181.75 | |
| 11/20/2017 | Credit Card | City of Eureka (Permit) | $893.85 | |
| 11/21/2017 | Credit Card | Elks Lodge (Owner Draw) | $25.00 | |
| 11/21/2017 | Credit Card | Elks Lodge (Owner Draw) | $27.00 | |
| 11/22/2017 | Credit Card | Elks Lodge (Owner Draw) | $10.00 | |
| 11/22/2017 | Credit Card | Denny's (Staff Meeting) | $7.07 | |
| 11/24/2017 | Credit Card | Chevron (Fuel) | $46.10 | |

Check RegisterUS Bank General Operating Account

Check Register

| Date | Check # | Written To: | Amount | Deposit |
|------|---------|-------------|--------|---------|
| 11/22/2017 | | Deposit | | $400.00 |
| 11/22/2017 | Credit Card | Allstate | $50.00 | |
| 11/22/2017 | Credit Card | Allstate | $50.00 | |
| 11/22/2017 | Credit Card | Allstate | $100.00 | |
| 11/24/2017 | Credit Card | American Modern (1429 Sunny Ave) | $150.00 | |
| 11/24/2017 | Credit Card | American Modern (2535 L.) | $225.00 | |
| 11/24/2017 | Credit Card | American Modern (1925 H.) | $210.00 | |
| 11/24/2017 | Credit Card | American Modern (72 Ole Hanson) | $105.00 | |
| 11/24/2017 | Credit Card | American Modern (2409) | $200.00 | |
| 11/27/2017 | Credit Card | Elks Lodge (Owner Draw) | $15.00 | |
| | | | $11.42 | |
| 11/24/2017 | 124 | Cash for Wells Fargo Collateral | $100.00 | |
| 11/24/2017 | 123 | Cash for Wells Fargo Collateral | $100.00 | |
| 11/24/2017 | Credit Card | Texaco (Fuel) | $40.11 | |
| 11/24/2017 | 126 | Cash for Wells Fargo Collateral | $100.00 | |
| 11/25/2017 | Credit Card | Denny's (Staff Meeting) | $11.42 | |
| 11/25/2017 | ATM | Owner Draw | $60.00 | |
| 11/26/2017 | Credit Card | Elks Lodge | $8.00 | |
| 11/27/2017 | Credit Card | Denny's (Staff Meeting) | $10.84 | |
| 11/25/2017 | | Owner Draw | $24.82 | |
| | | | $11.21 | |
| 11/27/2017 | Credit Card | Owner Draw | $116.45 | |
| 11/27/2017 | Credit Card | Fastrak (Auto Expense) | $7.75 | |
| 11/17/2017 | 127 | City of Eureka Water | $2,387.00 | |
| 11/27/2017 | | | | |
| 11/27/2017 | 129 | City of Eureka | $2,996.00 | |
| 11/28/2017 | Credit Card | Elks Lodge | $27.25 | |
| 11/28/2017 | Credit Card | Denny's (Staff Meeting) | $10.35 | |
| 11/29/2017 | 130 | Chase Mortgage | $746.65 | |
| 11/29/2017 | 131 | Chase Mortgage | $569.58 | |
| 11/29/2017 | Deposit | | | $1,275.00 |
| 11/29/2017 | Deposit | | | $360.00 |
| 11/29/2017 | Credit Card | Elks Lodge (Owner Draw) | $8.00 | |
| 11/29/2017 | Credit Card | Elks Lodge (Owner Draw) | $14.11 | |

Check RegisterUS Bank General Operating Account

Check Register

| Date | Check # | Written To: | Amount | Deposit |
|------|---------|-------------|--------|---------|
| 11/30/2017 | Credit Card | Denny's Staff Meeting | $18.51 | |
| 11/30/2017 | | Deposit | | $2,600.00 |
| 11/30/2017 | 132 | Ocwen Loan Payment | $754.53 | |
| 11/30/2017 | 133 | Provident Car Payment | $1,250.00 | |
| 11/30/2017 | 134 | Shafer's Ace Hardware (Materials) | $3,491.19 | |
| 11/20/2017 | 135 | Dons Rent All (Equipment) | $542.80 | |
| 11/30/2017 | 136 | Shafer's Ace Hardware (Materials) | $1,350.00 | |
| 11/30/2017 | 137 | City of Eureka | $81.00 | |
| 11/30/2017 | 139 | Void | | |
| 11/30/2017 | 140 | Void | | |

David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                          CASE No. 17-10828 WJL

FLOYD E. SQUIRES, III and       CHAPTER 11
BETTY J. SQUIRES,

    Debtors.             /      CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On January 18, 2018, I served a copy of the MONTHLY OPERATING REPORT, MONTH ENDING 11/30/17 on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2018, Santa Rosa, California.

                          /s/ Jane F. Kamas
                        JANE F. KAMAS

```
Label Matrix for local noticing          Andrew F. Adams                          Mark Adams
0971-1                                    California Receivership Group, PBC       California Receivership Group, PBC
Case 17-10828                            2716 Ocean Park Blvd. #3010              2716 Ocean Park Blvd
Northern District of California          Santa Monica, CA 90405-5264              3010
Santa Rosa                                                                         Santa Monica, CA 90405-5264
Thu Jan 18 13:21:11 PST 2018

Bank of New York Mellon, as Trustee for the   CA Employment Development Dept.     CA Franchise Tax Board
c/o McCarthy & Holthus LLP               Bankruptcy Group MIC 92E                 Bankruptcy Group
1770 Fourth Avenue                       P.O. Box 826880                          P.O. Box 2952
San Diego, CA 92101-2607                 Sacramento, CA 94280-0001                Sacramento, CA 95812-2952

CIM Trust 2017-9, its assignees and/or succe  Caliber Home Loans, Inc.           California Receivership Group, PBC
c/o McCarthy & Holthus LLP               Aldrdige Pite, LLP                       2716 Ocean Park Blvd., Suite 3010
1770 Fourth Avenue                       c/o Gilbert R. Yabes                     Santa Monica, CA 90405-5264
San Diego, CA 92101-2607                 4375 Jutland Drive, Suite 200
                                         P.O. Box 17933
                                         San Diego, CA 92177-7921

David N. Chandler                         City of Eureka                          Theron Spencer Covey
Law Offices of David N. Chandler         c/o Cyndy Day-Wilson, Attorney          Tiffany & Bosco PA
1747 4th St.                             531 K Street                             1230 Columbia St #680
Santa Rosa, CA 95404-3601                Eureka, CA 95501-1165                    San Diego, CA 92101-8502

Jared A. Day                              Cyndy Day-Wilson                        Michael C. Fallon
Office of the U.S. Trustee               City of Eureka                           Law Offices of Michael C. Fallon
300 Booth St. #3009                      531 K St.                                100 E St. #219
Reno, NV 89509-1362                      Eureka, CA 95501-1165                    Santa Rosa, CA 95404-4606

IRS                                       JPMorgan Chase Bank, National Association   New Residential Mortgage Loan Trust 2017-6
P.O. Box 7346                            Aldrdige Pite, LLP                       Robertson, Anschutz & Schneid, P.L.
Philadelphia, PA 19101-7346              c/o Joseph C. Delmotte                   6409 Congress Ave., Suite 100
                                         4375 Jutland Drive, Suite 200            Boca Raton, FL 33487-2853
                                         PO Box 17933
                                         San Diego, CA 92177-7921

Office of the U.S. Trustee / SR           Kelly Raftery                          Betty J. Squires
Office of the United States Trustee      McCarthy and Holthus LLP                 219 Fifth St.
Phillip J. Burton Federal Building       1770 4th Ave.                            Eureka, CA 95501-0303
450 Golden Gate Ave. 5th Fl., #05-0153   San Diego, CA 92101-2607
San Francisco, CA 94102-3661

Floyd E. Squires III                      Synchrony Bank                         U.S. Attorney
219 Fifth St.                            c/o PRA Receivables Management, LLC      Civil Division
Eureka, CA 95501-0303                    P.O. Box 41021                           450 Golden Gate Ave.
                                         Norfolk, VA 23541-1021                   San Francisco, CA 94102-3661

Trueman Vroman                            Gilbert R. Yabes                       End of Label Matrix
c/o Michael C. Fallon                    Aldridge Pite, LLP                       Mailable recipients    25
100 E Street, Ste 219                    4375 Jutland Dr. #200                    Bypassed recipients     0
Santa Rosa, CA 95404-4606                P.O.Box 17933                            Total                  25
                                         San Diego, CA 92177-7921
```

| | | |
|---|---|---|
| **Bradford Floyd**<br>819 Seventh St.<br>Eureka, CA 95501 | **Capital One**<br>PO Box 60599<br>City of Industry, CA 91716-0599 | **Charles Ondricek**<br>1702 H St.<br>Eureka, CA 95501 |
| **City of Eureka**<br>531 K St.<br>Eureka, CA 95501 | **Colin Vance**<br>PO Box 89<br>Eureka, CA 95501 | **County of Humboldt**<br>825 5th St.<br>Eureka, CA 95501 |
| **Hensell Materials, Inc.**<br>PO Box 4925<br>Eureka, CA 95502-4825 | **Humboldt County Tax Collector**<br>County Courthouse<br>825 Fifth St., Rm. 125<br>Eureka, CA 95501-1100 | **Humboldt Recology**<br>949 W. Hawthorne<br>Eureka, CA 95501 |
| **Melanie Kuhnel**<br>1604 G St.<br>Eureka, CA 95501 | **National Funding**<br>9820 Towne Centre Dr.<br>San Diego, CA 92121 | **Nelson Floor Co.**<br>414 West Harris St.<br>Eureka, CA 95503 |
| **Pamela Sistrom**<br>PO Box 7293<br>Eureka, CA 95502-5000 | **PG&E**<br>PO Box 9973000<br>Sacramento, CA 95899-7300 | **Richard Chase**<br>1615 G St.<br>Eureka, CA 95501 |
| **Richard Daly**<br>123 F St.<br>Eureka, CA 95501 | **Ron Kuhnel**<br>1604 G St.<br>Eureka, CA 95501 | **Schmidbauer Lumber**<br>839 W. Washington<br>Eureka, CA 95501 |
| **Shafer's Ace Hardware**<br>2760 E St.<br>Eureka, CA 95501 | **Vern's Furniture**<br>515 G St.<br>Eureka, CA 95501 | |