```
David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 17-10828 WJL |
| FLOYD E. SQUIRES, III and BETTY J. SQUIRES, | CHAPTER 11 |
| Debtors.            / | APPLICATION TO EMPLOY SPECIAL COUNSEL; DECLARATION OF BRADFORD C. FLOYD |

TO: THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE:

David N. Chandler, Attorney for Debtors, makes ex-parte application for an Order approving retention of Bradford C. Floyd as Special Counsel pursuant to 11 U.S.C. Section 327 and represents as follows:

1.   Applicants are the Debtors in the above-captioned Chapter 11 proceeding.

2.   The Debtors require Special Counsel to assist in a state court action pending in Humboldt County Superior Court entitled *City of Eureka, et al. v. Floyd Squires, et al.* - DR110040 ("Action") wherein the Debtors are Defendants.

3.   Pursuant to an Interim Ruling entered on July 2, 2013, a Receiver (Jeff Smith) was appointed with powers related to supervision of remedial action required to bring the subject properties into compliance with applicable building and safety

codes. Some work remains.

4. Prior to the Debtors' bankruptcy petition filing on November 8, 2017, the Debtors were represented by the Floyd Law Firm in the Action.

5. Bradford C. Floyd, Senior Partner at Floyd Law Firm, previously represented the Debtors in the relevant matters as stated in his Declaration filed herewith.

6. The Debtors believe it is in their best interest to have Bradford C. Floyd, Floyd Law Firm, continue representing their interest in the Action.

7. The continued representation by Bradford C. Floyd, Floyd Law Firm is desired because attorney Bradford C. Floyd is a litigation attorney with experience in Civil matters and has represented the Debtors in the Action since the Debtors were served, and is familiar with the factual and legal issues in the Action.

8. It is necessary that the Debtor employ this attorney under a general fee agreement based on time and standard billable charges.

9. Applicant is informed that Bradford C. Floyd, Floyd Law Firm charges $375 per hour for Senior Partner time, $300 per hour for Junior Partner time and $130 per hour for paralegal time for legal services. Bradford C. Floyd, Floyd Law Firm agreed to accept the matter upon execution of a general fee agreement and the Court authorizing his employment. Approval for Mr. Floyd's fees will be sought by separate application.

10. Bradford C. Floyd, Floyd Law Firm, indicated his willingness to act on the Debtors' behalf and to be compensated in accordance with the terms and conditions set forth in Paragraph 9 hereof.

1.     11.   To the best of Applicant's knowledge, Bradford C. Floyd does not have any connection with the Debtors, their creditors or any other party in interest, or their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee and represents no interest adverse to the Debtors in the matters upon which he is to be retained, except as may be represented in the affidavit filed herewith.

    12.   The Debtors believe that Floyd Law Firm and its partners, do not hold or represent any interest adverse to that of the Trustee or the Debtors' estate and that said law firm is a disinterested person with the meaning of 11 U.S.C., §101(13) for the purposes of their employment as special counsel in the Action.

    WHEREFORE, the Debtors request that they be authorized to employ Bradford C. Floyd, Floyd Law Firm to render the services described in this application pursuant to, and under a general fee agreement, on the terms and conditions recited above.

Dated:   1/18/18                          DAVID N. CHANDLER, p.c.

                                              By: */s/ David N. Chandler*
                                              DAVID N. CHANDLER,
                                              Attorney for Debtors

        AFFIDAVIT OF BRADFORD C. FLOYD IN SUPPORT OF
        APPLICATION FOR ORDER AUTHORIZING DEBTOR TO
        EMPLOY ATTORNEY UNDER GENERAL FEE AGREEMENT

    BRADFORD C. FLOYD, being duly sworn, deposes and says:

    1.   I am an attorney with an office located at 819 7th St, Eureka, California.

    2.   I am the beneficiary of two Deed of Trusts describing

property of the estate, to wit, 1429 Sunny Ave., Eureka and 2535 L St., Eureka. Said Deeds of Trust secure a balance of approximately $335,000. The Debtors are also indebted to me for unpaid fees and expenses relating to the litigation with the City of Eureka in the approximate amount of $516,475. I am clear that Mr. Chandler will handle all matters associated with such claims and interests on behalf of the Debtors and the estate which relate to me.

3. Insofar as I have been able to ascertain, neither I, nor any employee of my office has any connection with the Debtors herein, their creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, and have no interest which is adverse to my representation of the Debtors herein other than as set forth above.

4. Based on the foregoing, I am a disinterested person within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

5. My Firm charges $375 per hour for Senior Partner time, $300 per hour for Junior Partner time and $130 per hour for paralegal time for legal services.

6. I advised the Debtors that I am willing to serve as their attorney under a general fee agreement based on time and standard billable charges. I agreed to accept the matter upon the Debtors execution of a general fee agreement and the Court authorizing my employment. Approval for my fees will be sought by separate application.

Dated: 1/11/18                 */s/ Bradford C. Floyd*
BRADFORD C. FLOYD

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On January 18, 2018, I served a copy of the following documents: APPLICATION TO EMPLOY SPECIAL COUNSEL; DECLARATION OF BRADFORD C. FLOYD and (PROPOSED) ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

U.S. Dept. Of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., 5th FL, Ste #05-0153
San Francisco, CA 94102

Office of the United States Trustee
Attn: Jared A. Day
300 Booth Street, Suite 3009
Reno, NV 89509

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2018, Santa Rosa, California.

                                                 /s/ Jane F. Kamas
                                               JANE F. KAMAS