David N. Chandler, Sr. SBN 60780
David N. Chandler, Jr. SBN 235427
DAVID N. CHANDLER, P.C.
1747 Fourth Street
Santa Rosa, CA 95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    CASE No. 17-10828 WJL

FLOYD E. SQUIRES, III and                 CHAPTER 11
BETTY J. SQUIRES,
                                          NOTICE OF CONTINUED FURTHER
_____Debtors._____/             HEARING ON CASH COLLATERAL MOTION
                                          Date:    February 1, 2018
                                          Time:    11:00 a.m.
                                          Place:   U.S. Courthouse
                                                   3140 Boeing Avenue
                                                   McKinleyville, CA

TO:  SELECT PORTFOLIO SERVICES, TIMOTHY J. O'BRIEN, its CEO;

BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE ASSET BACKED SECURITIES

CORPORATION HOME EQUITY LOAN TRUST 1999-LB1, CHARLES W. SCHARF, its

CEO, and KELLY M. RAFTERY, McCARTHY & HOLTHUS, its attorney;

BRADFORD FLOYD; JOANNE QUINTRELL; CALIFORNIA RECEIVERSHIP GROUP,

LLC, MARK ADAMS, Manager; BUNIA ENTERPRIZES, INC., YEHUDAH FERSHT,

its CEO; TRUEMAN VROMAN; CALIBER HOME LOANS (BENEFICIAL), SANJV

DAS, its CEO; JEFF SMITH, RECEIVER; JPMORGAN CASE BANK, NA, JAMES

DIMON, CEO, and GILBERT R. YABES, ALDRIDGE PITE, LLP, its attorney;

BENEFICIAL FINANCIAL, HSBC MORTGAGE SERVICES, PATRICK BURKE, CEO;

M&T BANK, ROBERT G. WILMERS, CEO; OCWEN LOAN SERVICING, RONAL M.

FARIS, President & CEO; NEW RESIDENTAL MORTGAGE LOAN TRUST 2017-6

NEW RESIDENTIAL INVESTMENT CORP., Member, MICHAEL NIERENBERG, CEO

& President, and THERON S. COVEY, ROBERTSON, ANSCHUTZ & SCHNEID,

1  P.L., its attorney, Larry Kluck, and to parties in interest:

2      PLEASE TAKE NOTICE that the further hearing on Debtors' Motion

3  for Interim Use Of Cash Collateral, originally set for 9:00 a.m. on

4  February 1, 2018, will now be held at 11:00 a.m. before the above

5  entitled Court at the U.S. Courthouse, 3140 Boeing Avenue,

6  McKinleyville, California.

7  Dated:      1/26/18            DAVID N. CHANDLER, p.c.

8

9                                By: /s/David N. Chandler
                                 David N. Chandler
10                               Attorneys for Debtors

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On January 26, 2018, I served a copy of the NOTICE OF CONTINUED FURTHER HEARING ON CASH COLLATERAL MOTION on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

Select Portfolio Services
Timothy J. O'Brien, CEO
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119

Select Portfolio Services
c/o Corporation Service Company
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

Bank of New York Mellon, as
Trustee for the Asset Backed
Securities Corporation
Home Equity Loan Trust 1999-LB1
Charles W. Scharf, CEO
225 Liberty St.
New York, NY 10286

Bank of New York Mellon, as
Trustee for the Asset Backed
Securities Corporation
Home Equity Loan Trust 1999-LB1
c/o CT Corporation System
818 W. Seventh St., Ste. 930
Los Angeles, CA 90017

Bank of New York Mellon,
    as Trustee
c/o McCarthy & Holthus
Kelly M. Raftery, Esq.
1770 Fourth Ave.
San Diego, CA 92101

Bradford Floyd
819 Seventh St.
Eureka, CA 95501

Joanne Quintrell
3504 Edgewood Dr.
Eureka, CA 95503

California Receivership Group LLC
Mark Adams, Manager
150 S. Barrington Ave., Ste. 100
Los Angeles, CA 90049

Mark Adams
c/o Total Lender Solutions, Inc.
10951 Sorrento Valley Rd., #2f
San Diego, CA 92121

Bunia Enterprizes Inc
Yehudah Fersht, CEO.
5330 Blue Bell Ave.
Valley Village, CA 91607

Case: 17-10828   Doc# 87   Filed: 01/26/18   Entered: 01/26/18 16:09:52   Page 3 of 6

```
Trueman Vroman                      Caliber Home Loans (Beneficial)
2950 E St., Ste. C                  Sanjv Das, CEO
Eureka, CA 95501-4334               PO Box 619063
                                    Dallas, TX 75261-9063


Caliber Home Loans                  Caliber Home Loans (Beneficial)
(Beneficial)                        c/o CT Corporation System
Sanjv Das, CEO                      818 W. Seventh St., Ste. 930
3701 Regent Blvd., Ste. 200         Los Angeles, CA 90017
Irving, TX 75063


Jeff Smith, Receiver                JPMorgan Chase Bank, NA
P.O. Box 6218                       James Dimon,CEO
Eureka, CA 95502                    270 Park Ave., Floor 48
                                    New York, NY 10017


JPMorgan Chase Bank, NA             JPMorgan Chase Bank, NA
James Dimon,CEO                     c/o CT Corporation System
1111 Polaris Pkwy                   818 W. Seventh St., Ste. 930
Columbus, OH 43240                  Los Angeles, CA 90017


JPMorgan Chase Bank, NA             Beneficial Financial
c/o Aldridge Pite, LLP              PO Box 1231
Gilbert R. Yabes                    Brandon, FL 33509-1231
4375 Jutland Dr., Ste. 200
P.O. Box 17933
San Diego, CA 92177-0933


Beneficial Financial                Beneficial Financial
HSBC Mortgage Services              HSBC Mortgage Services
Patrick Burke, CEO                  c/o CT Corporation System
1800 Tysons Blvd., Ste. 50          818 W. Seventh St., Ste. 930
McLean, VA 22102                    Los Angeles, CA 90017


M&T Bank                            M&T Bank
PO Box 619063                       Robert G. Wilmers, CEO
Dallas, TX 95261-9063               345 Main St.
                                    Buffalo, NY 14203


Ocwen Loan Servicing                Ocwen Loan Servicing, LLC
PO Box 24738                        Ronald M. Faris, Pres & CEO
West Pam Beach, FL 33416-           1661 Worthington Rd., Ste. 100
4738                                West Palm Beach, Fl 33409
```

New Residential Mortgage          New Residential Mortgage Loan
Loan Trust 2017-6                 Trust 2017-6
New Residential Investment        c/o Robertson, Anschutz et al.
Corp, Member                      Theron S. Covey, Esq.
Michael Nierenberg, CEO & Pres.   6409 Congress Ave., Ste. 100
1345 Ave. of the Americas, 45th Fl.  Boca Raton, FL 33487
New York, NY 10105

New Residential Mortgage
Loan Trust 2017-6
New Residential Investment        (SEE ATTACHED)
Corp, Member
c/o CT Corporation System
818 W. Seventh St., Ste. 930
Los Angeles, CA 90017

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2018, Santa Rosa, California.

_____/s/ Jane F. Kamas_____
JANE F. KAMAS

-5-

Bradford Floyd
819 Seventh St.
Eureka, CA 95501

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Charles Ondricek
1702 H St.
Eureka, CA 95501

City of Eureka
531 K St.
Eureka, CA 95501

Colin Vance
PO Box 89
Eureka, CA 95501

County of Humboldt
825 5th St.
Eureka, CA 95501

Hensell Materials, Inc.
PO Box 4925
Eureka, CA 95502-4825

Humboldt County Tax Collector
County Courthouse
825 Fifth St., Rm. 125
Eureka, CA 95501-1100

Humboldt Recology
949 W. Hawthorne
Eureka, CA 95501

Melanie Kuhnel
1604 G St.
Eureka, CA 95501

National Funding
9820 Towne Centre Dr.
San Diego, CA 92121

Nelson Floor Co.
414 West Harris St.
Eureka, CA 95503

Pamela Sistrom
PO Box 7293
Eureka, CA 95502-5000

PG&E
PO Box 9973000
Sacramento, CA 95899-7300

Richard Chase
1615 G St.
Eureka, CA 95501

Richard Daly
123 F St.
Eureka, CA 95501

Ron Kuhnel
1604 G St.
Eureka, CA 95501

Schmidbauer Lumber
839 W. Washington
Eureka, CA 95501

Shafer's Ace Hardware
2760 E St.
Eureka, CA 95501

Vern's Furniture
515 G St.
Eureka, CA 95501