```
David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 17-10828 WJL |
| FLOYD E. SQUIRES, III and BETTY J. SQUIRES, | CHAPTER 11 |
| Debtors. | DECLARATION OF BRADFORD FLOYD IN RESPONSE TO OPPOSITION TO MOTION TO QUALIFY AS SPECIAL COUNSEL |
| | Date: February 1, 2018<br>Time: 11:00 a.m.<br>Place: U.S. Courthouse<br>3140 Boeing Avenue<br>McKinleyville, CA |

I, BRADFORD FLOYD, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. That I am an attorney licensed to practice in the State of California and have been since 1988. I am admitted to practice in the Northern District of California. My primary area of practice is real estate and land use litigation.

3. I have represented the Debtors in the Superior Court, County of Humboldt, Case No. DR 110040 since January 2011. In the course of said representation, I have represented the Debtors with respect to a preliminary injunction hearing which lasted over the course of six months, a court trial over a six week period, and all motions and oppositions. I have made all the substantive court appearances on behalf of the Debtors in the matter since the

beginning of the case in 2011.

4. The unsecured claim which I hold in the within case arises from unpaid legal fees over the course of the said Superior Court litigation.

5. The Deeds of Trust of which I am the beneficiary and describe property of the estate were obtained in compliance with CRPC Rule 3-300 and are fully disclosed.

6. I am mindful of CRPC Rule 3-310, am familiar with the pending land use issues and the pending Superior Court litigation. My interests in the real property which has been subject to the litigation and my claim for compensation in the matters are not adverse to the Debtors insofar as the litigation and land use issues but are consistent to the extent related.

7. The Debtors have invested in my representation of their interests and the knowledge of the factual and legal issues presented.

8. I am regretful that the opposing parties have developed a personal animus towards me from the success that the Debtors have had in the litigated matter. Absent my continued representation in the specific matters, the Debtors and the estate will be disadvantaged due to my familiarity with the case.

9. Any matters which involve my interests or claims will be deferred to general counsel in the case.

10. My representation with respect to the matters for which the Debtors seek to retain me presents no concurrent conflict of interest. I recognize that it is my responsibility to disclose same should such a conflict arise or be identified and I will

immediately contact general counsel for direction.  At the present time, there is no conflict of interest with respect to such matters.

    Executed under penalty of perjury this 29th day of January, 2018 at Eureka, California.

                                                  */s/ Bradford Floyd*
                                                  Bradford Floyd