CYNDY DAY-WILSON (SBN 135045)
cday-wilson@ci.eureka.ca.gov
**CITY ATTORNEY, EUREKA**
531 K Street
Eureka, California 95551
Telephone: (707) 441-4147
Facsimile: (707 441-4148

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Trustee
E. Lynn Schoenmann

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>FLOYD E. SQUIRES III AND<br>BETTY J. SQUIRES,<br><br>　　　　　　　Debtors. | CASE NO. 17-10828 WJL 11<br><br>Chapter 11<br><br>**CITY OF EUREKA'S SECOND RE-QUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE AND CON-CURRENT WITHDRAWAL OF DEC-LARATION OF CYNDY DAY-WILSON IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE [Dkt. No. 61]**<br><br>Date: March 26, 2018<br>Time: 9:00 a.m.<br>Place: 3140 Boeing Ave.<br>　　　　McKinleyville, CA<br><br>Judge: Hon. William Lafferty |

　　　　The City of Eureka (City) submits this request for judicial notice of the evidence previously submitted via the Declaration of Cyndy Day-Wilson (the "City Attorney Declaration") [Dkt. No. 61]. Debtors' counsel sought to take the deposition of the City Attorney on the basis that the City.

Attorney submitted the City Attorney Declaration – consisting entirely of facts subject to judicial notice. In order to avoid a discovery dispute, the City withdraws the City Attorney Declaration and submits this request for judicial notice in its place.

Attached as collective **Exhibit U** to City of Eureka's Motion to Appoint a Chapter 11 Trustee ("Appendix") [Dkt. No. 66-31 through 6-33] are twenty small claims judgments entered against Debtors exceeding $70,000.

Collective Exhibit U contains the following statements:

> Substantial, credible evidence was submitted that supports that 1625/1635 were nuisances. That evidence included evidence regarding: drug sales; drug usage; drug raids; excessive garbage and litter on and about the properties; abandoned, dilapidated vehicles; people working on cars late at night causing excessive noise; fire hazards described by City officials as an imminent threat of fire causing legitimate fear to the neighbors; fighting; gunshots and shootings; yelling; swearing; violence; dilapidated exterior including lack of paint and broken and missing windows described by witnesses, including City officials as squalor, blight, urban slum, egregious violations, ugly, significant blight on the neighborhood and very rundown; excessive police emergency responses at all hours of the day and night; loud music; people sleeping in and living in cars; dogs left in vehicles for excessive periods of time—up to 7 dogs at one time—with excessive barking; needles in and around property; condoms in and around property; theft in the neighborhood; trespassing in the neighborhood; structure and vehicle break-ins; dumpster diving; bizarre behavior; neighbors hassled by people going to or coming from 1625/1635; vandalism.

[Collective Exhibit U at 5:10-6:18]

> Based on the totality of the evidence, including the above-listed items, **I find that the properties at 1625/1635 were negligently operated, managed, and maintained** by defendants and constituted a nuisance.

[Collective Exhibit U at 7:1-3 (emphasis added).]

> Defendants submitted testimony and evidence that they have put significant effort into maintaining the properties and controlling the numerous issues with the properties. **I find that these efforts were inadequate and/or short-lived**.

[Collective Exhibit U at 6:19-22 (emphasis added).]

Collective Exhibit U is subject to judicial notice because it is a fact that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(a)(2); *Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d 861, 883 (9th Cir. 2004) ("undisputed matters of public record" are subject to judicial notice).

Attached as collective **Exhibit V** [66-38 through 66-39] to the Appendix, are rec-

ords reflect in the property tax defaults for the property of the estate summarized in the chart below as of October 2017.

| Address | Assessor Parcel Number | Default Balance |
|---|---|---|
| 609 Summer Street | 001-042-012-000 | $14,030.04 |
| 119 West 6th Street; 607 Summer Street | 001-042-013-000 | $28,069.50 |
| 202 3rd Street; 315 C Street | 001-066-001-000 | $146,186.71 |
| 216 3rd Street | 001-066-002-000 | $53,928.74 |
| 218 3rd Street | 001-066-003-000 | $5,818.34 |
| 205 4th Street; 317 C Street; 325 C Street | 001-066-007-000 | $29,691.38 |
| 117-119 5th Street | 001-071-004-000 | $547,641.49 |
| 211-219 5th Street | 001-103-004-000 | $54,005.16 |
| 1637 3rd Street | 002-063-005-000 | $21,613.62 |
| 2325 2nd Street | 002-123-004-000 | $5,263.66 |
| 1410 Union Street | 004-033-003-000 | $0.00 |
| 1233 A Street | 004-112-008-000 | $0.00 |
| 241 Wabash Avenue | 004-196-007-000 | $15,795.15 |
| 1803 C Street | 004-203-001-000 | $147,779.54 ' |
| 833 H Street | 005-012-005-000 | $0.00 |
| 705 15th Street | 005-042-008-000 | $0.00 |
| 1623 G Street, 1625 G Street | 005-053-006-000 | $29,767.16 |
| 1635 G Street | 005-053-007-000 | $0.00 |
| 1925 H Street | 005-075-009-000 | $1,197.90 |
| 1429 and 1429 IA Sunny Avenue | 006-191-015-000 | $365,811.82 |
| 2245 Broadway | 008-011-007-000 | $92,083.11 |
| 2235 Broadway | 008-011-010-000 | $125,388.69 |
| 204 West Hawthorne Street | 009-122-005-000 | $20,131.97 |
| 2941 California Street, 2969 California | 010-061-010-000 | $0.00 |
| 2927 California Street | 010-061-011-000 | $13,154.01 |
| 2535 L Street | 011-153-005-000 | $1,290.89 |
| 2445 Russ Street | 013-171-010-000 | $0.00 |
| **TOTAL** | | **$1,718,648.88** |

The information underlying collective Exhibit V is available at https://humboldtgov.org/260/Treasurer---Tax-Collector/. Collective Exhibit V is subject to judicial notice because it is a fact that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(a)(2); *Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d 861, 883 (9th Cir. 2004) ("undisputed matters of public record" are subject to judicial notice).

Attached as collective **Exhibit W** to Appendix of Exhibits [Dkt. No. 66-39 at 28-39] are abstracts of judgement recorded against Debtors on the following dates in the following amounts:

| Date | Amount |
|---|---|
| November 18, 2015 | $8,955.78 |
| November 18, 2015 | $26,512.25 |
| November 18, 2015 | $154,482.45 |
| November 18, 2015 | $53,374.28 |

Collective Exhibit W is subject to judicial notice because it is a fact that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(a)(2); *Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d 861, 883 (9th Cir. 2004) ("undisputed matters of public record" are subject to judicial notice).

Attached as **Exhibit AA** [Dkt. No. 66-40] to the Appendix is an Agenda Summary for the Eureka City Counsel titled "Placement of special assessments for unpaid fines, fees, and abatement charges." Exhibit AA assess special assessments and liens against the Debtors' property in the following amounts:

| Account # | Name | Property Address | APN | Abatement Charges | Administrative Fines | VB Monitoring | Interest | Penalties | Processing Fee | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-263 | Squires Family Trust | 833 H | 005-012-005 | | $9,800.00 | | $186.60 | $2,215.00 | $15.00 | $12,216.60 |
| 12-264 | Floyd and Betty Squires | 815 H | 005-012-001 | $132,245.32 | $29,400.00 | $600.00 | $1,178.50 | $12,075.00 | $15.00 | $175,513.82 |
| 12-279 | Floyd and Betty Squires | 2245 Broadway | 008-011-007 | $120,442.18 | $30,600.00 | $600.00 | $1,802.12 | $12,670.00 | $15.00 | $166,129.30 |
| 12-305 | Floyd and Betty Squires | 216 3rd | 001-066-002 | $31,778.40 | $9,800.00 | | $656.69 | $12,655.00 | $15.00 | $54,905.09 |
| 12-306 | Floyd Squires | 2969 California | 010-061-010 | | $9,800.00 | | $535.72 | $6,815.00 | $15.00 | $17,165.72 |
| 12-373 | Floyd and Betty Squires | 1635 G | 005-053-007 | $14,597.69 | $26,600.00 | $400.00 | $1,581.58 | $12,500.00 | $15.00 | $55,694.27 |
| 12-381 | Floyd Squires | 609 Summer | 001-042-012 | | $3,150.00 | | $122.61 | $2,285.00 | $15.00 | $5,572.61 |
| 12-034 | Floyd Squires | 1429 Sunny | 009-191-015 | | $16,155.00 | | $4,525.73 | $9,675.00 | $15.00 | $30,370.73 |
| | | | | | | | | **TOTAL** | | **$830,447.36** |

1        Collective Exhibit AA is subject to judicial notice because it is a fact that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(a)(2); *Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d 861, 883 (9th Cir. 2004) ("undisputed matters of public record" are subject to judicial notice).

Dated: February 16, 2018

FOX ROTHSCHILD LLP

By */s/ Michael A. Sweet*
    Michael A. Sweet
Attorneys for Creditor and Real Party in Interest
City of Eureka