TIMOTHY S. LAFFREDI (WI 1055133)
Assistant United States Trustee
TERRI H. DIDION (SBN 133491)
Trial Attorney
JARED A. DAY (SBN 275687)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm 5-0153
San Francisco, CA 94102
Telephone: (415) 705-3300
Facsimile: (415) 705-3367
E-mail: jared.a.day@usdoj.gov

Attorneys for the United States Trustee for Region 17
         TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

FLOYD E. SQUIRES, III and
BETTY J. SQUIRES,

            Debtors.

Case No: 17-10828-WJL

Chapter 11

Date: TBD; OST Requested
Time: TBD; OST Requested

**DECLARATION OF D A CLARKE FINNERAN IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. § 1112(b) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(f) AND 9014, TO DISMISS OR CONVERT <u>CHAPTER 11 CASE</u>**

I, D A Clarke Finneran, declare:

   1.    I am employed as a Bankruptcy Analyst in the Las Vegas office of the United States Trustee for Region 17, which includes the Northern District of California. I have personal knowledge of the following unless stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently thereto.

   2.    I have reviewed various documents filed with the Court in connection with the above captioned case as well as the Chapter 11 Quarterly Fee Information and Collection System maintained by the United States Trustee Program.

3. On November 29, 2017, I conducted a telephonic Initial Debtor Interview ("IDI") in this case. Debtors Floyd E. Squires, III and Betty J. Squires ("Debtors") and their counsel, David N. Chandler, were in attendance.

4. During the IDI, I discussed the requirement to provide proof of adequate insurance for all scheduled real properties and pay statutory United States Trustee quarterly fees.

5. On January 12, 2018, I received a copy of an e-mail from Jared Day, Trial Attorney for the United States Trustee, to Debtors' counsel requesting, inter alia, proof of insurance for all remaining scheduled real properties including a spreadsheet specifying the properties for which insurance was outstanding. Attached as Exhibit "A" hereto is a copy of the e-mail and accompanying spreadsheet.

6. On January 26, 2018, I sent a follow-up email to Debtors' counsel requesting, inter alia, proof of insurance for all remaining scheduled real properties including a spreadsheet specifying the properties for which insurance is outstanding. Attached as Exhibit "B" hereto is a copy of the e-mail and accompanying spreadsheet.

7. On February 15, 2018, Debtors' counsel provided additional insurance information to the United States Trustee. However, proof of insurance has not been provided for all of the Debtors' real property. In accordance with my review of this matter, I have determined that Debtors have failed to provide the United States Trustee with proof of insurance for at least 15 scheduled real properties as of the date of the filing of this Declaration. Attached as Exhibit "E" hereto is a copy of a spreadsheet summarizing the status of the insurance information provided as of the date of this Declaration.

8. Based upon my review of the Chapter 11 Quarterly Fee Information and Collection System and the total disbursements reported by Debtors on the November 2017 and December 2017 MORs, Debtors owe $325 for the fourth quarter of 2017. Debtors paid the $325 minimum fee. However, based on the reported disbursements, the total fee owed was $650, leaving an unpaid balance owed of $325.

9. During their IDI, Debtors advised the United States Trustee that they were in the process of completing their 2016 tax returns. To date, Debtors have not provided the United States Trustee with a copy of their 2016 tax returns.

Case: 17-10828    Doc# 103    Filed: 02/20/18    Entered: 02/20/18 17:35:03    Page 2 of 20

10. I summarized the rental income received post-petition for each property in November 2017 and December 2017 as reported by Debtors in the MORs they filed with the Court. For each of the properties reported by Debtors, I compared the actual rental income received by Debtors as reported in the MORs to the gross rental income projected by Debtors to be received in the month of December 2017 as reflected in their Cash Collateral Budget filed with the Court. [ECF Nos. 72, 80, *and* 93]. The analysis for November 2017 is summarized at the attached Exhibit "C". The analysis for December 2017 is summarized at the attached Exhibit "D".

11. Based on my analysis at Exhibit C, Debtors received $20,115 total post-petition gross rental income in November 2017. In their Cash Collateral Budget, Debtors projected the gross rental income for these properties to be $74,645 (i.e., $54,530 higher than the projected total gross rental income for December 2017). Because Debtors filed the petition on November 8, 2017, the November 2017 MOR may not reflect the total rental income received for November 2017 (i.e., the November 2017 MOR reflects only the post-petition rental income for November 2107). Based on Debtors' Schedules A/B (ECF No. 24, page 24 of 66), the Debtors reported that their total cash and deposits of money were $1,818 at November 8, 2017 (i.e., the bankruptcy filing date). To the extent that Debtors received additional rental income for these properties for November 2017 prior to the case filing, it appears that as of November 8, 2017, Debtors no longer had the funds on deposit.

12. Based on my analysis at Exhibit D, Debtors received $59,053 total gross rental income in December 2017. In their Cash Collateral Budget, Debtors projected the gross rental income for these properties to be $74,645 (i.e., $15,592 higher than the projected total gross rental income for December 2017).

13. Based on my analysis at Exhibits C and D, it appears that, with respect to the total projected gross rental income, the gross rental income used by Debtors in their Cash Collateral Budget may not be realistic.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 20, 2018        */s/ Clarke Finneran*
                                D. A. CLARKE FINNERAN
                                Bankruptcy Analyst for the United States Trustee

# EXHIBIT A

# Day, Jared A. (USTP)

| | |
|---|---|
| **From:** | Day, Jared A. (USTP) |
| **Sent:** | Friday, January 12, 2018 12:27 PM |
| **To:** | 'dchandler1747@yahoo.com'; 'david@dnchandler.com' |
| **Cc:** | 'Jane@dnchandler.com'; Finneran, Clarke (USTP) |
| **Subject:** | NDCA 17-10828-wjl Squires; Real Property Insurance & MOR Status; Urgent |
| **Attachments:** | Squires Insurance Summary 1.12.18.xlsx |

Hi David,

Please find a real property insurance status spreadsheet attached for your review. Please advise the Squires that the OUST will have no choice but to file an 1112(b) motion if proof of insurance for all real properties is not provided by early next week. Also, please advise whether the schedules need to be amended to include the last four properties on the spreadsheet.

I know the Debtors are also working on getting the first MOR prepared and filed. Please remind the Debtors that the deadline for the second MOR is also coming up in about eight days.

Thanks,

Jared A. Day
Trial Attorney
Office of the U.S. Trustee, Region 17
300 Booth Street, Suite 3009
Reno, NV 89509
Phone: (775) 784-5335  Ext. 109
Fax: (775) 784-5531

1

Case: 17-10828   Doc# 103   Filed: 02/20/18   Entered: 02/20/18 17:35:03   Page 6 of 20

|    | A                                           | B        | C               | D                                                     |
|----|---------------------------------------------|----------|-----------------|-------------------------------------------------------|
| 1  | Property                                    | Received | Expiration Date | Other Notes                                           |
| 2  | 1429 Sunny Ave., Eureka, CA                 | Yes      | 11/11/2018      |                                                       |
| 3  | 59 Ole Hanson, Eureka, CA                   | No       |                 |                                                       |
| 4  | 39 Ole Hanson Rd.                           | Yes      | 8/12/2018       | not on Sch Es for 2014 or 2015                        |
| 5  | 2409 Lindstrom, Eureka, CA                  | Yes      | 11/11/2018      |                                                       |
| 6  | 2445 Russ St., Eureka, CA                   | Yes      | 9/13/2018       |                                                       |
| 7  | 1635 G St., Eureka, CA                      | No       |                 |                                                       |
| 8  | 1410 Union St., Eureka, CA                  | No       |                 |                                                       |
| 9  | 705 15th St., Eureka, CA                    | Yes      | EXPIRED 11/1/17 |                                                       |
| 10 | 1233 A St., Eureka, CA                      | No       |                 |                                                       |
| 11 | 833 H St., Eureka, CA                       | No       |                 |                                                       |
| 12 | 2535 L St., Eureka, CA                      | Yes      | 11/11/2018      |                                                       |
| 13 | 202 Third, 315 & 325 C Streets, Eureka, CA  | No       |                 |                                                       |
| 14 | 1637 Third St., Eureka, CA                  | No       |                 |                                                       |
| 15 | 205 4th                                     | No       |                 | not on Sch Es for 2014 or 2015                        |
| 16 | 2235 Broadway                               | No       |                 | not on Sch Es for 2014 or 2015                        |
| 17 | 2245 Broadway, Eureka, CA                   | No       |                 |                                                       |
| 18 | 1606 Koster St., Eureka, CA                 | No       |                 |                                                       |
| 19 | 2941 California St, Eureka, CA              | No       |                 |                                                       |
| 20 | 2969 California St.                         | No       |                 | not on Sch Es for 2014 or 2015                        |
| 21 | 2325 Second St., Eureka, CA                 | No       |                 |                                                       |
| 22 | 115/117 Fifth St., Eureka, CA               | No       |                 |                                                       |
| 23 | 241 Wabash Ave., Eureka, CA                 | No       |                 |                                                       |
| 24 | 1648 Nedra, Eureka, CA                      | Yes      | 7/23/2018       |                                                       |
| 25 | 219 Fifth St., Eureka, CA                   | No       |                 |                                                       |
| 26 | 225 Wabash                                  | No       |                 | not on Sch Es for 2014 or 2015                        |
| 27 | 204 West Hawthorne, Eureka, CA              | Yes      | 7/28/2018       |                                                       |
| 28 | 216 Third St., Eureka, CA                   | No       |                 |                                                       |
| 29 | 3089, 3083, & 3079, McKinleyville, CA       | No       |                 | Only 3079 McKinleyville is listed on Sch A/B          |
| 30 | 218 Third St/220 Third St.                  | No       |                 | not on Sch Es for 2014 or 2015                        |
| 31 | 609 Summer St., Eureka, CA                  | No       |                 |                                                       |
| 32 | 607 Summer St., Eureka, CA                  | No       |                 |                                                       |
| 33 | 805 H St., Eureka, CA                       | Yes      | 12/15/2018      |                                                       |
| 34 | 1625 G St., Eureka, CA                      | No       |                 |                                                       |
| 35 | 1925 H St., Eureka, CA                      | Yes      | 11/11/2018      |                                                       |
| 36 | 1803 C St., Eureka, CA                      | No       |                 |                                                       |
| 37 | 72 Orick Lane, Orick, CA                    | No       |                 | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 38 | 57 Ole Hanson Rd., Eureka, CA               | No       |                 | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 39 | 10 W. Clark St., Eureka, CA                 | No       |                 | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 40 | 104 W. Clark St., Eureka, CA                | No       |                 | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |

# EXHIBIT B

# Day, Jared A. (USTP)

| | |
|---|---|
| **From:** | Finneran, Clarke (USTP) |
| **Sent:** | Friday, January 26, 2018 5:30 PM |
| **To:** | dchandler1747@yahoo.com |
| **Cc:** | Day, Jared A. (USTP); Didion, Terri (USTP); Laffredi, Timothy S. (USTP); Strozza, Nick (USTP) |
| **Subject:** | Squires (Case #17-10828) Proof of Insurance Request and Other Case Administration Matters |
| **Attachments:** | Squires (Case #17-10828) Insurance Summary 1.28.18.pdf |
| **Importance:** | High |

To: David N. Chandler, Esq.
      Attorney for the Debtors

I am writing to follow-up about the UST's request for proof of insurance for the debtors' real properties. Please note that this is at least the third request that our office has made to obtain this information. **Please be advised that our office has not received proof of current insurance coverage for at least 21 of the debtors' real properties. It is imperative that the debtors provide proof of insurance for <u>all</u> of the debtor's real property no later than February 2, 2018.**

For your reference, I have attached a copy of the updated chart that OUST Trial attorney Jared Day sent to you on January 12, 2018 which summarizes the status of the proof of insurance received from the debtors with respect to their real properties. The updated chart reflects the insurance information provided to our office on January 25, 2018.

Please also note that the chart includes several properties which were listed on either the debtors' 2014 or 2015 tax returns or on a declaration page for a policy provided to our office but which appear to not be listed on the Schedule A/B filed by the debtors. Please confirm the status of these additional properties. If the bankruptcy estate has an interest in these properties, the debtors need to provide proof of current insurance coverage. Presumably, any required amendments to the schedules and SOFA will also be made by the debtors.

**Additionally, it appears that the debtors have not filed the Monthly Operating Report (MOR) for the month of December 2017. This report was due on January 20, 2018. It is imperative that the debtors file the December 2017 MOR no later than February 2, 2018.**

Thank you for your immediate attention to this matter.
Sincerely,


D. A. Clarke Finneran, CPA
Bankruptcy Analyst
Office of the U.S. Trustee
300 Las Vegas Blvd., South, Suite 4300
Las Vegas, NV 89101

Phone: 702-388-6600 Ext. 226

1

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Property | Date Received | Expiration Date | Other Notes |
| 2 | 1429 Sunny Ave., Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 |
| 3 | 59 Ole Hanson, Eureka, CA | Not Provided | | |
| 4 | 39 Ole Hanson Rd. | Prior to 1/12/18 | 8/12/2018 | not on Sch Es for 2014 or 2015; Dup Ins 1/25/18 |
| 5 | 2409 Lindstrom, Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 |
| 6 | 2445 Russ St., Eureka, CA | Prior to 1/12/18 | 9/13/2018 | |
| 7 | 1635 G St., Eureka, CA | Not Provided | | |
| 8 | 1410 Union St., Eureka, CA | Not Provided | | |
| 9 | 705 15th St., Eureka, CA | Prior to 1/12/18 | EXPIRED 11/1/17 | |
| 10 | 1233 A St., Eureka, CA | Not Provided | | |
| 11 | 833 H St., Eureka, CA | Not Provided | | |
| 12 | 2535 L St., Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 |
| 13 | 202 Third, 315 & 325 C Streets, Eureka, CA | Not Provided | | |
| 14 | 1637 Third St., Eureka, CA | 1/25/2018 | 1/24/2019 | |
| 15 | 205 4th | Not Provided | | not on Sch Es for 2014 or 2015 |
| 16 | 2235 Broadway | Not Provided | | not on Sch Es for 2014 or 2015 |
| 17 | 2245 Broadway, Eureka, CA | Not Provided | | |
| 18 | 1606 Koster St., Eureka, CA | Not Provided | | |
| 19 | 2941 California St, Eureka, CA | 1/25/2018 | 1/24/2019 | |
| 20 | 2969 California St. | Not Provided | | not on Sch Es for 2014 or 2015 |
| 21 | 2325 Second St., Eureka, CA | 1/25/2018 | 1/24/2019 | |
| 22 | 115/117 Fifth St., Eureka, CA | Not Provided | | |
| 23 | 241 Wabash Ave., Eureka, CA | 1/25/2018 | 2/4/2019 | |
| 24 | 1648 Nedra, Eureka, CA | Prior to 1/12/18 | 7/23/2018 | |
| 25 | 219 Fifth St., Eureka, CA | Not Provided | | |
| 26 | 225 Wabash | Not Provided | | not on Sch Es for 2014 or 2015 |
| 27 | 204 West Hawthorne, Eureka, CA | Prior to 1/12/18 | 12/8/2018 | update received 1/25/18 |
| 28 | 216 Third St., Eureka, CA | Not Provided | | |
| 29 | 3089, 3083, & 3079 McKinleyville, CA | Not Provided | | Only 3079 McKinleyville is listed on Sch A/B |
| 30 | 218 Third St/220 Third St. | Not Provided | | not on Sch Es for 2014 or 2015 |
| 31 | 609 Summer St., Eureka, CA | Not Provided | | |
| 32 | 607 Summer St., Eureka, CA | Not Provided | | |
| 33 | 805 H St., Eureka, CA | Prior to 1/12/18 | 12/15/2018 | Duplicate Ins received 1/25/18 |

| | A | B | C | D |
|---|---|---|---|---|
| 34 | 1625 G St., Eureka, CA | 1/25/2018 | 1/24/2019 | |
| 35 | 1925 H St., Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 |
| 36 | 1803 C St., Eureka, CA | Not Provided | | |
| 37 | 72 Orick Lane, Orick, CA (Orick Hill per Ins) | 1/25/2018 | 11/12/2018 | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 38 | 57 Ole Hanson Rd., Eureka, CA | Not Provided | | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 39 | 10 W. Clark St., Eureka, CA | Not Provided | | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 40 | 104 W. Clark St., Eureka, CA | Not Provided | | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 41 | 2989 California, Eureka, CA | 1/25/2018 | 1/24/2019 | Not listed on Sch A/B; Listed on Acord Ins Policy |

# EXHIBIT C

| Real Property | November 2017 MOR Gross Actual Income | Projected Cash Budget (ECF No 72) | Variance |
|---|---|---|---|
| 117-119 5th St., Eureka, CA | $740.00 | $1,900.00 | ($1,160.00) |
| 1188 Winchester, McKinleyville, CA | Not Listed | Not Listed | |
| 1233 A St., Eureka, CA | $1,940.00 | $4,320.00 | ($2,380.00) |
| 1410 Union St., Eureka, CA | $0.00 | $750.00 | ($750.00) |
| 1429 Sunny Ave., Eureka, CA | $230.00 | $1,675.00 | ($1,445.00) |
| 1606 Koster St., Eureka, CA | $0.00 | $0.00 | $0.00 |
| 1625 G St./1623 G St., Eureka, CA | $890.00 | $6,150.00 | ($5,260.00) |
| 1635 G St., Eureka, CA | $0.00 | $0.00 | $0.00 |
| 1637 Third St., Eureka, CA | $1,205.00 | $3,575.00 | ($2,370.00) |
| 1648 Nedra, Eureka, CA | $0.00 | $0.00 | $0.00 |
| 1803 C St., Eureka, CA | $0.00 | $2,865.00 | ($2,865.00) |
| 1925 H St., Eureka, CA | $0.00 | $950.00 | ($950.00) |
| 202 Third, 315 -317 & 325 C Streets, Eureka, CA | $600.00 | $600.00 | $0.00 |
| 204 West Hawthorne, Eureka, CA | $0.00 | $1,950.00 | ($1,950.00) |
| 205 4th | $0.00 | $1,000.00 | ($1,000.00) |
| 211-219 Fifth St., Eureka, CA | $230.00 | $1,985.00 | ($1,755.00) |
| 216 Third St., Eureka, CA | $0.00 | $0.00 | $0.00 |
| 218 Third St/220 Third St. | $0.00 | $0.00 | $0.00 |
| 2235 Broadway | $0.00 | $0.00 | $0.00 |
| 2245 Broadway, Eureka, CA | $0.00 | $0.00 | $0.00 |
| 2325 Second St., Eureka, CA | $760.00 | $1,850.00 | ($1,090.00) |
| 2409 Lindstrom, Eureka, CA | $0.00 | $900.00 | ($900.00) |
| 241 Wabash Ave., Eureka, CA | $2,550.00 | $1,275.00 | $1,275.00 |
| 2445 Russ St., Eureka, CA | $0.00 | $1,250.00 | ($1,250.00) |
| 2535 L St., Eureka, CA | $0.00 | $1,250.00 | ($1,250.00) |
| 2927 California St. | Not Listed | $0.00 | |
| 2941 & 2969 California St, Eureka, CA | $2,195.00 | $19,065.00 | ($16,870.00) |
| 3089, 3083, & 3079 McKinleyville, McKinleyville, CA | $1,000.00 | $2,950.00 | ($1,950.00) |
| 39 Ole Hanson Rd, Eureka, CA | $0.00 | $0.00 | $0.00 |
| 57 Ole Hanson Rd., Eureka, CA | Not Listed | Not Listed | |
| 59 Ole Hanson Rd., Eureka, CA | $1,540.00 | $500.00 | $1,040.00 |
| 607 Summer St., Eureka, CA | $1,895.00 | $3,050.00 | ($1,155.00) |

| Property | Amount | Amount | Amount |
|---|---|---|---|
| 609 Summer St., Eureka, CA | $1,100.00 | $2,350.00 | ($1,250.00) |
| 705 15th St., Eureka, CA | $1,300.00 | $2,115.00 | ($815.00) |
| 72 Orick Lane, Orick, CA | Not Listed | $500.00 | |
| 805 & 805 1/2, 811-817 H St, Eureka, CA | $0.00 | $1,650.00 | ($1,650.00) |
| 833 H St., Eureka, CA | $1,940.00 | $8,220.00 | ($6,280.00) |
| | | | |
| TOTALS | $20,115.00 | $74,645.00 | ($54,530.00) |

# EXHIBIT D

| Real Property | December 2017 MOR Gross Actual Income | Projected Cash Budget (ECF No 72) | Variance |
|---|---|---|---|
| 117-119 5th St., Eureka, CA | $2,850.00 | $1,900.00 | $950.00 |
| 1188 Winchester, McKinleyville, CA | $0.00 | Not Listed | |
| 1233 A St., Eureka, CA | $3,630.00 | $4,320.00 | ($690.00) |
| 1410 Union St., Eureka, CA | $775.00 | $750.00 | $25.00 |
| 1429 Sunny Ave., Eureka, CA | $1,460.00 | $1,675.00 | ($215.00) |
| 1606 Koster St., Eureka, CA | $0.00 | $0.00 | $0.00 |
| 1625 G St./1623 G St., Eureka, CA | $2,403.00 | $6,150.00 | ($3,747.00) |
| 1635 G St., Eureka, CA | $0.00 | $0.00 | $0.00 |
| 1637 Third St., Eureka, CA | $7,670.00 | $3,575.00 | $4,095.00 |
| 1648 Nedra, Eureka, CA | $0.00 | $0.00 | $0.00 |
| 1803 C St., Eureka, CA | $560.00 | $2,865.00 | ($2,305.00) |
| 1925 H St., Eureka, CA | $0.00 | $950.00 | ($950.00) |
| 202 Third, 315 -317 & 325 C Streets, Eureka, CA | $0.00 | $600.00 | ($600.00) |
| 204 West Hawthorne, Eureka, CA | $2,600.00 | $1,950.00 | $650.00 |
| 205 4th | $0.00 | $1,000.00 | ($1,000.00) |
| 211-219 Fifth St., Eureka, CA | $980.00 | $1,985.00 | ($1,005.00) |
| 216 Third St., Eureka, CA | $460.00 | $0.00 | $460.00 |
| 218 Third St/220 Third St. | $0.00 | $0.00 | $0.00 |
| 2235 Broadway | $0.00 | $0.00 | $0.00 |
| 2245 Broadway, Eureka, CA | $0.00 | $0.00 | $0.00 |
| 2325 Second St., Eureka, CA | $1,145.00 | $1,850.00 | ($705.00) |
| 2409 Lindstrom, Eureka, CA | $900.00 | $900.00 | $0.00 |
| 241 Wabash Ave., Eureka, CA | $0.00 | $1,275.00 | ($1,275.00) |
| 2445 Russ St., Eureka, CA | $1,250.00 | $1,250.00 | $0.00 |
| 2535 L St., Eureka, CA | $1,250.00 | $1,250.00 | $0.00 |
| 2927 California St. | Not Listed | $0.00 | |
| 2941 & 2969 California St, Eureka, CA | $15,825.00 | $19,065.00 | ($3,240.00) |
| 3089, 3083, & 3079 McKinleyville, McKinleyville, CA | $2,025.00 | $2,950.00 | ($925.00) |
| 39 Ole Hanson Rd., Eureka, CA | $0.00 | $0.00 | $0.00 |
| 57 Ole Hanson Rd., Eureka, CA | Not Listed | Not Listed | |
| 59 Ole Hanson Rd., Eureka, CA | $0.00 | $500.00 | ($500.00) |
| 607 Summer St., Eureka, CA | $3,125.00 | $3,050.00 | $75.00 |

| Address | Amount | Amount 2 | Difference |
|---|---|---|---|
| 609 Summer St., Eureka, CA | $2,140.00 | $2,350.00 | ($210.00) |
| 705 15th St., Eureka, CA | $865.00 | $2,115.00 | ($1,250.00) |
| 72 Orick Lane, Orick, CA | $2,000.00 | $500.00 | $1,500.00 |
| 805 & 805 1/2, 811-817 H St, Eureka, CA | $0.00 | $1,650.00 | ($1,650.00) |
| 833 H St., Eureka, CA | $5,140.00 | $8,220.00 | ($3,080.00) |
| TOTALS | $59,053.00 | $74,645.00 | ($15,592.00) |

# EXHIBIT E

| | A | B | C | D |
|---|---|---|---|---|
| | Property | Date Received | Expiration Date | Other Notes |
| 1 | 1429 Sunny Ave., Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 & 2/15/18 |
| 2 | 59 Ole Hanson, Eureka, CA | 2/15/2018 | 2/8/2019 | new policy |
| 3 | 39 Ole Hanson Rd. | Prior to 1/12/18 | 8/12/2018 | not on 2014 or 2015 Sch Es; Dup Ins 1/25 & 2/15/18 |
| 4 | 2409 Lindstrom, Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 & 2/15/18 |
| 5 | 2445 Russ St., Eureka, CA | Prior to 1/12/18 | 9/13/2018 | |
| 6 | 1635 G St., Eureka, CA | 2/15/2018 | 3/10/2018 | |
| 7 | 1410 Union St., Eureka, CA | Not Provided | | |
| 8 | 705 15th St., Eureka, CA | Prior to 1/12/18 | EXPIRED 11/1/17 | |
| 9 | 1233 A St., Eureka, CA | 2/15/2018 | 6/15/2018 | |
| 10 | 833 H St., Eureka, CA | 2/15/2018 | 3/29/2018 | |
| 11 | 2535 L St., Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 & 2/15/18 |
| 12 | 202 Third, 315 & 325 C Streets, Eureka, CA | Not Provided | | |
| 13 | 1637 Third St., Eureka, CA | 1/25/2018 | 1/24/2019 | Duplicate Ins received 2/15/18 |
| 14 | 205 4th | Not Provided | | not on Sch Es for 2014 or 2015 |
| 15 | 2235 Broadway | Not Provided | | not on Sch Es for 2014 or 2015 |
| 16 | 2245 Broadway, Eureka, CA | Not Provided | | |
| 17 | 1606 Koster St., Eureka, CA | Not Provided | | |
| 18 | 2941 California St, Eureka, CA | 1/25/2018 | 1/24/2019 | Duplicate Ins received 2/15/18 |
| 19 | 2969 California St. | Not Provided | | not on Sch Es for 2014 or 2015 |
| 20 | 2325 Second St., Eureka, CA | 1/25/2018 | 1/24/2019 | Duplicate Ins received 2/15/18 |
| 21 | 115/117 Fifth St., Eureka, CA | Not Provided | | |
| 22 | 241 Wabash Ave., Eureka, CA | 1/25/2018 | 2/4/2019 | Duplicate Ins received 2/15/18 |
| 23 | 1648 Nedra, Eureka, CA | Prior to 1/12/18 | 7/23/2018 | |
| 24 | 219 Fifth St., Eureka, CA | 2/15/2018 | 2/9/2019 | |
| 25 | 225 Wabash | Not Provided | | not on Sch Es for 2014 or 2015 |
| 26 | 204 West Hawthorne, Eureka, CA | Prior to 1/12/18 | 12/8/2018 | update received 1/25/18; Duplicate recd 2/15/18 |
| 27 | 216 Third St., Eureka, CA | Not Provided | | |
| 28 | 3089, 3083, & 3079, McKinleyville, CA | Not Provided | | Only 3079 McKinleyville is listed on Sch A/B |
| 29 | 218 Third St/220 Third St. | Not Provided | | not on Sch Es for 2014 or 2015 |
| 30 | 609 Summer St., Eureka, CA | Not Provided | | |
| 31 | 607 Summer St., Eureka, CA | Not Provided | | |
| 32 | 805 H St., Eureka, CA | Prior to 1/12/18 | 12/15/2018 | Duplicate Ins received 1/25/18 & 2/15/18 |

| | A | B | C | D |
|---|---|---|---|---|
| 34 | 1625 G St., Eureka, CA | | 1/25/2018 | 1/24/2019 | Duplicate Ins received 2/15/18 |
| 35 | 1925 H St., Eureka, CA | Prior to 1/12/18 | 11/11/2018 | Duplicate Ins received 1/25/18 & 2/15/18 |
| 36 | 1803 C St., Eureka, CA | Not Provided | | |
| 37 | 72 Orick Lane, Orick, CA (Orick Hill per Ins) | 1/25/2018 | 11/12/2018 | On 2015 Tax Sch E; Not on Sch A/B; Dup Ins 2/15/18 |
| 38 | 57 Ole Hanson Rd., Eureka, CA | Not Provided | | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 39 | 10 W. Clark St., Eureka, CA | Not Provided | | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 40 | 104 W. Clark St., Eureka, CA | Not Provided | | Listed on 2015 Tax Return Sch E; Not listed on Sch A/B |
| 41 | 2989 California, Eureka, CA | 1/25/2018 | 1/24/2019 | Not on Sch A/B; On Acord Ins Policy; Dup Ins 2/15/18 |