TIMOTHY S. LAFFREDI (WI 1055133)
Assistant United States Trustee
TERRI H. DIDION (SBN 133491)
Trial Attorney
JARED A. DAY (SBN 275687)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm 5-0153
San Francisco, CA 94102
Telephone: (415) 705-3300
Facsimile: (415) 705-3367
E-mail: jared.a.day@usdoj.gov

Attorneys for the United States Trustee for Region 17
    TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>FLOYD E. SQUIRES, III and<br>BETTY J. SQUIRES,<br><br>                Debtors. | Case No: 17-10828-WJL<br><br>Chapter 11<br><br>Date: Ex Parte; OST Requested<br>Time: Ex Parte; OST Requested |

**EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT <u>UNDER 11 U.S.C. § 1112(b)</u>**

To the Honorable William J. Lafferty, United States Bankruptcy Judge**:**

      Tracy Hope Davis, United States Trustee for Region 17 ("United States Trustee"), by and through her undersigned counsel, filed a *Motion to Dismiss or Convert Case to Chapter 7 Under 11 U.S.C. § 1112(b)* on February 20, 2018 ("Motion"). [ECF No. 102]. The United States Trustee now submits this Ex Parte Motion requesting that the Court enter an order shortening time for hearing the aforementioned Motion on the same date and time as other matters scheduled for hearing in this case on February 28, 2018 at 10:30 a.m. ("Ex Parte Motion").

This Ex Parte Motion is made and based upon Federal Rule of Bankruptcy Procedure ("FRBP") 9006, Bankruptcy Local Rule ("BLR") 9006-1, 11 U.S.C. § 105(a), the following memorandum of points and authorities inclusive of the Declaration of Jared A. Day, Trial Attorney for the United States Trustee ("Day Declaration"), filed concurrently herewith, and the papers and pleadings on file with the Court.

**I.     BACKGROUND FACTS**

1. On November 8, 2017, Debtors Floyd E. Squires, III and Betty J. Squires ("Debtors") filed a voluntary chapter 11 bankruptcy petition ("Petition"). [ECF No. 1].

2. Debtors filed their initial Schedules and Statements on December 1, 2017. [ECF Nos. 24 - 27].

3. On Schedule A, Debtors listed an interest in 34 separate parcels of real property primarily located in Eureka, California with a scheduled value of $18,445,110. [ECF. No 24].

4. Debtors are required to supply the United States Trustee with certain documents including proof of insurance for estate assets as prescribed by 11 U.S.C. § 1112(b)(4)(C) and the United States Trustee Guidelines for Chapter 11 cases.

5. Despite at least three separate requests from the United States Trustee, Debtors have not provided proof of insurance coverage for approximately 15 of the real properties reflected on their Schedule A. [*See* ECF No. 102, Motion, Finneran Declaration].

6. Without adequate insurance, the estate and the public are exposed to significant risk. Further, creditors may be harmed due to a lack of insurance coverage.

**II.    MEMORANDUM OF POINT OF AUTHORITIES**

7. Bankruptcy Rule 9006(c)(1) generally permits a bankruptcy court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the FRBP.

8. According to BLR 9006-1(c), a request to shorten time may be made by motion on at least 72 hours' notice to the respondent absent exigent circumstances. Further, the request must be accompanied by a declaration stating 1) the reason for the particular shortening of time request; 2) previous time modifications related to the subject of the request, whether by stipulation or Court order; 3) the effect of the requested time modification on the schedule for the case or proceeding; and 4) where the request is not made by stipulation, the efforts made to speak with the respondent and, if the movant has spoken with the respondent, the reasons given for any refusal to agree to the request.

9. Section 105(a) of the Bankruptcy Code allows the Court to issue such orders as are necessary to carry out the provisions of the Bankruptcy Code. *See* 11 U.S.C. § 105(a).

10. Failure to maintain appropriate insurance coverage that poses a risk to the estate or to the public constitutes cause for dismissal or conversion under 11 U.S.C. § 1112(b)(4)(C) and cause for a hearing on the matter on shortened time in this case. Day Declaration filed concurrently herewith.

11. No previous time modifications related to the United States Trustee's Motion have been made in this case. Id.

12. On February 20, 2018, the undersigned Trial Attorney for the United States Trustee, Jared A. Day, contacted, inter alia, counsel for the Debtors and counsel for the City of Eureka to determine whether they are in agreement with the Motion being heard on shortened time. Id. A response has not been received by the United States Trustee as of the time of the filing of this Ex Parte Motion. Id.

### III. CONCLUSION

Based upon the foregoing, the United States Trustee requests that the Court enter an order allowing for her Motion to Dismiss or Convert Case to be heard on February 28, 2018 at

10:30 a.m. or as soon as convenient for the Court and for such other and further relief as is just under the circumstances.

Dated: February 21, 2018

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Jared A. Day
JARED A. DAY
Trial Attorney for the United States Trustee
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335x109

Page -4-