TIMOTHY S. LAFFREDI (WI 1055133)
Assistant United States Trustee
TERRI H. DIDION (SBN 133491)
Trial Attorney
JARED A. DAY (SBN 275687)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave., Rm 5-0153
San Francisco, CA 94102
Telephone: (415) 705-3300
Facsimile: (415) 705-3367
E-mail: jared.a.day@usdoj.gov

Attorneys for the United States Trustee for Region 17
    TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>FLOYD E. SQUIRES, III and<br>BETTY J. SQUIRES,<br><br>                            Debtors. | Case No: 17-10828-WJL<br><br>Chapter 11<br><br>Date: Ex Parte; OST Requested<br>Time: Ex Parte; OST Requested |

**DECLARATION OF TRIAL ATTORNEY JARED A. DAY IN SUPPORT OF
EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON
UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT
<u>UNDER 11 U.S.C. § 1112(b)</u> ("MOTION")**

I, JARED A. DAY, declare as follows:

1. I am a Trial Attorney employed in the Reno, Nevada office of the United States Trustee for Region 17, which includes the Northern District of California. I have personal knowledge of the following unless stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently thereto.

2. The Office of the United States Trustee obtains information from bankruptcy

debtors regarding operating history, factors contributing to the bankruptcy filing, and the plan for an effective reorganization. As part of that process, I reviewed the Debtors' Schedules, Statements, and related documentation.

3.      Debtors are required to supply the United States Trustee with certain documents including proof of insurance for estate assets as prescribed by 11 U.S.C. § 1112(b)(4)(C) and the United States Trustee Guidelines for Chapter 11 cases.

4.      Failure to maintain appropriate insurance coverage that poses a risk to the estate or to the public constitutes cause for dismissal or conversion under 11 U.S.C. § 1112(b)(4)(C) and cause for a hearing on the matter on shortened time in this case.

5.      No previous time modifications related to the United States Trustee's Motion have been made in this case.

6.      On February 20, 2018, I contacted, inter alia, counsel for the Debtors and counsel for the City of Eureka to determine whether they are in agreement with the Motion being heard on shortened time. A response has not been received by the United States Trustee as of the date/time of the filing of this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2018                Respectfully Submitted,

By:    /s/ Jared A. Day
JARED A. DAY
Trial Attorney for the United States Trustee
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335x109

Case: 17-10828    Doc# 105    Filed: 02/21/18    Entered: 02/21/18 17:30:08    Page 2 of 2