CYNDY DAY-WILSON (SBN 135045)
cday-wilson@ci.eureka.ca.gov
**CITY ATTORNEY, EUREKA**
531 K Street
Eureka, CA 95551
Telephone: 707-441-4147
Facsimile: 707-441-4148

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415-364-5540
Facsimile: 415-391-4436

Attorneys for CITY OF EUREKA
Creditor and Real Party in Interest

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>FLOYD E. SQUIRES III AND<br>BETTY J. SQUIRES,<br><br>              Debtors. | Case No. 17-10828 WJL 11<br><br>Chapter 11<br><br>**DECLARATION OF HEINRICH SOLTOW IN SUPPORT OF CITY OF EUREKA'S MOTION TO APPOINT CHAPTER 11 TRUSTEE**<br><br>Date: March 26, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. William Lafferty<br>Location: U.S. Courthouse<br>3140 Boeing Avenue<br>McKinleyville, CA |

I, Heinrich Soltow, declare as follows:

1. I am currently employed as a Police Officer for the Police Department of the City of Eureka ("City"), and have been so employed at all times relevant to this Declaration. I have been employed as a Police Officer for the City for just over three years. If called upon to testify, I could

///

and would testify competently to the contents of this declaration. I make this declaration in support of the Trustee's Motion To Appoint a Chapter 11 Trustee (the "Motion").

2. I have worked as a Police Officer for the City of Eureka for the past 3 years. In the course of my experience as a Police Officer working at the City I have dealt with numerous issues at properties owned by Floyd and Betty Squires ("Squires"). I have been dispatched to incidents at various Squires' properties approximately 100 times in the last 3 years.

3. Notably, on August 21, 2017, at about 2:55 p.m. I responded to a structure fire at the Blue Herron Motel (located at 2245 Broadway) ("Blue Heron").

4. Based on my investigation (detailed in Exhibit A), I concluded that Kattie Yocum ("Yocum") started the fire at the Blue Heron as revenge against Floyd Squires, the owner of the Blue Heron.

5. I arrested Yocum for arson (Pen. Code § 452(c)) and violation of parole (Pen. Code § 1203.2(a)). I am informed and believe that Yocum was eventually charged with arson and thereafter pleaded no contest to the same.

6. Attached hereto as **Exhibit A** is a true and correct copy of my police report detailing my investigation of this incident (with attachments referenced therein). I prepared Exhibit A at or near the time of the events described. Exhibit A was kept in the regular course of the operations of the City Police Department. The making of Exhibit A (a police report) is the regular practice of the Police Department following an arrest. Furthermore, Exhibit A sets out my activities with respect to the investigation.

7. Most recently, on February 19, 2018, at about 8:38 p.m. I responded to assist other officers on scene to a call of a rape in progress at 117 5th Street. While on scene, I discovered Floyd Squires owns 117 5th Street. The property had been partially boarded up and was supposed to be vacant. During the investigation it was discovered that two individuals, a male and a female, had entered to the property, and once inside a disturbance occurred. During the disturbance the female broke a window. Both individuals were taken into custody and booked for violation of Penal Code §§ 647(e) (unlawful lodging) and 647(f) (public intoxication).

8. A request was made through dispatch to contact Squires to secure 117 5th Street. The property was no longer secure due to the broken window. Dispatch was not able to reach Squires to secure the property.

9. During my various responses to Squires owned properties throughout the City there were several incidents where Squires owned property had been broken into and left unsecured, including several at the Blue Heron Motel prior to its demolition. During several instances Squires failed to respond to secure his properties.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct, and with respect to those matters stated on information and belief, I believe them to be true and correct.

Dated: February 23, 2018.

Heinrich Soltow
Officer, Police Department
City of Eureka

ACTIVE\53535786.v2-2/22/18