| | |
|---|---|
| 1 | CYNDY DAY-WILSON (SBN 135045) |
| | cday-wilson@ci.eureka.ca.gov |
| 2 | **CITY ATTORNEY, EUREKA** |
| | 531 K Street |
| 3 | Eureka, CA 95551 |
| | Telephone: 707-441-4147 |
| 4 | Facsimile: 707-441-4148 |
| 5 | MICHAEL A. SWEET (SBN 184345) |
| | msweet@foxrothschild.com |
| 6 | JACK PRAETZELLIS (SBN 267765) |
| | jpraetzellis@foxrothschild.com |
| 7 | **FOX ROTHSCHILD LLP** |
| | 345 California Street, Suite 2200 |
| 8 | San Francisco, CA 94104 |
| | Telephone: 415-364-5540 |
| 9 | Facsimile: 415-391-4436 |
| 10 | Attorneys for CITY OF EUREKA |
| | Creditor and Real Party in Interest |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | CASE NO. 17-10828 WJL 11 |
| FLOYD E. SQUIRES III AND BETTY J. SQUIRES, | Chapter 11 |
| Debtors. | **DECLARATION OF FIRE CAPTAIN NATHAN BAXLEY IN SUPPORT OF CITY OF EUREKA'S MOTION TO APPOINT CHAPTER 11 TRUSTEE** |
| | Date: March 26, 2018 |
| | Time: 9:00 a.m. |
| | Judge: Hon. William Lafferty |
| | Location: U.S. Courthouse |
| | 3140 Boeing Avenue |
| | McKinleyville, CA |

I, Nathan Baxley, declare as follows;

1. I am currently employed as a Fire Captain with the Humboldt Bay Fire Department. I have personal knowledge of the matters and facts set forth herein, and if called as a witness could, and would, testify competently thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of an email I sent to Matt Morgan regarding an incident at 2941 California, Unit H on February 22, 2018. All of the statements in the email are true and correct and accurately reflect my experience and observations as does the following:

3.  Engine 8113 responded to a medical aid at the above address for a report of a 40 year old male with abscesses to his lower legs and unable to walk.

4.  Upon arrival, our engine company first noticed and commented on the large amount of water draining from the front porch and from underneath the unit. As we entered the apartment, standing water could be found throughout the kitchen area.

5.  The cooking stove had been removed from the wall and disassembled, parts from the stove were lying on the stove as well as a small amount of marijuana and other drug paraphernalia (used syringes).

6.  It should be noted that garbage and rotten food was everywhere. Graffiti also littered the walls.

7.  As we entered deeper into the apartment at least 12 people scattered and crammed into the back room, I was met by a woman who pointed to our medical patient.

8.  The male subject was lying in the corner on the floor with a milk container full of urine by his side.

9.  There was also several used syringes around our patient and strewn about the apartment's floor.

10. On several occasions while assessing the patient, occupants of the apartment would present themselves and then disappear back into the back room. The other occupants behavior was erratic and presented a safety concern for my engine company.

11. The living conditions were so appalling that I instructed my crew to not put any of our medical gear on the apartment floor.

12. The same woman that I was initially met by stated that he had been lying on the floor in the same position for nearly a week. The patient's legs were in fact abscessed and rotten, the smell of feces and rotting flesh was as bad as I have experienced in my 13 years here.

13. Our Engine Company with assistance from City Ambulance was able to wrap the patient in a sterile blanket.

14. While moving the patient from his sitting position, dried feces was caked to both the patient as well as his makeshift bedding.

15. While loading the patient onto the gurney, occupants continued to move in and out of the house.

16. The patient was loaded and transported to St. Joseph and reported later that the gangrene had spread throughout his body, his status is unknown at this time.

17. Engine 8113 sterilized our PPE and equipment before getting back onto the engine (this practice is not common) and returned to quarters.

18. I've been in several occupancies here in Eureka that are deplorable, this one was one of the worst and words cannot create a realistic picture of how unsanitary those living conditions are.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct, and with respect to those matters stated on information and belief, I believe them to be true and correct.

Dated: February 23, 2018.

Nathan Baxley
Fire Captain
Humboldt Bay Fire Department

ACTIVE\53784219.v1-2/22/18