1   CYNDY DAY-WILSON (SBN 135045)
    cday-wilson@ci.eureka.ca.gov
2   **CITY ATTORNEY, EUREKA**
    531 K Street
3   Eureka, CA 95551
    Telephone:    707-441-4147
4   Facsimile:    707-441-4148

5   MICHAEL A. SWEET (SBN 184345)
    msweet@foxrothschild.com
6   JACK PRAETZELLIS (SBN 267765)
    jpraetzellis@foxrothschild.com
7   **FOX ROTHSCHILD LLP**
    345 California Street, Suite 2200
8   San Francisco, CA 94104
    Telephone:    415-364-5540
9   Facsimile:    415-391-4436

10  Attorneys for CITY OF EUREKA
    Creditor and Real Party in Interest
11

12                  UNITED STATES BANKRUPTCY COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SANTA ROSA DIVISION

15

16  In re:                          | CASE NO. 17-10828 WJL 11

17  FLOYD E. SQUIRES III AND         | Chapter 11
    BETTY J. SQUIRES,
18                                   | **CITY OF EUREKA'S <u>THIRD</u> REQUEST
                    Debtors.         | FOR JUDICIAL NOTICE IN SUPPORT
19                                   | OF CITY OF EUREKA'S MOTION TO
                                     | APPOINT CHAPTER 11 TRUSTEE**
20
                                     | Date:        March 26, 2018
21                                   | Time:        9:00 a.m.
                                     | Judge:       Hon. William Lafferty
22                                   | Location:    U.S. Courthouse
                                     |              3140 Boeing Avenue
23                                   |              McKinleyville, CA
24

25

26

27

28

Case: 17-10828    Doc# 116    Filed: 02/26/18    Entered: 02/26/18 16:47:30    Page 1 of 2

The City of Eureka ("City") hereby requests that the Court take judicial notice of the following documents in support of the City's Motion to Appoint a Chapter 11 Trustee:

| Date | Item | No. |
|------|------|-----|
| 1/10/2018 | Issued Inspection Abatement Warrant [for 833 H Street] | A |
| 1/10/2018 | Application for Abatement/Inspection Warrant [for 833 H Street] | B |
| 1/10/2018 | Memorandum of Points and Authorities in Support of Inspection/Abatement Warrant Application [for 833 H Street] | C |
| 1/10/2018 | Affidavit of Code Enforcement Program Manager Matthew Morgan in Support of Application for Inspection/Abatement Warrant for the Listed Property [833 H Street] | D |
| 1/10/2018 | Declaration of Director of Public Works/Chief Building Official Brian J. Gerving in Support of Application for Inspection/Abatement Warrant for the Listed Property [833 H Street] | E |
| 1/10/2018 | Declaration of Deputy Public Works Director Brian Issa in Support of Application for Inspection and Abatement Warrant [for 833 H Street] | F |
| 1/10/2018 | Appendix of Exhibits [In Support of Application for Inspection Abatement Warrant for 833 H Street] | G |

The above documents are subject to judicial notice because they are facts that can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(a)(2); *Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d 861, 883 (9th Cir. 2004) ("undisputed matters of public record" are subject to judicial notice).

Dated: February 26, 2018

FOX ROTHSCHILD LLP


By */s/Michael A. Sweet*
   Michael A. Sweet
Attorneys for Creditor and Real Party in Interest
City of Eureka