1  CYNDY DAY-WILSON (SBN 135045)
   cday-wilson@ci.eureka.ca.gov
2  **CITY ATTORNEY, EUREKA**
   531 K Street
3  Eureka, CA 95551
   Telephone:   707-441-4147
4  Facsimile:   707-441-4148

5  MICHAEL A. SWEET (SBN 184345)
   msweet@foxrothschild.com
6  JACK PRAETZELLIS (SBN 267765)
   jpraetzellis@foxrothschild.com
7  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
8  San Francisco, CA 94104
   Telephone:   415-364-5540
9  Facsimile:   415-391-4436

10 Attorneys for CITY OF EUREKA
   Creditor and Real Party in Interest

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>FLOYD E. SQUIRES III AND<br>BETTY J. SQUIRES,<br><br>　　　　　　Debtors. | Case No. 17-10828 WJL 11<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF CHIEF BUILDING OFFICIAL BRIAN GERVING IN SUPPORT OF CITY OF EUREKA'S MOTION TO APPOINT CHAPTER 11 TRUSTEE**<br><br>Date:　　　March 26, 2018<br>Time:　　　9:00 a.m.<br>Judge:　　Hon. William Lafferty<br>Location:　U.S. Courthouse<br>　　　　　　3140 Boeing Avenue<br>　　　　　　McKinleyville, CA |

　　　I, Brian Gerving, declare as follows;

　　　1.　　I am currently employed as a by the City of Eureka ("City") as the Chief Building Official. I have personal knowledge of the matters and facts set forth herein, and if called as a witness could, and would, testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter I sent to Floyd and Betty Squires and Jeff Smith dated February 22, 2018. The letter declares the real property commonly known as 2969 California Street, Eureka, California a Chronic Nuisance under Eureka Municipal Code Section 134.03. The statements in the letter are all personally known to me or are based upon a review of records kept by the City in the ordinary course of business.

I declare under penalty of perjury that the above statements are true and correct, and with respect to those matters stated on information and belief, I believe them to be true and correct and this declaration was executed on February 27, 2018 at Eureka, California.

_____
Brian J. Gerving
Chief Building Official
City of Eureka