CYNDY DAY-WILSON (SBN 135045)
cday-wilson@ci.eureka.ca.gov
**CITY ATTORNEY, EUREKA**
531 K Street
Eureka, CA 95551
Telephone: 707-441-4147
Facsimile: 707-441-4148

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415-3364-5540
Facsimile: 415-391-4436

Attorneys for CITY OF EUREKA
Creditor and Real Party in Interest

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>FLOYD E. SQUIRES III AND BETTY J. SQUIRES,<br><br>　　　　　Debtors. | CASE NO. 17-10828 WJL 11<br><br>Chapter 11<br><br>**DECLARATION OF EUREKA POLICE ACTING SERGEANT GREGORY HILL IN SUPPORT OF CITY OF EUREKA'S MOTION TO APPOINT CHAPTER 11 TRUSTEE**<br><br>Date: March 26, 2018<br><br>Judge: Hon. William J. Lafferty |

I, Gregory Hill, hereby declare:

1. I am currently employed the Police Department of the City of Eureka ("City"), and have been so employed at all times relevant to this Declaration. My current position is Acting Sergeant. If called

upon to testify, I could and would testify competently to the contents of this declaration. I make this declaration in support of the Trustee's Motion to Appoint a Chapter 11 Trustee (the "Motion").

2. In June 2002 I graduated from the College of the Redwoods Police Academy. I worked three years for the Fortuna Police Department. I started my career at the Eureka Police Department in May of 2005 and have worked as a Patrol Officer, Traffic Collision Investigator, Field Training Officer, SWAT Operator, Evidence Technician, and Acting Police Sergeant.

3. On February 27, 2018 I responded to the 2900 block of California Street for a report of a 415 between two male subjects and a female and a single gunshot heard. The subjects were reported to have ran through 2969 California Street, a property owned by Floyd and Betty Squires.

4. Upon my arrival, I observed a male subject in the first floor hallway of 2969 California Street. The male subject (hereinafter "witness") stated to me he had observed a male subject walking in the second floor hallway carrying a pistol in his hand. The witness also reported the male walked outside onto the California Street side of the building. A few moments later the witness stated he heard a single gunshot come from outside the apartment building and then heard a female scream. The subject with the pistol and another male and female were heard running through the hallway of the apartment complex. The witness could not advise me where then ran to.

5. I spoke with the reporting party in Apartment #1, who reported he heard a single gunshot outside the apartment complex on the California Street side of the building. I canvased the area and did not locate any evidence or the subjects.

6. The witness stated the subject with the pistol was described as a 20 YOA, 5-6 150 pounds, black jacket and black pants. The pistol was described as being a tan in colored revolver.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct, and with respect to those matters stated on information and belief, I believe them to be true and correct.

Dated: February 27TH, 2018

Gregory Hill
Sergeant, Police Department
City of Eureka