```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5

 6                  UNITED STATES BANKRUPTCY COURT

 7
                    NORTHERN DISTRICT OF CALIFORNIA
 8

 9   IN RE:                      CASE No. 17-10828 WJL

10  FLOYD E. SQUIRES, III and    CHAPTER 11
    BETTY J. SQUIRES,
11                               MOTION FOR ORDER AUTHORIZING
         Debtors.           /    FURTHER USE OF CASH COLLATERAL
12                               Date:  March 8, 2018
                                 Time:  3:30 p.m.
13                               Place: 1300 Clay St., Rm. 220
                                        Oakland, CA
14

15       TO: HONORABLE WILLIAM J. LAFFERTY, JUDGE, UNITED STATES

16  BANKRUPTCY COURT:

17       FLOYD E. SQUIRES, III and BETTY J. SQUIRES, Debtors herein,

18  hereby move the above entitled Court for an Order Authorizing

19  Further Use of Cash Collateral.

20       Said Motion is made on the grounds that the secured creditor is

21  adequately protected by the real property collateral and that

22  continued use of the rents produced by the real property collateral

23  is necessary to maintain the subject property for the tenants and

24  payment of senior encumbrances and real property taxes as same come

25  due.  A health and safety receiver is in possession of the subject

26  real property collateral pursuant to Order of the Superior Court

27  with powers limited to real property code violation corrections

28
```

mandated by the City of Eureka.

Said Motion is made and based on the within Motion, the Declaration of Floyd Squires and the Memorandum of Points and Authorities served and filed herewith.

Dated:   3/5/18                          DAVID N. CHANDLER, p.c.


                                         By: */s/David N. Chandler*
                                         David N. Chandler
                                         Attorneys for Debtors