# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Floyd & Betty Squires | **Case No.** 17-10828 |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 01/31/18          **PETITION DATE:** 11/08/17

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $0 | | |
| | b. Total Assets | $17,141,000 | | |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $16,695,000 | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $58,642 | $59,168 | $0 |
| | b. Total Disbursements | 55911.5 | $60,278 | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,730 | $1,110 | $0 |
| | d. Cash Balance Beginning of Month | $0 | | $0 |
| | e. Cash Balance End of Month (c + d) | | $1,110 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $16,695,000 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | No |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | No |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | No |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | No |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | Yes | |
| 13. | Are a plan and disclosure statement on file? | | No |
| 14. | Was there any post-petition borrowing during this reporting period? | | No |

15.  Check if paid: Post-petition taxes ___;          U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 3/1/18                    _Responsible Individual_

Revised 3/15/99

# BALANCE SHEET
(Small Real Estate/Individual Case)

**For the Month Ended** ___01/31/18___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $0 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $16,695,000 |
| 9 | Furniture, Fixtures, and Equipment | | $11,000 |
| 10 | Vehicles | | $135,000 |
| 11 | Partnership interests | | $300,000 |
| 12 | Interest in corporations | | $0 |
| 13 | Stocks and bonds | | $0 |
| 14 | Interests in IRA, Keogh, other retirement plans | | $0 |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $17,141,000 |
| 18 | **Total Assets** | | $17,141,000 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | $16,695,000 |
| 27 | **Total Post-Petition Liabilities** | | $16,695,000 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | |
| 32 | **Total Pre-Petition Liabilities** | | $0 |
| 33 | **Total Liabilities** | | $16,695,000 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $16,695,000 |

NOTE:
  Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1**<br>39 Ole Hanson | **Property 2**<br>59 Ole Hanson | **Property 3**<br>117 5th -119 W 6th St. |
|---|---|---|---|---|
| 1 | Description of Property |   |   |   |
| 2 | Scheduled Gross Rents<br>Less: | $0 | $0 | $2,275 |
| 3 | Vacancy Factor | $0 |   |   |
| 4 | Free Rent Incentives | $0 |   |   |
| 5 | Other Adjustments | $0 |   |   |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $2,275 |
| 8 | Less:  Rents Receivable (2) |   |   |   |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $2,275 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|    |   | **Account 1** | **Account 2** | **Account 3** |
|----|---|---|---|---|
| 10 | Bank |   |   |   |
| 11 | Account No. |   |   |   |
| 12 | Account Purpose |   |   |   |
| 13 | Balance, End of Month |   |   |   |
| 14 | Total Funds on Hand for all Accounts | $0 |   |   |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|  |  | Property 4 205 4th Street | Property 5 204 W. Hawthorne | Property 6 211-219 5th Street |
|---|---|---|---|---|
| 1 | Description of Property |  |  |  |
| 2 | Scheduled Gross Rents Less: | $1,000 | $1,975 | $980 |
| 3 | Vacancy Factor |  |  |  |
| 4 | Free Rent Incentives |  |  |  |
| 5 | Other Adjustments |  |  |  |
| 6 | Total Deductions | $0 | $0 | $0 |
|  |  | $0 |  |  |
| 7 | Scheduled Net Rents |  | $1,975 | $980 |
| 8 | Less: Rents Receivable (2) |  |  |  |
| 9 | Scheduled Net Rents Collected (2) | $0 | $1,975 | $980 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank |  |  |  |
| 11 | Account No. |  |  |  |
| 12 | Account Purpose |  |  |  |
| 13 | Balance, End of Month |  |  |  |
| 14 | Total Funds on Hand for all Accounts | $0 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 7<br>216 3rd Street | Property 8<br>218-220 3rd Street | Property 9<br>241 Wabash |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents<br>Less: | $0 | $0 | $1,275 |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

__List the Rental Information Requested Below By Properties (For Rental Properties Only)__

| | | Property 10 315-317 C & 202 3rd | Property 11 607 Summer Street | Property 12 609 Summer Street |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | $2,425 | $100 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $2,425 | $100 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $2,425 | $100 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 13 | Property 14 | Property 15 |
|---|---|---|---|---|
| | | 705 15th Street | 833 H Street | 805 & 805 1/2 H St. |
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $2,205 | $4,342 | $1,650 |
| | Less: | | | |
| 3 | Vacancy Factor | $0 | $1,500 | |
| 4 | Free Rent Incentives | $0 | | |
| 5 | Other Adjustments | $0 | | |
| 6 | Total Deductions | $0 | $1,500 | $0 |
| 7 | Scheduled Net Rents | $2,205 | $2,842 | $1,650 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,205 | $2,842 | $1,650 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 16<br>1233 A Street | Property 17<br>1410 Union Street | Property 18<br>1429 Sunny Ave |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $3,772 | $775 | $1,675 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $3,772 | $775 | $1,675 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $3,772 | $775 | $1,675 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 19<br>1606 Koster Street<br>Shared | Property 20<br>1625/1623 G Street | Property 21<br>1635 G Street |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents<br>Less: | $0 | $4,772 | $0 |
| 3 | Vacancy Factor | | $650 | $0 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $650 | $0 |
| 7 | Scheduled Net Rents | $0 | $4,122 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $4,122 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

#### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 22<br>1637 3rd Street | Property 23<br>1648 Nedra | Property 24<br>1803 C Street |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $2,090 | $0 | $2,050 |
| | Less: | | | |
| 3 | Vacancy Factor | | | $505 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $505 |
| 7 | Scheduled Net Rents | $2,090 | $0 | $1,545 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,090 | $0 | $1,545 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 25<br>1925 H Street | Property 26<br>2235 Broadway | Property 27<br>2245 Broadway |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $950 | $0 | $0 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $950 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $950 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 28<br>2325 2nd Street | Property 29<br>2409 Lindstrom | Property 30<br>2445 Russ Street |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $2,010 | $900 | $1,250 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $2,010 | $900 | $1,250 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,010 | $900 | $1,250 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 31<br>2535 L Street | Property 32<br>2941 California St. | Property 33<br>2969 California St. |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents<br>Less: | $1,250 | $7,941 | $6,756 |
| 3 | Vacancy Factor | | | $2,000 |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $2,000 |
| 7 | Scheduled Net Rents | $1,250 | $7,941 | $4,756 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $1,250 | $7,941 | $4,756 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

#### List the Rental Information Requested Below By Properties (For Rental Properties Only)

| | | Property 34<br>1188 Winchester, McK | Property 35<br>3079-3089 McK | Property 36<br>72 Orick Hill Lane |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $800 | $1,375 | $0 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $800 | $1,375 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $800 | $1,375 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___01/31/18___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $59,168 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $58,642 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $7,296 | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | $0 | |
| 19 | Real Property | $18,615 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | $4,088 | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | $8,427 | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | $479 | |
| 29 | Real Property Taxes | $0 | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Dump Fees & Yard Work | $148 | |
| 33 | Security/Alarm System | $316 | |
| 34 | Utilities | $10,765 | |
| 35 | Eviction | $145 | |
| 36 | Materials/Supplies | $8,449 | |
| 37 | **Total Cash Disbursements:** | $58,727 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | ($85) | $0 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | ($85) | $0 |

Revised 3/15/99

 [redacted] [redacted] [redacted] [redacted]

**usbank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3842 TRN S X ST01

000066600 01 AB 0.408 106481413958493 P Y
ESTATE OF FLOYD E SQUIRES
BETTY J SQUIRES
DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-10828WJL
219 5TH ST STE 204
EUREKA CA 95501-0303

***To Contact U.S. Banl***

***By Phone:*** *1-800-US BANKS*
*(1-800-872-2657*

***U.S. Bank accepts Relay Calls***

***Internet:*** *usbank.con*

## INFORMATION YOU SHOULD KNOW

**Protecting your accounts is our highest priority.** We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

---

**Effective February 12, 2018** we are making a change to provide more timely information for our customers. If a transaction causes an overdraft, any Overdraft Paid Fee(s) or Overdraft Returned Fee(s) will now show on the account by 6 AM CT under normal circumstances rather than midday. This change will allow you to see the impact of fees on your available balance earlier in the day. For terms and conditions regarding overdrafts, please refer to the "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure.

---

## PREMIUM CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number [redacted]-4822

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Dec 20 | $ | 3,859.02- |
| Deposits / Credits | | 40,697.41 |
| Card Withdrawals | | 4,858.34- |
| Other Withdrawals | | 605.29- |
| Checks Paid | | 25,695.90- |
| Ending Balance on Jan 19, 2018 | $ | 5,678.86 |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00755% |
| Interest Earned this Period | $ | 0.03 |
| Interest Paid this Year | $ | 0.03 |
| Number of Days in Statement Period | | 31 |
| Average Account Balance | $ | 5,214.99 |
| Customer Segment | | Senior |

### Deposits / Credits

| *Date* | *Description of Transaction* | | *Ref Number* | | *Amount* |
|---|---|---|---|---|---|
| Dec 20 | Returned Check | | 8357101708 | $ | 751.83 |
| Dec 20 | Federal Benefit Deposit<br>REF=173490030879370N00 | From SSA TREAS 310<br>XXSOC SEC 9031736013 5031A S | | | 886.00 |
| Dec 20 | Returned Check | | 8357755071 | | 3,165.00 |
| Dec 20 | Deposit | | 8656503255 | | 3,630.00 |
| Dec 26 | Returned Check | | 9252780597 | | 221.00 |
| Dec 26 | Returned Check | | 9255238724 | | 240.00 |
| Dec 26 | Deposit | | 8359799697 | | 700.00 |
| Dec 27 | Deposit | | 8658283220 | | 625.00 |
| Dec 27 | Returned Electronic Check | SP SERVICING | | | 746.65 |
| Dec 28 | Deposit | | 8956698134 | | 665.00 |
| Dec 28 | Deposit | | 8956700515 | | 665.00 |
| Jan 2 | ATM Deposit | USB EUREKA HENDE EUREKA CA<br>Serial No. 005956165628SUS4U978 | | | 400.00 |
| Jan 2 | ATM Deposit | USB EUREKA HENDE EUREKA CA<br>Serial No. 005359100859SUS4U978 | | | 625.00 |
| Jan 2 | ATM Deposit | USB EUREKA HENDE EUREKA CA<br>Serial No. 005957165707SUS4U978 | | | 1,400.00 |
| Jan 3 | Deposit | | 8659742790 | | 600.00 |
| Jan 3 | Federal Benefit Deposit<br>REF=173620099034230N00 | From SSA TREAS 310<br>XXSOC SEC 9031736026 1003A S | | | 991.80 |
| Jan 3 | Deposit | | 8659746587 | | 1,070.00 |
| Jan 3 | Deposit | | 8659742792 | | 1,080.00 |



BANKRUPTCY CASE #17-10828WJL
219 5TH ST STE 204
EUREKA CA  95501-0303

Statement Pe
Dec 20,
thr
Jan 19,

Page 2

## PREMIUM CHECKING (CONTINU

U.S. Bank National Association

Account Number ▮▮▮▮▮▮

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amo |
|------|----------------------------|--|------------|-----|
| Jan 3 | Deposit | | 8659746589 | 1,275 |
| Jan 3 | Deposit | | 8659742787 | 2,315 |
| Jan 3 | Deposit | | 8659747462 | 3,473 |
| Jan 4 | ATM Deposit | USB EUREKA HENDE EUREKA CA<br>Serial No. 006406162923SUS4U978 | | 600 |
| Jan 4 | ATM Deposit | USB EUREKA HENDE EUREKA CA<br>Serial No. 006407163342SUS4U978 | | 2,150 |
| Jan 5 | Deposit | | 9256940231 | 3,600 |
| Jan 8 | Deposit | | 8151000279 | 500 |
| Jan 8 | ATM Deposit | US BANK EUREKA M EUREKA CA<br>Serial No. 004874123433SUS4V082 | | 750 |
| Jan 10 | Deposit | | 8656600478 | 1,540 |
| Jan 12 | Deposit | | 9256365816 | 525 |
| Jan 16 | Deposit | | 8451901927 | 1,135 |
| Jan 17 | Federal Benefit Deposit<br>REF=180110090272690N00 | From SSA  TREAS 310<br>XXSOC SEC 9031736013  5031A  S | | 872 |
| Jan 17 | Deposit | | 8659067602 | 3,500 |
| Jan 19 | Interest Paid | | 1900003930 | 0 |

| | | | | |
|--|--|--|--|--|
| | | Total Deposits / Credits | $ | 40,697 |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-1557

| Date | Description of Transaction | | Ref Number | Amo |
|------|----------------------------|--|------------|-----|
| Jan 10 | Debit Purchase - VISA<br>GOOD SAM ESP | On 010918 888-298-0110 CA<br>REF # 24692168009100759736 US1 | 9100759736 | $ | 139. |

| | | | | |
|--|--|--|--|--|
| | Card 1557 Withdrawals Subtotal | $ | 139. |

Card Number: xxxx-xxxx-xxxx-2700

| Date | Description of Transaction | | Ref Number | Amo |
|------|----------------------------|--|------------|-----|
| Dec 29 | Debit Purchase - VISA<br>NCOURT *CAHUMBOL | On 122817 EUREKA CA<br>REF # 24445007362300346569076 | 2300346569 | $ | 25 |
| Jan 2 | Debit Purchase - VISA<br>BAY AREA BRIDGE | On 123017 877-299-8655 CA<br>REF # 24431067364672028222879 | 4672028222 | 7 |
| Jan 2 | Debit Purchase - VISA<br>DENNY'S #7449 18 | On 122917 EUREKA CA<br>REF # 24427337364710002114762 | 4710002114 | 11 |
| Jan 2 | Debit Purchase - VISA<br>DENNY'S #7449 18 | On 122917 EUREKA CA<br>REF # 24427337363710001849880 | 3710001849 | 13 |
| Jan 2 | Debit Purchase - VISA<br>EUREKA ELKS LODG | On 122917 EUREKA CA<br>REF # 24733348001029010327497 | 1029010327 | 32 |
| Jan 2 | Debit Purchase - VISA<br>CITY OF EUREKA ( | On 122917 707-441-4113 CA<br>REF # 24275047365030052198905 | 5030052198 | 119 |
| Jan 2 | Debit Purchase - VISA<br>EUREKA ELKS LODG | On 122817 EUREKA CA<br>REF # 24733347365029010178603 | 5029010178 | 500 |
| Jan 8 | Debit Purchase - VISA<br>STATE FARM INSUR | On 010718 800-956-6310 IL<br>REF # 24431068007026421736640 | 7026421736 | 78 |
| Jan 8 | Debit Purchase - VISA<br>AMERICAN MODERN | On 010618 800-5432644  OH<br>REF # 24717058007120073260771 | 7120073260 | 99 |
| Jan 8 | Debit Purchase - VISA<br>AMERICAN MODERN | On 010618 800-5432644  OH<br>REF # 24717058007120073260888 | 7120073260 | 150 |
| Jan 8 | Debit Purchase - VISA<br>AMERICAN MODERN | On 010618 800-5432644  OH<br>REF # 24717058007120073260839 | 7120073260 | 154 |
| Jan 8 | Debit Purchase - VISA<br>AMERICAN MODERN | On 010618 800-5432644  OH<br>REF # 24717058007120073260805 | 7120073260 | 205 |
| Jan 8 | Debit Purchase - VISA<br>AMERICAN MODERN | On 010618 800-5432644  OH<br>REF # 24717058007120073260821 | 7120073260 | 206 |

BANKRUPTCY CASE #17-10828WJL
219 5TH ST STE 204
EUREKA CA 95501-0303

482

Statement Period
Dec 20, 2017
through
Jan 19, 2018

Page 3 of 5



## PREMIUM CHECKING                              (CONTINUED

U.S. Bank National Association                  Account Number        482

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2700

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Jan 8 | Debit Purchase - VISA<br>STATE FARM INSUR | On 010718 800-956-6310 IL<br>REF # 2443106800702642161521 | 7026421601 | 347.00- |
| Jan 19 | ATM Withdrawal | USB EUREKA HENDE EUREKA CA<br>Serial No. 008731164622SUS4U978 | | 60.00- |
| | | **Card 2700 Withdrawals Subtotal** | $ | 2,010.34- |

Card Number: xxxx-xxxx-xxxx-2775

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Dec 26 | Debit Purchase - VISA<br>SUDDENLINK COMMU | On 122217 707-268-5325 MO<br>REF # 2431605810030303547 US1 | 6100303547 | $ 125.79- |
| Jan 8 | Debit Purchase - VISA<br>SHELL OIL 504292 | On 010618 GARBERVILLE CA<br>REF # 24316058007548392058994 | 7548392058 | 1.59- |
| Jan 8 | Debit Purchase - VISA<br>SIZZLER | On 010618 EUREKA CA<br>REF # 24000978007409601401386 | 7409601401 | 19.51- |
| Jan 8 | Debit Purchase<br>751425 | RAYS FOOD PLACE GARBERVILLE CA<br>On 010618 ILK1TERM REF 800702751425<br>You Requested $20 In Cash Back | 2501062053 | 44.61- |
| Jan 8 | Debit Purchase - VISA<br>ALLSTATE *PAY | On 010618 800-255-7828 IL<br>REF # 24692168006100426355293 | 6100426355 | 50.00- |
| Jan 8 | Debit Purchase - VISA<br>ALLSTATE *PAY | On 010618 800-255-7828 IL<br>REF # 24692168006100426353165 | 6100426353 | 50.00- |
| Jan 8 | Debit Purchase - VISA<br>WALGREENS #3344 | On 010718 PALO ALTO CA<br>REF # 24445008008000621010279 | 8000621010 | 54.64- |
| Jan 8 | Debit Purchase - VISA<br>ALLSTATE *PAY | On 010618 800-255-7828 IL<br>REF # 24692168006100426356226 | 6100426356 | 65.00- |
| Jan 8 | Debit Purchase - VISA<br>AMERICAN MODERN | On 010618 800-5432644 OH<br>REF # 24717058007120073262132 | 7120073262 | 191.00- |
| Jan 8 | Debit Purchase - VISA<br>ALLSTATE NBINDCO | On 010618 800-255-7828 IL<br>REF # 24692168006100426399309 | 6100426399 | 1,366.98- |
| Jan 9 | Debit Purchase - VISA<br>SHELL OIL 574446 | On 010718 PALO ALTO CA<br>REF # 24316058008548598024922 | 8548598024 | 44.72- |
| Jan 9 | Debit Purchase - VISA<br>THE FISH MARKET | On 010718 PALO ALTO CA<br>REF # 24431068008206209900209 | 8206209900 | 53.69- |
| Jan 9 | Debit Purchase - VISA<br>QUALITY INN - CA | On 010718 UKIAH CA<br>REF # 24040688008900010410550 | 8900010410 | 88.80- |
| Jan 10 | Debit Purchase - VISA<br>SHC PARKING SERV | On 010918 STANFORD CA<br>REF # 24431068010091243008144 | 0091243008 | 12.00- |
| Jan 16 | Debit Purchase - VISA<br>SHC PARKING SERV | On 011218 STANFORD CA<br>REF # 24431068013091246006316 | 3091246006 | 12.00- |
| Jan 16 | Debit Purchase - VISA<br>SHC PARKING SERV | On 011518 STANFORD CA<br>REF # 24431068016091249000388 | 6091249000 | 24.00- |
| Jan 17 | Debit Purchase - VISA<br>SHC PARKING SERV | On 011618 STANFORD CA<br>REF # 24431068017091240000485 | 7091240000 | 12.00- |
| Jan 17 | Debit Purchase - VISA<br>COSTCO WHSE #012 | On 011618 EUREKA CA<br>REF # 24431068017898000949051 | 7898000949 | 34.26- |
| Jan 17 | Debit Purchase - VISA<br>COSTCO GAS #0125 | On 011618 EUREKA CA<br>REF # 24431068017898002818353 | 7898002818 | 117.80- |
| Jan 17 | Debit Purchase - VISA<br>SUDDENLINK COMMU | On 011618 707-268-5325 MO<br>REF # 24692168016100897203 US1 | 6100897203 | 307.81- |
| Jan 19 | Debit Purchase - VISA<br>EUREKA ELKS LODG | On 011618 EUREKA CA<br>REF # 24733348018029010118244 | 8029010118 | 32.00- |
| | | **Card 2775 Withdrawals Subtotal** | $ | 2,708.20- |
| | | **Total Card Withdrawals** | $ | 4,858.34- |





DEBTOR IN POSSESSION
BANKRUPTCY CASE #17-10828WJL
219 5TH ST STE 204
EUREKA CA  95501-0303

4822

Statement Period:
Dec 20, 2017
through
Jan 19, 2018

Page 4 of 5

## PREMIUM CHECKING (CONTINUED)

S. Bank National Association

Account Number                    -4822

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|-------|
| Dec 20 | Overdraft Returned Fee | | 8357755071 | $ | 36.00- |
| Dec 20 | Overdraft Paid Fee | | 8356169623 | | 36.00- |
| Dec 20 | Overdraft Paid Fee | | 8356553925 | | 36.00- |
| Dec 20 | Overdraft Paid Fee | | 8356553924 | | 36.00- |
| Dec 22 | Electronic Withdrawal | From TRANSAMERICA LIC | | | 9.95- |
| | REF=173560052450170N00 | 80052790271030164230 | | | |
| Dec 22 | Overdraft Paid Fee | | 8954077695 | | 36.00- |
| Dec 26 | Overdraft Paid Fee | | | | 36.00- |
| Dec 26 | Overdraft Returned Fee | | 9252780597 | | 36.00- |
| Dec 26 | Overdraft Paid Fee | | 9252780596 | | 36.00- |
| Dec 26 | Overdraft Paid Fee | | 9253408030 | | 36.00- |
| Dec 27 | Overdraft Returned Fee | | | | 36.00- |
| Jan 2 | Overdraft Paid Fee | | 9254242981 | | 36.00- |
| Jan 2 | Overdraft Paid Fee | | 9256108333 | | 36.00- |
| Jan 3 | Electronic Withdrawal | From PROG WEST | | | 163.34- |
| | REF=180020130759750N00 | INS PREM  9409348146 | | | |

Total Other Withdrawals     $     605.29-

| | Total for Statement Period | 2018 Total Year to Date | 2017 Total Year to Date |
|--|---------------------------|------------------------|------------------------|
| Total Returned Item Fees | $     108.00 | $     0.00 | $     108.00 |
| Total Overdraft Fees | $     324.00 | $     72.00 | $     252.00 |
| TOTAL | $     432.00 | $     72.00 | $     360.00 |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 44 | Dec 21 | 8954709256 | 3,165.00 | 0229* | Jan 12 | 9256104588 | 76.00 |
| 59* | Jan 19 | 9256525446 | 80.00 | 0231* | Jan 10 | 8652999831 | 115.32 |
| 68* | Jan 19 | 9254270014 | 5,000.00 | 0232 | Jan 10 | 8654847509 | 611.25 |
| 72* | Dec 22 | 9252780596 | 131.00 | 0236* | Jan 10 | 8656444218 | 76.66 |
| 73 | Dec 22 | 9252780597 | 221.00 | 0239* | Jan 3 | 8657537164 | 200.00 |
| 73* | Dec 28 | 8953054905 | 221.00 | 0240 | Jan 11 | 8955790521 | 145.00 |
| 75* | Dec 20 | 8656504207 | 120.00 | 0241 | Jan 4 | 8955008425 | 828.80 |
| 76 | Dec 29 | 9256108334 | 225.53 | 0242 | Jan 4 | 8955008426 | 463.42 |
| 81* | Dec 22 | 9253408030 | 19.75 | 0243 | Jan 3 | 8658921534 | 1,200.00 |
| 84* | Dec 20 | 8655551638 | 134.55 | 0245* | Jan 8 | 8057596417 | 45.29 |
| 04* | Dec 20 | 8654661179 | 733.67 | 0246 | Jan 8 | 8057278867 | 45.17 |
| 08* | Dec 21 | 8954077695 | 188.20 | 0247 | Jan 4 | 8956995667 | 755.31 |
| 09 | Dec 20 | 8656503364 | 93.68 | 0248 | Jan 8 | 8055691570 | 257.00 |
| 10 | Dec 22 | 9255238724 | 240.00 | 0249 | Jan 8 | 8055691569 | 462.00 |
| 10* | Dec 27 | 8655111035 | 240.00 | 0250 | Jan 8 | 8055691568 | 263.00 |
| 11 | Dec 29 | 9254242981 | 940.00 | 0251 | Jan 8 | 8055691567 | 150.00 |
| 12 | Dec 29 | 9256108333 | 114.54 | 0252 | Jan 8 | 8055691566 | 20.00 |
| 14* | Jan 3 | 8658300485 | 171.43 | 0253 | Jan 8 | 8055691565 | 20.00 |
| 15 | Jan 3 | 8658300486 | 171.43 | 0254 | Jan 8 | 8055691564 | 20.00 |
| 16 | Jan 3 | 8658300484 | 171.43 | 0255 | Jan 8 | 8055691563 | 20.00 |
| 17 | Jan 3 | 8654973923 | 2,737.94 | 0256 | Jan 8 | 8055691562 | 20.00 |
| 19* | Jan 11 | 8954609531 | 300.00 | 0257 | Jan 8 | 8055691561 | 110.00 |
| 20 | Jan 10 | 8654820435 | 436.18 | 0261* | Jan 19 | 9254269848 | 1,073.66 |
| 21 | Jan 9 | 8357257468 | 381.60 | 0262 | Jan 19 | 9256525820 | 784.68 |

* Gap in check sequence

Conventional Checks Paid (48)     $     24,000.00

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|-------|------|-----------|--------|---------------------------|-------|
| 30 | Dec 26 | | 746.65 | MRTG PMT | SP SERVICING |

BANKRUPTCY CASE #17-10828WJL
219 5TH ST STE 204
EUREKA CA 95501-0303

Statement Period:
Dec 20, 2017
through
Jan 19, 2018

Page 5 of 5



## PREMIUM CHECKING                                                    (CONTINUED)

U.S. Bank National Association                              Account Number ████-4822

### Checks Presented Electronically (continued)

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 0130* | Jan 4 | | 746.65 | MRTG PMT | SP SERVICING |
| 0235* | Jan 11 | | 152.11 | CHECK PYMT | US CELLULAR TOPP |
| 0237* | Jan 16 | | 50.00 | CHECK PYMT | PAYPAL/EBAY MC |

\* Gap in check sequence

Electronic Checks Paid (4)          $          1,695.41-

Total Checks Paid          $          25,695.90-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 20 | 3,347.91 | Jan 2 | 2,049.31 | Jan 10 | 7,908.05 |
| Dec 21 | 5.29- | Jan 3 | 8,038.54 | Jan 11 | 7,310.94 |
| Dec 22 | 662.99- | Jan 4 | 7,994.36 | Jan 12 | 7,759.94 |
| Dec 26 | 518.43- | Jan 5 | 11,594.36 | Jan 16 | 8,808.94 |
| Dec 27 | 577.22 | Jan 8 | 8,328.07 | Jan 17 | 12,709.17 |
| Dec 28 | 1,686.22 | Jan 9 | 7,759.26 | Jan 19 | 5,678.86 |
| Dec 29 | 380.27 | | | | |

Balances only appear for days reflecting change.

David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                          CASE No. 17-10828 WJL

FLOYD E. SQUIRES, III and       CHAPTER 11
BETTY J. SQUIRES,

_____Debtors._____/     CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On March 8, 2018, I served a copy of the MONTHLY OPERATING REPORT, MONTH ENDING 1/31/18 on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2018, Santa Rosa, California.

_____/s/ Jane F. Kamas_____
JANE F. KAMAS

Label Matrix for local noticing
0971-1
Case 17-10828
Northern District of California
Santa Rosa
Tue Mar  6 13:01:05 PST 2018

Andrew F. Adams
California Receivership Group, PBC
2716 Ocean Park Blvd. #3010
Santa Monica, CA 90405-5264

Mark Adams
California Receivership Group, PBC
2716 Ocean Park Blvd
3010
Santa Monica, CA 90405-5264

Bank of New York Mellon, as Trustee for the
c/o McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Bankruptcy Group
P.O. Box 2952
Sacramento, CA 95812-2952

CIM Trust 2017-9, its assignees and/or succe
c/o McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Caliber Home Loans, Inc.
Aldrdige Pite, LLP
c/o Gilbert R. Yabes
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

California Receivership Group, PBC
2716 Ocean Park Blvd., Suite 3010
Santa Monica, CA 90405-5264

David N. Chandler
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404-3601

City of Eureka
c/o Cyndy Day-Wilson, Attorney
531 K Street
Eureka, CA 95501-1165

Theron Spencer Covey
Tiffany & Bosco PA
1230 Columbia St #680
San Diego, CA 92101-8502

Jared A. Day
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509-1362

Cyndy Day-Wilson
City of Eureka
531 K St.
Eureka, CA 95501-1165

Deutsche Bank National Trust Company formerl
c/o McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

Michael C. Fallon
Law Offices of Michael C. Fallon
100 E St. #219
Santa Rosa, CA 95404-4606

Sean Ferry
Robertson, Anschutz and Schneid, P.L.
11622 El Camino Real #100
San Diego, CA 92130-2051

John Fullerton
711 3rd St.
Eureka, CA 95501-0503

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, National Association
Aldrdige Pite, LLP
c/o Joseph C. Delmotte
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-7921

New Residential Mortgage Loan Trust 2017-6
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487-2853

Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

Jack Praetzellis
Fox Rothschild LLP
345 California St. #2200
San Francisco, CA 94104-2670

Kelly Raftery
McCarthy and Holthus LLP
1770 4th Ave.
San Diego, CA 92101-2607

Betty J. Squires
219 Fifth St.
Eureka, CA 95501-0303

Floyd E. Squires III
219 Fifth St.
Eureka, CA 95501-0303

Michael A. Sweet
Fox Rothschild LLP
345 California St. 22nd Fl
San Francisco, CA 94104-2670

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

```
U.S. Bank N.A. as Trustee for New Century As      Trueman Vroman              Gilbert R. Yabes
Robertson, Anschutz & Schneid, P. L.              c/o Michael C. Fallon       Aldridge Pite, LLP
6409 Congress Avenue, suite 100                   100 E Street, Ste 219       4375 Jutland Dr. #200
Boca Raton, FL 33487-2853                         Santa Rosa, CA 95404-4606   P.O.Box 17933
                                                                              San Diego, CA 92177-7921

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32
```