Exhibit 11     August 10, 2016 Motion for Interim Fee
Order

MARK S. ADAMS, SB#683081
ANDREW F. ADAMS, SB#275109
California Receivership Group, PBC
2716 Ocean Park Blvd., Suite 3010
Santa Monica, California 90405
Tel. (310) 471-8181
Fax (310) 471-8180
madams@calreceivers.com
Court-Appointed Receiver

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF HUMBOLDT

CITY OF EUREKA, a municipal
corporation, ("the City") and the PEOPLE
OF THE STATE OF CALIFORNIA, ("the
People") by and through Jones & Mayer,
Special Counsel of the City of Eureka,

          Petitioner,

vs.

FLOYD SQUIRES; FLOYD F. SQUIRES;
FLOYD F. SQUIRES III; BETTY J.
SQUIRES; FB SQUIRES FAMILY
TRUST; BETTY J'S BUILDING, INC; and
DOES ONE through SIXTY,

          Respondents.

Case No.: DR110040

**PRIOR RECEIVER MARK S. ADAMS
MOTION FOR INTERIM FEE ORDER;
MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF
MARK ADAMS; DECLARATION OF
ANDREW ADAMS; (PROPOSED) ORDER**

Date: September 9, 2016
Time: 1:45 p.m.
Dept.: 8

NOTICE IS HEREBY GIVEN that on September 9, 2016 at 1:45 p.m., or as soon

thereafter as the Court may be able to hear the matter, Mark Adams, the previous Court-

appointed Receiver ("Prior Receiver") in this proceeding, for the 26 receivership properties as

referenced in the March 10, 2011 Appointment Order and the six properties in the October 24,

2011 Appointment Order (collectively, the "Properties"), will appear in Department 8 of the

Humboldt Superior Court, located at 825 Fifth Street, Eureka, CA 95501 to move for an Order

directing Respondents to pay a total of $223,715.39 in outstanding fees, costs, advances and

-1-
**PRIOR RECEIVER'S MOTION FOR FEES, COSTS AND ADVANCES**

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 2 of 221

1   expenses of the Prior Receiver. The Court previously postponed ordering those fees and costs

2   paid pending the result of the tort suit in *Squires v. Adams* (Case #DR110803), and the jury came

3   back with their verdict in the Prior Receiver's favor on July 22, 2016. So this Court is now free

4   to rule on the request for fees and the repayment of the over five years of costs and advances.

5        This Motion is based on the attached Points and Authorities, the accompanying

6   declarations of Mark Adams and Andrew Adams, as well as the contents of the reports, papers

7   and records filed in this proceeding, and such other oral and documentary evidence and argument

8   as may be presented to the Court at the time of the hearing.

9

10

11

12  Date:  August 10, 2016

     _____
     Mark S. Adams, former Court-appointed Receiver

13

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

# I. INTRODUCTION

This Court previously appointed Mark Adams under Health and Safety Code §17980.7(c) as receiver in 2011. The first appointment was on 26 properties, and the next appointment order limited it to six. Both of those orders were ultimately appealed and stayed. The Prior Receiver then petitioned the Court for an interim fee order, and on January 14, 2014, the Court approved a portion of those fees, and putting off awarding the rest until the tort suit in *Squires v. Adams*, where Floyd and Betty Squires and three tenants alleged various trespasses and emotional distress due to the actions of the Receiver, was resolved.

The tort suit went to trial on July 18, and was completed on July 22 when the jury found absolutely no wrong doing by the Prior Receiver. Thus, California law now directs this Court to order that the receivership and the defense fees are paid, and to order Respondents personally to pay the fees, costs, advances and expenses. In preparation for the fees going unpaid (as the previous award did), the Court should increase the existing priority Receiver's Certificate on the 26 receivership real properties. This Court was cautious before in waiting until the jury trial had completed, but now that the trial has completed and the claims of wrongdoing were rejected, there is no reason not to order those fees, costs, advances and expenses paid.

# II. STATEMENT OF FACTS

This Court originally appointed Adams as Receiver on March 10, 2011 for 26 of the Squires' properties. That Order was stayed by the appeal and undertaking filed by Squires, and on October 24, 2011, the Court again appointed Adams for six of the original 26 properties, while at the same time granting a preliminary injunction. That Order was also stayed on appeal after the entry of an undertaking. After the appeal was completed, the Court again appointed a receiver for some of the Properties on September 13, 2013, but Adams declined to be considered for this appointment due to the pending tort suit. The replacement receiver, Jeffrey Smith continues in his role as Receiver to this date.

Previously, Adams requested that this Court award approximately $65,494 and then $85,599.23 in fees, costs and advances on February 20, 2012 and June 19, 2013 respectively.

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 4 of 221

1  The Court declined to grant the total amount requested, and in a September 4, 2012 Tentative
2  Ruling, granted the fees incurred during the two appointments prior to the appeal and the filing
3  of the undertaking, but at the same time denied without prejudice all other fees for review after
4  the trial in Squires v. Adams was completed. On January 9, 2014, this Court issued an Order
5  finding that Floyd Squires, Floyd F. Squires III, Betty J. Squires, FB Squires Family Trust, and
6  Betty J's Building, Inc. were jointly and severally liable for the $15,317 in then-awarded fees
7  and costs. The Order also authorized Adams to issue a super-priority Receiver's Certificate in
8  that amount, which is to be secured by a deed of trust on all 26 properties. This current Motion
9  requests an increase to that Certificate, in addition to an increase in the amount that the order
10 against Respondents personally.

11      Adams requested authority to retain counsel as receiver under Rules of Court, rule 3.1180
12 on June 19, 2014. That Motion was denied by the Court on September 8, 2014. The Court stated
13 that until the questions of *Squires v. Adams* (in particular until the question of whether or not the
14 actions taken by Adams on October 5-6, 2011 were proper) were settled, that all receiver fees
15 and receiver's counsel's fees would not be heard. The Court's directive was that the companion
16 tort suit be settled before the Court would issue any order on the payment of the fees incurred.

17      The Squireses' tort claims went to trial on July 18-22, 2016 in Humboldt Superior Court.
18 The jury returned their verdict on July 22, 2016 and found for Mark and Andrew Adams, and
19 CRG on every cause of action. The Jury found that there was no trespass, no invasion of privacy,
20 and no infliction of emotional distress. Now that the trial has been completed, and those claims
21 adjudicated, this interim fee motion is submitted for the Court and the parties' review. This Court
22 set out the termination and resolution of the tort suit as the appropriate time to award the fees.
23 That is exactly what this Motion requests.

24

25          **III.  RECEIVERSHIP FEES, COSTS AND ADVANCES MUST BE PAID**

26      When a receiver is appointed upon real property and directed to take whatever actions is
27 necessary to abate the conditions that required the appointment, the fees and costs of that work
28 must be paid. A receiver is the agent or arm of the Court, but is not paid by the State. Usually the

-2-

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 5
of 221

1 | property itself pays the receivership fees and costs, but in situations where that is not possible,
2 | the property owner, or the party responsible for whatever led to the appointment is ordered to
3 | pay. That is the situation here, as the owners of the Properties have delayed payment while their
4 | tort claim went all the way to trial. Now that the trial has wrapped up, and the claims rejected,
5 | the owners must pay for those receivership and defense fees and costs.

6 |     A receiver is an independent third party, a "hand" or "agent" of the court that acts only
7 | upon the direction and authority of the appointing court. Rules of Court, rule 3.1179; *Takeba v*
8 | *Superior Court* (1919) 43 Cal.App. 469, 475. And in that role, a receiver is entitled to payment
9 | of his own fees and costs, and the fees of all agents in his employ. *City of Chula Vista v*
10 | *Gutierrez* (2012) 207 Cal.App.4th 681, 685, citing *Venza v. Venza* (1951) 101 Cal.App.2d 678,
11 | 680; see *City of Santa Monica v. Gonzalez* (2008) 43 Cal.4th 905, 934, *People v. Riverside Univ*
12 | (1973) 35 Cal.App.3d 572, 587, *Macmorris Sales Corp. v. Kozak* (1967) 249 Cal.App.2d 998,
13 | 1005, *Baldwin v. Baldwin* (1947) 82 Cal.App.2d 851, 856.[1] The amount of that compensation is
14 | left up to the appointing Court because the appointing court obviously knows the need for the
15 | appointment and is familiar with the day-to-day activities therein. *Venza v. Venza* (1951) 101
16 | Cal.App.2d 678, 680. Commentators are unanimous that when a neutral third party is appointed
17 | for real property, that the expenses incurred in the furtherance of the appointment order **must** be
18 | recompensed. Miller & Starr, 12 Cal. Real Est. § 41:22 (4th ed.); 55 Cal. Jur. 3d Receivers § 82;
19 | 6 Witkin, Cal. Proc. 5th (2008) Prov. Rem. § 459, p. 389.

20 |     This requirement that an appointed third party be paid for time and costs incurred in a
21 | matter is self-explanatory, as courts third party neutrals do not often involve themselves in often
22 | contentious litigation without assurance of payment. And as there is often insufficient time or
23 | evidence early in a proceeding for the appointing court to explicitly state how a receiver is to be
24 | paid, the above clear case law has arisen to assure that receivers recover their fees and costs from
25 | the appropriate party, as determined by the appointing Court, once the necessary findings of fact
26 | are made or the underlying disputes are resolved. Here, the appointment orders could not have

27 |

28 | [1] For an in-depth and annotated explanation of this concept and general rule, see Miller & Starr, 12 Cal. Real Est. § 41.12 (4th ed.)

-3-

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 6 of 221

1   envisioned five years of litigation, or a separate jury trial -- so the fees and costs at issue were not

2   dealt with prospectively. The specific defense fees incurred by the Prior Receiver, and his

3   outside counsel are addressed below at Section IV, but both receivership and defense costs have

4   to be paid, and should be paid for by the owner of the receivership Properties.

5         The case law on a receiver's right to be paid is absolutely clear. But that case law (based

6   on the basic equity that a court agent should be assured payment for his own and his defense

7   costs) was actually codified recently. Health and Safety Code §17980.7(c)(15) is clear on the

8   Court's authority: "Upon the request of a receiver, a court may require the owner of the property

9   to pay all unrecovered costs associated with the receivership in addition to any other remedy

10   authorized by law." This section was added in 2012 through AB 2314 (taking effect January 1,

11   2013), but simply codified existing law summarized above. In this way, the Legislature actually

12   made it explicit in the statute that property owners like Respondents here, are to personally pay

13   all unrecovered fees/costs/advances stemming from a Court appointing a neutral third party to

14   take over their properties.

15         In this case, there were two separate appointment orders. The first was in March of 2011,

16   and the second in October of 2011.[2] The Court requested reports and a recommendation within

17   30, then 47 days on dozens of units and hundreds of violations. Quite a bit of prep work was

18   done, and then work complying with the terms of the Order to prepare those reports and the key

19   information. Then, after that, the Receiver had to expend tens of thousands of dollars in defense

20   costs. The Court had found that the properties were "substantial endangerments" to the public, so

21   it is clear that a receiver would be expected to do prep work, and to move fast after appointment.

22   For obvious reasons, substantial preparations are necessary for a receiver to seize 26, or six,

23   receivership properties that are so dangerous and degraded as to need a neutral, third party to

24   take control.[3] The receivership fees and costs must be paid, either by the properties themselves,

25

---

[2] This was before §17980(c)(15) became law, but the underlying case law summarized on the previous page,
26  requiring a property owner to pay the receivership fees and costs had been in place for some time already.

[3] By way of analogous case that is close both in time and geographically, in the matter of *City of Eureka v. Souza*
27  (Case #CV100395), this very Court appointed Adams as receiver for 1805 Second Street, Eureka, CA on June 4,
2011. The property had burned in late May, 2011, and the City petitioned for appointment on June 2, 2011. Adams
28  visited the site, obtained a demolition bid on June 3, and five days after appointment on June 9, submitted a First
Report with the request for authority to demolish the remaining damaged structures, and the financial structure

1 or through an order as against the Squireses personally. The time spent on the receivership,
2 including before appointment, was necessary and reasonable, and must be paid.
3
4 ## IV. THE RECEIVERSHIP DEFENSE FEES MUST BE PAID
5 Similar to the requirement that receivership fees and costs be paid as discussed in Section
6 III, the potential fees and costs a receiver might incur in defending against challenges to his
7 actions are similarly required to be paid by case law. A receiver is required to present his billings
8 and his work for review and challenge by the parties, and when that work is challenged
9 unsuccessfully, the receiver is not expected to pay his own defense costs. Coupled with semi-
10 judicial immunity, the assurance that a receivers' legal defense costs will be paid is part of the
11 protection that if a court agent accepts an appointment, he will not be left to pay the costs of
12 defending that work. If it were the case that a receiver could not recover for those defense costs,
13 no receiver would ever accept an appointment upon property whose owner had shown signs of
14 being litigious, let alone one willing to spend five years to take a spurious, bogus claim to trial.
15 In reviewing the law on a receiver's defense fees recovery, the most instructive case is
16 *Macmorris Sales Corp. v. Kozak* (1967) 249 Cal.App.2d 998. There, a receiver was appointed for
17 a car lot, found that the lot had a variety of problems and debts to the point that it should no
18 longer operate. *Id.* at 1001. He requested and the Court approved the sale of the cars, and the
19 owners later alleged that he had sold the cars for only 66% of their value. *Ibid.* The Court
20 approved the request to retain counsel to defend himself, and later ordered that the receiver's
21 counsel be paid in full, *Ibid.* The Court of Appeals agreed, and found that a claim that a receiver
22 should not hire counsel, or should be forced to pay for the defense against an unsuccessful
23 challenge unpersuasive. *Id.* at 1004-05.
24
25 > Appellants correctly point out that the attorney was employed not to preserve the
> estate but to protect the receiver when his account was challenged. It is of course
26

27 necessary to accomplish that. Given the dangerous condition of the burned property, it was imperative that the
structure be demolished as soon as possible, and much of the preparatory work needed to be done before the actual
appointment. When there are extenuating circumstances and a property that is substantially endangering the public,
28 the receiver should not be punished for doing preparatory work. There is a risk of doing that work if a receiver is not
appointed, but that was not the case on 2ⁿᵈ Street, and was not the case here.

-5-

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 8
of 221

an indispensable part of the receiver's duties to file an accounting and submit himself to inquiry and attack by those beneficially interested in the estate. In this case the attack which was threatened was much more than routine. Items aggregating approximately $60,000 were called into question, with a request that the receiver be surcharged. The attorney for the objectors announced his intention to conduct a three-day trial. The receiver could expect to be a witness. Although himself a member of the bar, he could hardly be expected to act in propria persona, conducting a trial of such gravity and complexity, examining witnesses and making objections and arguments. It was necessary and proper that the receiver have the assistance of counsel. Since the record shows that the charges against him were unfounded, and that his report and account as submitted by him were regular, the cost of preparing for the contest and appearing in it can only be regarded as necessary expense incurred in the course of his official duties, for which he is entitled to reimbursement out of the estate.

*Ibid* In a nutshell, a receiver is required to expose himself to inquiry and attack, and thus, the defense costs associated with that have to be paid by the receivership property or owner if those attacks result in no showings of wrong doing. *See People v. Riverside Univ.* 35 Cal. App. 3d 572, 587 ("In this connection it is to be noted that the cost of defending against an unfounded challenge to a receiver's account is regarded as a necessary expense incurred in the course of his official duties for which he is entitled to reimbursement out of the estate.") citing *Macmorris*.[1]

The exact same situation as addressed above is the case here [although the *Macmorris* events spanned two months, and this case over five years). Here, the Receiver was appointed, and the property owner objected to the Prior Receiver's conduct. A trial was held, where Adams and his staff could expect to be witnesses. A verdict was entered, and like in *Macmorris*, a finding was issued by the court that the "charges against him were unfounded." The Judgment on Jury Verdict for Humboldt County Superior Court Case # DR 110803 (*Squires et al v. Adams et al* ) is currently being prepared by the Prior Receiver's attorney, Neal G. Latt, and will be submitted to the Court upon the receipt of the file-stamped court copy. The verdict that this Court was waiting on has come in, and thus the fees are to be paid. Those legal costs in successfully defending against unwarranted and spurious legal claims are exactly the type of receivership legal fees that California law requires to be paid.

---

[1] A federal suit filed against a state court receiver acknowledge that receivers can be "lightning rods for litigation." because they are appointed to undertake difficult tasks, in contentious situations, and that was why quasi-judicial immunity is applied. See *Hasha Development Corp. v. Gretchen* (9th Cir. 1989) 869 F.2d 1298, 1203, citing *Kermit Const. v. Banco Credito y Thorro Ponceno* (1st Cir 1976) 547 F.2d 1, 2

**PRIOR RECEIVER'S MOTION FOR FEES, COSTS AND ADVANCES**

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 9 of 221

1    Respondents here could have had their alleged trespass claims heard in this proceeding,
2    but instead decided to needlessly waste judicial and receivership resources to hold a jury trial on
3    their claims. 65 potential jury members lost two work days, and 14 jury members spent five work
4    days hearing claims for trespass and invasion of privacy that were found to be entirely without
5    merit. What happened here is that the Respondents filed a lawsuit to scare off the Prior Receiver,
6    and try to intimidate him from serving in the role that he was twice appointed to. The Prior
7    Receiver tried to settle and walk away, but Respondents would not. And so Respondents
8    nonsense claims actually went to trial, and everyone (this Court included) had to waste time on
9    the claims as if they were not so clearly nonsense. In essence, the Prior Receiver called
10   Respondents' bluff about their worthless, meritless lawsuit, and California law requires that
11   those fees be paid.

12   Here, this Court already stated its intention to wait until *Squires v. Adams* had been
13   completed, and if any of the allegations of the Squires were found to be true in that case, that this
14   Court might review those fees in a different way. That case has been completed, and the jury did
15   not find for any of the Squireses' claims. They did not find that Adams trespassed, intruded upon
16   private affairs, or inflicted emotional distress. They did not find that Adams exceeded the scope
17   of the court's appointment, or got ahead of this Court in any way. What was found there, was
18   that Adams was doing preparatory work for an appointment, and that he never stepped outside of
19   the bounds of what might be proper in doing such work. In short, Respondents filed a harassing,
20   worthless lawsuit, that when brought to trial was exposed for the fraud it was. Adams stayed in
21   the case, hired outside counsel, and prevailed. And now this Court should follow the 100+ years
22   of case law and order Respondents to pay for the damage their lawsuit caused.

23

24   **V.    THE RECEIVERSHIP FEES/COSTS/ADVANCES ARE TO BE PAID EITHER**
25   **THROUGH A RECEIVER'S CERTIFICATE AND/OR AN ORDER AGAINST THE**
26   **OWNERS PERSONALLY**

27   This Court previously entered an order directing the Respondents to pay off the incurred
28   fees and costs during the two periods of appointment, and at the same time authorized the

1  issuance of a Receiver's Certificate, secured by all of the receivership properties, for the amount
2  owed. There is no reason why the Court should not do the same again, but this time for the
3  entirety of the receivership and legal fees, and costs now that the trial is completed. As laid out
4  below, the Court is to hold the receivership Properties responsible for the receivership and legal
5  costs, but it can also order those fees and costs be paid directly by Respondents. The named
6  Respondents Floyd Squires, Floyd E. Squires, Floyd E. Squires III, Betty J. Squires, FB Squires
7  Family Trust, and Betty J's Building, Inc. were already ordered to pay the portion that the Court
8  approved while the tort suit was pending. Now the tort suit is completed, and the Court should
9  approve the balance.

10       The legal principles behind the previous, and newly-requested order are long-standing:
11  "[a]s a general proposition the costs of a receivership are primarily a charge upon the property in
12  the receiver's possession and are to be paid out of said property. However, this is not an
13  invariable rule. In many cases a direct liability is imposed upon the parties to the action, or upon
14  some of them, for the remuneration of the receiver. Such direct liability may result from an
15  irregularity in the appointment, insufficiency of the property, agreement of the parties, etc."
16  *Andrade v. Andrade* (1932) 216 Cal. 108, 110 citations omitted. In that case, the plaintiff
17  petitioned to have a receiver appointed for a property owned by defendant in which the plaintiff
18  claimed an interest. The plaintiff was found not to have an interest in the property. Therefore,
19  rather than assessing the receiver's fees on the defendant who neither sought nor benefited from
20  the receivership, the court affirmed the trial court's order directing the plaintiff to pay the
21  receiver's fees. The same equitable principles of assigning costs to the party responsible for the
22  costs apply here.

23       In this case, Respondents filed a lawsuit as a challenge to the Receiver and the Receiver's
24  actions undertaken in accordance with this Court's rulings and orders. The jury found
25  Respondents' lawsuit to be completely unfounded, and found there was no trespass. To repeat -
26  not just that there were no damages, or that there was a trespass but there as a defense. The jury
27  in *Squires v. Adams* heard nearly three days of trial and found **there was no trespass**. The Prior
28  Receiver and his employees had not done anything wrong.

5.

**PRIOR RECEIVER'S MOTION FOR FEES, COSTS AND ADVANCES**

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 11 of 221

1     Therefore, rather than forcing the Receiver to bear the costs of a lawsuit which the

2 Receiver neither sought nor benefited from, the Court should direct the Respondents to pay for

3 the costs of their own lawsuit. Respondents here used the lawsuit as a bludgeoning tool, and

4 continued to up the ante in that lawsuit to the point that it had to actually go to trial. They made

5 their play, and the tactics were exposed for what they were. So now California law requires them

6 to pay for the fees/costs/advances that they necessitated with their meritless lawsuit. The amount

7 of the fees is left entirely to the appointing court's discretion.[*] *Baldwin v. Baldwin* (1947) 82

8 Cal.App.2d 851, 856. But the cases are absolutely clear: the fees must be paid, and an order

9 directing the owner to personally pay them is proper. That is exactly what this Motion requests.

10     This Court is vested with the widest possible discretion in ordering Respondents to pay

11 the $223,715.39 in fees and costs through July 31. These have gone mostly unpaid while the

12 trespass tort suit was pending. Previously, when the Court approved $15,317 in Adams'

13 receivership fees, costs and advances, it ordered Respondents personally, jointly and severally to

14 pay that amount. In the same order, it authorized a Receiver's Certificate in that amount, to be

15 secured by all of the receivership properties.[**] The Proposed Order here contains the same

16 authority, and there is no reason why this Court should change course for any of the awarded

17 fees and costs here. These are the same fees and costs that this Court previously approved, except

18 with the addition of the fees and costs that this Court stated an intent to wait until the end of the

19 tort suit to rule on. The Court does not even have to issue a new Certificate, it can just increase

20 the existing Certificate to update it to the amount owed through July 31, 2016.

21     Adams attempted multiple times to explain this to Respondents, going back even to

22 November 3, 2011, when he emailed counsel about withdrawing the frivolous lawsuit. Adams

23 filed three demurrers, each time making it clear that there was no merit to the case. Respondents

24 in turn then shifted their claim, alleging that Adams entered into all of the units, blew past "No

25 Trespassing" signs, and even threatened the tenants with arrest. Of course, this was entirely false.

26

27 [*] For example, in *Melikian v. Aquila, Ltd.* (1998) 63 Cal.App.4th 1364, 1368 a receiver was paid his standard hourly rate, plus 4% of the $3.5 million sale price, and that compensation package was within the Court's discretion.

28 [**] The Court's authority to grant priority for a Certificate to pay fees is addressed in give *Schreiber v. Ditch Road Investors* (1980) 105 Cal.App.3d 675, 680. For priority for receiver's certificates generally, see *Title Ins. & Trust Co. v. California Development Co.* (1915) 171 Cal. 227, 231.

-9-

1   and that is what the Jury found in *Squires v. Adams*. Respondents could at any time have stopped

2   the accrual of those fees. Adams even offered to just walk away from the matter if the

3   Respondents just paid the $15,317 that this Court *had already ordered them to pay*. But

4   Respondents did not, and chose to take their absurd claims to trial. Thus, Respondents are not

5   only legally responsible for the costs, and required under California law to pay them, there is a

6   clear logical and moral linkage that requires them to pay the legal fees. Truly, Respondents

7   should be happy that the costs of trial were actually relatively low, because even when defending

8   against nonsense claims, trial defense can be extremely expensive. The Prior Receiver took a risk

9   in limiting his own and his counsel's trial costs, and that paid off in getting the correct jury

10  verdict despite those limited fees. That was in essence to the Respondents' ultimate benefit.

11          Further, it is absolutely necessary that a receiver appointed by a court be assured that the

12  fees and costs incurred will be paid – even if those are paid five years later, and after that

13  receiver had to go to trial against a set of spurious tort claims. If those fees and costs are not paid,

14  no receiver would accept an appointment when a property owner has shown any willingness to

15  spend money on aggressive attorneys. No receiver would accept appointments if he is to be left

16  dangling in the wind when a property owner goes on the offensive. This matter is essentially a

17  very simple one – the Court previously approved the fees incurred during the time of

18  appointment, and put off any decision as to the other remaining fees – including pre-appointment

19  fees and Receiver's defense attorney fees – for once the trial was completed. And now that the

20  trial is completed, the Receiver was cleared of any wrong-doing, those fees have to be paid. This

21  Court should order the Property owners to pay those fees, and authorize the Receiver to record

22  an increased Certificate to cover the amount owed if that amount is not immediately paid. Five

23  years is long enough for Mr. Squires to avoid paying for the costs of the receivership, and the

24  defense costs that his spurious, meritless and worthless tort suit caused.

25

26                                       **VI. FEES OWED**

27          There is a total of $223,715.39 of fees, costs and advances owed. That includes all of the

28  receivership time, fees, expenses, costs, advances, etc., as well as the defense costs. $150,606.49

**PRIOR RECEIVER'S MOTION FOR FEES, COSTS AND ADVANCES**

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 13 of 221

of that was billed by California Receivership Group employees, and there were $37,937.65 in

advances and expenses. $35,171.25 was billed by CRG's outside trial counsel, Mathews, Kluck,

Walsh & Wykle ("outside counsel").[7] As explained above, the receivership fees and costs and

the defense fees and costs are equally as recoverable. California law requires that both categories

fees and costs be repaid, and this Court has the widest possible discretion both in ordering those,

and in setting the process by which they are recovered. The detail on these numbers is below, but

also in the attached Declarations of Mark Adams, Andrew Adams, and the exhibits thereto.

The propriety of those fees and costs is detailed at length in the attached invoices for

CRG and the outside counsel. Every single billed minute is explained, and both Andrew Adams

and Mark Adams have reviewed those billings for accuracy and necessity. The billing rates

involved are all below market - and would be low for any legal market in California. Thus, they

are inherently reasonable. And the amount of time spent on the receivership, and then the time

billed for bringing a five-year long litigation process to trial is equally reasonable and below

market. In short, this Court would be justified in approving much more in the way of

receivership and counsel fees - but certainly is justified and directed by law to order in

$223,715.39.

### a. Receiver fees, costs and advances

Through July 31, 2016, there are a total of $150,606.49 in unpaid receivership fees, costs

and advances are owed. These are the receivership fees and costs, the CRG legal fees and costs,

and basically all the time that was billed to the receivership and the tort suit since the original

2011 appointment. It includes travel expenses, bond costs (recoverable under Code of Civil

Procedure § 567), all hourly fees incurred, and every other receivership expense. Attached to the

Declaration of Mark Adams as Exhibit 6 is a detailed, month-by-month, employee-by-employee

breakdown of the fees requested. In addition, there were $37,937.65 of advances and expenses

that had to be paid. Those are detailed in the Profit and Loss Statements attached as Exhibit 7.

---

[7] Again, trial counsel's retention was specifically approved in *Macmorris Sales Corp. v. Kozak* (1967) 249 Cal.App.2d 998, 1005

**PRIOR RECEIVER'S MOTION FOR FEES, COSTS AND ADVANCES**

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 14 of 221

The Court can see that over half of these fees were incurred in 2011 and 2012, when the Court appointed the Receiver and the early stages of the tort suit were proceeding. This Court will remember that there was substantial discovery requests in the tort suit, requiring motions for protective orders, motions to compel and the like. All for a supposed trespass claim that the jury took less than a day to resolve on all questions, and never even made it to the defenses on, because they found that no trespass took place. The amount of CRG fees are broken out by year below:

| Year | CRG Fees, Costs and Advances |
|------|------------------------------|
| 2011 | $38,783.35 |
| 2012 | $41,006.75 |
| 2013 | $17,191.71 |
| 2014 | $23,707.51 |
| 2015 | $12,544.17 |
| 2016 | $17,373.00 |

As shown above, 53% of all the billed time came in 2011 and 2012. And of the 2012 time, over half of the 2012 was billed by April, which reflects much of the timing of the receivership. During that period there were periodic appointment hearings, preliminary inspections, etc. This Court heard testimony from Mark Adams, and reviewed five reports in this matter. This was the same for the early tort case work – so much of the early demurrers and discovery work ate up the fees and costs. And the trial, in July 2016, required only $16,775 in billing - $1,330 from Mark. Even with the below trial counsel costs (which themselves were extremely low for such a complex, multi-day trial) it is clear that Adams and CRG have been actively working to keep their time and costs involved as low as possible. That was borne out in the billings attached as Exhibit 6, where the Court can see that Andrew Adams (at the much lower billing rate) had a cumulative $67,811.64 billed during the five- years, and Mark Adams (at $350/hour) billed $80,246. None of the other employees even broke $2,000, with Tyler Huxtable, who is a paralegal, at the third most billings at $1,510. These are not the billings of attorneys or staff trying to bill substantial amounts to a case; these are the billings of attorneys

-12-

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 15 of 221

trying to spend as little time as possible while still property fending off an abusive, meritless lawsuit.

This amount is inherently reasonable. And even though this Court did not oversee the trial, it did oversee every part of the adversarial case up until trial. So the Court is aware of what was required of the Prior Receiver both in the receivership and in *Squires v. Adams*. By way of example, in *Melikian v. Aquila, Ltd* (1998) 63 Cal.App.4th 1364, 1368 a receiver was paid his standard hourly rate, plus 4% of the $5.5 million sale price, and that compensation package was within the Court's discretion. So for this Court to simply order that the fees and costs that this Court' **preemptively** approved in the appointment order be paid, should be an easy decision. The Receiver here is not asking for a bonus, or a punitive award as against Respondents for wasting five years of time on their worthless litigation. All the Prior Receiver is requesting is the actual billed time for the receivership and the adversarial defense that this Court has already approved in principle. And that total of $223,715.39 for five+ years of litigation is inherently reasonable.

And this was a risky strategy. Although the tort claims were clearly bogus, and meant only to harass, they were serious claims and brought into account the Receiver's integrity and aptitude for his job. So while there was a strong push to keep those costs low, the trial issues could not be ignored and trial prep could not go undone. The issues were simple – was there a trespass – but the trial still required preparations. This Court can review the billings for the counsel and for CRG (again Mark Adams, the Receiver here spent only 3.8 billed hours on this in July 2016), and see that if anything, the time billed is inadequate to actually prepare for a trial, but nothing wasteful will be found.

As noted in the Declarations and as already heard by this Court, Mark Adams is the most experienced health and safety receiver in the state. He has practiced law for over 40 years, and has been appointed on 130+ similarly dangerous properties throughout the state. His degrees from LMU undergrad and Georgetown Law serve him and his work well. Similarly, the CRG staff is qualified, with degrees from UCLA, UC Berkeley, USC, and USD Law. Adams bills $350/hour, less than ½ what many of his competitors do, and the staff rates go down from there. In short, the billing rates for all of CRG are kept purposefully low because the fees incurred are

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 16 of 221

mandatory, and so they are more than reasonable. In this case, the vast majority of work done was by Andrew Adams, not Mark, who started at $150/hour ($200/hour less than Mark). That hourly rate increased to $250/hour, but it was still much cheaper than the Court's own approved rate for Mark of $350/hour. A rate sheet for CRG is attached as Exhibit 9.

Thus, in this case, where there were two separate appointments – the first for 26 properties, and the second for six, and these properties all required individual analysis and reports due in 30-45 days with recommendations due to the Court – AND where the property owner sued the Receiver improperly for *trespass* and the Receiver had to defend himself at trial, all over a period of over five years, $150,606.49 is an astonishingly low number for the demand. The receivership fees/costs/advances and the defense costs of CRG are all absolutely reasonable, and would be so at double the amounts billed. This Court must order those fees/costs/advances paid in full.

### b. Receiver's Counsel's Fees, Costs and Advances

The Receiver and CRG here retained Neal Latt, of Mathews, Kluck, Walsh & Wykle, LLP to represent him at trial. Mr. Latt is a very able trial counsel, but also very much below market at the $200/hour that he billed for this work. The Court will remember that the Receiver was denied his request to have Squires pay the invoices as they came in, so Mr. Latt's invoices were a risk that the Receiver had to take — and a cost that had to be fronted. Had he lost at trial, and a trespass having been found, or any other improper activity, surely this Court would have been less inclined to order those fees paid.

Since Mr. Latt's retention in May of 2014, he oversaw the entire trial, and the trial prep. And the cost for this was a total of $35,171.25 for all the legal fees, and the costs associated. By any standard, $35,171.25 for a four-day trial with complicated legal issues is a bargain. But it also included some of the discovery disputes, the filings leading up to the appointment, various settlement discussions, and then multiple trial setting conferences. $35,171.25 for trial is an absolute steal, particularly for an attorney of Mr. Latt's training and skill level.

As the Court and the parties can see as well, those invoices include billings only for Mr. Latt, save 1.8 hours of time. It was .5 hours of review by a senior partner regarding appellate

-13-

issues, and 1.3 hours for a partner's appearance at a trial setting conference. Mr. Latt, despite his skill has only approximately four years of time practicing, and so the Court can see that much of the time spent by senior partners or any other staff in assisting the case's preparation must have been done without billing. In short, the amount billed was remarkably low for Mr. Latt and his trial skills. Surely, the Squirees' counsel billed much more for their time spent wasting the Court and the Receiver's time.

These fees, like the previous receivership fees were requested from the Court, and on September 9, 2014, the Court denied leave to retain Neal Latt based upon the fact that the allegations of *Squires v. Adams* were that Adams exceeded any authority that he might have on October 5-6, 2011. The Jury did not agree with the allegation, and thus now the demand is put to the Court again. The Court should see no reason to reverse the previous plan to affirm the fees should the jury find that there was no improper action on Adams's part.

Receiver's counsel is worth much more than the amount billed on this case. Neal Latt has been practicing for approximately four years at this point, and attended Yale University for undergraduate studies, and Golden Gate Law School for his J.D. His $200/hour rate is from 2014 and he did not raise that during the representation. His hourly rate, the hours billed, and the overall total cost for the trial is inherently reasonable, and in fact far, far below market.

## VII.   CONCLUSION

Thus, for the reasons stated above, and in the attached Declarations, this Court should order the named Respondents to pay the unpaid receivership fees and costs, and Receiver's attorney fees in the amount of $223,715.39.

Dated August 10, 2016

_____

Mark Adams, Receiver

///
///
///

-15-

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 18 of 221

MARK S. ADAMS, SB#68300
ANDREW F. ADAMS, SB#275109
California Receivership Group, PBC
2716 Ocean Park Blvd., Suite 3010
Santa Monica, California 90405
Tel. (310) 471-8181
Fax (310) 471-8180
madams@calreceivers.com
Court-Appointed Receiver

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF HUMBOLDT

CITY OF EUREKA, a municipal corporation, ("the City") and the PEOPLE OF THE STATE OF CALIFORNIA, ("the People") by and through Jones & Mayer, Special Counsel of the City of Eureka,

        Petitioner,

        vs.

FLOYD SQUIRES; FLOYD E. SQUIRES; FLOYD E. SQUIRES III; BETSY J SQUIRES; FB SQUIRES FAMILY TRUST; BETSY J'S BUILDING, INC; and DOES ONE through SIXTY,

        Respondents.

Case No.: DR110040

**DECLARATION OF MARK ADAMS**

Date: September 9, 2016
Time: 8:30 a.m.
Dept.: 4

I, Mark Adams, declare as follows:

    1.    The following is true and correct to the best of my knowledge. If called upon to do so, I could and would testify competently thereto in a court of law.

    2.    At this time, there is $223,715.39 in outstanding fees, costs, advances and expenses. This includes the repayment of funds loaned based on the previous Certificate. Thus, the total Receiver's Certificate requested is $223,715.39, and the amounts that make up that total are detailed below.

-1-
**DECLARATION OF MARK ADAMS**

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 19 of 221

3. On January 18, 2011 the City of Eureka ("City") filed a complaint with various allegations, and requested the emergency appointment of a receiver. That Application requested that the Court appoint me, Mark S. Adams, as receiver under Health and Safety Code §17980.7(c). The Court denied the request on February 3, 2011, and then held a hearing on February 28, 2011 on the same issue.

4. I was appointed first as a provisional receiver on March 10, 2011, and directed to inspect the Properties and develop a report with recommendations. That Order is attached as Exhibit 1. That Order was appealed on March 11, and stayed by way of the filing of an undertaking on March 21, 2016.

5. The City again brought a request to appoint me, and on September 28, 2011, this Court ruled that the application was granted. I sent Andrew Adams to begin discussions with tenants and to inform the tenants and neighborhood about the Ruling, and he did so on October 5 and 6.

6. Respondents Floyd Squires III, Betty J. Squires and five of their tenants filed a complaint alleging trespass and Intentional Invasion of Privacy against me, Andrew Adams, and CRG LLC on October 19, 2011, fourteen days after the supposed trespass took place, and the same day they filed an Objection to my appointment as Receiver. The Order appointing me as Receiver was signed October 24, 2011, which was appealed on October 25, and the undertaking filed approximately November 2, 2011. That Order is attached as Exhibit 2.

7. That tort case progressed and actually went to trial on July 18-22, 2016 before Judge Feeney in Humboldt Superior Court. The Jury in that case returned its verdict on July 22, and found for Mark Adams, Andrew Adams and CRG on every single cause of action.

8. Based on my experience as a Receiver, I know that these types of tort lawsuits are somewhat common. I know that taking these claims to trial is absolutely uncommon though. And now that the trial is done and the Squireses' claims have been heard, the Court's requested time to hear this Motion for fees has come. The Court previously denied the defense costs, without prejudice, inviting the current Motion for fees and costs.

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 20 of 221

9. As of November 2, 2011, CRG was owed $37,983 and $3,571 in advances. Over the next three months, $22,466 was incurred. On February 20, 2012, I submitted a Second Report, requesting payment of the $65,494 in fees and advances in this matter. This covered the two appointments and the preliminary work

10. In a September 4, 2012 Tentative Ruling, this Court granted the fees incurred during the two appointments prior to the appeal and the filing of the undertaking, but at the same time denied without prejudice all other fees for review after the trial in Squires v. Adams was completed. The Tentative Ruling is attached as Exhibit 3

11. On June 19, 2013, I submitted a Third Report, requesting that the Court consider the equities, and award at least some of the over $80,000 of fees and costs then owed. That Report state "I am a professional receiver without a personal interest in the matters surrounding this litigation. I ask that I be paid for the time I've billed and money I've advanced to this case in reliance on the Court's previous orders."

12. On September 13, 2013, this Court issued a Ruling denying the request for fees, except for the fees and costs incurred during the two periods in between the appointment order and the entry of the undertaking staying those orders. The defense fees were denied without prejudice. A copy of that Ruling is attached as Exhibit 5. On the same day, this Court appointed Jeffrey Smith as the replacement receiver for the Squires properties.

13 On January 9, 2014, Judge Dale A. Reinholtsen issued an Order following the September 13, 2013 Ruling, finding that Floyd Squires, Floyd E. Squires III, Betty J. Squires, FB Squires Family Trust, and Betty J's Building, Inc. were jointly and severally liable for the $15,317 in then-awarded fees and costs. That Order is attached as Exhibit 4 The Order also authorized Adams to issue a super-priority Receiver's Certificate in that amount, which is to be secured by a deed of trust on all 26 properties. The Order also authorized Adams to issue a super-priority Receiver's Certificate in that amount, which is to be secured by a deed of trust on all 26 properties.

14. Respondents filed a February 21, 2014 Motion for Reconsideration, which was heard on March 3, 2014 and denied on September 8, 2014.

-1-
**DECLARATION OF MARK ADAMS**

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 21 of 221

15. On June 19, 2014, I filed an Application requesting that the Court authorize the Receiver to hire trial counsel under 3.1180. On September 8, 2014, the Court denied without prejudice the request, so as to let the trial proceed and come to a result before authorizing counsel or approving the payment.

16. Attached as Exhibit 6 are the invoices for myself and all California Receivership Group employees from the beginning of this matter through July 31, 2016. The total amount of the billings for that period is $150,606.49. Of that amount, all are unpaid because none of the awarded fees, nor the Certificate have been paid off.

17. Attached as Exhibit 7 are the profit and loss statements detailing the $33,937.65 of advances. In addition to that, there was a $4,000 bill for the bonds in this matter. Thus, the total amount of advances that I and CRG have made totals $37,937.65.

18. All time billed by myself and CRG in this matter is detailed in the invoices, and I have reviewed all the invoices. I know that the time spent was necessary, and was a valid expense under the Appointment Order. And I know that all of the billing rates in those invoices are reasonable, and actually below market rates for similar employees and receivership staff. In particular, I know that my own rate of $350/hour, and that of Andrew Adams at $150-250/hour is more than reasonable, and below market.

19. Attached as Exhibit 8 are the invoices from my defense counsel, Neal Latt, of Mathews, Kluck, Walsh & Wykle, totaling $35,171.25. A total of $14,604.18 is outstanding, and I plan to advance funds to pay that amount by September 1, 2016.

20. A current billing rate sheet for California Receivership Group is attached as Exhibit 9.

21. I have reviewed all of the invoices and billing records attached and know that the time spent was necessary, and was appropriate under the Appointment Orders.

22. I also am familiar with the billing rates of the attorneys and staff involved, and know them to be reasonable billing rates for those involved.

23. Thus, the accumulated amount of fees, costs and advances currently owed to both California Receivership Group and Mathews, Kluck, Walsh & Wykle are $223,715.39,

-4-

DECLARATION OF MARK ADAMS

1    24.    I declare under penalty of perjury under the laws of the State of California that the
2    foregoing is true and correct.

3

4    I declare under penalty of perjury under the laws of the State of California that the
5    foregoing is true and correct.  Executed this 10th day of August, 2016 at Santa Monica,
6    California.

7

8

9    _____

10                    Mark Adams, Prior Receiver

11   ///
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

-5-

**DECLARATION OF MARK ADAMS**

MARK S. ADAMS, SB#68300
ANDREW F. ADAMS, SB#275109
California Receivership Group, PBC
2716 Ocean Park Blvd., Suite 3010
Santa Monica, California 90405
Tel. (310) 471-8181
Fax (310) 471-8180
madams@calreceivers.com
Court-Appointed Receiver

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF HUMBOLDT

| | |
|---|---|
| CITY OF EUREKA, a municipal corporation, ("the City") and the PEOPLE OF THE STATE OF CALIFORNIA, ("the People") by and through Jones & Mayer, Special Counsel of the City of Eureka,<br><br>                    Petitioner,<br><br>          vs.<br><br>FLOYD SQUIRES; FLOYD E. SQUIRES; FLOYD E. SQUIRES III; BETTY J. SQUIRES; FB SQUIRES FAMILY TRUST; BETTY J'S BUILDING, INC; and DOES ONE through SIXTY,<br><br>                    Respondents. | Case No.: DR110040<br><br>**DECLARATION OF ANDREW ADAMS**<br><br>Date:  September 9, 2016<br>Time:  8:30 a.m.<br>Dept.: 4 |

I, Andrew Adams, declare as follows:

1.     The following is true and correct to the best of my knowledge. If called upon to do so, I could and would testify competently thereto in a court of law.

2.     I am employed by California Receivership Group and Mark Adams in this matter, and participated in both the underlying receivership, and the resulting tort suit that went to trial in Humboldt Superior Court, July 18-22, 2016.

3.     I have reviewed the attached billings of CRG as Exhibit 6, and the Mathews,

-1-
**DECLARATION OF ANDREW ADAMS**

Kluck, Walsh & Wykle billings attached as Exhibit 8 and believe them to be a true and accurate billing record for the time spent on the receivership and the defense. The advances are detailed in Exhibit 7. Having overseen over 45 receiverships and many challenges made to work done in a receivership, I know that the total amounts requested here are more than reasonable for the defense for a matter like this. The billing rates of all involved are far below market, and the amount of time spent both on the receivership, but particularly on the defense of the actions taken was much less than was expected.

4.  I have reviewed all of the invoices and billing records attached and know that the time spent was necessary, and was appropriate under the Appointment Orders.

5.  I also am familiar with the billing rates of the attorneys and staff involved, and know them to be reasonable billing rates for those involved.

6.  I know all parties working on this matter have substantial unbilled amounts that are not presented here for review. I know from my own experience in a variety of receiverships that a total amount owed of less than $200,000 is far, far below what would be expected. For many receivers and their staff $200,000 would cover one year of an intensive receivership like this, let alone five years, with a trial.

7.  I also am familiar with the work of Neal Latt of Mathews, Kluck, Walsh and Wykle, and personally witnessed much of the work done at trial in the tort suit. I know Neal Latt's work to be of the highest quality, and that his billing rate is far too low for his skill and expertise. The billing rate, and the total trial time costs are eminently reasonable.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 10th day of August 2016, in Santa Monica, California.

Andrew Adams

-2-
**DECLARATION OF ANDREW ADAMS**

Exhibit 1

1

2

3

4

5

6

7

8

9

# FILED

**MAR 1 0 2011**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT

10    THE CITY OF EUREKA, a municipal                    CASE NO: DR110040
      corporation, ("the City") and the PEOPLE OF
11    THE STATE OF CALIFORNIA, ("the                     ORDER
      People") by and through Jones & Mayer,
12    Special Counsel of the City of Eureka,

13              Petitioners,

14         vs.

15    FLOYD SQUIRES; FLOYD E. SQUIRES;
      FLOYD E. SQUIRES III; BETTY J.
16    SQUIRES; FB SQUIRES FAMILY TRUST;
      BETTY J'S BUILDING, INC.; and DOES
17    ONE through SIXTY,

18              Respondents.

19    _____

20         Petitioner's Renewed Motion for the Provisional Appointment of a Receiver and

21    Stay of Hearing came on for hearing on March 10, 2011. Petitioners were represented

22    by counsel Dean J. Pucci and Krista MacNevin Jee, and respondent Floyd E. Squires III

23    was present represented by counsel Bradford C. Floyd.

24         The Court, having considered the moving papers, respondent's opposition to the

25    motion, the declaration of Floyd E. Squires III and the arguments of counsel, grants the

I:\ORDER\DR110040\.wgf
                                          - 1 -
ORDER

1   motion for appointment of a provisional referee, with the limited powers set forth in the

2   Order of Appointment filed concurrently with this order and stays the hearing.

3

4                     <u>DISCUSSION</u>

5       This matter came on for hearing on an Order to Show Cause Re: Appointment of

6   Receiver and Issuance of a Preliminary Injunction on February 28, 2011. Testimony

7   was received from Brian J. Gerving, Chief Building Official for the City of Eureka on

8   February 28 and March 1, 2, 3 and 4, 2011. Mr. Gerving was being cross-examined by

9   counsel for respondents when a motion to continue the hearing was granted.

10      Based upon the evidence received at the hearing, as well as the declarations

11   filed in support and opposition to the Emergency Ex Parte Petition and the Order to

12   Show Cause Re: Appointment of a Receiver and Issuance of a Preliminary Injunction,

13   the Court finds that:

14      1. The appointment of a neutral third party to evaluate the alleged violations of

15   the California Health and Safety Code and the Eureka Municipal Code at the properties

16   in question is necessary at this time.

17      2. The parties dispute the nature and severity of the violations, and the amount

18   of work required to correct the violations. The court requires the assistance of a neutral

19   third party to evaluate and decide the issues presented in this case.

20      3. Respondents will not suffer undue prejudice by the appointment of a

21   provisional referee with limited authority because: (1) respondents' expert, Mr. Kemp,

22   shall be authorized to attend each inspection of the properties conducted by the

23   provisional referee; and (2) should respondents be the prevailing party in this matter, all

24   costs incurred by the provisional referee [inspections, evaluations and fees incurred]

25   shall be the responsibility of petitioners.

I:\ORDER\DR110040\.wgf

—2—

ORDER

1

2                                    ORDER

3         Accordingly, THE COURT ORDERS THAT:

4         1. Mark S. Adams is hereby appointed as the provisional receiver for the

5    properties at issue in this matter.

6         2. The limited powers granted to Mr. Adams shall be set forth in the Order for

7    Provisional Appointment of Receiver filed concurrently with this Order.

8         3. Respondent's expert, Mr. Kemp, is authorized to attend each inspection of the

9    properties conducted by the provisional referee. A representative of the petitioners is

10   also authorized to attend each inspection.

11        4. The hearing in this matter is stayed until Monday, April 11, 2011, or until a

12   later date to be set by the Court with concurrence of the parties.

13

14   Dated: March  10 , 2011

                                        *Dale A. Reinholtsen*

15                                      Dale A. Reinholtsen, Judge of the Superior Court

16

17

18

19

20

21

22

23

24

25

     I:\ORDER\DR110040\.wgf
                                           - 3 -
     ORDER

STATE OF CALIFORNIA,      )
COUNTY OF HUMBOLDT        ) SS. AFFIDAVIT OF SERVICE BY MAIL

I, _____, say:

That I am a citizen of the United States, over 18 years of age, a resident of the County of Humboldt, State of California, and not a party to the within action; that my business address is Humboldt County Courthouse, Eureka, California; that I served a true copy of the attached ORDER by placing said copies in the attorney's mail delivery box in the Court Operations Office at Eureka, California on the date indicated below, or by placing said copies in envelope(s) and then placing the envelope(s) for collection and mailing on the date indicated below following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Eureka, California in a sealed envelope with postage prepaid. These copies were addressed to:

Dean J. Pucci, Attorney at Law, 3777 North Harbor Boulevard; Fullerton, CA 92835

Bradford Floyd, Attorney at Law – in Court Op's Box #102

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on the _____ day of February, 2011, at the City of Eureka, County of Humboldt, State of California.

KERRI L. KEENAN, Clerk of the Court

By _____
        Deputy Clerk



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF HUMBOLDT

*825 Fifth Street, Room 291*
*Eureka, California 95501*
(707) 269-1200

March 10, 2011

TO:    Dean J. Pucci, Attorney at Law
Via Fax: (714) 446-1448

Bradford C. Floyd, Attorney at Law
Via Fax: (707) 445-5915

FROM:  W. G. Furst, Judicial Secretary

RE:    **DR110040 – *The City of Eureka, et al. v. Floyd Squires, et al.***

TOTAL NUMBER OF PAGES INCLUDING COVER PAGE: 5

This fax is to provided to you as a courtesy, the conformed copy of this order will be served via U.S. Mail.

Exhibit 2

FILED

OCT 24 2011

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT

| | |
|---|---|
| THE CITY OF EUREKA, a municipal corporation, ("the City") and the PEOPLE OF THE STATE OF CALIFORNIA. ("the People") by and through Jones & Mayer, Special Counsel of the City of Eureka, | CASE NO: DR110040 |
| | ORDER APPOINTING RECEIVER AND GRANTING PRELIMINARY INJUNCTION |
| Petitioners, | |
| vs. | |
| FLOYD SQUIRES; FLOYD E. SQUIRES; FLOYD E. SQUIRES III; BETTY J. SQUIRES; FB SQUIRES FAMILY TRUST; BETTY J'S BUILDING, INC.; and DOES ONE through SIXTY, | |
| Respondents. | |

The Court, having considered all pleadings in the above-captioned matter and the testimony presented at the hearing on the Order to Show Cause regarding Appointment of a Receiver and/or Preliminary Injunctive Relief, and good cause appearing therefor, makes the following findings:

1. The following properties (the "Receivership Properties") in the City of Eureka, are being maintained by Respondents FLOYD E. SQUIRES; FLOYD E. SQUIRES III;

H:\ORDER\DR110040\wgf

- 1 -

ORDER APPOINTING RECEIVER AND
GRANTING PRELIMINARY INJUNCTION

BETTY J. SQUIRES; (collectively "Respondents" herein) in conditions which constitute a substantial endangerment to residents and members of the general public, due to lack of egress, light, ventilation and/or general dilapidation:

      (a) 117/119 Fifth Street (APN 001-071-004);

      (b) 315 C Street (APN 001-066-001);

      (c) 1637 Third Street (APN 002-053-005);

      (d) 1233 A Street (APN 004-112-008);

      (e) 607 Summer/119 W. Sixth Street (APN 001-042-013); and

      (f) 216 Third Street (APN 001-066-002).

2. As to the Receivership Properties. Petitioners are likely to prevail on the merits of their claims at trial in the above-captioned matter.

3. As to the Receivership Properties, the interim harm Petitioners, residents and members of the general public may suffer as a result of endangerment to the public health and safety presented by the conditions of the Receivership Properties if a receiver is not appointed and a preliminary injunction granted is greater than the harm Respondents will suffer if an interim receiver is appointed and a preliminary injunction is issued.

4. The Court did not find based on the evidence presented and pending a hearing on the Petition for Permanent Injunction, that there was sufficient evidence to appoint an interim receiver or issue a preliminary injunction on the remaining properties identified in the complaint in the above-captioned matter.

IT IS HEREBY ORDERED:

1. Mark S. Adams is hereby appointed, pursuant to California Health and Safety Code section 17980.7(c) as the Receiver for the Receivership Properties, and is

I:\ORDER\DR110040\.wgf

    - 2 -

ORDER APPOINTING RECEIVER AND
GRANTING PRELIMINARY INJUNCTION

delegated the following duties and powers immediately:

   (i)    Take full and complete control of the Receivership Properties;

   (ii)   Manage the Receivership Properties and pay expenses of the
          operation of the Receivership Properties, including taxes, insurance,
          utilities, general maintenance and debt secured by an interest in the
          real property;

   (iii)  Secure a cost estimate and construction plan from a licensed
          contractor for the repairs necessary to correct conditions cited in the
          notice of Violation on the Receivership Properties;

   (iv)   Collect all rents and income from the Receivership Properties;

   (v)    Use all rents and income from the Receivership Properties to pay for
          the cost of rehabilitation and repairs determined by the court as
          necessary to correct all conditions cited in the Notice of Violation on
          the Receivership Properties;

   (vi)   Subject to the Court's approval, borrow funds to pay for repairs
          necessary to correct conditions cited in the Notice of Violation on the
          Receivership Properties; and secure that debt and any moneys owed
          to the receiver for services performed pursuant to this order with a lien
          on the Receivership Property(ies).  The lien shall be recorded in the
          county recorder's office in Humboldt County;

   (vii)  Exercise the powers granted to receivers under Section 568 of the
          California Code of Civil Procedure; and

   (viii) Report to the Court any other existing violations of the law at the
          Receivership Properties, not cited in the Notice of Violation on the
          Receivership Properties, that constitute a substantial endangerment

I:\ORDER\DR110040\wgf

- 3 -

ORDER APPOINTING RECEIVER AND
GRANTING PRELIMINARY INJUNCTION

1    to residents or members of the general public.

2    3.  The Receiver shall prepare and file on all parties a First Report of the

3    Receiver no later than November 26, 2011.  A hearing on such report shall be held on

4    December 12, 2011 at 2:00 p.m. in Courtroom 8.  At the hearing, the Court will also

5    select a date for hearing on the permanent injunction.

6    4.  The Receiver shall (1) immediately execute and file a receiver's oath; (2) file

7    the bond required by the Code of Civil Procedure section 567(b) in the amount of

8    $100,000; and (3) immediately disclose to all parties and financial relationship between

9    the Receiver and any company hired to assist in the management of the Receivership

10   Properties, if such actions have not already been done or have expired.

11   5.  The Receiver is further authorized to establish and/or maintain accounts at

12   any financial institutions insured by an agency of the United States government that are

13   not parties to this proceeding and shall deposit and/or maintain in those accounts funds

14   received in connection with the Receivership Properties.

15   6.  The Receiver is required to obtain permission from the Court prior to exercis-

16   ing any authority provided in Health and Safety Code section 17980.7, not specifically

17   granted in this Order.

18

19   IT IS FURTHER ORDERED:

20   Respondents shall be immediately and forthwith enjoined from engaging in the

21   following activities:

22   A.  Collecting rents form the tenants of the Receivership Properties.  [Health &

23   Safety Code section 17980.7(c)(3).]

24   B.  Interfering with the Receiver in the operation of the Receivership Properties.

25   [Health & Safety Code section 17980.7(c)(3).]

H:\ORDER\DR110040\wpf

- 4 -

ORDER APPOINTING RECEIVER AND
GRANTING PRELIMINARY INJUNCTION

C. Encumbering or transferring the Receivership Properties, or any portions thereof. [Health & Safety Code section 17980.7(c)(3).]

IT IS SO ORDERED.

Dated: October 24 , 2011

Dale A. Reinholtsen

Dale A. Reinholtsen, Judge of the Superior Court

I:\ORDER\DR110040\wgf

- 6 -

ORDER APPOINTING RECEIVER AND
GRANTING PRELIMINARY INJUNCTION

STATE OF CALIFORNIA,          }
COUNTY OF HUMBOLDT           } SS. AFFIDAVIT OF SERVICE BY MAIL

I, ____William G. Furst____, say:

That I am a citizen of the United States, over 18 years of age, a resident of the County of Humboldt, State of California, and not a party to the within action; that my business address is Humboldt County Courthouse, Eureka, California; that I served a true copy of the attached <u>ORDER APPOINTING RECEIVER AND GRANTING PRELIMINARY INJUNCTION</u> by placing said copies in the attorney's mail delivery box in the Court Operations Office at Eureka, California on the date indicated below, or by placing said copies in envelope(s) and then placing the envelope(s) for collection and mailing on the date indicated below following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Eureka, California in a sealed envelope with postage prepaid. These copies were addressed to:

**Dean J. Pucci, Attorney at Law; 3777 North Harbor Boulevard; Fullerton, CA 92835 – and – Via Fax: (714) 446-1448**

**Bradford Floyd, Attorney at Law – in Court Op's Box #102 – and – Via Fax: (707) 445-5915**

**Mark S. Adams, California Receivership Group, LLC; 150 Barrington Avenue, Suite #100; Los Angeles, CA 90049 – and – Via Fax: (310) 471-8180**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on the __24th__ day of October, 2011, at the City of Eureka, County of Humboldt, State of California.

KERRI L. KEENAN, Clerk of the Court

/S/

By _____
         Deputy Clerk, William G. Furst

Exhibit 3

**FILED**

SEP 0 4 2012

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT

CITY OF EUREKA , et al.,

        Plaintiffs,

        vs.

FLOYD SQUIRES, et al.,

        Defendants.

**CASE NO. DR110040**

**TENTATIVE RULING**

Before the Court is the Second Receiver's Report; Declaration of Receiver Re: Payment of Fees and Advances filed by Mark S. Adams. The application for payment of fees and advances is opposed by respondents Floyd Squires, et. al. The Court, having considered the papers filed in support and opposition to the Report, rules as follows.

### DISCUSSION

Procedural History.

        The procedural history is this matter which may be relevant to the matter before the Court is as follows:

N:\DR110040

TENTATIVE RULING

- 1 -

1.   On January 18, 2011, petitioners filed a complaint alleging numerous substandard and unsafe conditions at 26 properties owned by respondents. Petitioners also filed a motion seeking (1) the emergency appointment of a receiver for the properties and a temporary restraining order, and (2) an order to show cause regarding the issuance of a preliminary injunction and the appointment of a receiver.

2.   The Court denied the ex parte application for emergency appointment of a receiver and issuance of a temporary restraining order on February 3, 2011.

3.   On February 28, 2011, a hearing on the Order to Show Cause Re: Appointment of a Receiver and Issuance of a Preliminary Injunction began.

4.   On March 10, 2011, the Court appointed Mark Adams as provisional receiver for the 26 properties identified in the complaint. Mr. Adams was authorized to investigate alleged violations at the properties and to submit a report to the Court within 30 days of the appointment.

5.   Respondent filed a notice of appeal of the March 10, 2011 order on March 11, 2011.

6.   On March 21, 2011, respondent posted an undertaking in the amount of $50,000. Enforcement of the March 10, 2011 order appointing Mr. Adams as provisional receiver was stayed pending appeal.

7.   The Court issued a ruling granting petitioner's application for appointment of an interim receiver and for issuance of a preliminary injunction as to 6 properties owned by respondents on September 27, 2011. Counsel for petitioner was directed to submit an Order Appointing Receiver and Granting a Preliminary Injunction consistent with the ruling.

8.   On October 12, 2011, respondents filed an objection to the proposed order submitted by petitioners.

N:\DR110040

- 2 -

TENTATIVE RULING

9. Respondents Floyd Squires III, Betty J. Squires and several other plaintiffs filed a complaint for trespass and intentional invasion of privacy against Mark Adams, Andrew Adams and California Receivership Group, LLC on October 19, 2011, case number DR110803. The complaint concerns alleged conduct occurring on October 5 and October 6, 2011.

10. A hearing on respondent's objections to the proposed order was conducted on October 20, 2011. The Court entered an Order Appointing Receiver and Granting Preliminary Injunction on October 24, 2011.

11. On October 25, 2011, respondents filed a Notice of Appeal of the October 24, 2012 order.

12. Respondents were ordered to post an undertaking in the amount of $50,000 pending the appeal of the October 24, 2012 order on October 27, 2011. The October 24, 2012 order was stayed pending appeal upon posting of the undertaking on or about November 2, 2011.

13. On or about February 7, 2012, the Court of Appeal dismissed the appeal of the March 10, 2011 order as moot.

14. The appeal of the October 24, 2012 order has not been decided.

## TENTATIVE RULING

The tentative ruling of the Court is as follows:

1. The receiver is not entitled to payment from respondents of fees and costs which were incurred prior to Mr. Adams appointment as provisional receiver on March 10, 2011. The request for payment of fees and costs incurred prior to appointment by the court as provisional receiver should be directed to the party requesting the services and requiring Mr. Adams attendance at Court hearings.

2. The request for fees and costs expended in defense of *Squires v. Adams*,

N:\DR110040

- 3 -

TENTATIVE RULING

1  Humboldt County Superior Court case number DR110803, is denied without
2  prejudice.

3      The thrust of the complaint in that matter is that defendants were not duly
4  appointed receivers acting within the scope of their authority as duly appointed receiver
5  when they allegedly intruded upon the subject properties on or about October 5 and
6  October 6, 2011. Until this issue as determined in case number DR110803, the request
7  for fees and costs is denied.

8      3.  The request for the following fees and costs is granted:

9          a.  Fees and costs expended when performing duties as provisional receiver
10  for the 26 properties identified in complaint between March 10, 2011 (date of
11  appointment) and March 21, 2011 (stay issued pending appeal);

12         b.  Fees and costs expended when performing duties as interim receiver for 6
13  properties owned by respondents between October 24, 2011 (order appointing interim
14  receiver entered) and November 2, 2011 (stay issued pending appeal), and

15         c.  Premiums for bond for receiver required by the court.

16      The parties are invited to submit points and authorities on any of the issues
17  addressed in the tentative ruling. The opening points and authorities shall be filed on or
18  before September 21, 2012. Responding points and authorities shall be filed on or
19  before October 5, 2012.

20      The Court will issue a final order after receipt and review of the points and
21  authorities.

22

23  Dated: September  4 , 2012          **DALE A. REINHOLTSEN**

24  _____

25                                      Dale A. Reinholtsen, Judge of the Superior Court

N:\DR110040
_____ - 4 -
**TENTATIVE RULING**

STATE OF CALIFORNIA,          )
COUNTY OF HUMBOLDT            ) SS. AFFIDAVIT OF SERVICE BY MAIL

I, ~~Lesley M. Amberger~~ say:

That I am a citizen of the United States, over 18 years of age, a resident of the County of Humboldt, State of California, and not a party to the within action; that my business address is Humboldt County Courthouse, 825 5th St., Eureka, California, 95501; that I served a true copy of the attached <u>TENTATIVE RULING</u> by placing said copies in the attorney's mail delivery box in the Court Operations Office at Eureka, California on the date indicated below, or by placing said copies in envelope(s) and then placing the envelope(s) for collection and mailing on the date indicated below following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Eureka, California in a sealed envelope with postage prepaid. These copies were addressed to:

BRADFORD FLOYD, COURT OPS BOX #102

MARK S. ADAMS, 150 SO. BARRINGTON AVE., SUITE 100, LOS ANGELES, CA 90049

Pucci, Dean J. Jones & Mayer. 3777 N Harbor Blvd, Fullerton, CA 92835

Paul Gallegos, c/o Christa McKimmey, Court Ops Box #64

Cyndy Day-Wilson – Eureka City Attorney, Court Ops Box #53

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on the <u>4th</u> day of <u>August</u>, 2012, at the City of Eureka, County of Humboldt, State of California.

KERRI L. KEENAN, Clerk of the Court

By _____Lesley M. Amberger_____
                    Deputy Clerk

**Exhibit 4**

1  MARK S. ADAMS, SB#68300
   California Receivership Group, LLC
2  150 S. Barrington Ave., Suite 100
   Los Angeles, CA 90049
3  Court-Appointed Receiver
   (310) 471-8181
4  Fax (310) 471-8180

5

6                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                      FOR THE COUNTY OF HUMBOLDT

8

9  CITY OF EUREKA, a municipal              Case No.: DR110040
   corporation, ("the City") and the PEOPLE
10 OF THE STATE OF CALIFORNIA, ("the
   People") by and through Jones & Mayer,   (PROPOSED) ORDER ON RECEIVER'S
11 Special Counsel of the City of Eureka,   THIRD REPORT

12          Petitioner,

13      vs.

14 FLOYD SQUIRES; FLOYD E. SQUIRES;
   FLOYD E. SQUIRES III; BETTY J.
15 SQUIRES; FB SQUIRES FAMILY
   TRUST; BETTY J'S BUILDING, INC; and
16 DOES ONE through SIXTY,

17          Respondents.

18

19 _____

20

21      The Court, having considered the Third Report of the Receiver of Mark Adams

22 ("Receiver") and the exhibits attached thereto, and the Respondent's Objection to the Third

23 Report, and good cause appearing therefore,

       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
24
25      1.      The request in the Third Report for fees and costs incurred prior to March 10,

26 2011 is denied.

27      2.      The request in the Third Report for fees and costs expended in defense of *Squires*

28 *v. Adams*, case number DR110803, is denied without prejudice.

                                       1
                        ORDER ON THIRD RECEIVER'S REPORT

3.     The requests in the Third Report for the Receiver's costs and fees for work as provisional and interim Receiver are granted for the active appointment period of March 10-21, 2011 and October 24-November 2, 2011. The Report's request for costs and fees not for these periods of time is denied.

4.     The cost of all premiums on the bond required by this Court is granted.

5.     In compliance with the above findings by the Court, Mark Adams is hereby awarded the above described costs and fees as follows:

    a.  $8,983.34 for work and costs stemming from the work completed during the period March 10-21, 2011.

    b.  $3,320.85 for work and costs stemming from the work completed during the period October 24-November 2, 2011.

    c.  $2,000 for the premiums on the two required receiver bonds.

    d.  $1,012.81 as reimbursement for advances by the Receiver for costs during the two time periods stated above.

6.     The total amount due to Receiver of $15,317 is a joint and several personal obligation of the named Respondents in this matter. Receiver is authorized to collect the full amount of this judgment from Floyd Squires, Floyd E. Squires, Floyd E. Squires III, Betty J. Squires, FB Squires Family Trust, and Betty J's Building, Inc.

7.     As requested in the Third Report, Receiver is authorized to issue a Receiver's Certificate ("the Certificate") in his official capacity as Receiver with first lien (super priority) status in an amount not to exceed $15,317 to recover the above listed costs and fees. This Certificate is to be secured by a deed of trust on the properties listed in the appointment order dated March 10, 2011 and the appointment order dated October 24, 2011.

8.     The Receiver is authorized to sign any Receivership Certificate and accompanying deed of trust with power of sale that he deems complies with the terms of this Order. The Certificate shall be executed in favor of any lender as may willing to finance such a Receiver's Certificate on such terms as are commercially reasonable and acceptable to the Receiver and as are subsequently reported to the Court.

3
**ORDER ON THIRD RECEIVER'S REPORT**

1        9.     The sums due under the Certificate shall be due and payable at such time as the
2  Receiver and the lender shall agree and subsequently report to the Court but in no case later than
3  the date on which the Court approves the Receiver's final accounting and the Receiver is
4  discharged.

5        10.    The Certificate and Deed of Trust shall be a lien with priority over any and all
6  existing liens or encumbrances (including the existing first trust deed on the property) other than
7  any lien recorded by a governmental entity for taxes on the property. The Certificate, the
8  accompanying Deed of Trust and this Order shall be recorded with the Office of the Humboldt
9  County Recorder.

10

11  IT IS SO ORDERED.

12

13  DATED: __**JAN 09 2014**__, 2013.        __**DALE A. REINHOLTSEN**__
14                               Judge of the Superior Court

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

3
**ORDER ON THIRD RECEIVER'S REPORT**

Exhibit 5

**FILED**

SEP 1 3 2013

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT

CITY OF EUREKA and THE PEOPLE
OF THE STATE OF CALIFORNIA,

          Plaintiffs,

vs.

FLOYD SQUIRES and BETTY
SQUIRES, et al.,

          Defendants.

CASE NO. DR110040

**RULING**

Presently before the Court is the Third Receiver's Report and Declaration of Mark Adams Re Interim Fees Request and Request for Lien on Real Property to Secure Payment Thereof. The Third Receiver's Report is opposed by respondents, who filed an opposition to Third Receiver's Report. The Court has considered the papers submitted in support and opposition to the Third Receiver's Report. In light of the materials submitted, the Court rules as follows:[1]

---

[1] Petitioners are referred to herein collectively as "City," and the respondents are referred to herein collectively as "Squires."

N:\DR110040\dkr

- 1 -

RULING

## DISCUSSION

Procedural History

The procedural history in this matter relevant to the issues before the Court is as follows:

1. On January 18, 2011, City filed a complaint alleging substandard and unsafe conditions at 26 properties owned by Squires. Among other remedies, City sought 1) an emergency appointment of a receiver for the properties and a temporary restraining order, and 2) an order to show cause regarding the issuance of a preliminary injunction and the appointment of a receiver.

2. The ex parte application for emergency appointment of a receiver and issuance of a temporary restraining order was denied on February 3, 2011.

3. On February 28, 2011, a hearing on the Order to Show Cause Re: Appointment of a Receiver and Issuance of a Preliminary Injunction commenced.

4. The Court appointed Mark Adams as provisional receiver for the 26 properties identified in the complaint on March 10, 2011. Mr. Adams was directed to investigate alleged violations at the properties, and submit a report to the Court within 30 days of appointment.

5. Squires filed a notice of appeal of the order appointing Mr. Adams on March 11, 2011, and posted on an undertaking in the amount of $50,000 on March 21, 2011. Enforcement of the order appointing the provisional receiver was stayed pending appeal.

The Court of Appeal dismissed the appeal of the March 10, 2011 order as moot on February 7, 2012.

6. The hearing on the Order to Show Cause Re: Appointment of a Receiver and

N:\OR110040\dkt

- 2 -

RULING

1    Issuance of a Preliminary Injunction concluded on June 13, 2011. The Court issued a
2    ruling granting City's application for appointment of an interim receiver and for issuance
3    of a preliminary injunction as to six properties owned by Squires on September 27,
4    2011.

5         Counsel for City was directed to submit an order consistent with the ruling.

6         7. On October 12, 2011, Squires filed an objection to the proposed order
7    submitted by the City.

8         8. On October 19, 2011, Floyd Squires III, Betty J. Squires and additional
9    plaintiffs filed a complaint for trespass and intentional invasion of privacy against Mark
10   Adams, Andrew Adams and California Receivership Group, LLC, case number
11   DR110803. The complaint concerns alleged conduct occurring on October 5 and
12   October 6, 2011 on one or more of the six properties owned by Squires.

13        9. On October 20, 2011, a hearing was conducted on Squire's objections to the
14   proposed order submitted by the City. The Court entered an Order Appointing Receiver
15   and Granting Preliminary Injunction on October 24, 2011.

16        10. On October 25, 2011, Squires filed a Notice of Appeal of the October 24,
17   2011 order. Squires was ordered to post an undertaking pending the appeal, an
18   undertaking in the amount of $50,000 was posted and the October 24, 2011 Order was
19   stayed pending appeal on or about November 2, 2011.

20        11. The trial on City's complaint seeking issuance of a permanent injunction,
21   declaratory relief, civil penalties and the appointment of a receiver because of alleged
22   nuisances and other substandard conditions at the 28 properties owned by Squires
23   commenced on October 8, 2012.

24        12. An Interim Ruling entered July 2, 2013. The Court found as follows:
25        a. The evidence did not support a finding that the subject properties were

N:\DR110040\dkr
                              - 3 -
RULING

1  presently maintained in such a manner as to come within the provisions of Health
2  and Safety Code sections 17980.6 and 17980.7;

3  b. The evidence presented concerning the current condition of the subject

4  properties did not support a finding that any of the subject properties constituted

5  a public nuisance as defined by Civil Code sections 3479 and 3480 or Eureka

6  Municipal Code sections 150.162 or 150.163; and

7  c. The evidence supported a finding that the violations of the Applicable codes

8  and local ordinances at the subject properties constituted violations of Business

9  and Professions Code section 17200 et. seq.

10  The Court further ordered that a receiver be appointed pursuant to Business and

11  Professions Code section 17203 to 1) inspect the 26 properties in conjunction with City

12  Building Department officials and 2) report to the Court concerning the current condition

13  of the properties. City and Squires were directed to submit nominations for the receiver.

14  **Analysis**

15  California Rules of Court, Rule 3.1181 provides that the receiver is the agent of

16  the Court and not of any party.

17  The City filed an ex parte application for emergency appointment of a receiver

18  and issuance of a temporary restraining order on January 18, 2011. The ex parte

19  application was denied on February 3, 2011. Mr. Adams' work on the case at this stage

20  of the proceedings would appear to be at the behest of the City; he was not acting as an

21  agent of the Court.

22  The Court initially appointed Mr. Adams as its agent in this matter on March 10,

23  2011. Mr. Adams was authorized to investigate alleged violations at the 26 properties,

24  and submit a report to the Court within 30 days. Enforcement of the order appointing

25

N:\DR110040\dkr

- 4 -

RULING

1    the provisional receiver was stayed pending appeal on March 21, 2011.[2]

2        Thereafter, the Court appointed Mr. Adams as its agent pursuant to an Order

3    Appointing Receiver and Granting Preliminary Injunction entered October 24, 2011.

4    The order appointed Mr. Adams as receiver for the receivership properties [6 of the 26

5    properties] and granted certain powers pursuant to Health and Safety Code section

6    17980.7(c). Squires filed a Notice of Appeal of the October 24, 2011 order, posted an

7    undertaking pending the appeal, and the order was stayed pending appeal on or about

8    November 2, 2011.[3]

9        Finally, in the case of *Squires v. Adams*, Humboldt County Superior Court case

10    number DR110803, Floyd Squires III, Betty J. Squires and additional plaintiffs, filed a

11    complaint for trespass and intentional invasion of privacy against Mark Adams, Andrew

12    Adams and California Receivership Group, LLC. The complaint alleged conduct

13    occurring on one or more of the properties owned by Squires on October 5 and October

14    6, 2011.

15        The alleged conduct would have occurred after the enforcement of the March 10,

16    2011 order appointing Mr. Adams provisional receiver was stayed pending appeal, and

17    before the order entered on October 24, 2011 appointing Mr. Adams as a receiver and

18    granting a preliminary injunction.

19                          **RULING**

20    Based on the foregoing, the Court rules as follows:

21        1. The receiver is not entitled to payment from Squires of fees and costs which

22

23

24    [2] The Court of Appeal dismissed the appeal of the March 10, 2011 order as moot on February 7, 2012.

25    [3] The appeal appears to be currently pending. In the Interim Ruling entered July 2, 2013, however, the Court found that the subject properties were not presently maintained in such a manner as to come within the provisions of sections 17980.6 and 17980.7 of the Health and Safety Code.

N:\DR110040\dkr

- 5 -

RULING

1  were incurred prior to Mr. Adams appointment by the Court as its agent as provisional

2  receiver on March 10, 2011. The request for fees and costs incurred prior to

3  appointment as the Court's agent should be directed to the party requesting the

4  services and requiring Mr. Adams attendance at Court hearings.

5      2. The request for fees and costs expended in defense of *Squires v. Adams*,

6  case number DR110803, is denied without prejudice.

7      Plaintiffs allege in that matter that defendants were not acting within the scope of

8  their authority as duly appointed receiver when they engaged in the conduct alleged to

9  have occurred on October 5 and October 6, 2011. Until this issue is determined, the

10  request for fees and costs is denied without prejudice.

11      3. The request for the following fees and costs is granted:

12      a. Fees and costs expended when performing duties as provisional receiver for

13      the 26 properties identified in the complaint between March 10, 2011 and March

14      21, 2011;

15      b. Fees and costs expended when performing duties as interim receiver for six

16      properties owned by Squires between October 24, 2011 and November 2, 2011;

17      and

18      c. Premiums for bond for receiver required by the Court.

19      The Receiver shall submit an order consistent with this ruling, approved as to

20  form by counsel for Squires, for signature by the Court.

21  Dated: September 13, 2013        DALE A. REINHOLTSEN

22                                  _____
                                    Dale A. Reinholtsen, Judge of the Superior Court
23

24

25

N:\DR110040\dkr                     - 6 -

RULING

STATE OF CALIFORNIA, )
COUNTY OF HUMBOLDT   ) SS. AFFIDAVIT OF SERVICE BY MAIL

I, **Susan C. Edwards** , say:

That I am a citizen of the United States, over 18 years of age, a resident of the County of Humboldt, State of California, and not a party to the within action; that my business address is 825 5th Street, Humboldt County Courthouse, Eureka, California, 95501; that I served a true copy of the attached RULING by placing said copies in the attorney's mail delivery box in the Court Operations Office at Eureka, California on the date indicated below, or by placing said copies in envelope(s) and then placing the envelope(s) for collection and mailing on the date indicated below following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Eureka, California in a sealed envelope with postage prepaid. These copies were addressed to:

Dean Pucci, Jones and Mayer, 3777 N. Harbor Blvd., Fullerton, CA 92835

Krista MacNevin Jee, Jones and Mayer, 3777 N. Harbor Blvd., Fullerton, CA 92835

Bradford Floyd, Court Operations Box #102

California Receivership Group, LLC, 150 So. Barrington Ave., #100, Los Angeles, CA 90049

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on the _16_ day of September, 2013, at the City of Eureka, County of Humboldt, State of California.

KERRI L. KEENAN, Clerk of the Court

By **Susan C. Edwards**

Deputy Clerk

Exhibit 6

# California Receivership Group, LLC
## Sales by Item Summary
### April 2011 through August 2016

| | Apr 11 | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 |
|---|---|---|---|---|---|---|---|---|---|
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| **Service** | | | | | | | | | |
| Andrew Adams | 0.00 | 0.00 | 0.00 | 2,250.00 | 0.00 | 0.00 | 462.50 | 4,412.50 | 2,675.00 |
| Eddie Gao | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Erica Connelly | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Marcy Wohde | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mark Adams | 21,925.00 | 0.00 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,658.34 | 3,325.01 |
| Natalie Delgadillo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tyler Huxtable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sally Rowshan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 21,925.00 | 0.00 | 175.00 | 2,250.00 | 0.00 | 0.00 | 462.50 | 7,870.84 | 6,000.01 |

Service

Andrew Adams

Eddie Gao

Erica Connelly

Marcy Wohde

Mark Adams

Natalie Delgadillo

Tyler Huxtable

Sally Rowshan

TOTAL

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 59
of 221

# California Receivership Group, LLC
## Sales by Item Summary
### April 2011 through August 2016

| | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | Jun 12 | Jul 12 | Aug 12 | Sep 12 | Oct 12 | Nov 12 | Dec 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| **Service** | | | | | | | | | | | | |
| Andrew Adams | 2,487.50 | 3,187.50 | 7,687.50 | 1,037.50 | 1,500.00 | 1,925.00 | 2,827.50 | 1,875.00 | 337.50 | 475.00 | 0.00 | 0.00 |
| Eddie Gao | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Erica Connelly | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Marcy Wehde | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mark Adams | 1,400.00 | 3,570.02 | 3,383.35 | 933.34 | 291.67 | 2,216.67 | 525.00 | 991.68 | 1,108.34 | 2,041.67 | 1,108.34 | 116.67 |
| Natalie Delgadillo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tyler Huxtable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sally Rowshan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 3,887.50 | 6,757.52 | 11,060.85 | 1,970.84 | 1,791.67 | 4,141.67 | 3,352.50 | 2,866.68 | 1,445.84 | 2,516.67 | 1,108.34 | 116.67 |

| | Jan 13 | Feb 13 | Mar 13 | Apr 13 | May 13 | Jun 13 | Jul 13 | Aug 13 | Sep 13 | Oct 13 | Nov 13 | Dec 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| **Service** | | | | | | | | | | | | |
| Andrew Adams | 0.00 | 0.00 | 125.00 | 1,400.00 | 833.33 | 1,450.00 | 2,666.65 | 150.00 | 0.00 | 1,733.34 | 100.00 | 216.66 |
| Eddie Gao | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Erica Connelly | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Marcy Wehde | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mark Adams | 0.00 | 291.67 | 233.34 | 1,050.00 | 233.34 | 1,516.67 | 2,333.34 | 875.00 | 116.67 | 1,283.35 | 350.01 | 233.34 |
| Natalie Delgadillo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tyler Huxtable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sally Rowshan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 0.00 | 291.67 | 358.34 | 2,450.00 | 1,066.67 | 2,966.67 | 4,999.99 | 1,025.00 | 116.67 | 3,016.69 | 450.01 | 450.00 |

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 60 of 221

# California Receivership Group, LLC
## Sales by Item Summary
### April 2011 through August 2016

| | Jan 14 | Feb 14 | Mar 14 | Apr 14 | May 14 | Jun 14 | Jul 14 | Aug 14 | Sep 14 | Oct 14 | Nov 14 | Dec 14 |
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Service** | | | | | | | | | | | | |
| Andrew Adams | 386.66 | 266.67 | 2,766.68 | 280.66 | 0.00 | 1,249.99 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Eddie Gao | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Erica Connolly | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Marcy Wehde | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 370.00 | 60.00 | 10.00 | 20.00 | 10.00 | 40.00 | 0.00 |
| Mark Adams | 350.01 | 8,878.34 | 1,190.00 | 980.00 | 385.00 | 2,345.00 | 1,980.00 | 105.00 | 70.00 | 280.00 | 195.00 | 70.00 |
| Natalie Delgadillo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tyler Huxtable | 0.00 | 0.00 | 0.00 | 0.00 | 42.50 | 472.50 | 135.00 | 30.00 | 15.00 | 15.00 | 30.00 | 22.50 |
| Sally Rowshan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 |
| TOTAL | 736.67 | 9,145.01 | 3,956.68 | 1,246.66 | 447.50 | 4,437.49 | 2,925.00 | 145.00 | 105.00 | 305.00 | 295.00 | 92.50 |

| | Jan 15 | Feb 15 | Mar 15 | Apr 15 | May 15 | Jun 15 | Jul 15 | Aug 15 | Sep 15 | Oct 15 | Nov 15 | Dec 15 |
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Service** | | | | | | | | | | | | |
| Andrew Adams | 150.00 | 2,300.00 | 50.00 | 650.00 | 800.00 | 400.00 | 300.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| Eddie Gao | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Erica Connolly | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Marcy Wehde | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mark Adams | 105.00 | 735.00 | 315.00 | 2,240.00 | 1,796.67 | 315.00 | 875.00 | 105.00 | 105.00 | 105.00 | 0.00 | 105.00 |
| Natalie Delgadillo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 0.00 |
| Tyler Huxtable | 15.00 | 90.00 | 82.50 | 30.00 | 90.00 | 50.00 | 50.00 | 20.00 | 10.00 | 10.00 | 60.00 | 30.00 |
| Sally Rowshan | 60.00 | 60.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 330.00 | 3,185.00 | 477.50 | 2,920.00 | 2,686.67 | 797.00 | 1,285.00 | 125.00 | 415.00 | 115.00 | 73.00 | 135.00 |

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 61 of 221

# California Receivership Group, LLC
## Sales by Item Summary
### April 2011 through August 2016

| | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 | Jun 16 | Jul 16 | Aug 16 |
|---|---|---|---|---|---|---|---|---|
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| **Service** | | | | | | | | |
| Andrew Adams | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 0.00 | 100.00 | 15,250.00 |
| Eddie Gao | 0.00 | 0.00 | 0.00 | 0.00 | 208.00 | 0.00 | 0.00 | 0.00 |
| Erica Connelly | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Marcy Wehde | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 |
| Mark Adams | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 70.00 | 0.00 | 1,330.00 |
| Natalie Delgadillo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tyler Huxtable | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 195.00 |
| Sally Rowshan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 | 70.00 | 100.00 | 16,775.00 |

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total |
|---|---|---|---|---|---|---|---|
| | Amount | Amount | Amount | Amount | Amount | Amount | Amount |
| **Service** | | | | | | | |
| Andrew Adams | 9,800.00 | 23,320.00 | 8,674.96 | 5,866.86 | 4,950.00 | 15,400.00 | 67,811.04 |
| Eddie Gao | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 208.00 | 208.00 |
| Erica Connelly | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 | 0.00 | 72.00 |
| Marcy Wehde | 0.00 | 0.00 | 0.00 | 530.00 | 20.00 | 15.00 | 565.00 |
| Mark Adams | 28,983.35 | 17,886.75 | 6,516.73 | 18,716.35 | 6,601.87 | 1,540.00 | 80,246.05 |
| Natalie Delgadillo | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 0.00 | 13.00 |
| Tyler Huxtable | 0.00 | 0.00 | 0.00 | 762.50 | 537.50 | 210.00 | 1,510.00 |
| Sally Rowshan | 0.00 | 0.00 | 0.00 | 30.00 | 150.00 | 0.00 | 180.00 |
| **TOTAL** | 38,783.35 | 41,006.75 | 17,191.71 | 23,707.61 | 12,844.17 | 17,373.00 | 150,606.49 |

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page 62 of 221



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

Invoice #: 1659
Invoice Date: 4/1/2011
Due Date: 4/1/2011
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/9/2010 | ZLegal Fees | draft litigation memorandum | 2 | 350.00 | 700.00 |
| 9/10/2010 | ZLegal Fees | edit litigation memorandum | 1.33333 | 350.00 | 466.67 |
| 1/18/2011 | ZLegal Fees | Travel to Eureka for court hearing | 4 | 350.00 | 1,400.00 |
| 1/19/2011 | ZLegal Fees | Court hearing | 3 | 350.00 | 1,050.00 |
| 1/19/2011 | ZLegal Fees | F/U to Court hearing | 2 | 350.00 | 700.00 |
| 1/20/2011 | ZLegal Fees | Travel to LA after hearing | 5 | 350.00 | 1,750.00 |
| 1/25/2011 | ZLegal Fees | Travel to Eureka | 3.5 | 350.00 | 1,225.00 |
| 1/25/2011 | ZLegal Fees | Court hearing RE appointment | 3 | 350.00 | 1,050.00 |
| 1/26/2011 | ZLegal Fees | Scott Perch meeting | 1.5 | 350.00 | 525.00 |
| 1/26/2011 | ZLegal Fees | Brian Gerving meeting | 1.5 | 350.00 | 525.00 |
| 1/26/2011 | ZLegal Fees | Return travel | 3.5 | 350.00 | 1,225.00 |
| 1/26/2011 | ZLegal Fees | F/U to trip | 1 | 350.00 | 350.00 |
| 2/4/2011 | ZLegal Fees | T/C reporter | 0.66667 | 350.00 | 233.33 |
| 2/12/2011 | ZLegal Fees | Draft Declaration RE qualifications | 0.66667 | 350.00 | 233.33 |
| 2/26/2011 | ZLegal Fees | T/C with Dean; trial preparation | 0.66667 | 350.00 | 233.33 |
| 2/27/2011 | Mark Adams | Travel | 3 | 350.00 | 1,050.00 |
| 2/28/2011 | ZLegal Fees | Court hearing | 3 | 350.00 | 1,050.00 |
| 3/2/2011 | Mark Adams | Court hearing | 4 | 350.00 | 1,400.00 |
| 3/2/2011 | Mark Adams | Travel to LA | 2 | 350.00 | 700.00 |
| 3/8/2011 | Mark Adams | Telephone call with Dean Pucci | 0.66667 | 350.00 | 233.33 |
| 3/8/2011 | Mark Adams | Trip planning | 0.83333 | 350.00 | 291.67 |
| 3/8/2011 | Mark Adams | Travel to Eureka | 2 | 350.00 | 700.00 |
| 3/9/2011 | Mark Adams | Attend court hearing | 2 | 350.00 | 700.00 |
| 3/10/2011 | Mark Adams | Hearing and f/u | 3 | 350.00 | 1,050.00 |
| 3/11/2011 | Mark Adams | Return from Eureka | 4 | 350.00 | 1,400.00 |
| 3/14/2011 | Mark Adams | Follow up RE Ex Parte and inspections | 1.5 | 350.00 | 525.00 |
| 3/15/2011 | Mark Adams | Travel for court hearing | 4 | 350.00 | 1,400.00 |
| 3/15/2011 | Mark Adams | Meeting with inspection crew | 1.5 | 350.00 | 525.00 |
| 3/15/2011 | Mark Adams | Meeting with inspection crew | 0.83333 | 350.00 | 291.67 |
| 3/15/2011 | Mark Adams | Ex Parte court hearing | 0.83333 | 350.00 | 291.67 |
| 3/15/2011 | Mark Adams | Meeting with inspection crew | 1 | 350.00 | 350.00 |
| 3/16/2011 | Mark Adams | Court hearing; f/u to Stay of Receivership | 2.5 | 350.00 | 875.00 |
| 3/16/2011 | Mark Adams | Return travel to LA | 5 | 350.00 | 1,750.00 |
| 3/21/2011 | Mark Adams | F/U RE posting bond | 1.5 | 350.00 | 525.00 |
| 6/3/2011 | Mark Adams | T/C Dean Pucci | 0.5 | 350.00 | 175.00 |
| 6/7/2011 | Mark Adams | Review financial statements | 0.5 | 350.00 | 175.00 |

| | |
|---|---|
| **Total** | $27,125.00 |
| **Payments/Credits** | -$5,200.00 |
| **Balance Due** | $21,925.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.cabracelvers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 1709
Invoice Date: 6/1/2011
Due Date: 6/1/2011
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/5/2011 | ZLegal Fees/MARK | T/C with attorney for lender and t/u | 0.5 | 350.00 | 175.00 |

| | |
|---|---|
| **Total** | $175.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $175.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 1605
**Invoice Date:** 7/8/2011
**Due Date:** 7/8/2011
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/25/2011 | ZServices | Travel to Eureka, hearing and debriefing with City staffers and attorneys | 7 | 100.00 | 700.00 |
| 1/26/2011 | ZServices | Pick up documents from city; discussion with city officials RE properties and approach to surveying, assessing; meeting with broker. | 2 | 100.00 | 200.00 |
| 1/27/2011 | ZServices | Survey, photograph and take notes on all Squires properties | 5.5 | 100.00 | 550.00 |
| 1/27/2011 | ZServices | Recording and database entry of photos; review city documents; import info and create excel spreadsheet | 2 | 100.00 | 200.00 |
| 1/28/2011 | ZServices | Begin input from prelims on amount owed on each property; determine total amount of existing liens on each property. | 1.25 | 100.00 | 125.00 |
| 1/31/2011 | ZServices | Work through Eureka city documents, assign debt to each loan for estimation on total amount owed; add broker price opinions and rental info to spreadsheet in order to prepare spreadsheet that assigns debt to value ratio. | 3.25 | 100.00 | 325.00 |
| 6/6/2011 | ZAndrew Adams | Prepare Mark for potential testimony | 1 | 150.00 | 150.00 |

| | |
|---|---|
| **Total** | $2,250.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,250.00 |



CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calrecalvers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 1874
**Invoice Date:** 10/1/2011
**Due Date:** 10/1/2011
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/29/2011 | ZAndrew Adams | Review order, prepare action | 0.75 | 150.00 | 112.50 |
| 8/30/2011 | ZAndrew Adams | Conference Call and prepare for property inspections | 2.33333 | 150.00 | 350.00 |

| | |
|---|---|
| **Total** | $462.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $462.50 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.cafreceivers.com

Bill To:
Squires 29, Eureka

# Invoice

Invoice #: 2032
Invoice Date: 11/1/2011
Due Date: 11/1/2011
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/4/2011 | Mark Adams | Plan inspection trip for Andrew | 0.5 | 350.00 | 175.00 |
| 10/4/2011 | Mark Adams | organize property inspection trip | 0.66667 | 350.00 | 233.33 |
| 10/5/2011 | Mark Adams | Misc T/C RE Property Inspection | 0.5 | 350.00 | 175.00 |
| 10/5/2011 | Mark Adams | T/C AA RE Brad Floyd and F/U | 0.5 | 350.00 | 175.00 |
| 10/13/2011 | Mark Adams | Review pleadings | 0.5 | 350.00 | 175.00 |
| 10/20/2011 | Mark Adams | Prepare for court call hearing | 2 | 350.00 | 700.00 |
| 10/24/2011 | Mark Adams | Staff discussion RE lawsuit filed | 0.33333 | 350.00 | 116.67 |
| 10/25/2011 | Mark Adams | F/U RE application order, Meeting with AA | 0.33333 | 350.00 | 116.67 |
| 10/25/2011 | Mark Adams | Review and edit 1st Receiver's Report | 0.5 | 350.00 | 175.00 |
| 10/26/2011 | Mark Adams | Prepare for property management call, t/c Ted and F/U | 1.16667 | 350.00 | 408.33 |
| 10/26/2011 | Mark Adams | Review, edit and approve First Receiver's Report | 0.83333 | 350.00 | 291.67 |
| 10/28/2011 | Mark Adams | F/U RE posting of appellate bond | 1 | 350.00 | 350.00 |
| 10/31/2011 | Mark Adams | Staff discussion and case planning | 0.33333 | 350.00 | 116.67 |
| | Mark Adams | Prepare for and conference call with City | 1 | 350.00 | 350.00 |

| | |
|---|---|
| **Total** | **$3,558.34** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$3,558.34** |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calrecelvers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 1681
Invoice Date: 11/8/2011
Due Date: 11/8/2011
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/3/2011 | ZAndrew Adams | Travel and implementation of plans | 0.5 | 150.00 | 75.00 |
| 10/5/2011 | ZAndrew Adams | Travel | 1.5 | 150.00 | 225.00 |
| 10/5/2011 | ZAndrew Adams | Travel | 5.08333 | 150.00 | 762.50 |
| 10/5/2011 | ZAndrew Adams | Prepare letter for inspections, and schedule Inspections | 1.41667 | 150.00 | 212.50 |
| 10/5/2011 | ZAndrew Adams | Meet with Brian Gerving, prepare Notice and Ruling, attach to properties, discussions with residents/ tenants; preliminary property inspections. | 3.5 | 150.00 | 525.00 |
| 10/5/2011 | ZAndrew Adams | Responds to emails on Eureka; update city with completed work. | 0.75 | 150.00 | 112.50 |
| 10/6/2011 | ZAndrew Adams | Prep travel plans for the day, discuss inspection plan, talk with Brad Floyd RE meeting; arrange inspection meeting with Ralph Brady. | 1 | 150.00 | 150.00 |
| 10/6/2011 | ZAndrew Adams | Meet with Professional Consolidated Property Management | 1 | 150.00 | 150.00 |
| 10/6/2011 | ZAndrew Adams | Tour all properties, take photos | 2 | 150.00 | 300.00 |
| 10/6/2011 | ZAndrew Adams | Meet with Ralph Brady RE inspections | 1 | 150.00 | 150.00 |
| 10/6/2011 | ZAndrew Adams | Meet with Brad Floyd to determine inspections and rent; update Brian Gerving. | 1.5 | 150.00 | 225.00 |
| 10/11/2011 | ZAndrew Adams | Order review, act. | 0.5 | 150.00 | 75.00 |
| 10/11/2011 | ZAndrew Adams | Order review, act. | 0.16667 | 150.00 | 25.00 |
| 10/12/2011 | ZAndrew Adams | Review property management contract | 0.33333 | 150.00 | 50.00 |
| 10/14/2011 | ZAndrew Adams | Prepare for trip and inspections. | 1.16667 | 150.00 | 175.00 |
| 10/19/2011 | ZAndrew Adams | Read complaint | 0.25 | 150.00 | 37.50 |
| 10/25/2011 | ZAndrew Adams | Read order and notify contractor and property management team | 0.25 | 150.00 | 37.50 |
| 10/25/2011 | ZAndrew Adams | Prepare report for court RE appointment | 1.41667 | 150.00 | 212.50 |
| 10/25/2011 | ZAndrew Adams | 1st Receiver's Report | 0.75 | 150.00 | 112.50 |
| 10/25/2011 | ZAndrew Adams | Reply to G&G's Opposition | 0.91667 | 150.00 | 137.50 |
| 10/25/2011 | ZAndrew Adams | Property management contract, prepare for inspection | 2.41667 | 150.00 | 362.50 |
| 10/26/2011 | ZAndrew Adams | Work on 1st Receivers Report and Request for Funds | 0.91667 | 150.00 | 137.50 |
| 10/26/2011 | ZAndrew Adams | Send letter to residents, contract property management company | 0.5 | 150.00 | 75.00 |
| 10/31/2011 | ZAndrew Adams | Review lawsuit | 0.33333 | 150.00 | 50.00 |
| 10/31/2011 | ZAndrew Adams | Research bond issues | 0.25 | 150.00 | 37.50 |

| | |
|---|---|
| **Total** | **$4,412.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$4,412.50** |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8161
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 1930
Invoice Date: 12/1/2011
Due Date: 12/1/2011
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/2/2011 | Mark Adams | T/C with Brad Floyd and F/U RE bond posting | 0.33333 | 350.00 | 116.67 |
| 11/2/2011 | Mark Adams | Misc. T/C and emails RE real collection | 0.83333 | 350.00 | 291.67 |
| 11/2/2011 | Mark Adams | F/U RE posting appellate bond | 0.33333 | 350.00 | 116.67 |
| 11/2/2011 | Mark Adams | T/C tenants RE who to pay rent to | 0.16667 | 350.00 | 58.33 |
| 11/3/2011 | Mark Adams | Redraft Floyd letter RE litigation | 0.5 | 350.00 | 175.00 |
| 11/3/2011 | Mark Adams | F/U to Brad Floyd email | 0.5 | 350.00 | 175.00 |
| 11/7/2011 | Mark Adams | Staff discussion RE operating issues | 0.33333 | 350.00 | 116.67 |
| 11/14/2011 | Mark Adams | Legal strategy session RE Squires | 1.16667 | 350.00 | 408.33 |
| 11/16/2011 | Mark Adams | LACLL for research RE lawsuit | 2 | 350.00 | 700.00 |
| 11/28/2011 | Mark Adams | Staff discussion RE pending issues | 0.83333 | 350.00 | 291.67 |
| 11/30/2011 | Mark Adams | Review / edit Demurrer | 1.5 | 350.00 | 525.00 |
| 11/30/2011 | Mark Adams | Edit Demurrer | 1 | 350.00 | 350.00 |

| | |
|---|---|
| **Total** | $3,325.01 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,325.01 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 1968
**Invoice Date:** 12/8/2011
**Due Date:** 12/8/2011
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/3/2011 | ZAndrew Adams | Letter to Brad Floyd, email to PPM | 0.33333 | 150.00 | 50.00 |
| 11/9/2011 | ZAndrew Adams | Research on receivership during stay | 0.33333 | 150.00 | 50.00 |
| 11/15/2011 | ZAndrew Adams | Research RE stay | 0.58333 | 150.00 | 87.50 |
| 11/15/2011 | ZAndrew Adams | Research RE Stay | 2.91667 | 150.00 | 437.50 |
| 11/16/2011 | ZAndrew Adams | Research response to trespass | 0.91667 | 150.00 | 137.50 |
| 11/16/2011 | ZAndrew Adams | Continue research and develop response to trespass claims | 1 | 150.00 | 150.00 |
| 11/22/2011 | ZAndrew Adams | Prepare Demurrer | 6.5 | 150.00 | 975.00 |
| 11/29/2011 | ZAndrew Adams | Research on stay | 1.41667 | 150.00 | 212.50 |
| 11/30/2011 | ZAndrew Adams | Review demurrer | 3.83333 | 150.00 | 575.00 |

| | |
|---|---|
| **Total** | $2,675.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,675.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-3161
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 2026
Invoice Date: 1/1/2012
Due Date: 1/1/2012
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/1/2011 | Mark Adams | Coordinate filing of Demurrer | 0.66667 | 350.00 | 233.33 |
| 12/6/2011 | Mark Adams | Staff discussion RE litigation | 0.33333 | 350.00 | 116.67 |
| 12/12/2011 | Mark Adams | Court call and hearing | 1 | 350.00 | 350.00 |
| 12/20/2011 | Mark Adams | Staff discussion RE pending issues | 0.5 | 350.00 | 175.00 |
| 12/21/2011 | Mark Adams | Review and comment on SLAPP Motion | 1.5 | 350.00 | 525.00 |

| | |
|---|---|
| **Total** | $1,400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,400.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2027
**Invoice Date:** 1/8/2012
**Due Date:** 1/8/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/5/2011 | ZAndrew Adams | Supplement to First Receiver's Report | 0.83333 | 160.00 | 125.00 |
| 12/6/2011 | ZAndrew Adams | Anti-SLAPP | 1.91667 | 150.00 | 287.50 |
| 12/8/2011 | ZAndrew Adams | Research for Anti-SLAPP Motion | 5 | 150.00 | 750.00 |
| 12/9/2011 | ZAndrew Adams | Prepare And SLAPP | 3.5 | 150.00 | 525.00 |
| 12/8/2011 | ZAndrew Adams | Anti - SLAPP | 4.83333 | 150.00 | 725.00 |
| 12/28/2011 | ZAndrew Adams | Research into appellate process | 0.5 | 150.00 | 75.00 |

| | |
|---|---|
| **Total** | **$2,487.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$2,487.50** |


**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

Bill To:
Squires 29, Eureka

# Invoice

**Invoice #:** 2028
**Invoice Date:** 2/1/2012
**Due Date:** 2/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/3/2012 | Mark Adams | Staff discussion RE litigation issues | 0.2 | 350.00 | 70.00 |
| 1/4/2012 | Mark Adams | Review appellate briefs | 0.5 | 350.00 | 175.00 |
| 1/5/2012 | Mark Adams | Hearing preparation, court call appearance | 1.33333 | 350.00 | 466.67 |
| 1/6/2012 | Mark Adams | F/U Research to Demurrer hearing | 0.83333 | 350.00 | 291.67 |
| 1/8/2012 | Mark Adams | Staff meeting RE litigation | 0.5 | 350.00 | 175.00 |
| 1/10/2012 | Mark Adams | Review and edit Demurrer | 1.66667 | 350.00 | 583.33 |
| 1/13/2012 | Mark Adams | edit Demurrer | 1.33333 | 350.00 | 466.67 |
| 1/18/2012 | Mark Adams | AA Discussion RE Demurrer | 0.33333 | 350.00 | 116.67 |
| 1/18/2012 | Mark Adams | Edit Demurrer | 1.33333 | 350.00 | 466.67 |
| 1/19/2012 | Mark Adams | Edit and approve Demurrer | 0.5 | 350.00 | 175.00 |
| 1/23/2012 | Mark Adams | Staff discussion RE litigation | 0.33333 | 350.00 | 116.67 |
| 1/25/2012 | Mark Adams | Meeting RE response to scheduling order | 0.83333 | 350.00 | 291.67 |
| 1/31/2012 | Mark Adams | Staff discussion RE litigation | 0.5 | 350.00 | 175.00 |

| | |
|---|---|
| **Total** | $3,570.02 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,570.02 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2029
**Invoice Date:** 2/4/2012
**Due Date:** 2/4/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/3/2012 | ZAndrew Adams | Prepare for Demurrer hearing | 0.75 | 150.00 | 112.50 |
| 1/5/2012 | ZAndrew Adams | Demurrer Preparation | 1.41667 | 150.00 | 212.50 |
| 1/5/2012 | ZAndrew Adams | Demurrer Preparation | 3.33333 | 150.00 | 500.00 |
| 1/5/2012 | ZAndrew Adams | Amend Complaint / Demurrer | 2.5 | 150.00 | 375.00 |
| 1/9/2012 | ZAndrew Adams | Amended Demurrer | 2.91667 | 150.00 | 437.50 |
| 1/9/2012 | ZAndrew Adams | Amended Demurrer | 3.25 | 150.00 | 487.50 |
| 1/10/2012 | ZAndrew Adams | Amended Demurrer | 1.16667 | 150.00 | 175.00 |
| 1/12/2012 | ZAndrew Adams | Damurrer Review | 2.41667 | 150.00 | 362.50 |
| 1/16/2012 | ZAndrew Adams | Demurrer Review | 0.66667 | 150.00 | 100.00 |
| 1/19/2012 | ZAndrew Adams | Demurrer finalization | 0.5 | 150.00 | 75.00 |
| 1/24/2012 | ZAndrew Adams | Prepare response for scheduling order | 0.33333 | 150.00 | 50.00 |
| 1/31/2012 | ZAndrew Adams | Bond report, 2nd Receiver's Report | 1.33333 | 150.00 | 200.00 |
| 1/31/2012 | ZAndrew Adams | Contact court, prep stipulation | 0.66667 | 150.00 | 100.00 |

| | |
|---|---|
| **Total** | **$3,187.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$3,187.50** |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd,
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2031
**Invoice Date:** 3/1/2012
**Due Date:** 3/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/3/2012 | Mark Adams | t/c tender attorney and f/u re case status | 0.33333 | 350.00 | 116.67 |
| 2/8/2012 | Mark Adams | review email and approve case management conference statement in Squires case. | 0.33333 | 350.00 | 116.67 |
| 2/8/2012 | Mark Adams | staff discussion and f/u re bond and litigation matters | 0.33333 | 350.00 | 116.67 |
| 2/10/2012 | Mark Adams | meeting with AA re demurrer and reply | 0.66667 | 350.00 | 233.33 |
| 2/11/2012 | Mark Adams | review and edit reply to opposition to our demurrer | 1.5 | 350.00 | 525.00 |
| 2/13/2012 | Mark Adams | meeting AA re demurrer drafting | 0.66667 | 350.00 | 233.33 |
| 2/15/2012 | Mark Adams | t/c counsel re court's scheduling order | 0.5 | 350.00 | 175.00 |
| 2/16/2012 | Mark Adams | edit reply to scheduling order memo of squires | 0.33333 | 350.00 | 116.67 |
| 2/16/2012 | Mark Adams | review and edit objection to judicial notice pleading | 0.33333 | 350.00 | 116.67 |
| 2/16/2012 | Mark Adams | staff discussion re litigation and filing receiver declaration with court | 0.66667 | 350.00 | 233.33 |
| 2/17/2012 | Mark Adams | meeting AA re hearing strategy for demurrer | 0.5 | 350.00 | 175.00 |
| 2/20/2012 | Mark Adams | review and edit declaration and report re fees | 1 | 350.00 | 350.00 |
| 2/20/2012 | Mark Adams | arrange exhibits for MA declaration | 0.33333 | 350.00 | 116.67 |
| 2/20/2012 | Mark Adams | finish declaration, hearing prep with AA | 0.5 | 350.00 | 175.00 |
| 2/22/2012 | Mark Adams | hearing prep and hearing re demurrer, status conference and 2nd receiver report, hearing f/u | 0.83333 | 350.00 | 291.67 |
| 2/2/2012 | Mark Adams | Review Points and Authorities RE scheduling order | 0.83333 | 350.00 | 291.67 |

| | | |
|---|---|---|
| **Total** | | $3,383.35 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $3,383.35 |



CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2718 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

BIll To:

Squires 29, Eureka

# Invoice

Invoice #: 2030
Invoice Date: 3/6/2012
Due Date: 3/8/2012
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/1/2012 | ZAndrew Adams | Prep Draft Response to Scheduling Order | 3.16667 | 150.00 | 475.00 |
| 2/1/2012 | ZAndrew Adams | Continue Draft Response to Scheduling Order | 1.91667 | 150.00 | 287.50 |
| 2/1/2012 | ZAndrew Adams | Case Management Conference Prep | 1.16667 | 150.00 | 175.00 |
| 2/2/2012 | ZAndrew Adams | CMC Prep | 0.33333 | 150.00 | 50.00 |
| 2/3/2012 | ZAndrew Adams | CMC prep and meet/ confer email | 0.16667 | 150.00 | 25.00 |
| 2/3/2012 | ZAndrew Adams | Scheduling order response | 1.16667 | 150.00 | 175.00 |
| 2/6/2012 | ZAndrew Adams | Prep CMC Statement | 0.66667 | 150.00 | 100.00 |
| 2/7/2012 | ZAndrew Adams | Scheduling order, P's and A's | 0.33333 | 150.00 | 50.00 |
| 2/8/2012 | ZAndrew Adams | Appeal Decision Review | 1.5 | 150.00 | 225.00 |
| 2/9/2012 | ZAndrew Adams | Review filings | 0.33333 | 150.00 | 50.00 |
| 2/10/2012 | ZAndrew Adams | Reply to Opposition to Demurrer | 2.41667 | 150.00 | 362.50 |
| 2/10/2012 | ZAndrew Adams | Reply to Opposition to Demurrer | 2.91667 | 150.00 | 437.50 |
| 2/13/2012 | ZAndrew Adams | Drafting Reply to Opposition to Demurrer, Research | 2.96667 | 150.00 | 445.00 |
| 2/13/2012 | ZAndrew Adams | Finalize Reply to Opposition | 0.58333 | 150.00 | 87.50 |
| 2/15/2012 | ZAndrew Adams | Review 2.14.12 Supplement | 0.83333 | 150.00 | 125.00 |
| 2/15/2012 | ZAndrew Adams | Review CMC, prepare Opposition to Request for Judicial Notice. Prepare Opp to P&A's re: scheduling order | 3.91667 | 150.00 | 587.50 |
| 2/16/2012 | ZAndrew Adams | Review Reply to Sched Order P&As. Work on Request for Judicial Notice. | 1.2 | 150.00 | 180.00 |
| 2/17/2012 | ZAndrew Adams | Prep for demurrer hearing | 2.75 | 150.00 | 412.50 |
| 2/20/2012 | ZAndrew Adams | Tue (21) to Thu (23) travel prep. | 0.58333 | 150.00 | 87.50 |
| 2/20/2012 | ZAndrew Adams | Prep for 2/22 hearings · Status Conference, Demurrer, CMC prep | 1.66667 | 150.00 | 250.00 |
| 2/21/2012 | ZAndrew Adams | Travel to Eureka for 2/22 hearings, Travel time billing | 6.83333 | 150.00 | 1,025.00 |
| 2/21/2012 | ZAndrew Adams | Review docs for 2/22 Demurrer hearing & Status Conf. | 1.16667 | 150.00 | 175.00 |
| 2/22/2012 | ZAndrew Adams | Prep for demurrer, status conf. CMC 2/22 | 2.08333 | 150.00 | 312.50 |
| 2/22/2012 | ZAndrew Adams | Attend hearings on demurrer, Status Conf, & CMC, all on Squires | 2.41667 | 150.00 | 362.50 |
| 2/22/2012 | ZAndrew Adams | Driving from Eureka to Santa Rosa (travel on Eureka) | 3.58333 | 150.00 | 537.50 |
| 2/23/2012 | ZAndrew Adams | Fly back from Santa Rosa (Eureka travel time) | 2.16667 | 150.00 | 325.00 |
| 2/17/2012 | ZAndrew Adams | Prepare for Demurrer hearing. Research | 1.58333 | 150.00 | 237.50 |
| 2/20/2012 | ZAndrew Adams | Prepare for 2/22 hearings | 0.7 | 150.00 | 105.00 |

| | |
|---|---|
| Total | $7,667.50 |
| Payments/Credits | $0.00 |
| Balance Due | $7,667.50 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.cairecoivers.com

Bill To:
Squires 29, Eureka

# Invoice

**Invoice #:** 2124
**Invoice Date:** 4/1/2012
**Due Date:** 4/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/12/2012 | Mark Adams | file review, edit letter to clerk re squires not serving papers on me | 0.5 | 350.00 | 175.00 |
| 3/14/2012 | Mark Adams | t/u to Squires failure to serve us with opposition | 0.5 | 350.00 | 175.00 |
| 3/15/2012 | Mark Adams | staff discussion re pending litigation issues | 0.33333 | 350.00 | 116.87 |
| 3/15/2012 | Mark Adams | review and edit reply to opposition to 2nd receiver's report | 0.83333 | 350.00 | 291.67 |
| 3/15/2012 | Mark Adams | finalize reply to opposition to report | 0.5 | 350.00 | 175.00 |

| | |
|---|---|
| **Total** | $933.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $933.34 |



**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-6181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 2125
Invoice Date: 4/8/2012
Due Date: 4/8/2012
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/12/2012 | ZAndrew Adams | Review opposition to the 2nd Report | 0.25 | 150.00 | 37.50 |
| 3/12/2012 | ZAndrew Adams | Prep letter to court on Squires' failure to serve us with a copy of the Opp to 2nd Report | 0.39333 | 150.00 | 50.00 |
| 3/14/2012 | ZAndrew Adams | Reply to Opposition to 2nd Report. | 3 | 150.00 | 450.00 |
| 3/14/2012 | ZAndrew Adams | Reply to 2nd Report Opposition. | 0.83333 | 150.00 | 125.00 |
| 3/16/2012 | ZAndrew Adams | Reply to Opp to 2nd Report | 0.83333 | 150.00 | 125.00 |
| 3/26/2012 | ZAndrew Adams | Review Interrogatories etc., letter to Brad Floyd | 1.66667 | 150.00 | 250.00 |

| | |
|---|---|
| **Total** | $1,037.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,037.50 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

# Invoice

Invoice #: 2196
Invoice Date: 5/1/2012
Due Date: 5/1/2012
Terms: Due on receipt

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/11/2012 | Mark Adams | rvw, edit and sign letter re discovery | 0.33333 | 350.00 | 116.67 |
| 4/17/2012 | Mark Adams | review and edit motion for discovery protective order | 0.5 | 350.00 | 175.00 |

| | |
|---|---|
| **Total** | $291.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $291.67 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 2197
Invoice Date: 5/8/2012
Due Date: 5/8/2012
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/2/2012 | ZAndrew Adams | Response to Interrogatories, etc. from Floyd Squires. Prep letter in reply | 0.5 | 150.00 | 75.00 |
| 4/10/2012 | ZAndrew Adams | Interrogatories response | 0.33333 | 150.00 | 50.00 |
| 4/10/2012 | ZAndrew Adams | Interrogatories, discovery research and letter prep | 0.41667 | 150.00 | 62.50 |
| 4/13/2012 | ZAndrew Adams | Respond to discovery request from Squires | 2.58333 | 150.00 | 387.50 |
| 4/13/2012 | ZAndrew Adams | Discovery response and Motion | 0.75 | 150.00 | 112.50 |
| 4/17/2012 | ZAndrew Adams | Discovery response motion | 2.33333 | 150.00 | 350.00 |
| 4/17/2012 | ZAndrew Adams | Discovery responses to Squires' requests | 0.91667 | 150.00 | 137.50 |
| 4/18/2012 | ZAndrew Adams | Motion for protective order | 0.91667 | 150.00 | 137.50 |
| 4/19/2012 | ZAndrew Adams | Schedule motion for protective order, prepare motion | 0.91667 | 150.00 | 137.50 |
| 4/19/2012 | ZAndrew Adams | Receiver Immunity research and prep for protective order | 0.33333 | 150.00 | 50.00 |

| | |
|---|---|
| **Total** | $1,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,500.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2198
**Invoice Date:** 6/1/2012
**Due Date:** 6/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/15/2012 | Mark Adams | t/c krista joe and f/u re court ruling | 0.33333 | 350.00 | 116.67 |
| 5/16/2012 | Mark Adams | review opposition to discovery motion, reply to brad floyd | 0.66667 | 350.00 | 233.33 |
| 5/21/2012 | Mark Adams | rsch re reply to opposition to discovery motion | 1.5 | 350.00 | 525.00 |
| 5/21/2012 | Mark Adams | draft reply to opposition to discovery motion | 1.33333 | 350.00 | 466.67 |
| 5/30/2012 | Mark Adams | hearing prep and court hearing re motion for protective order, and f/u to hearing | 2.16667 | 350.00 | 758.33 |
| 5/30/2012 | Mark Adams | hearing f/u, letter to clerk re 2nd report | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $2,216.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,216.67 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd,
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 2199
Invoice Date: 6/8/2012
Due Date: 6/8/2012
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/17/2012 | ZAndrew Adams | Review Order from court | 0.33333 | 150.00 | 50.00 |
| 3/21/2012 | ZAndrew Adams | Prep reply to Motion for protective Order. | 2.58333 | 150.00 | 387.50 |
| 5/21/2012 | ZAndrew Adams | Review Reply to Opp | 0.5 | 150.00 | 75.00 |
| 5/23/2012 | ZAndrew Adams | Squires discovery prep | 0.41667 | 150.00 | 62.50 |
| 5/23/2012 | ZAndrew Adams | Prep motion for consolidation | 1 | 150.00 | 150.00 |
| 5/23/2012 | ZAndrew Adams | Motion for consolidation | 2 | 150.00 | 300.00 |
| 5/24/2012 | ZAndrew Adams | Consolidation; ruling on the demurrer review | 0.5 | 150.00 | 75.00 |
| 5/24/2012 | ZAndrew Adams | Motion to consolidate research | 1.08333 | 150.00 | 162.50 |
| 5/25/2012 | ZAndrew Adams | Consolidation research | 0.25 | 150.00 | 37.50 |
| 5/25/2012 | ZAndrew Adams | Consolidation research | 0.75 | 150.00 | 112.50 |
| 5/29/2012 | ZAndrew Adams | Prep for 5/30 protective order hearing | 0.5 | 150.00 | 75.00 |
| 5/30/2012 | ZAndrew Adams | Motion for Protective Order prep & hearing on CourtCall | 2.16667 | 150.00 | 325.00 |
| | ZAndrew Adams | Consolidation research | 0.75 | 150.00 | 112.50 |

| | |
|---|---|
| **Total** | $1,925.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,925.00 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29. Eureka

**Invoice #:** 2245
**Invoice Date:** 7/1/2012
**Due Date:** 7/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/7/2012 | Mark Adams | review pleading, research, mtg with AA re demurrer to 2nd complaint | 1.5 | 350.00 | 525.00 |

| | |
|---|---|
| **Total** | $525.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $525.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Invoice**

Invoice #: 2244
Invoice Date: 7/8/2012
Due Date: 7/8/2012
Terms: Due on receipt

**Bill To:**
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/6/2012 | ZAndrew Adams | Review 2nd Amended complaint, research | 1.25 | 150.00 | 187.50 |
| 6/8/2012 | ZAndrew Adams | 2nd Amended complaint and research | 1.41667 | 150.00 | 212.50 |
| 6/7/2012 | ZAndrew Adams | Review 2nd amended complaint, research | 1.16667 | 150.00 | 175.00 |
| 6/6/2012 | ZAndrew Adams | 2nd Amended Complaint research | 1.91667 | 150.00 | 287.50 |
| 6/6/2012 | ZAndrew Adams | 2nd Amended Complaint research | 2.18333 | 150.00 | 327.50 |
| 5/22/2012 | ZAndrew Adams | Response to 2nd Amended Complaint | 0.33333 | 150.00 | 50.00 |
| 6/26/2012 | ZAndrew Adams | Response to 2nd amended complaint | 3.08333 | 150.00 | 462.50 |
| 6/27/2012 | ZAndrew Adams | Respond to 2nd Amend. Compl. | 1 | 150.00 | 150.00 |
| 6/27/2012 | ZAndrew Adams | Response to 2nd Amended Complaint | 1.91667 | 150.00 | 287.50 |
| 6/29/2012 | ZAndrew Adams | Response to 2nd Amended Complaint | 0.5 | 150.00 | 75.00 |
| 6/29/2012 | ZAndrew Adams | Response to SAC | 0.5 | 150.00 | 75.00 |
| 6/28/2012 | ZAndrew Adams | Response to SAC | 1.16667 | 150.00 | 175.00 |
| 6/26/2012 | ZAndrew Adams | response to 2nd amended compl | 2.41667 | 150.00 | 362.50 |

| | | |
|---|---|---|
| **Total** | | $2,827.50 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $2,827.50 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

Bill To:
Squires 29, Eureka

# Invoice

Invoice #: 2287
Invoice Date: 8/8/2012
Due Date: 8/8/2012
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/18/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 7/24/2012 | Mark Adams | review, approve and sign monthly accounting | 0.33333 | 350.00 | 116.67 |
| 7/26/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 7/30/2012 | Mark Adams | demurrer hearing prep | 0.33333 | 350.00 | 116.67 |
| 7/30/2012 | Mark Adams | hearing prep and hearing on demurrer | 1.5 | 350.00 | 525.00 |

| | |
|---|---|
| **Total** | $991.68 |
| **Payments/Credits** | 50.00 |
| **Balance Due** | $991.68 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2288
**Invoice Date:** 8/8/2012
**Due Date:** 8/8/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/2/2012 | ZAndrew Adams | Prep demurrer, motion to consolidate | 0.16667 | 150.00 | 25.00 |
| 7/9/2012 | ZAndrew Adams | Appellate, research, filing fee, etc. | 0.41667 | 150.00 | 62.50 |
| 7/16/2012 | ZAndrew Adams | Review Opp to demurrer | 0.25 | 150.00 | 37.50 |
| 7/19/2012 | ZAndrew Adams | Reply to Opp to Demurrer | 1 | 150.00 | 150.00 |
| 7/20/2012 | ZAndrew Adams | Reply to Opp to Demurrer | 1.16667 | 150.00 | 175.00 |
| 7/20/2012 | ZAndrew Adams | Reply to Opp to Demurrer | 2.33333 | 150.00 | 350.00 |
| 7/23/2012 | ZAndrew Adams | June Monthly Accounting | 0.16667 | 150.00 | 25.00 |
| 7/25/2012 | ZAndrew Adams | Discovery requests | 2.83333 | 150.00 | 425.00 |
| 7/29/2012 | ZAndrew Adams | Review Demurrer for 7/30 hearing | 0.91667 | 150.00 | 137.50 |
| 7/30/2012 | ZAndrew Adams | Prep for 7/30 demurrer | 0.25 | 150.00 | 37.50 |
| 7/30/2012 | ZAndrew Adams | Demurrer hearing prep | 0.75 | 150.00 | 112.50 |
| 7/30/2012 | ZAndrew Adams | Demurrer hearing | 1.58333 | 150.00 | 237.50 |
| 7/30/2012 | ZAndrew Adams | Special Interrogatories, serve discovery | 0.66667 | 150.00 | 100.00 |

| | |
|---|---|
| **Total** | $1,875.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,875.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8161
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2395
**Invoice Date:** 9/1/2012
**Due Date:** 9/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/3/2012 | Mark Adams | rvw and approve squires discovery | 0.66667 | 350.00 | 233.33 |
| 8/9/2012 | Mark Adams | file rvw, t/c Heidi from humbokdt journal | 1 | 350.00 | 350.00 |
| 8/10/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 8/16/2012 | Mark Adams | f/u re new press on squires | 0.5 | 350.00 | 175.00 |
| 8/17/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 8/24/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $1,108.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,108.34 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2396
**Invoice Date:** 9/8/2012
**Due Date:** 9/8/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/8/2012 | ZAndrew Adams | Discovery propounding | 2.25 | 150.00 | 337.50 |

| | |
|---|---|
| **Total** | $337.50 |
| **Payments/Credits** | 50.00 |
| **Balance Due** | $337.50 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2387
**Invoice Date:** 10/1/2012
**Due Date:** 10/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/13/2012 | Mark Adams | rsch in prep for reply to fee motion | 0.66667 | 350.00 | 233.33 |
| 9/19/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 9/19/2012 | Mark Adams | rsch and prep reply re fee ruling | 2.5 | 350.00 | 875.00 |
| 9/20/2012 | Mark Adams | finalize Squires fee pleading | 0.6 | 350.00 | 175.00 |
| 9/26/2012 | Mark Adams | finalize opposition to motion for protective order | 1.5 | 350.00 | 525.00 |
| 9/27/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $2,041.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,041.67 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.cafreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2398
**Invoice Date:** 10/8/2012
**Due Date:** 10/8/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/7/2012 | ZAndrew Adams | Email on discovery responses | 0.25 | 150.00 | 37.50 |
| 9/18/2012 | ZAndrew Adams | Opp to Motion for Protective Order | 2.91667 | 150.00 | 437.50 |

| | |
|---|---|
| **Total** | $475.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $475.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd,
Suite 3010

310-471-8181
www.cafreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2377
**Invoice Date:** 11/1/2012
**Due Date:** 11/1/2012
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/4/2012 | Mark Adams | rsch and draft reply to their fee opposition | 1.5 | 350.00 | 525.00 |
| 10/17/2012 | Mark Adams | t/o to court and f/u re whether a ruling in yesterday's hearing | 0.33333 | 350.00 | 116.67 |
| 10/19/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 10/22/2012 | Mark Adams | insurance discussion with Billie Jean | 0.16667 | 350.00 | 58.33 |
| 10/23/2012 | Mark Adams | f/u file research re appt for hearing | 0.5 | 350.00 | 175.00 |
| 10/26/2012 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $1,108.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,108.34 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-5181
www.calreceivers.com

**Bill To:**

Squires 28, Eureka

# Invoice

Invoice #: 2399
Invoice Date: 12/1/2012
Due Date: 12/1/2012
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/30/2012 | Mark Adams | case review meeting with farrah | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $116.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $116.67 |



CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Invoice**

Invoice #: 2484
Invoice Date: 2/1/2013
Due Date: 2/1/2013
Terms: Due on receipt

**Bill To:**
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/10/2013 | Mark Adams | file review, clerk letter re payment of fees. | 0.83333 | 350.00 | 291.67 |

| | |
|---|---|
| **Total** | $291.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $291.67 |



## CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-9161
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2534
**Invoice Date:** 3/1/2013
**Due Date:** 3/1/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/13/2013 | Mark Adams | t/c E Weinstein re accounting and expenses | 0.33333 | 350.00 | 116.67 |
| 2/25/2013 | Mark Adams | staff discussion re pending issues and long delays in court approval of fees | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $233.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $233.34 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 2635
Invoice Date: 3/8/2013
Due Date: 3/8/2013
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/26/2013 | ZAndrew Adams | Look into timing of rulings, appeal issues | 0.83333 | 150.00 | 125.00 |

| | |
|---|---|
| **Total** | $125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $125.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

Bill To:

Squires 29, Eureka

# Invoice

**Invoice #:** 2583
**Invoice Date:** 4/1/2013
**Due Date:** 4/1/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/4/2013 | Mark Adams | review discovery letter, t/c Andrew, sign responsive letter | 0.5 | 350.00 | 175.00 |
| 3/8/2013 | Mark Adams | f/u re discovery and t/c with channel 3 reporter- | 0.5 | 350.00 | 175.00 |
| 3/18/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 3/22/2013 | Mark Adams | staff meeting re discovery compliance and f/u | 0.66667 | 350.00 | 233.33 |
| 3/25/2013 | Mark Adams | review amelia in relation to squires discovery | 1 | 350.00 | 350.00 |

| | |
|---|---|
| **Total** | $1,050.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,050.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2584
**Invoice Date:** 4/8/2013
**Due Date:** 4/8/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/4/2013 | ZAndrew Adams | Review recent filings/orders, Discovery issues. | 1.58333 | 150.00 | 237.50 |
| 3/5/2013 | ZAndrew Adams | Review outstanding decisions. | 0.41667 | 150.00 | 62.50 |
| 3/5/2013 | ZAndrew Adams | Letter to the court re: Answer | 0.58333 | 150.00 | 87.50 |
| 3/5/2013 | ZAndrew Adams | Discovery issues, letter to the court | 0.25 | 150.00 | 37.50 |
| 3/14/2013 | ZAndrew Adams | Discovery responses | 3.16667 | 150.00 | 475.00 |
| 3/14/2013 | ZAndrew Adams | Prep discovery responses | 1.25 | 150.00 | 187.50 |
| 3/22/2013 | ZAndrew Adams | Prep Discovery responses | 1.08333 | 150.00 | 162.50 |
| 3/26/2013 | ZAndrew Adams | Discovery responses | 1 | 150.00 | -150.00 |

| | |
|---|---|
| **Total** | $1,400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,400.00 |


CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2828
**Invoice Date:** 5/1/2013
**Due Date:** 5/1/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/5/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| | Mark Adams | AA meeting re vacation update on pending issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $233.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $233.34 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2718 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

| | |
|---|---|
| **Invoice #:** | 2627 |
| **Invoice Date:** | 5/8/2013 |
| **Due Date:** | 5/8/2013 |
| **Terms:** | Due on receipt |

| Date | Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/10/2013 | ZAndrew Adams | Discovery, seek responses from Floyd firm | 0.25 | 200.00 | 50.00 |
| 4/29/2013 | ZAndrew Adams | Prep discovery responses, meet & confer letter | 0.25 | 200.00 | 50.00 |
| 4/30/2013 | ZAndrew Adams | Respond to Brad Floyd's letter re: discovery. | 3.66687 | 200.00 | 733.33 |

| | |
|---|---|
| **Total** | $833.33 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $833.33 |



## CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3016

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 2676
Invoice Date: 6/1/2013
Due Date: 6/1/2013
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/2/2013 | Mark Adams | misc re discovery response letter | 0.5 | 350.00 | 175.00 |
| 5/22/2013 | Mark Adams | AA discussion re discovery issues | 0.5 | 350.00 | 175.00 |
| 5/23/2013 | Mark Adams | review AA motion re discovery | 0.33333 | 350.00 | 116.67 |
| 5/23/2013 | Mark Adams | AA call re discovery motions | 0.33333 | 350.00 | 116.67 |
| 5/23/2013 | Mark Adams | further review and approval for discovery motion | 0.66667 | 350.00 | 233.33 |
| 5/31/2013 | Mark Adams | work on receiver fee report | 2 | 350.00 | 700.00 |

| | |
|---|---|
| **Total** | **$1,516.67** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$1,516.67** |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

# Invoice

**Invoice #:** 2677
**Invoice Date:** 6/8/2013
**Due Date:** 6/8/2013
**Terms:** Due on receipt

Bill To:

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/1/2013 | Andrew Adams | Prep meet & confer letter | 1.41667 | 200.00 | 283.33 |
| 5/3/2013 | Andrew Adams | Discovery response letter | 0.58333 | 200.00 | 116.67 |
| 5/22/2013 | Andrew Adams | Squires v. Adams, review new filings | 2.16667 | 200.00 | 433.33 |
| 5/22/2013 | Andrew Adams | Motion for relief from waiver | 2.33333 | 200.00 | 466.67 |
| 5/23/2013 | Andrew Adams | Prep Motion for Relief | 0.75 | 200.00 | 150.00 |

| | |
|---|---|
| **Total** | $1,450.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,450.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-6181
www.calreceivers.com

Bill To:

Squires 29, Eureka

# Invoice

Invoice #: 2846
Invoice Date: 7/1/2013
Due Date: 7/1/2013
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/3/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 6/17/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 6/18/2013 | Mark Adams | review edit and approve reply to opposition re waiver motion | 0.5 | 350.00 | 175.00 |
| 6/18/2013 | Mark Adams | draft 3rd report re fees | 2 | 350.00 | 700.00 |
| 6/19/2013 | Mark Adams | finalize 3rd report re fees | 0.83333 | 350.00 | 291.67 |
| 6/24/2013 | Mark Adams | hearing prep, court call appearance re discovery motions | 1.5 | 350.00 | 525.00 |
| 6/25/2013 | Mark Adams | AA discussion re pending issues | 0.16667 | 350.00 | 58.33 |
| 6/25/2013 | Mark Adams | call clerk office, fu letter re fee request | 1 | 350.00 | 350.00 |

| | |
|---|---|
| **Total** | $2,333.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,333.34 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Invoice #:** 2847
**Invoice Date:** 7/8/2013
**Due Date:** 7/8/2013
**Terms:** Due on receipt

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/3/2013 | Andrew Adams | Review request for fees/costs | 0.33333 | 200.00 | 66.67 |
| 6/5/2013 | Andrew Adams | Discovery responses from Plaintiffs | 1.75 | 200.00 | 350.00 |
| 6/6/2013 | Andrew Adams | Opp to Motion to Compel | 0.66667 | 200.00 | 133.33 |
| 6/7/2013 | Andrew Adams | Prep Opp to Motion to Compel | 2.25 | 200.00 | 450.00 |
| 6/10/2013 | Andrew Adams | prep separate statement | 1.58333 | 200.00 | 316.67 |
| 6/11/2013 | Andrew Adams | Opp to Motion to Compel & Separate Statement | 2.16667 | 200.00 | 433.33 |
| 6/13/2013 | Andrew Adams | Look for Opp for Motion for relief | 0.41667 | 200.00 | 83.33 |
| 6/17/2013 | Andrew Adams | Reply to Opp to Motion for Relief from Waiver | 1.16667 | 200.00 | 233.33 |
| 6/18/2013 | Andrew Adams | Reply to Opp to Motion for Relief | 0.25 | 200.00 | 50.00 |
| 6/18/2013 | Andrew Adams | Reply to Opp | 0.41667 | 200.00 | 83.33 |
| 6/19/2013 | Andrew Adams | 3rd Report | 1.16667 | 200.00 | 233.33 |
| 6/19/2013 | Andrew Adams | 3rd Report | 1.16667 | 200.00 | 233.33 |

| | |
|---|---|
| **Total** | **$2,666.65** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$2,666.65** |



# CALIFORNIA RECHIVERSHIP GROUP, LLC

2718 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2848
**Invoice Date:** 8/1/2013
**Due Date:** 8/1/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/15/2013 | Mark Adams | review court tentative ruling, thi email re interpretation | 0.5 | 350.00 | 175.00 |
| 7/15/2013 | Mark Adams | draft reply to opposition to 3rd receiver report | 1.16667 | 350.00 | 408.33 |
| 7/15/2013 | Mark Adams | t/c E Weinstein re cashflow needs | 0.16667 | 350.00 | 58.33 |
| 7/16/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 7/31/2013 | Mark Adams | staff discussion re pending issues, including EW re c/f issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $875.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $875.00 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.cafreceivers.com

**Bill To:**
Squires 28, Eureka

# Invoice

**Invoice #:** 2849
**Invoice Date:** 8/6/2013
**Due Date:** 8/6/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/8/2013 | Andrew Adams | Receive/read interim order, | 0.41667 | 200.00 | 83.33 |
| 7/16/2013 | Andrew Adams | Review Reply | 0.33333 | 200.00 | 66.67 |

| | |
|---|---|
| **Total** | $150.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $150.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-5161
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2850
**Invoice Date:** 9/1/2013
**Due Date:** 9/1/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/16/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $116.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $116.67 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Invoice #:** 2904
**Invoice Date:** 10/1/2013
**Due Date:** 10/1/2013
**Terms:** Due on receipt

**Bill To:**

Squires 2B, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/13/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 9/13/2013 | Mark Adams | AA meeting re strategy | 0.33333 | 350.00 | 116.67 |
| 9/18/2013 | Mark Adams | draft and sign 4th report re fees | 1.5 | 350.00 | 525.00 |
| 9/19/2013 | Mark Adams | review edit and return proposed order on 3rd report | 0.83333 | 350.00 | 291.67 |
| 9/20/2013 | Mark Adams | review and respond to emails re proposed order re fees | 0.33333 | 350.00 | 116.67 |
| 3/24/2013 | Mark Adams | staff discussion of pending case issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $1,283.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,283.35 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 2905
**Invoice Date:** 10/8/2013
**Due Date:** 10/8/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/10/2013 | Andrew Adams | Review order on discovery motions, notice of ruling/order, further answers | 0.83333 | 200.00 | 166.67 |
| 9/13/2013 | Andrew Adams | Discuss litigation, discovery going forward | 0.25 | 200.00 | 50.00 |
| 9/16/2013 | Andrew Adams | Replacement procedure, discharge | 1.08333 | 200.00 | 216.67 |
| 9/18/2013 | Andrew Adams | Appeal issues, discuss | 0.5 | 200.00 | 100.00 |
| 9/19/2013 | Andrew Adams | Review Court rulings, prep proposed order | 1.5 | 200.00 | 300.00 |
| 9/19/2013 | Andrew Adams | Discovery responses per motion to compel | 1.58333 | 200.00 | 316.67 |
| 9/20/2013 | Andrew Adams | Proposed Order | 0.75 | 200.00 | 150.00 |
| 9/23/2013 | Andrew Adams | Discovery further responses | 0.91667 | 200.00 | 183.33 |
| 9/24/2013 | Andrew Adams | Discovery further responses | 0.75 | 200.00 | 150.00 |
| 9/24/2013 | Andrew Adams | Prep CMC statement | 0.16667 | 200.00 | 33.33 |
| 9/26/2013 | Andrew Adams | Squires proposed order. | 0.33333 | 200.00 | 66.67 |

| | |
|---|---|
| **Total** | $1,733.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,733.34 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 2952
**Invoice Date:** 11/1/2013
**Due Date:** 11/1/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/1/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 10/15/2013 | Mark Adams | f/u re AA report on case management conference | 0.33333 | 350.00 | 116.67 |
| 10/16/2013 | Mark Adams | t/c Lisa Johnson, research f/u emails re old valuations | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $350.01 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $350.01 |



**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 2953
Invoice Date: 11/8/2013
Due Date: 11/8/2013
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/15/2013 | Andrew Adams | CMC CourtCall | 0.5 | 200.00 | 100.00 |

| | |
|---|---|
| **Total** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $100.00 |



**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 3021
Invoice Date: 12/1/2013
Due Date: 12/1/2013
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/1/2013 | Mark Adams | staff discussion re pending issues, f/u | 0.33333 | 350.00 | 116.67 |
| 11/21/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $233.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $233.34 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 3022
**Invoice Date:** 12/8/2013
**Due Date:** 12/8/2013
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/4/2013 | Andrew Adams | 11/4 hearing court call, hearing prep | 0.91667 | 200.00 | 183.33 |
| 11/21/2013 | Andrew Adams | Discuss litigation. plan | 0.16667 | 200.00 | 33.33 |

| | |
|---|---|
| **Total** | $216.66 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $216.66 |



**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 3079
**Invoice Date:** 1/1/2014
**Due Date:** 1/1/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/2/2013 | Mark Adams | staff discussion re pending issues, prep for upcoming case management conference | 0.33333 | 350.00 | 116.67 |
| 12/13/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |
| 12/30/2013 | Mark Adams | staff discussion re pending issues | 0.33333 | 350.00 | 116.67 |

| | |
|---|---|
| **Total** | $350.01 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $350.01 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 28, Eureka

# Invoice

Invoice #: 3086
Invoice Date: 1/8/2014
Due Date: 1/8/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/13/2013 | Andrew Adams | Discuss property and next steps at property meeting | 0.16667 | 200.00 | 33.33 |
| 12/16/2013 | Andrew Adams | Prep for 12/16 CMC | 0.25 | 200.00 | 50.00 |
| 12/16/2013 | Andrew Adams | Squires CMC | 0.41667 | 200.00 | 83.33 |
| 12/20/2013 | Andrew Adams | CourtCall on CMC, prep declaration on CourtCall: | 1 | 200.00 | 200.00 |

| | |
|---|---|
| **Total** | $366.66 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $366.66 |


CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

Bill To:

Squires 29, Eureka

# Invoice

Invoice #: 3132
Invoice Date: 2/1/2014
Due Date: 2/1/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/10/2014 | Mark Adams | staff discussion of pending issues | 0.33333 | 350.00 | 116.67 |
| 1/20/2014 | Mark Adams | staff discussion re pending issues especially enforcement of fee order | 0.33333 | 350.00 | 116.67 |
| 1/20/2014 | Mark Adams | bookkeeper t/c re pending issues | 23.3 | 350.00 | 8,155.00 |
| 1/21/2014 | Mark Adams | t/u re prep of certificate | 0.5 | 350.00 | 175.00 |
| 1/24/2014 | Mark Adams | discussion of c/f issues with bookkeeper | 0.3 | 350.00 | 105.00 |
| 1/28/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |
| 2/1/2014 | Mark Adams | t/c bookkeeper re c/f issues | 0.3 | 350.00 | 105.00 |

| | |
|---|---|
| Total | $8,878.34 |
| Payments/Credits | $0.00 |
| Balance Due | $8,878.34 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8161
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 3133
Invoice Date: 2/6/2014
Due Date: 2/6/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/9/2014 | Andrew Adams | Research for trial prep | 0.08333 | 200.00 | 16.67 |
| 1/20/2014 | Andrew Adams | Discuss at property meeting | 0.25 | 200.00 | 50.00 |
| 1/21/2014 | Andrew Adams | Property list for lien recording. | 0.16667 | 200.00 | 33.33 |
| 1/28/2014 | Andrew Adams | Report on service, filing of docs | 0.58333 | 200.00 | 116.67 |
| 1/30/2014 | Andrew Adams | 5th Report | 0.25 | 200.00 | 50.00 |

| | |
|---|---|
| **Total** | $266.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $266.67 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 3189
**Invoice Date:** 3/1/2014
**Due Date:** 3/1/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/6/2014 | Mark Adams | t/c bookkeeper re pending cashflow matters | 0.2 | 350.00 | 70.00 |
| 2/7/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |
| 2/11/2014 | Mark Adams | emails re title abstracter and title to squires properties | 0.2 | 350.00 | 70.00 |
| 2/13/2014 | Mark Adams | review title records from service | 0.3 | 350.00 | 105.00 |
| 2/18/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |
| 2/19/2014 | Mark Adams | t/u re their ex parta notice | 0.3 | 350.00 | 105.00 |
| 2/25/2014 | Mark Adams | review edit and approve opposition to motion for reconsideration | 1.4 | 350.00 | 490.00 |
| 2/27/2014 | Mark Adams | t/u re who will appear on Monday via Court Call | 0.3 | 350.00 | 105.00 |
| 2/28/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $1,190.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,190.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 3190
Invoice Date: 3/8/2014
Due Date: 3/8/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/6/2014 | Andrew Adams | Prep for 2/7 CMC | 0.16667 | 200.00 | 33.33 |
| 2/7/2014 | Andrew Adams | Attend CMC | 1.08333 | 200.00 | 216.67 |
| 2/13/2014 | Andrew Adams | Review property profiles, recorded docs | 0.75 | 200.00 | 150.00 |
| 2/14/2014 | Andrew Adams | Review documents filed with Court, orders | 0.25 | 200.00 | 50.00 |
| 2/19/2014 | Andrew Adams | Review ex parte draft sent from Squires' counsel, respond via email | 1.08333 | 200.00 | 216.67 |
| 2/20/2014 | Andrew Adams | Email with counsel re 2/25 ex parte, discussion on travel and time/court call | 0.5 | 200.00 | 100.00 |
| 2/21/2014 | Andrew Adams | Draft Opp to Motion for Consideration | 1.16667 | 200.00 | 233.33 |
| 2/22/2014 | Andrew Adams | Opp to Motion to Reconsider | 0.5 | 200.00 | 100.00 |
| 2/22/2014 | Andrew Adams | Opp to motion for reconsideration | 2.08333 | 200.00 | 416.67 |
| 2/25/2014 | Andrew Adams | Opp to Motion to reconsider | 3.08333 | 200.00 | 616.67 |
| 2/26/2014 | Andrew Adams | Opp to Motion for Reconsideration | 0.5 | 200.00 | 100.00 |
| 2/25/2014 | Andrew Adams | Opp to Motion for Reconsideration | 1.08333 | 200.00 | 216.67 |
| 2/28/2014 | Andrew Adams | Opp to Motion for Reconsideration | 1.58333 | 200.00 | 316.67 |

| | |
|---|---|
| **Total** | $2,766.68 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,766.68 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

Bill To:
Squires 29, Eureka

# Invoice

Invoice #: 3383
Invoice Date: 4/1/2014
Due Date: 4/1/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/4/2014 | Mark Adams | staff discussion re pending issues | 0.2 | 350.00 | 70.00 |
| 3/12/2014 | Mark Adams | t/u re trial arrangements, email AA | 0.3 | 350.00 | 105.00 |
| 3/14/2014 | Mark Adams | LACLL research on various issues and travel | 1.2 | 350.00 | 420.00 |
| 3/17/2014 | Mark Adams | staff discussion re pending issues | 0.2 | 350.00 | 70.00 |
| 3/21/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.2 | 350.00 | 70.00 |
| 3/28/2014 | Mark Adams | t/c bookkeeper re c/f issues | 0.2 | 350.00 | 70.00 |
| 3/28/2014 | Mark Adams | staff discussion re pending issues | 0.2 | 350.00 | 70.00 |
| 3/11/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |

| | |
|---|---|
| **Total** | $980.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $980.00 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, LLC.**

2716 Ocean Park Blvd.
Suite 3010

310-471-3161
www.calreceivers.com

**Invoice #:** 3364
**Invoice Date:** 4/8/2014
**Due Date:** 4/8/2014
**Terms:** Due on receipt

**Bill To:**
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/3/2014 | Andrew Adams | Prep for, attend motion for reconsideration hearing via court call. | 1.16667 | 200.00 | 233.33 |
| 3/28/2014 | Andrew Adams | Discuss at property meeting | 0.16667 | 200.00 | 33.33 |

| | | |
|---|---|---|
| **Total** | | $266.68 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $266.66 |

CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 3770
**Invoice Date:** 5/1/2014
**Due Date:** 5/1/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/3/2014 | Mark Adams | staff discussion and f/u re pending issues | 0.2 | 350.00 | 70.00 |
| 4/4/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.1 | 350.00 | 35.00 |
| 4/10/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |
| 4/17/2014 | Mark Adams | staff discussion re pending issues and f/u | 0.3 | 350.00 | 105.00 |
| 4/23/2014 | Mark Adams | staff discussion re pending issues, f/u | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $385.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $385.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 3771
Invoice Date: 5/4/2014
Due Date: 5/4/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/2/2014 | Tyler Huxtable | Called court re motion for reconsideration | 0.08333 | 75.00 | 6.25 |
| 4/3/2014 | Tyler Huxtable | Staff discussion re pending issues | 0.08333 | 75.00 | 6.25 |
| 4/17/2014 | Tyler Huxtable | Staff discussion re pending issues | 0.1 | 75.00 | 7.50 |
| 4/21/2014 | Tyler Huxtable | Schedule CourtCall appearance for 4/25 hearing | 0.2 | 75.00 | 15.00 |
| 4/25/2014 | Tyler Huxtable | Update calendar re next CMC | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $42.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $42.50 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 3772
Invoice Date: 5/4/2014
Due Date: 5/4/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/10/2014 | 2_Marcy Wehde | Staff meeting re: outstanding issues | 0.1 | 100.00 | 10.00 |
| 4/17/2014 | Marcy Wehde | Staff discussion re: outstanding issues | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $20.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $20.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 3773
**Invoice Date:** 6/1/2014
**Due Date:** 6/1/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/3/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.1 | 350.00 | 35.00 |
| 5/5/2014 | Mark Adams | draft and send email lenders information in preparation for call | 0.2 | 350.00 | 70.00 |
| 5/5/2014 | Mark Adams | staff discussion re pending issues | 0.2 | 350.00 | 70.00 |
| 6/9/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.1 | 350.00 | 35.00 |
| 5/12/2014 | Mark Adams | AA meeting and t/u re settlement conference and retention of local counsel | 0.3 | 350.00 | 105.00 |
| 5/12/2014 | Mark Adams | staff discussion re pending issues, misc t/u | 0.2 | 350.00 | 70.00 |
| 5/13/2014 | Mark Adams | AA discussion re retention of local counsel | 0.3 | 350.00 | 105.00 |
| 5/14/2014 | Mark Adams | review edit and sign financing related docs to Gerald Feldman | 0.4 | 350.00 | 140.00 |
| 5/15/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.1 | 350.00 | 35.00 |
| 5/15/2014 | Mark Adams | t/c AA re new counsel in Eureka, t/u | 0.4 | 350.00 | 140.00 |
| 5/16/2014 | Mark Adams | review counsel contract, AA discussion, sign and return retainer | 0.5 | 350.00 | 175.00 |
| 5/19/2014 | Mark Adams | AA meeting re preparation for attorney call and litigation strategy | 0.4 | 350.00 | 140.00 |
| 5/19/2014 | Mark Adams | t/c new attorney re settlement conference and terms, t/u with AA | 1.2 | 350.00 | 420.00 |
| 5/19/2014 | Mark Adams | MSC prep, break out litigation v receivership unpaid time | 0.9 | 350.00 | 315.00 |
| 5/20/2014 | Mark Adams | post mediation t/c with Neal, t/u discussion, new settlement offer | 1 | 350.00 | 350.00 |
| 5/22/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |
| 5/22/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $2,345.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,345.00 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 3774
**Invoice Date:** 6/4/2014
**Due Date:** 6/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/5/2014 | Tyler Huxtable | Staff discussion re pending issues | 0.1 | 75.00 | 7.50 |
| 5/6/2014 | Tyler Huxtable | Call court re Motion for Reconsideration status | 0.2 | 75.00 | 15.00 |
| 5/12/2014 | Tyler Huxtable | Staff discussion re pending issues | 0.2 | 75.00 | 15.00 |
| 5/13/2014 | Tyler Huxtable | Call to clerk re hearing time and motion for reconsideration | 0.2 | 75.00 | 15.00 |
| 5/13/2014 | Tyler Huxtable | Prepare, file and serve mandatory settlement statement | 0.8 | 75.00 | 60.00 |
| 5/14/2014 | Tyler Huxtable | Research for MA car service to Eureka for hearing | 0.8 | 75.00 | 60.00 |
| 5/14/2014 | Tyler Huxtable | Plan M Adams car service re hearing | 0.6 | 75.00 | 45.00 |
| 5/15/2014 | Tyler Huxtable | Appeal status research | 0.2 | 75.00 | 15.00 |
| 5/15/2014 | Tyler Huxtable | Research re appeals for M Adams | 0.1 | 75.00 | 7.50 |
| 5/16/2014 | Tyler Huxtable | Send Attorney-Client Fee contract to M Adams | 0.1 | 75.00 | 7.50 |
| 5/16/2014 | Tyler Huxtable | Research and forward pertinent pleadings to new counsel Neal Latt | 2.5 | 75.00 | 187.50 |
| 5/18/2014 | Tyler Huxtable | Research and send documents to N Latt | 0.3 | 75.00 | 22.60 |
| 5/21/2014 | Tyler Huxtable | Update calendar re trial dates | 0.1 | 75.00 | 7.50 |
| 5/22/2014 | Tyler Huxtable | Staff discussion re pending issues | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $472.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $472.50 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 301D

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 3775
**Invoice Date:** 6/4/2014
**Due Date:** 6/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/6/2014 | Marcy Wehde | Search for order authorizing $15K certificate, emails w/ GF, MA, YF re: the same | 0.2 | 100.00 | 20.00 |
| 5/6/2014 | Marcy Wehde | Draft Assignment of DOT | 0.6 | 100.00 | 60.00 |
| 5/7/2014 | Marcy Wehde | Finish drafting Assignment of DOT, emails w/MA re: the same | 0.4 | 100.00 | 40.00 |
| 5/9/2014 | Marcy Wehde | F/u emails w/ MA re: Assignment of DOT | 0.1 | 100.00 | 10.00 |
| 5/9/2014 | Marcy Wehde | Notarize document, send to G. Feldman | 0.2 | 100.00 | 20.00 |
| 5/12/2014 | Marcy Wehde | Staff discussion re: outstanding issues | 0.1 | 100.00 | 10.00 |
| 5/13/2014 | Marcy Wehde | Research recorded copies of documents, download and send to GF | 0.2 | 100.00 | 20.00 |
| 5/15/2014 | Marcy Wehde | Emails w/ MA re: guarantee language | 0.1 | 100.00 | 10.00 |
| 5/15/2014 | Marcy Wehde | Scan and save Assignment and Guarantee, overnight originals to G. Feldman, emails re: the same | 0.4 | 100.00 | 40.00 |
| 5/16/2014 | Marcy Wehde | Emails w/ G. Feldman re: original DOT docs, download and send the same | 0.2 | 100.00 | 20.00 |
| 5/17/2014 | Marcy Wehde | Emails w/ MA re: status of DOT | 0.1 | 100.00 | 10.00 |
| 5/20/2014 | Marcy Wehde | Retrieve original documents, send to GF via overnight mail | 0.2 | 100.00 | 20.00 |
| 5/21/2014 | Marcy Wehde | f/u email w/ GF re: funding | 0.1 | 100.00 | 10.00 |
| 5/21/2014 | Marcy Wehde | Update At a Glance, prepare for staff meeting. | 0.1 | 100.00 | 10.00 |
| 5/22/2014 | Marcy Wehde | Staff discussion re: outstanding issues | 0.2 | 100.00 | 20.00 |
| 5/27/2014 | Marcy Wehde | Create wiring instructions, emails w/ Sunset One and EW | 0.3 | 100.00 | 30.00 |

| | | |
|---|---|---|
| **Total** | | $370.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $370.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 3776
**Invoice Date:** 6/8/2014
**Due Date:** 6/8/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/12/2014 | Andrew Adams | Research for settlement conf. | 1.41667 | 200.00 | 283.33 |
| 5/13/2014 | Andrew Adams | Settlement conference statement | 0.66667 | 200.00 | 133.33 |
| 5/13/2014 | Andrew Adams | Settlement Conference Statement | 0.83333 | 200.00 | 166.87 |
| 5/16/2014 | Andrew Adams | Call with new counsel, discuss with MA, send docs to new counsel for review. | 0.75 | 200.00 | 150.00 |
| 5/19/2014 | Andrew Adams | Discuss Settlement Conf. w. MA | 0.41667 | 200.00 | 83.33 |
| 5/19/2014 | Andrew Adams | Call with counsel | 1 | 200.00 | 200.00 |
| 5/19/2014 | Andrew Adams | prep ex parte for retention, prep memo on recovery. | 0.41667 | 200.00 | 83.33 |
| 5/21/2014 | Andrew Adams | Discuss settlement options | 0.75 | 200.00 | 150.00 |

| | |
|---|---|
| **Total** | $1,249.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,249.99 |



CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8161
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 3917
Invoice Date: 7/1/2014
Due Date: 7/1/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/2/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |
| 6/6/2014 | Mark Adams | court call appearance to observe CMC | 1.66667 | 350.00 | 583.33 |
| 6/6/2014 | Mark Adams | t/c bookkeeper re pending issues | 0.8 | 350.00 | 280.00 |
| 6/9/2014 | Mark Adams | update counsel re CMC and filing of fee motion | 0.3 | 350.00 | 105.00 |
| 6/12/2014 | Mark Adams | prep for and f/u to t/c with Neal Latt re trial prep | 1.23333 | 350.00 | 431.67 |
| 6/12/2014 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 6/13/2014 | Mark Adams | staff discussion re pending issues | 0.2 | 350.00 | 70.00 |
| 6/20/2014 | Mark Adams | emails with counsel, file review re trial | 0.3 | 350.00 | 105.00 |
| 6/20/2014 | Mark Adams | t/c bookkeeper re current c/f issues | 0.1 | 350.00 | 35.00 |
| 6/21/2014 | Mark Adams | staff discussion re pending issues | 0.3 | 350.00 | 105.00 |
| 3/26/2014 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 6/27/2014 | Mark Adams | staff discussion re pending issues | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | **$1,960.00** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$1,960.00** |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 3918
**Invoice Date:** 7/4/2014
**Due Date:** 7/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/2/2014 | Tyler Huxtable | Staff discussion re pending issues | 0.1 | 75.00 | 7.50 |
| 6/4/2014 | Tyler Huxtable | Schedule CourtCall appearance for upcoming hearing | 0.2 | 75.00 | 15.00 |
| 6/5/2014 | Tyler Huxtable | Call to court re status of order on motion for reconsideration | 0.2 | 75.00 | 15.00 |
| 6/12/2014 | Tyler Huxtable | Forward settlement case docs to N Latt | 0.2 | 75.00 | 15.00 |
| 6/13/2014 | Tyler Huxtable | Staff discussion re pending issues | 0.1 | 75.00 | 7.50 |
| 6/16/2014 | Tyler Huxtable | Forward docs to N Latt | 0.1 | 75.00 | 7.50 |
| 6/17/2014 | Tyler Huxtable | Calendar updated readiness conference | 0.1 | 75.00 | 7.50 |
| 6/17/2014 | Tyler Huxtable | Forward case docs to N Latt | 0.1 | 75.00 | 7.50 |
| 6/19/2014 | Tyler Huxtable | Process and forward signed application for attorney's fees to N Latt | 0.2 | 75.00 | 15.00 |
| 6/19/2014 | Tyler Huxtable | File and serve Application | 0.5 | 75.00 | 37.50 |

| | |
|---|---|
| **Total** | $135.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $135.00 |



**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-6181
www.calreceivers.com

# Invoice

Invoice #: 3919
Invoice Date: 7/4/2014
Due Date: 7/4/2014
Terms: Due on receipt

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/1/2014 | Marcy Wehde | Update At a Glance | 0.1 | 100.00 | 10.00 |
| 8/4/2014 | Marcy Wehde | Document audit for investor docs, update spreadsheet | 0.4 | 100.00 | 40.00 |
| 8/13/2014 | Marcy Wehde | Staff meeting re: outstanding issues | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $60.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $60.00 |

CALIFORNIA
RECEIVERSHIP
GROUP, LLC

# Invoice

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

Invoice #: 3920
Invoice Date: 7/8/2014
Due Date: 7/8/2014
Terms: Due on receipt

Bill To:
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/12/2014 | Andrew Adams | Call with counsel, review trial prep docs. | 2.08333 | 200.00 | 416.67 |
| 6/12/2014 | Andrew Adams | Research for trial counsel. | 0.58333 | 200.00 | 116.67 |
| 5/13/2014 | Andrew Adams | Discuss at Property Meeting | 0.16667 | 200.00 | 33.33 |
| 6/17/2014 | Andrew Adams | Edits to application to hire counsel. | 0.33333 | 200.00 | 66.67 |
| 6/17/2014 | Andrew Adams | Edits to ex parte to hire counsel. | 0.41667 | 200.00 | 83.33 |
| 6/20/2014 | Andrew Adams | Discuss at property meeting, plan next steps | 0.16667 | 200.00 | 33.33 |

| | |
|---|---|
| **Total** | $750.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $750.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 4154
Invoice Date: 8/1/2014
Due Date: 8/1/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/3/2014 | Mark Adams | staff discussion re pending issues | 0.2 | 350.00 | 70.00 |
| 7/10/2014 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $105.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.00 |



CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 4155
**Invoice Date:** 8/4/2014
**Due Date:** 8/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/7/2014 | Tyler Huxtable | Put trial readiness conference and jury trial on calendar | 0.2 | 75.00 | 15.00 |
| 7/7/2014 | Tyler Huxtable | Call to Humboldt Court re attorney mailbox delivery | 0.1 | 75.00 | 7.50 |
| 7/22/2014 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $30.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30.00 |



CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 4156
**Invoice Date:** 8/4/2014
**Due Date:** 8/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/22/2014 | Marcy Wehde | Staff discussion re: outstanding issues | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $10.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-6181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 4331
**Invoice Date:** 9/1/2014
**Due Date:** 9/1/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/4/2014 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 6/12/2014 | Mark Adams | staff discussion of pending issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $70.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $70.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 4332
Invoice Date: 9/4/2014
Due Date: 9/4/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/4/2014 | Tyler Huxtable | Staff discussion re pending issues and follow-up | 0.1 | 75.00 | 7.50 |
| 9/12/2014 | Tyler Huxtable | Staff discussion re pending issues and follow-up | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $15.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15.00 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 4333
**Invoice Date:** 9/4/2014
**Due Date:** 9/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/4/2014 | Marcy Wehde | Staff discussion re: outstanding issues | 0.1 | 100.00 | 10.00 |
| 8/12/2014 | Marcy Wehde | Staff Meeting re: outstanding issues | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $20.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $20.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 39, Eureka

# Invoice

Invoice #: 4593
Invoice Date: 10/1/2014
Due Date: 10/1/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/12/2014 | Mark Adams | review court orders re fees and certificates, the email exchanges with AA | 0.3 | 350.00 | 105.00 |
| 9/24/2014 | Mark Adams | review emails from Dean Pucci and various email exchanges re Floyd hiring Ann Mexty. | 0.3 | 350.00 | 105.00 |
| 9/29/2014 | Mark Adams | staff discussion of pending issues | 0.1 | 350.00 | 35.00 |
| 9/25/2014 | Mark Adams | bookkeeper tic re pending issues | 0.1 | 350.00 | 35.00 |

| | | |
|---|---|---|
| **Total** | | $280.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $280.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 4534
Invoice Date: 10/4/2014
Due Date: 10/4/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/29/2014 | Tyler Huxtable | Scan and forward signed email to MA | 0.1 | 75.00 | 7.50 |
| 9/29/2014 | Tyler Huxtable | Staff discussion re pending issues and follow-up | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $15.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15.00 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 4535
**Invoice Date:** 10/4/2014
**Due Date:** 10/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/30/2014 | Marcy Wehde | Staff meeting to discuss o/s issues | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $10.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10.00 |



**CALIFORNIA
RECEIVERSHIP
GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 4758
Invoice Date: 11/1/2014
Due Date: 11/1/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/8/2014 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 10/16/2014 | Mark Adams | staff discussion of pending issues | 0.1 | 350.00 | 35.00 |
| 10/23/2014 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $105.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 4759
**Invoice Date:** 11/4/2014
**Due Date:** 11/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/9/2014 | Tyler Huxtable | Staff discussion re pending issues and follow-up | 0.1 | 75.00 | 7.50 |
| 10/16/2014 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 10/23/2014 | Tyler Huxtable | Staff discussion re pending issues and follow-up | 0.1 | 75.00 | 7.50 |
| 10/30/2014 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $30.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 4760
Invoice Date: 11/4/2014
Due Date: 11/4/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/9/2014 | Marcy Wehde | Staff meeting to discuss o/s issues | 0.1 | 100.00 | 10.00 |
| 10/16/2014 | Marcy Wehde | staff meeting re: o/s issues | 0.1 | 100.00 | 10.00 |
| 10/23/2014 | Marcy Wehde | Staff Meeting to discuss o/s issues | 0.1 | 100.00 | 10.00 |
| 10/30/2014 | Marcy Wehde | Staff meeting re: o/s issues | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | **$40.00** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$40.00** |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2718 Ocean Park Blvd.
Suite 3010

310-471-3181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 4761
Invoice Date: 11/4/2014
Due Date: 11/4/2014
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/16/2014 | ZSally Rowshan | Staff Meeting | 0.1 | 300.00 | 30.00 |

| | |
|---|---|
| **Total** | $30.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30.00 |

# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 4961
**Invoice Date:** 12/1/2014
**Due Date:** 12/1/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/13/2014 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 11/21/2014 | Mark Adams | staff discussion of pending issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $70.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $70.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 4982
**Invoice Date:** 12/4/2014
**Due Date:** 12/4/2014
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/10/2014 | Tyler Huxtable | Forward counsel Invoice | 0.1 | 75.00 | 7.50 |
| 11/13/2014 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 11/21/2014 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $22.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22.50 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 5201
Invoice Date: 1/1/2015
Due Date: 1/1/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/5/2014 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 12/12/2014 | Mark Adams | staff discussion re pending issues including | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $105.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 5202
Invoice Date: 1/4/2015
Due Date: 1/4/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/5/2014 | Tyler Huxtable | Staff discussion re pending issues and follow-up | 0.1 | 75.00 | 7.50 |
| 12/12/2014 | Tyler Huxtable | Staff discussion of pending issues; follow-up thereof | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $15.00 |
| **Payments/Credits** | 50.00 |
| **Balance Due** | $15.00 |



**CALIFORNIA
RECEIVERSHIP
GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 5203
**Invoice Date:** 1/8/2015
**Due Date:** 1/8/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/30/2014 | Andrew Adams | call with counsel re: trial | 0.6 | 250.00 | 150.00 |

| | |
|---|---|
| **Total** | $150.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $150.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 5204
Invoice Date: 1/8/2015
Due Date: 1/8/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 12/5/2014 | ZSally Rowshan | Staff Meeting | 0.1 | 300.00 | 30.00 |
| 12/12/2014 | ZSally Rowshan | Staff Meeting | 0.1 | 300.00 | 30.00 |

| | |
|---|---|
| **Total** | $60.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $60.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 5433
Invoice Date: 2/1/2015
Due Date: 2/1/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/5/2015 | Mark Adams | staff discussion of pending issues | 0.1 | 350.00 | 35.00 |
| 1/22/2015 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 1/26/2015 | Mark Adams | review sign and have notarized lis pendans | 0.4 | 350.00 | 140.00 |
| 1/26/2015 | Mark Adams | t/c Neal Latt re trial readiness conference and f/u with AA | 0.6 | 350.00 | 210.00 |
| 1/26/2015 | Mark Adams | review recorded lis pendens, prepare demand for squires title company | 0.7 | 350.00 | 245.00 |
| 1/26/2015 | Mark Adams | final arrangements and email demand to escrow | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $735.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $735.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 5434
Invoice Date: 2/4/2015
Due Date: 2/4/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/5/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 1/22/2015 | Tyler Huxtable | Serve notice of Lis Pendens | 0.4 | 75.00 | 30.00 |
| 1/22/2015 | Tyler Huxtable | Staff discussion of pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 1/26/2015 | Tyler Huxtable | Update certified mail service addresses, send amended lis pendens via certified mail, forward lis pendens for recording | 0.5 | 75.00 | 37.50 |
| 1/29/2015 | Tyler Huxtable | Archive letter from title company re demand | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $90.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $90.00 |



**CALIFORNIA RECEIVERSHIP GROUP, LLC**

# Invoice

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Invoice #:** 5436
**Invoice Date:** 2/8/2015
**Due Date:** 2/8/2015
**Terms:** Due on receipt

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 1/9/2015 | Andrew Adams | Draft lis pendens, notice of lis pendens | 0.6 | 250.00 | 150.00 |
| 1/22/2015 | Andrew Adams | Lis pendens prep, notice of recording of lis pendens | 0.2 | 250.00 | 50.00 |
| 1/24/2015 | Andrew Adams | Trial prep, timeline gather docs for Neal Lait | 6.8 | 250.00 | 1,700.00 |
| 1/26/2015 | Andrew Adams | Trial prep, call with counsel. | 1.6 | 250.00 | 400.00 |

| | |
|---|---|
| **Total** | $2,300.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,300.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 5436
Invoice Date: 2/8/2015
Due Date: 2/8/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/5/2015 | ZSally Rowshan | Staff Meeting | 0.1 | 300.00 | 30.00 |
| 1/22/2015 | ZSally Rowshan | Staff Meeting | 0.1 | 300.00 | 30.00 |

| | |
|---|---|
| **Total** | $60.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $60.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 5671
Invoice Date: 3/1/2015
Due Date: 3/1/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/2/2015 | Mark Adams | review case chronology, email exchange with Neal Latt | 0.3 | 350.00 | 105.00 |
| 2/3/2015 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 2/12/2015 | Mark Adams | staff discussion of pending issues | 0.2 | 350.00 | 70.00 |
| 2/26/2015 | Mark Adams | staff discussion of pending issues | 0.1 | 350.00 | 35.00 |
| 2/27/2015 | Mark Adams | t/c bookkeeper and f/u re pending cashflow issues | 0.1 | 350.00 | 35.00 |
| 2/28/2015 | Mark Adams | Gerald Feldman meeting re current funding issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $315.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $315.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.cereceivers.com

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/2/2015 | Tyler Huxtable | Forward signed Notice of Association to Neal Latt; archive case activity summary | 0.3 | 75.00 | 22.50 |
| 2/3/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 2/3/2015 | Tyler Huxtable | Research maturity date of note | 0.1 | 75.00 | 7.50 |
| 2/5/2015 | Tyler Huxtable | Circulate minute order and calendar conference | 0.2 | 75.00 | 15.00 |
| 2/12/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up. | 0.2 | 75.00 | 15.00 |
| 2/17/2015 | Tyler Huxtable | Circulate recorded lis pendens | 0.1 | 75.00 | 7.50 |
| 2/26/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $82.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $82.50 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

Bill To:
Squires 29, Eureka

# Invoice

**Invoice #:** 5673
**Invoice Date:** 3/8/2015
**Due Date:** 3/8/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/12/2015 | Andrew Adams | Discuss next steps at property meeting. Get assignments | 0.2 | 250.00 | 50.00 |

| | |
|---|---|
| **Total** | $50.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $50.00 |



**CALIFORNIA RECEIVERSHIP GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.cafreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 5674
Invoice Date: 3/8/2015
Due Date: 3/8/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 2/3/2015 | ZSally Rowshan | Staff Meeting | 0 1 | 300.00 | 30.00 |

| | |
|---|---|
| **Total** | $30.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 5899
**Invoice Date:** 4/2/2015
**Due Date:** 4/2/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/5/2015 | Andrew Adams | Staff discussion re pending issues and next steps | 0.1 | 250.00 | 25.00 |
| 3/31/2015 | Andrew Adams | Staff Meeting. | 0.1 | 250.00 | 25.00 |
| 4/2/2015 | Andrew Adams | Research and draft Opp to Motion to Expunge | 2.4 | 250.00 | 600.00 |

| | |
|---|---|
| **Total** | $650.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $650.00 |



## CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 5700
Invoice Date: 4/2/2015
Due Date: 4/2/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/5/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 3/13/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 3/31/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 4/1/2015 | Tyler Huxtable | Update calendar re Ex Parte on 4/13 | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $30.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 5698
Invoice Date: 4/3/2015
Due Date: 4/3/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 3/6/2015 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 3/13/2015 | Mark Adams | staff discussion re pending issues | 0.1 | 350.00 | 35.00 |
| 3/19/2015 | Mark Adams | t/c state bar investigator and f/u re squires complaint | 0.8 | 350.00 | 280.00 |
| 3/20/2015 | Mark Adams | t/o bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 3/31/2015 | Mark Adams | Staff discussion re pending issues and follow up | 0.1 | 350.00 | 35.00 |
| 4/2/2015 | Mark Adams | conference call AA and Neal re lis pendens motion, f/u | 0.6 | 350.00 | 210.00 |
| 4/3/2015 | Mark Adams | prepare ex parte lis pendens response, draft letter to state bar | 4.6 | 350.00 | 1,610.00 |

| | |
|---|---|
| **Total** | $2,240.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,240.00 |



CALIFORNIA
RECEIVERSHIP
GROUP, LLC

2716 Ocean Park Blvd,
Suite 3010

310-471-6181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 6124
Invoice Date: 5/1/2015
Due Date: 5/1/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/4/2015 | Mark Adams | complete and mail response to squires state bar complaint | 0.93333 | 350.00 | 326.67 |
| 4/4/2015 | Mark Adams | review and edit opposition to ex parte re expungement | 1.2 | 350.00 | 420.00 |
| 4/6/2015 | Mark Adams | review second draft opposition re expungement | 0.4 | 350.00 | 140.00 |
| 4/6/2015 | Mark Adams | further editing of opposition, AA discussion re strategy | 0.3 | 350.00 | 105.00 |
| 4/6/2015 | Mark Adams | review and edit new draft of expungement opposition | 0.6 | 350.00 | 210.00 |
| 4/6/2015 | Mark Adams | Staff discussion re pending issues and follow up | 0.2 | 350.00 | 70.00 |
| 4/8/2015 | Mark Adams | calculate certificate payoff demand, email to fidelity title | 0.7 | 350.00 | 245.00 |
| 4/9/2015 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 4/20/2015 | Mark Adams | Staff discussion re pending issues and follow up | 0.1 | 350.00 | 35.00 |
| 4/20/2015 | Mark Adams | file review, AA conversation, email exchange with Latt re motion to expunge | 0.4 | 350.00 | 140.00 |
| 4/27/2015 | Mark Adams | Staff discussion re pending issues; follow up re same | 0.1 | 350.00 | 35.00 |
| 4/27/2015 | Mark Adams | t/c with bookkeeper re pending issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $1,796.67 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,796.67 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 6125
**Invoice Date:** 5/4/2015
**Due Date:** 5/4/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/6/2015 | Tyler Huxtable | Coordinate opposition filing with MA and AA; forward signed opp to Neal Latt | 0.4 | 75.00 | 30.00 |
| 4/8/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.2 | 75.00 | 15.00 |
| 4/9/2015 | Tyler Huxtable | Set up CourtCall re 4/13 hearing | 0.3 | 75.00 | 22.50 |
| 4/17/2015 | Tyler Huxtable | Correspondence with Neal Latt re date of hearing | 0.1 | 75.00 | 7.50 |
| 4/20/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 75.00 | 7.50 |
| 4/27/2015 | Tyler Huxtable | Staff discussion re pending issues; follow up re same | 0.1 | 75.00 | 7.50 |

| | |
|---|---|
| **Total** | $90.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $90.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 6126
**Invoice Date:** 5/8/2015
**Due Date:** 5/8/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/5/2015 | Andrew Adams | Opp to Motion to Expunge | 1.4 | 250.00 | 350.00 |
| 4/6/2015 | Andrew Adams | Opp to motion to expunge | 1 | 250.00 | 250.00 |
| 4/6/2015 | Andrew Adams | Opp to motion to expunge | 0.4 | 250.00 | 100.00 |
| 4/8/2015 | Andrew Adams | Staff Meeting | 0.2 | 250.00 | 50.00 |
| 4/20/2015 | Andrew Adams | Staff discussion re pending issues and follow up | 0.1 | 250.00 | 25.00 |
| 4/27/2015 | Andrew Adams | Staff discussion re pending issues; follow up re same | 0.1 | 250.00 | 25.00 |

| | |
|---|---|
| **Total** | $800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $800.00 |



**CALIFORNIA
RECEIVERSHIP
GROUP, LLC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 6347
Invoice Date: 6/1/2015
Due Date: 6/1/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/1/2015 | Mark Adams | Staff discussion re pending issues and follow up | 0.1 | 350.00 | 35.00 |
| 5/1/2015 | Mark Adams | file review, email jb mathers and review documents re no refinance of properties subject to lis pendens | 0.3 | 350.00 | 105.00 |
| 5/7/2015 | Mark Adams | Staff discussion re pending issues and follow up | 0.1 | 350.00 | 35.00 |
| 5/14/2015 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 5/26/2015 | Mark Adams | Staff discussion re pending issues; follow-up re same | 0.1 | 350.00 | 35.00 |
| 5/26/2015 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 5/29/2015 | Mark Adams | Staff discussion re: pending issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $315.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $315.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 6348
Invoice Date: 6/4/2015
Due Date: 6/4/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/1/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 100.00 | 10.00 |
| 5/7/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 100.00 | 10.00 |
| 5/26/2015 | Tyler Huxtable | Staff discussion re pending issues; follow-up re same | 0.1 | 100.00 | 10.00 |
| 6/28/2015 | Tyler Huxtable | Set up CourtCall for next hearing | 0.2 | 100.00 | 20.00 |

| | |
|---|---|
| **Total** | $50.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $50.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 6349
**Invoice Date:** 6/4/2015
**Due Date:** 6/4/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/1/2015 | Erica Connelly | Property Meeting | 0.1 | 80.00 | 8.00 |
| 5/7/2015 | Erica Connelly | Property Meeting | 0.1 | 80.00 | 8.00 |
| 5/28/2015 | Erica Connelly | Staff discussion re: pending issues | 0.1 | 80.00 | 8.00 |
| 5/29/2015 | Erica Connelly | Staff discussion re: pending issues | 0.1 | 80.00 | 8.00 |

| | |
|---|---|
| **Total** | $32.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $32.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 6350
**Invoice Date:** 6/3/2015
**Due Date:** 6/5/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/1/2015 | Andrew Adams | Staff discussion re pending issues and follow up | 0.1 | 250.00 | 25.00 |
| 5/7/2015 | Andrew Adams | Staff discussion re pending issues and follow up | 0.1 | 250.00 | 25.00 |
| 5/11/2015 | Andrew Adams | Research/draft Opp to Motion to Expunge | 1 | 250.00 | 250.00 |
| 5/12/2015 | Andrew Adams | Opp to motion to expunge | 0.2 | 250.00 | 50.00 |
| 5/28/2015 | Andrew Adams | Staff discussion re pending issues; follow-up re same | 0.1 | 250.00 | 25.00 |
| 5/29/2015 | Andrew Adams | Staff discussion re: pending issues | 0.1 | 250.00 | 25.00 |

| | |
|---|---|
| **Total** | $400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $400.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

**Invoice #:** 8539
**Invoice Date:** 7/1/2015
**Due Date:** 7/1/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/3/2015 | Mark Adams | CourtCall appearance re motion to expunge, post hearing t/c Neal Latt | 1.4 | 350.00 | 490.00 |
| 6/3/2015 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 6/5/2015 | Mark Adams | Property meeting | 0.1 | 350.00 | 35.00 |
| 6/8/2015 | Mark Adams | f/u to state bar termination of squires complaint re unpaid fees | 0.4 | 350.00 | 140.00 |
| 6/11/2015 | Mark Adams | Staff discussion re pending issues and follow up re same | 0.2 | 350.00 | 70.00 |
| 6/12/2015 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |
| 6/19/2015 | Mark Adams | Staff discussion re pending issues and follow up of same | 0.1 | 350.00 | 35.00 |
| 6/26/2015 | Mark Adams | Discuss pending issues with staff and follow up re: same. | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $875.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $875.00 |



# CALIFORNIA
# RECEIVERSHIP
# GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8161
www.calrecovery.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 6640
**Invoice Date:** 7/4/2015
**Due Date:** 7/4/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/19/2015 | Marcy Wehde | Staff meeting re: o/s issues | 0.1 | 100.00 | 10.00 |
| 6/26/2015 | Marcy Wehde | Staff meeting re: o/s issues | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $20.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $20.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 8641
**Invoice Date:** 7/4/2015
**Due Date:** 7/4/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/5/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up re same | 0.1 | 100.00 | 10.00 |
| 6/11/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up re same | 0.2 | 100.00 | 20.00 |
| 6/19/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up | 0.1 | 100.00 | 10.00 |
| 6/26/2015 | Tyler Huxtable | Staff discussion re pending issues and follow up re: same | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $50.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $50.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8151
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

# Invoice

Invoice #: 6642
Invoice Date: 7/4/2015
Due Date: 7/4/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/5/2015 | Erica Connelly | Staff discussion re: pending issues | 0.1 | 80.00 | 8.00 |
| 6/11/2015 | Erica Connelly | Staff discussion re: pending issues | 0.2 | 80.00 | 16.00 |
| 6/19/2015 | Erica Connelly | Staff discussion re: pending issues | 0.1 | 80.00 | 8.00 |
| 6/26/2015 | Erica Connelly | Staff discussion re: pending issues | 0.1 | 80.00 | 8.00 |

| | |
|---|---|
| **Total** | $40.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $40.00 |



# CALIFORNIA RECEIVERSHIP GROUP, LLC

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 6543
**Invoice Date:** 7/8/2015
**Due Date:** 7/8/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/3/2015 | Andrew Adams | Prep for 6/3 hearing | 0.3 | 250.00 | 75.00 |
| 6/3/2015 | Andrew Adams | Attend hearing via CourtCall | 0.4 | 250.00 | 100.00 |
| 6/5/2015 | Andrew Adams | Staff discussion re pending issues and follow up re same | 0.1 | 250.00 | 25.00 |
| 6/11/2015 | Andrew Adams | Staff discussion re pending issues and follow up re same | 0.2 | 250.00 | 50.00 |
| 6/19/2015 | Andrew Adams | Staff discussion re pending issues and follow up | 0.1 | 250.00 | 25.00 |
| 6/26/2015 | Andrew Adams | Staff discussion re pending issues and follow up re: same | 0.1 | 250.00 | 25.00 |

| | |
|---|---|
| **Total** | **$300.00** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$300.00** |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, INC**

2716 Ocean Park Blvd.
Suite 3010

310-471-5151
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

**Invoice #:** 7116
**Invoice Date:** 8/1/2015
**Due Date:** 8/1/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/22/2015 | Mark Adams | Lender meeting re various pending funding issues | 0.1 | 350.00 | 35.00 |
| 7/24/2015 | Mark Adams | email exchange with Andrew re: accommodations | 0.1 | 350.00 | 35.00 |
| 7/28/2015 | Mark Adams | review and follow up on email from Tyler re: change of firm name | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $105.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.00 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP INC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**
Squires 29, Eureka

Invoice #: 7117
Invoice Date: 8/4/2015
Due Date: 8/4/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/28/2015 | Tyler Hudstble | Circulate and archive change of firm name; update POS | 0.2 | 100.00 | 20.00 |

| | |
|---|---|
| **Total** | $20.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $20.00 |



# Invoice

CALIFORNIA
RECEIVERSHIP
GROUP PBC

150 South Barrington Avenue
Suite 100
310-471-8181
www.calreceivers.com

**Invoice #:** 7465
**Invoice Date:** 9/1/2015
**Due Date:** 9/1/2015
**Terms:** Due on receipt

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/19/2015 | Mark Adams | t/c AA re pending issues | 0.2 | 350.00 | 70.00 |
| 8/28/2015 | Mark Adams | Review and f/u on email exchange w/ Neal and Andrew re: witness list and new trial date. | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $105.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.00 |



# CALIFORNIA
# RECEIVERSHIP
GROUP, PBC

**Invoice**

150 South Barrington Avenue
Suite 100
310-471-8181
www.calreceivers.com

Invoice #: 7455
Invoice Date: 9/4/2015
Due Date: 9/4/2015
Terms: Due on receipt

Bill To:
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/27/2015 | Tyler Huxtable | Calendar new trial dates | 0.1 | 100.00 | 10.00 |

| | | |
|--|--|--|
| **Total** | | $10.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $10.00 |



**CALIFORNIA RECEIVERSHIP GROUP, INC**

150 South Barrington Avenue
Suite 100
310-471-8181
www.calreceivers.com

# Invoice

Invoice #: 7457
Invoice Date: 9/8/2015
Due Date: 9/8/2015
Terms: Due on receipt

**Bill To:**
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/18/2015 | Andrew Adams | Call with Neal Latt re strategy | 1 | 250.00 | 250.00 |
| 8/19/2015 | Andrew Adams | Call with AA re trial prep | 0.2 | 250.00 | 50.00 |

| | |
|---|---|
| **Total** | $300.00 |
| **Payments/Credits** | 50.00 |
| **Balance Due** | $300.00 |



**CALIFORNIA RECEIVERSHIP GROUP, PBC**

# Invoice

150 South Barrington Avenue
Suite 100
310-471-8181
www.calreceivers.com

**Invoice #:** 7745
**Invoice Date:** 10/1/2015
**Due Date:** 10/1/2015
**Terms:** Due on receipt

**Bill To:**
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 9/10/2015 | Mark Adams | Email exchange w/ Elizabeth re: funding. | 0.1 | 350.00 | 35.00 |
| 9/11/2015 | Mark Adams | Email exchange w/ Elizabeth re: funding. | 0.1 | 350.00 | 35.00 |
| 9/13/2015 | Mark Adams | t/c bookkeeper re pending c/f issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $105.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.00 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, PBC**

150 South Barrington Avenue
Suite 100
310-471-8181
www.calreceivers.com

Invoice #: 7746
Invoice Date: 10/4/2015
Due Date: 10/4/2015
Terms: Due on receipt

**Bill To:**
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 8/26/2015 | Tyler Huxtable | Draft Change of Address form with new office information | 0.1 | 100.00 | 10.00 |

| | |
|---|---|
| **Total** | $10.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10.00 |



# CALIFORNIA
# RECEIVERSHIP
### GROUP PBC

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 8125
**Invoice Date:** 11/4/2015
**Due Date:** 11/4/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/2/2015 | Tyler Huxtable | Prepare, file and serve Notices of Change of Address (Squires v Adams) | 0.2 | 100.00 | 20.00 |
| 10/2/2015 | Tyler Huxtable | Prepare, file and serve Notices of Change of Address | 0.2 | 100.00 | 20.00 |
| 10/13/2015 | Tyler Huxtable | Re-file Notice of Change of Address | 0.2 | 100.00 | 20.00 |

| | |
|---|---|
| **Total** | $60.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $60.00 |



# CALIFORNIA
# RECEIVERSHIP
GROUP INC

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

**Invoice #:** 8127
**Invoice Date:** 11/4/2015
**Due Date:** 11/4/2015
**Terms:** Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 10/2/2015 | Natalie Delgadillo | Scan, copy, sign, serve and file notice of change of address form. | 0.2 | 65.00 | 13.00 |

| | |
|---|---|
| **Total** | $13.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13.00 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, INC**

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

Invoice #: 8488
Invoice Date: 12/1/2015
Due Date: 12/1/2015
Terms: Due on receipt

Bill To:
Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/10/2015 | Mark Adams | Email exchange w/ Neal Latt and Andrew re: readiness conference. | 0.1 | 350.00 | 35.00 |
| 11/23/2015 | Mark Adams | Review and f/u on email from Eddie re: notice of readiness conference (doc) | 0.1 | 350.00 | 35.00 |
| 11/23/2015 | Mark Adams | Meeting with lenders re: outstanding issues | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $105.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $105.00 |



**CALIFORNIA RECEIVERSHIP GROUP, INC**

2716 Ocean Park Blvd.
Suite 3010

310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

# Invoice

Invoice #: 8489
Invoice Date: 12/4/2015
Due Date: 12/4/2015
Terms: Due on receipt

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 11/11/2015 | Tyler Huxtable | Update trial and readiness conference dates | 0.1 | 150.00 | 15.00 |
| 11/30/2015 | Tyler Huxtable | Update calendar re upcoming hearing | 0.1 | 150.00 | 15.00 |

| | |
|---|---|
| **Total** | $30.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30.00 |

# CALIFORNIA RECEIVERSHIP GROUP, PBC

# Invoice

**Invoice #:** 10216
**Invoice Date:** 5/1/2016
**Due Date:** 5/1/2016

-2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calrcceivers.com

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/21/2016 | Mark Adams | Meeting with AA and 1/u re: pending issues. | 0.2 | 350.00 | 70.00 |
| 4/26/2016 | Mark Adams | Email exchange w/ Marcy and Eddie re: title research and DOT. | 0.1 | 350.00 | 35.00 |
| 4/27/2016 | Mark Adams | Email exchange w/ Neal Latt re: continued hearing. | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $140.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $140.00 |



# Invoice

Invoice #: 10217
Invoice Date: 5/4/2016
Due Date: 5/4/2016

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Bill To:**

Squares 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/25/2016 | Tyler Huxtable | Update calendar re continued trial | 0.1 | 150.00 | 15.00 |

| | | |
|---|---|---|
| **Total** | | **$15.00** |
| **Payments/Credits** | | **$0.00** |
| **Balance Due** | | **$15.00** |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP, PBC**

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

Invoice #: 10218
Invoice Date: 5/4/2016
Due Date: 5/4/2016

**Bill To:**
Squires 28, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/24/2016 | Marcy Wehde | Emails re: recorded docs | 0.1 | 150.00 | 15.00 |

| | |
|---|---|
| **Total** | $15.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $15.00 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP PBC**

Invoice #: 10219
Invoice Date: 5/4/2016
Due Date: 5/4/2016

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/22/2016 | Eddie Gao | Research deeds of trust and recorded document numbers. | 0.3 | 80.00 | 24.00 |
| 4/26/2016 | Eddie Gao | Research title, loan, and transaction history information for all involved properties. | 2.3 | 80.00 | 184.00 |

| | |
|---|---|
| **Total** | $208.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $208.00 |



# Invoice

**Invoice #:** 10220
**Invoice Date:** 5/8/2016
**Due Date:** 5/8/2016

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 4/21/2016 | Andrew Adams | Discuss next steps with MA | 0.2 | 250.00 | 50.00 |

| | |
|---|---|
| **Total** | $50.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $50.00 |

# CALIFORNIA RECEIVERSHIP GROUP, PBC

# Invoice

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Invoice #:** 10592
**Invoice Date:** 8/1/2016
**Due Date:** 6/1/2016

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 5/12/2016 | Mark Adams | Prep for and meeting with lenders re: pending issues. | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $70.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $70.00 |



# Invoice

Invoice #: 10944
Invoice Date: 7/8/2016
Due Date: 7/8/2016

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Bill To:**

Squires 28, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 6/15/2016 | Andrew Adams | Trial prep, call with NL | 0.4 | 250.00 | 100.00 |

| | |
|---|---|
| **Total** | $100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $100.00 |

# CALIFORNIA RECEIVERSHIP GROUP, PBC

# Invoice

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Invoice #:** 11179
**Invoice Date:** 8/1/2016
**Due Date:** 8/1/2016

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/13/2016 | Mark Adams | AA meeting and t/u re trial prep | 0.7 | 350.00 | 245.00 |
| 7/13/2016 | Mark Adams | t/c Neal Latt and f/u re trial prep | 1.2 | 350.00 | 420.00 |
| 7/14/2016 | Mark Adams | Email exchange with Andrew re: draft letter. Doc review and f/u. | 0.3 | 350.00 | 105.00 |
| 7/17/2016 | Mark Adams | Email review and f/u with Andrew re: opening statement for 7/18/16 hearing. Doc review. | 0.3 | 350.00 | 105.00 |
| 7/18/2016 | Mark Adams | t/c AA re trial, file research on other cases where minute order preceeded appointment | 1.3 | 350.00 | 455.00 |

| | |
|---|---|
| **Total** | $1,330.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,330.00 |



# Invoice

**CALIFORNIA RECEIVERSHIP GROUP. PBC**

Invoice #: 11180
Invoice Date: 8/4/2016
Due Date: 8/4/2016

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-8181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/12/2016 | Tyler Huxtable | Update calendar re trial readiness hearing | 0.1 | 150.00 | 15.00 |
| 7/13/2016 | Tyler Huxtable | Locate all case files and boxes; recall boxes from file storage company for A Adams | 0.3 | 150.00 | 45.00 |
| 7/19/2016 | Tyler Huxtable | Research various appeals dockets for A Adams re Squires' appeal of Order Appointing Receiver | 0.5 | 150.00 | 75.00 |
| 7/21/2016 | Tyler Huxtable | Book flight for A Adams return from Eureka | 0.4 | 150.00 | 60.00 |

| | |
|---|---|
| **Total** | $195.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $195.00 |

# CALIFORNIA RECEIVERSHIP
## GROUP, PBC

# Invoice

Invoice #: 11181
Invoice Date: 8/8/2016
Due Date: 8/8/2016

2716 Ocean Park Blvd.
Suite 3010
Santa Monica, CA 90405
310-471-5181
www.calreceivers.com

**Bill To:**

Squires 29, Eureka

| Date | Service | Description | Hours | Rate | Amount |
|------|---------|-------------|-------|------|--------|
| 7/11/2016 | Andrew Adams | Trial prep | 0.5 | 250.00 | 125.00 |
| 7/12/2016 | Andrew Adams | Trial prep, review notes and timeline | 1 | 250.00 | 250.00 |
| 7/13/2016 | Andrew Adams | Trial prep | 1.4 | 250.00 | 350.00 |
| 7/13/2016 | Andrew Adams | Trial prep | 1.1 | 250.00 | 275.00 |
| 7/13/2016 | Andrew Adams | Trial prep, review docs, Letter samples | 0.3 | 250.00 | 75.00 |
| 7/13/2016 | Andrew Adams | Trial prep | 0.3 | 250.00 | 75.00 |
| 7/16/2016 | Andrew Adams | Prep jury instructions, research. | 2.5 | 250.00 | 625.00 |
| 7/17/2016 | Andrew Adams | Travel and trial prep. | 8 | 250.00 | 2,000.00 |
| 7/18/2016 | Andrew Adams | Trial, jury voire dire. | 5 | 250.00 | 1,250.00 |
| 7/18/2016 | Andrew Adams | Trial prep. | 1.2 | 250.00 | 300.00 |
| 7/19/2016 | Andrew Adams | Trial. | 12 | 250.00 | 3,000.00 |
| 7/20/2016 | Andrew Adams | Prep for, attend trial. Testify, cross, etc. Review notes for next day | 10 | 250.00 | 2,500.00 |
| 7/21/2016 | Andrew Adams | Trial, closing arguments, rebuttal testimony. Jury instructions. Travel back from Eureka | 14 | 250.00 | 3,500.00 |
| 7/23/2016 | Andrew Adams | Draft Motion for fee order. | 3.5 | 250.00 | 875.00 |
| 7/25/2016 | Andrew Adams | Time billed, prep for fee motion | 0.2 | 250.00 | 50.00 |

| | | |
|---|---|---|
| **Total** | | $15,250.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $15,250.00 |

Exhibit 7

# Mark Adams - Receivership Accounts
## Profit & Loss by Receivership
### All Transactions

|                              | Squires 29 | TOTAL     |
|------------------------------|-----------:|----------:|
| **Ordinary Income/Expense**  |            |           |
| **Income**                   |            |           |
| Advance from Receiver        | 18,994.71  | 18,994.71 |
| Lender-GF                    | 7,500.00   | 7,500.00  |
| Lender-YF                    | 7,500.00   | 7,500.00  |
| **Total Income**             | 33,994.71  | 33,994.71 |
| **Gross Profit**             | 33,994.71  | 33,994.71 |
| **Expense**                  |            |           |
| Bond                         | 1,000.00   | 1,000.00  |
| Court Fees                   | 2,843.00   | 2,843.00  |
| Legal Fees                   | 20,456.87  | 20,456.87 |
| Loan Fees                    | 450.00     | 450.00    |
| Postage and Delivery         | 130.03     | 130.03    |
| Printing and Reproduction    | 103.22     | 103.22    |
| Professional Fees            | 100.00     | 100.00    |
| Receiver Fees                | 5,200.00   | 5,200.00  |
| Receivership Expense         | 19.00      | 19.00     |
| Recording/Filing Fees        | 125.00     | 125.00    |
| Travel Expenses              | 3,710.53   | 3,710.53  |
| **Total Expense**            | 33,937.65  | 33,937.65 |
| **Net Ordinary Income**      | 57.06      | 57.06     |
| **Net Income**               | 57.06      | 57.06     |

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page
196 of 221

# Mark Adams - Receivership Accounts
## Profit & Loss Detail
### All Transactions

| Type | Date | Num | Name | Memo | Class | Paid Amount |
|------|------|-----|------|------|-------|-------------|
| **Advance from Receiver** | | | | | | |
| General Jo... | 01/25/2011 | 202 | | | Squires 29 | 704.10 |
| General Jo... | 03/16/2011 | 205 | | | Squires 29 | 1,387.62 |
| General Jo... | 03/17/2011 | 195 | | travel expenses for hearing | Squires 29 | 281.00 |
| Deposit | 09/21/2011 | | | open checking account | Squires 29 | 100.00 |
| General Jo... | 10/18/2011 | 249 | | | Squires 29 | 78.00 |
| Deposit | 10/21/2011 | | Mark Adams Attorne... | UB CHECKING TRANSFER 1... | Squires 29 | 1,019.81 |
| General Jo... | 12/08/2011 | 274 | | | Squires 29 | 78.00 |
| General Jo... | 01/05/2012 | 287 | | | Squires 29 | 78.00 |
| General Jo... | 02/15/2012 | 305 | | Reimbursement to A Adams | Squires 29 | 318.00 |
| General Jo... | 02/22/2012 | 308 | | | Squires 29 | 108.00 |
| General Jo... | 05/25/2012 | 347 | | | Squires 29 | 78.00 |
| Deposit | 07/03/2012 | | Mark Adams Attorne... | Deposit | Squires 29 | 1,186.00 |
| General Jo... | 07/18/2012 | 380 | | | Squires 29 | 78.00 |
| General Jo... | 08/27/2012 | 386 | | | Squires 29 | 78.00 |
| General Jo... | 06/17/2013 | 472 | | | Squires 29 | 78.00 |
| General Jo... | 08/19/2013 | 849 | | | Squires 29 | 85.00 |
| General Jo... | 09/27/2013 | 524 | | FedEx | Squires 29 | 123.12 |
| General Jo... | 10/01/2013 | 522 | | | Squires 29 | 33.22 |
| General Jo... | 10/03/2013 | 526 | | | Squires 29 | 88.00 |
| General Jo... | 10/31/2013 | 544 | | | Squires 29 | 116.00 |
| General Jo... | 11/01/2013 | 545 | | Professional Photocopy | Squires 29 | 40.00 |
| General Jo... | 12/03/2013 | 569 | | | Squires 29 | 88.00 |
| General Jo... | 12/18/2013 | 574 | | | Squires 29 | 88.00 |
| Deposit | 01/22/2014 | | Mark Adams Attorne... | UB CHECKING TRANSFER 1... | Squires 29 | 80.00 |
| General Jo... | 01/30/2014 | 596 | | | Squires 29 | 88.00 |
| General Jo... | 02/13/2014 | 602 | | | Squires 29 | 100.00 |
| General Jo... | 02/27/2014 | 607 | | | Squires 29 | 88.00 |
| General Jo... | 04/22/2014 | 850 | | | Squires 29 | 88.00 |
| Check | 06/02/2014 | 3 | Mark Adams Attorne... | | Squires 29 | -6,742.87 |
| General Jo... | 06/04/2014 | 674 | | | Squires 29 | 88.00 |
| Deposit | 10/09/2014 | | Mark Adams Attorne... | Deposit | Squires 29 | 2,000.00 |
| Deposit | 11/05/2014 | | Mark Adams Attorne... | Deposit | Squires 29 | 2,000.00 |
| Deposit | 12/17/2014 | | Mark Adams Attorne... | Deposit | Squires 29 | 2,500.00 |
| General Jo... | 02/02/2015 | 262 | | | Squires 29 | 6.91 |
| Deposit | 02/19/2015 | | Mark Adams Attorne .. | Deposit | Squires 29 | 535.00 |
| Deposit | 03/30/2015 | | Mark Adams Attorne... | Deposit | Squires 29 | 4,570.00 |
| General Jo... | 06/29/2015 | 350 | | | Squires 29 | 88.00 |
| Deposit | 08/08/2015 | | Mark Adams Attorne... | Deposit | Squires 29 | 2,476.59 |
| Deposit | 07/09/2015 | | Mark Adams Attorne .. | Deposit | Squires 29 | 800.00 |
| Deposit | 08/12/2015 | | Mark Adams Attorne... | Deposit | Squires 29 | 600.00 |
| Deposit | 12/26/2015 | | Mark Adams Attorne... | Deposit | Squires 29 | 2,054.21 |
| Deposit | 02/29/2016 | | Mark Adams Attorne... | Deposit | Squires 29 | 180.00 |
| Deposit | 07/14/2016 | | Mark Adams Attorne... | Deposit | Squires 29 | 1,100.00 |
| | | | | | | |
| **Total Advance from Receiver** | | | | | | 18,984.71 |
| | | | | | | |
| **Lender-GF** | | | | | | |
| Deposit | 05/27/2014 | | G&G Capital, LLC | Sunset LOC | Squires 29 | 7,500.00 |
| | | | | | | |
| **Total Lender-GF** | | | | | | 7,500.00 |
| | | | | | | |
| **Lender-YF** | | | | | | |
| Deposit | 05/27/2014 | | Bunia Enterprizes | Sunset LOC | Squires 29 | 7,500.00 |
| | | | | | | |
| **Total Lender-YF** | | | | | | 7,500.00 |
| | | | | | | |
| **Bond** | | | | | | |
| Check | 07/07/2014 | onli... | Bond Services of Cal... | BOND SERVICES CABILL PY... | Squires 29 | -1,000.00 |
| | | | | | | |
| **Total Bond** | | | | | | -1,000.00 |
| | | | | | | |
| **Court Fees** | | | | | | |
| General Jo... | 10/18/2011 | 249 | | | Squires 29 | -78.00 |

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page
197 of 221

10:44 AM
08/09/16
Cash Basis

Mark Adams - Receivership Accounts
Profit & Loss Detail
All Transactions

| Type | Date | Num | Name | Memo | Class | Paid Amount |
|------|------|-----|------|------|-------|-------------|
| General Jo... | 12/08/2011 | 274 | | | Squires 29 | -78.00 |
| General Jo... | 01/05/2012 | 287 | | | Squires 29 | -78.00 |
| General Jo... | 02/22/2012 | 308 | | | Squires 29 | -108.00 |
| General Jo... | 05/25/2012 | 347 | | | Squires 29 | -78.00 |
| Check | 07/03/2012 | 192 | Humboldt Superior C... | | Squires 29 | -1,185.00 |
| General Jo... | 07/19/2012 | 360 | | | Squires 29 | -78.00 |
| General Jo... | 09/27/2012 | 388 | | | Squires 29 | -78.00 |
| General Jo... | 09/17/2013 | 472 | | | Squires 29 | -78.00 |
| General Jo... | 10/03/2013 | 528 | | | Squires 29 | -88.00 |
| General Jo... | 10/31/2013 | 544 | | | Squires 29 | -116.00 |
| General Jo... | 12/03/2013 | 569 | | | Squires 29 | -86.00 |
| General Jo... | 12/16/2013 | 574 | | | Squires 29 | -88.00 |
| General Jo... | 01/30/2014 | 596 | | | Squires 29 | -86.00 |
| General Jo... | 02/27/2014 | 607 | | | Squires 29 | -86.00 |
| General Jo... | 04/22/2014 | 650 | | | Squires 29 | -86.00 |
| General Jo... | 06/04/2014 | 674 | | | Squires 29 | -86.00 |
| General Jo... | 05/29/2015 | 350 | | | Squires 29 | -86.00 |
| **Total Court Fees** | | | | | | **-2,843.00** |
| **Legal Fees** | | | | | | |
| Check | 07/07/2014 | onli... | Matthews, Kluck Wal... | | Squires 29 | -1,360.00 |
| Check | 10/08/2014 | 106 | Matthews, Kluck Wal... | Partial Invoice 31923 | Squires 29 | -2,000.00 |
| Check | 11/05/2014 | 107 | Matthews, Kluck Wal... | Inv 34689 | Squires 29 | -2,000.00 |
| Check | 12/17/2014 | 108 | Matthews, Kluck Wal... | Invoice 37062 in full | Squires 29 | -2,746.19 |
| Check | 02/19/2015 | 109 | Matthews, Kluck Wal... | Invoice 37820 | Squires 29 | -535.00 |
| Check | 03/30/2015 | 110 | Matthews, Kluck Wal... | Invoice 39484 | Squires 29 | -4,570.00 |
| Check | 05/08/2015 | 111 | Matthews, Kluck Wal... | Invoice 42857 | Squires 29 | -2,476.59 |
| Check | 07/09/2015 | 112 | Matthews, Kluck Wal... | Invoice 43935 | Squires 29 | -900.00 |
| Check | 08/12/2015 | 113 | Matthews, Kluck Wal... | Invoice 45006 | Squires 29 | -600.00 |
| Check | 12/28/2015 | 114 | Matthews, Kluck Wal... | Inv 46063, 47604, 48851, 50103 | Squires 29 | -2,054.21 |
| Check | 02/29/2016 | 115 | Matthews, Kluck Wal... | Inv 52878 | Squires 29 | -270.21 |
| Check | 07/14/2016 | 116 | Matthews, Kluck Wal... | Inv 75248; fees through 6/30/16 | Squires 29 | -1,044.67 |
| **Total Legal Fees** | | | | | | **-20,456.87** |
| **Loan Fees** | | | | | | |
| Check | 08/13/2014 | 104 | G&G Capital, LLC | | Squires 29 | -225.00 |
| Check | 08/13/2014 | 105 | Bunia Enterprizes | | Squires 29 | -225.00 |
| **Total Loan Fees** | | | | | | **-450.00** |
| **Postage and Delivery** | | | | | | |
| General Jo... | 08/27/2013 | 524 | | FedEx | Squires 29 | -34.44 |
| General Jo... | 09/27/2013 | 524 | | FedEx | Squires 29 | -88.68 |
| General Jo... | 02/02/2015 | 252 | | | Squires 29 | -6.91 |
| **Total Postage and Delivery** | | | | | | **-130.03** |
| **Printing and Reproduction** | | | | | | |
| General Jo... | 10/01/2013 | 522 | | | Squires 29 | -33.22 |
| General Jo... | 11/01/2013 | 545 | | Professional Photocopy | Squires 29 | -40.00 |
| Check | 02/10/2014 | 102 | Professional Photoc... | | Squires 29 | -30.00 |
| **Total Printing and Reproduction** | | | | | | **-103.22** |
| **Professional Fees** | | | | | | |
| General Jo... | 02/13/2014 | 602 | | | Squires 29 | -100.00 |
| **Total Professional Fees** | | | | | | **-100.00** |
| **Receiver Fees** | | | | | | |
| Check | 06/02/2014 | 2 | Mark Adams Attorne... | | Squires 29 | -5,200.00 |

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page
198 of 221

**Mark Adams - Receivership Accounts**
**Profit & Loss Detail**
All Transactions

| Type | Date | Num | Name | Memo | Class | Paid Amount |
|------|------|-----|------|------|-------|-------------|
| Total Receiver Fees | | | | | | -5,200.00 |
| **Receivership Expense** | | | | | | |
| Check | 03/29/2011 | 1 | Union Bank | | Squires 29 | -19.00 |
| Total Receivership Expense | | | | | | -19.00 |
| **Recording/Filing Fees** | | | | | | |
| General Jo... | 08/19/2013 | 849 | | | Squires 29 | -85.00 |
| Check | 01/23/2014 | 193 | Humboldt County Re... | | Squires 29 | -40.00 |
| Total Recording/Filing Fees | | | | | | -125.00 |
| **Travel Expenses** | | | | | | |
| General Jo... | 01/25/2011 | 202 | | | Squires 29 | -704.10 |
| General Jo... | 03/16/2011 | 205 | | | Squires 29 | -1,387.62 |
| General Jo... | 03/17/2011 | 195 | | travel expenses for hearing | Squires 29 | -281.00 |
| Check | 10/21/2011 | 191 | Andrew Adams | | Squires 29 | -1,019.81 |
| General Jo... | 02/15/2012 | 305 | | Reimbursement to A Adams | Squires 29 | -318.00 |
| Total Travel Expenses | | | | | | -3,710.53 |
| TOTAL | | | | | | 57.06 |

Case: 17-10828   Doc# 286-11   Filed: 05/25/18   Entered: 05/25/18 15:24:02   Page
199 of 221

Exhibit 8

Mathews, Kluck Walsh, & Wykle, LLP
100 M Street
Eureka, CA 95501
(707) 442-3758


California Receivership Group                                          July 29, 2016
c/o Andrew Adams
2716 Ocean Park Blvd. Suite 3010
Santa Monica, CA 90405


NL14-12011...........v. Squires
Bill No. 76074

| Fees: | | | Hours | |
|-------|------|-----|-------|-----|
| 05/16/14 | NGL | Phone conference with Andrew Adams re: case facts | 0.30 | $60.00 |
| 05/16/14 | NGL | 2nd Phone conference with Adams to confirm participation | 0.10 | $20.00 |
| 05/16/14 | NGL | Print and collate pleadings; Review file | 0.70 | $140.00 |
| 05/18/14 | NGL | Review pleadings to date | 1.40 | $280 00 |
| 05/19/14 | NGL | Email to Huxtable re: request for missing pleadings; Review pleadings in preparation for mediation conference; Conference with clients re: mediation strategy | 2.00 | $400.00 |
| 05/20/14 | NGL | Attend mandatory settlement conference with Carlton Floyd; Conference call with clients following settlement conference; Settlement offer call to Carlton Floyd | 1.20 | $240.00 |
| 05/21/14 | NGL | Print and collate 2nd Amended Complaint and related documents | 0.30 | $60.00 |
| 05/21/14 | NGL | 2 Phone calls with Carlton Floyd re: settlement offers; Phone conference with Mark re: reaction to initial offer, new offer, case strategy | 0.80 | $160.00 |

| 06/02/14 | NGL | Emails to Andrew Re: Ex Parte Motion for Attorney fees | 0.50 | $100.00 |
|----------|-----|---------------------------------------------------------|------|---------|
| 06/03/14 | NGL | Phone conference with client Re: timing of Ex Parte Motion for $25K in additional fees | 0.50 | $100.00 |
| 06/09/14 | NGL | Email to Mark Re: beginning Ex Parte Motion draft | 0.10 | $20.00 |
| 06/09/14 | NGL | Review 2nd Amended Complaint and attachments as background for draft of Motion | 0.40 | $80.00 |
| 06/10/14 | NGL | Continue trial prep of 9/28/11 ruling language | 1.00 | $200.00 |
| 06/10/14 | NGL | Trial prep review of receivership law | 2.50 | $500.00 |
| 06/10/14 | NGL | Begin Motion to Retain Counsel | 1.20 | $240.00 |
| 06/11/14 | NGL | Continue draft of Motion to Retain Counsel | 3.00 | $600.00 |
| 06/12/14 | NGL | Phone conference with clients to discuss trial strategy | 2.00 | $400.00 |
| 06/12/14 | NGL | Continue Motion for Outside Counsel | 0.50 | $100.00 |
| 06/13/14 | NGL | Review of docs emailed by client | 0.30 | $60.00 |
| 06/13/14 | NGL | Continue draft of Motion to Retain Counsel | 0.70 | $140.00 |
| 06/16/14 | NGL | Prep witness list for readiness hearing | 0.30 | $60.00 |
| 06/16/14 | NGL | Order background checks of named Plaintiffs to call as witnesses | 0.30 | $60.00 |
| 06/16/14 | NGL | Phone conference with Brian Gervin Re: availability to testify | 0.20 | $40.00 |
| 06/16/14 | NGL | Review local rules of Court Re: jury trial requests | 1.00 | $200.00 |
| 06/16/14 | NGL | Attend Trial Readiness Hearing | 1.00 | $200.00 |

| 06/16/14 | NGL | Request documents from client for trial prep | 0.20 | $40.00 |
| 06/16/14 | NGL | Prep Declaration for Motion to Hire Counsel | 1.00 | $200.00 |
| 06/17/14 | NGL | Complete application to hire Attorney with Declaration | 3.00 | $600.00 |
| 06/17/14 | NGL | Draft Proposed Order | 0.70 | $140.00 |
| 06/17/14 | NGL | Prepare email to client | 0.40 | $80.00 |
| 06/17/14 | NGL | Continue research for trial | 1.00 | $200.00 |
| 06/18/14 | NGL | Review and respond to client email Re: Ex Parte application review | 0.40 | $80.00 |
| 06/19/14 | NGL | Draft Declaration of Notice of Application | 0.60 | $120.00 |
| 06/19/14 | NGL | Phone conference with to client B. Floyd Re: Notice | 0.20 | $40.00 |
| 06/19/14 | NGL | Prepare email to client | 0.50 | $100.00 |
| 06/23/14 | NGL | Review and respond to emails from Client | 0.40 | $80.00 |
| 06/23/14 | NGL | Review B. Floyd opposition to Ex Parte application and its attachments | 1.00 | $200.00 |
| 06/23/14 | NGL | Email to Gerving Re: proposed sit-down | 0.20 | $40.00 |
| 06/23/14 | NGL | Prepare notes for drive-byof subject properties | 0.40 | $80.00 |
| 06/26/14 | NGL | Review complaint in prep for meeting with Brian Gerving | 0.20 | $40.00 |
| 06/26/14 | NGL | Interview Brian Gerving to prepare strategy for trial | 2.30 | $460.00 |
| 06/26/14 | NGL | Prepare email to Cliff Hart Re: Squires backgroud checks | 0.20 | $40.00 |
| 06/26/14 | NGL | Review 2013 interim ruling and Order in | 0.50 | $100.00 |

receivership cases

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/30/14 | NGL | Court Appearance- Readiness Conference | 1.00 | $200.00 |
| 06/30/14 | NGL | Prepare email to Clients Re: trail date<br>Review responses | 0.40 | $80.00 |
| 06/30/14 | NGL | Draft Notice to Appear at trial for 8 plaintiffs | 0.50 | $100.00 |
| 06/30/14 | NGL | Prepare email to investigator Re: new trail date for backround checks | 0.20 | $40.00 |
| 07/01/14 | NGL | Prepare email to Cliff Hart Re: temporary Suspension of background checks | 0.30 | $60.00 |
| 09/12/14 | NGL | Prepare email to and Review email from Client Re: Orders on Motions | 0.10 | $20.00 |
| 09/12/14 | NGL | Review 2 Orders forwarded by Client | 0.30 | $60.00 |
| 09/24/14 | NGL | Review Email from Client Re: possible Floyd DQ threat from City of Eureka | 0.30 | $60.00 |
| 09/24/14 | NGL | Review email from Client Re: DQ strategy | 0.20 | $40.00 |
| 11/26/14 | NGL | Review email from Clients Re: City's successful appeal decision<br>Review text of appeal decision<br>Prepare email to (X2) Client's Re: expert witnesses | 0.50 | $100.00 |
| 12/03/14 | NGL | Review email from Mark Adams Re: Squires refinanced attempt | 0.20 | $40.00 |
| 12/11/14 | NGL | Complete reading of Squires vs City appellate decision | 0.20 | $40.00 |
| 12/11/14 | NGL | Conference with LAK Re: trial strategy | 0.40 | $80.00 |
| 12/11/14 | LAK | Review appellate<br>Court Appearance- Ruling in Squire vs. City of Eureka | 0.50 | $175.00 |

| | | | | |
|---|---|---|---|---|
| 12/30/14 | NGL | Conference with Law firm to discuss strategy for trial scheduled for 2/2/15 | 0.20 | $40.00 |
| 12/30/14 | NGL | Phone conference with Andrew Re: trial strategy | 0.80 | $160.00 |
| 01/06/15 | NGL | Review email from Andrew Re: proposed 26 Lis Pendens Conference with associates on advisability and time estimates to do Humboldt County Sheriff's Office | 0.50 | $100.00 |
| 01/12/15 | NGL | Prepare email to Andrew Re: Liz Pendens | 0.20 | $40.00 |
| 01/12/15 | NGL | Review file in prep for trial scheduled to begin Feb. 2 | 0.70 | $140.00 |
| 01/12/15 | NGL | Draft direct and Cross-Complaint examination questions | 0.20 | $40.00 |
| 01/13/15 | NGL | Review email from and Prepare email to Andrew Re: potential scheduling conflict on 2/6/15 | 0.20 | $40.00 |
| 01/14/15 | NGL | Trial Prep- review jury instructions to ascertain elements required to prove cause of action brought by defendants | 1.80 | $360.00 |
| 01/14/15 | NGL | Begin drafts of "Contentions to Dispute" and "Contentions to Establish" worksheets | 0.50 | $100.00 |
| 01/15/15 | NGL | Trial Prep contention to establish/dispute voir dire questions, exhibit prep, opening statement | 3.20 | $640.00 |
| 01/16/15 | NGL | Continue Trial Prep Prepare worksheet on possible affirmative defenses | 0.50 | $100.00 |
| 01/20/15 | NGL | Trial Prep | 2.50 | $500.00 |
| 01/22/15 | NGL | Prepare notices to Appear for plaintiff's civil subpoena for Brian Gerving dispatch with Proof of Service's | 1.50 | $300.00 |

| 01/22/15 | NGL | Prepare email to and Review email from Client Re: Lis Pendens, trial conflict dates 2/6 and 2/9 | 0.30 | $60.00 |
| 01/22/15 | NGL | Review Lis Pendens previously filed by our firm for reference | 0.20 | $40.00 |
| 01/22/15 | NGL | Review pleadings, court orders as background for trial | 1.00 | $200.00 |
| 01/23/15 | NGL | Review Lis Pendens prepared by Client and notice of Lis Pendens Review statutory requirements | 0.50 | $100.00 |
| 01/23/15 | NGL | Phone conference to County Recorder to inquire about recordability of document over-nighted by Clients | 0.20 | $40.00 |
| 01/23/15 | NGL | Phone conference to T. Huxtable Re: issues to sure defective Lis Pendens | 0.20 | $40.00 |
| 01/23/15 | NGL | Prepare email to Andrew Tyler with instructions on how to cure defective Lis Pendens with attached sample | 0.30 | $60.00 |
| 01/23/15 | NGL | Phone conference with Andrew Re: Lis Pendens/Trial strategy | 0.80 | $160.00 |
| 01/26/15 | NGL | Prepare email to Andrew & Tyler Re: certified copy of appellate court ruling | 0.20 | $40.00 |
| 01/26/15 | NGL | Edit amended Lis Pendens and exhibit A Return to Clients | 0.80 | $160.00 |
| 01/26/15 | NGL | Phone conference with Andrew Re: edits to Lis Pendens, trial strategy and actual entries into tenants units | 0.80 | $160.00 |
| 01/26/15 | NGL | Review email from Andrew Re: timeline, Ex Parte Motion precedents for justification defense | 0.50 | $100.00 |
| 01/26/15 | NGL | Court Appearance- Trial readiness | 1.00 | $200.00 |

| 01/26/15 | NGL | Phone conference with Mark and Andrew Re: post-trial readiness strategy forward | 0.50 | $100.00 |
| 01/26/15 | NGL | Prepare email to Brian Gerving Re: trial continued to 8/24 | 0.20 | $40.00 |
| 01/26/15 | NGL | Complete notes for justification defense | 0.50 | $100.00 |
| 01/27/15 | NGL | Prepare email to and Review email from Mark Re: inquiry from Fidelity about release of Deed of Trust | 0.20 | $40.00 |
| 01/27/15 | NGL | Review all attachments, timeline, email chains, etc. sent by AA for Trial prep Put CRG files to sleep | 1.00 | $200.00 |
| 01/28/15 | NGL | Review recorded Lis Pendens for compliance Prepare email to and Review email from Mark Dispatch register of Actions obtained form court clerk for DR110040 & DR110803 | 0.70 | $140.00 |
| 01/29/15 | NGL | Review email from Mark Re: reply to Fidelity National with terms demanded for release of Squires Lien | 0.20 | $40.00 |
| 01/29/15 | NGL | Prepare email to Mark Re: Notice of Association of counsel for City vs. Squires | 0.20 | $40.00 |
| 02/02/15 | NGL | Prepare email to Client Re: chronology obtained for DR110040 City vs. Squires | 0.20 | $40.00 |
| 02/05/15 | NGL | Prepare email to Humboldt Investigation Re: bill out work performed to date | 0.20 | $40.00 |
| 02/05/15 | NGL | Draft Proof of Service for Association of Counsel, file with court & dispatch to counsels | 0.40 | $80.00 |
| 02/10/15 | NGL | Prepare email to Client Re: fire at 117 5th Street, our plaintiff badly burned | 0.20 | $40.00 |
| 02/26/15 | NGL | Review email from and Prepare email to Mark Re: return of Lis Pendens service on Floyd | 0.20 | $40.00 |

Squires

| 04/01/15 | NGL | Review application for Order Shortening Time<br>Review email from Andrew Re: Lis Pendens<br>hearing | 0.30 | $60.00 |
|----------|-----|-----|------|--------|
| 04/01/15 | NGL | Review Motion for Expunge Lis Pendens<br>Prepare email to Client Re: Conference call | 0.50 | $100.00 |
| 04/02/15 | NGL | Conference with firm Re: defensibly of Lis<br>Pendens for Clients's situation<br>Review pleadings | 0.30 | $60.00 |
| 04/02/15 | NGL | Conference with Clients Re: strategy for<br>expungement hearing | 0.90 | $180.00 |
| 04/03/15 | NGL | Review email from and Prepare email to Mark<br>Re: Lis Pendens on all Squires properties,<br>question of former challenge by Squires | 0.40 | $80.00 |
| 04/03/15 | NGL | Prepare recorded Lis Pendens Proof of Service<br>for court filing, file and serve on B. Floyd, Pucci,<br>MacNevin | 0.60 | $120.00 |
| 04/03/15 | NGL | Review email from and Prepare email to Clients<br>Re: exhibits for rebuttal to Squires, State Bar<br>complaint | 0.40 | $80.00 |
| 04/03/15 | NGL | Prepare email to Client Re: service of Lis<br>Pendens on Brad Floyd | 0.30 | $60.00 |
| 04/05/15 | NGL | Review email from and Prepare email to Mark<br>Re: need to oppose Brad's application for order<br>shortening time<br>Release of Deed of Trust | 0.30 | $60.00 |
| 04/05/15 | NGL | Review and edit Client's opposition to Motion to<br>Expunge and attached Declaration | 1.60 | $320.00 |
| 04/06/15 | NGL | Prepare notes for Oral Agreement for 4/13<br>Motion to Expunge hearing | 0.20 | $40.00 |

| 04/08/15 | NGL | Review email from and Prepare email to Client's Re: possible prohibitions on borrowing/sale of properties in receivership | 0.20 | $40.00 |
|---|---|---|---|---|
| 04/08/15 | NGL | File opposition brief and associated docs Draft Proof of Service Serve on properties | 0.50 | $100.00 |
| 04/09/15 | NGL | Review email from Mark to Danielle Simon clarifying CRG payoff demand for Receiver's Certificate | 0.20 | $40.00 |
| 04/14/15 | NGL | Prepare email to and Review email from Brad Floyd Re: absence of Motion to expunge hearing on 4/13 court calendar | 0.30 | $60.00 |
| 04/14/15 | NGL | Prepare email to Clients Re: use of revised payoff demand email at Motion hearing | 0.30 | $60.00 |
| 04/14/15 | NGL | Review pleadings exhibits in preparation for Motion to expunge hearing Prepare oral argument notes | 1.50 | $300.00 |
| 04/14/15 | NGL | Prepare email to Brad Floyd with revised payoff demand for Deed of Trust Demand to withdraw Motion to Expunge | 0.50 | $100.00 |
| 04/20/15 | NGL | Prepare email to and Review email from Tyler Re: notice for rescheduled Motion to Expunge Lis Pendens hearing | 0.20 | $40.00 |
| 05/01/15 | NGL | Prepare email to Brad Floyd Re: future intentions for Motion to Expunge Lis Pendens | 0.20 | $40.00 |
| 05/06/15 | NGL | Review Re-filed Motion to Expunge Forward to Clients with questions | 0.40 | $80.00 |
| 05/12/15 | NGL | Skim revised opposition brief Prepare email to and Review email from Andrew Re: brief | 0.30 | $60.00 |
| 05/20/15 | NGL | Review pleadings Re: 2nd motion to expunge lis | 2.50 | $500.00 |

| | | | | |
|---|---|---|---|---|
| | | pendens, edit and prepare notes for oral argument file | | |
| 05/28/15 | NGL | First review of reply to our opposition to Motion for Lis Pendens | 0.30 | $60.00 |
| 05/28/15 | NGL | Prepare email to Clients Re: reply brief | 0.30 | $60.00 |
| 06/03/15 | NGL | Prepare Oral Argument for Motion to Expunge hearing<br>Review notes from pleadings | 1.60 | $320.00 |
| 06/03/15 | NGL | Court Appearance- Motion to Expunge hearing | 1.00 | $200.00 |
| 06/03/15 | NGL | Post Hearing Conference call with Clients | 0.40 | $80.00 |
| 07/06/15 | NGL | Draft Pucci Subpoena<br>Forward to Clients with explanatory email | 0.50 | $100.00 |
| 07/08/15 | NGL | Prepare email to Pucci with service of subpoena, consent and acknowledgment of receipt | 0.40 | $80.00 |
| 07/08/15 | NGL | Draft Pucci consent/acknowledgment | 0.40 | $80.00 |
| 07/08/15 | NGL | Complete Proof of Service of Civil subpoena for Pucci, following receipt of executed consent | 0.20 | $40.00 |
| 08/05/15 | NGL | Research local court rules for late deposit of jury fees<br>File deposit of fees | 0.50 | $100.00 |
| 08/05/15 | NGL | Review email from and Prepare email to Dean Pucci Re: Conference Call | 0.20 | $40.00 |
| 08/17/15 | KMW | Court Appearance- Trial Readiness<br>Memo to staff | 1.00 | $300.00 |
| 08/18/15 | NGL | Preparation of notes and questions for Conference with Dean Pucci | 0.30 | $60.00 |
| 08/18/15 | NGL | Conference with Pucci Re: anticipated scope of trial testimony, issues | 0.80 | $160.00 |

| 08/18/15 | NGL | Continue file Review germane to discussion with Pucci | 0.30 | $60.00 |
| 08/18/15 | NGL | 2nd Phone conference with Pucci Re: dates ruling received; proposed Order received by court | 0.20 | $40.00 |
| 08/18/15 | NGL | Compare and contrast language of Pucci; proposed Order with Court Order filed Oct. 28, 2011 | 0.50 | $100.00 |
| 08/18/15 | NGL | Phone conference with Andrew Re: trial strategy Phone conference with Pucci | 1.40 | $280.00 |
| 08/24/15 | NGL | Print out emails forwarded by Andrew 8/18 quickly Review | 0.30 | $60.00 |
| 08/26/15 | NGL | Court Appearance- Readiness Conference | 1.00 | $200.00 |
| 08/26/15 | NGL | Prepare email to Clients Re: new trial dates | 0.30 | $60.00 |
| 08/27/15 | NGL | Prepare email to Pucci releasing from trial appearance redraft new Subpoena for Gervins | 0.40 | $80.00 |
| 08/27/15 | NGL | Legal research Re: current witness fees per day of court for public employees, edit Gerving subpoena | 0.40 | $80.00 |
| 10/09/15 | NGL | Prepare email to Clients Re: likely continuation of 11/16 trial into 2016 | 0.20 | $40.00 |
| 11/09/15 | NGL | Court Appearance- Trial readiness hearing | 1.00 | $200.00 |
| 11/09/15 | NGL | Prepare email to Client Re: calendaring of new trial date | 0.20 | $40.00 |
| 02/04/16 | NGL | Re-isue Gerving subpoena Prepare email to Gerving with details | 0.50 | $100.00 |
| 04/11/16 | NGL | Review email from and Prepare email to Clients Re: trial trespassing signs, written discovery | 0.30 | $60.00 |

| 04/24/16 | NGL | Trial: Prep file Review<br>Draft closing argument | 1.90 | $380.00 |
| 04/25/16 | NGL | Court Appearance- Trial Readiness | 1.00 | $200.00 |
| 04/25/16 | NGL | Prepare email to Clients, Gerving Re: new trial dates, etc.<br>Draft and serve new Gerving Subpoena | 0.50 | $100.00 |
| 04/26/16 | NGL | Review email from and Prepare email to Mark Re: travel plans, trial testimony | 0.20 | $40.00 |
| 06/14/16 | NGL | Review email from and Prepare email to Client Re: trial schedule | 0.20 | $40.00 |
| 06/15/16 | NGL | Phone conference with Andrew Re: trial strategy | 0.50 | $100.00 |
| 06/15/16 | NGL | Prep notes of conversation | 0.20 | $40.00 |
| 07/11/16 | KMW | Court Appearance- Trial Readiness | 1.00 | $300.00 |
| 07/11/16 | KMW | Prepare email to Clients and Gerving Re: trial confirmation | 0.30 | $90.00 |
| 07/11/16 | NGL | Phone conference with Andrew Re: trial strategy development | 0.50 | $100.00 |
| 07/12/16 | NGL | Review Andrew's timeline<br>Review case file | 0.30 | $60.00 |
| 07/13/16 | NGL | Review file AA timeline prepare questions for Phone conference with Andrew | 1.50 | $300.00 |
| 07/13/16 | NGL | Phone conference with Andrew Re: trial prep | 1.40 | $280.00 |
| 07/13/16 | NGL | Trial Prep | 2.60 | $520.00 |
| 07/13/16 | NGL | Phone conference with Mark Adams Re: "ruling" vs "Order"; trial strategy<br>Motions to Limine | 1.00 | $200.00 |
| 07/14/16 | NGL | Trial prep | 0.80 | $160.00 |

Exhibit prep

| 07/16/16 | NGL | Trial Prep | 4.30 | $860.00 |
|---|---|---|---|---|
| 07/17/16 | NGL | Trial Prep | 6.30 | $1,260.00 |
| 07/18/16 | NGL | Court Appearance- Jury trial (jury selection) | 3.80 | $760.00 |
| 07/18/16 | NGL | Trial Prep- cross examination questions<br>Preparation of exhibits for Gerving testimony | 8.30 | $1,660.00 |
| 07/19/16 | NGL | Court Appearance- Trial | 8.00 | $1,600.00 |
| 07/19/16 | NGL | Trial Prep<br>Prepare Andrew Adams cross, Gerving direct,<br>augment closing | 5.30 | $1,060.00 |
| 07/20/16 | NGL | Court Appearance- Jury Trial<br>Trial Prep | 8.00 | $1,600.00 |
| 07/20/16 | NGL | Draft proposed jury verdict forms<br>Draft final closing argument | 5.50 | $1,100.00 |
| 07/20/16 | NGL | Trial strategy discussions with Client | 1.20 | $240.00 |
| 07/21/16 | NGL | Court Appearance- Jury Trial<br>Trial prep | 8.00 | $1,600.00 |
| 07/21/16 | NGL | Revise closing argument to reflect final jury<br>instructions, verdict forms | 1.50 | $300.00 |
| 07/22/16 | NGL | Prepare case file for post trial motions | 1.30 | $260.00 |
| 07/22/16 | NGL | Court Appearance- Judge's Conference in<br>Chambers Re: jury questions | 1.00 | $200.00 |
| 07/22/16 | NGL | Court Appearance- Jury verdict<br>Jury discussions of case | 1.50 | $300.00 |
| 07/27/16 | NGL | Review email from and Prepare email to Andrew<br>Re: documentation for fee Motion | 0.50 | $100.00 |

| 07/27/16 | NGL | Memo to legal secretary Re: documentation for proposed judgment | 0.50 | $100.00 |
|---|---|---|---|---|

|  |  | Hours: | 171.60 |  |
|---|---|---|---|---|
|  |  | Total fees: |  | $34,625.00 |

**Expenses:**

| 06/30/14 | EXP | Humboldt County Superior Court | $26.00 |
|---|---|---|---|
| 01/22/15 | EXP | City of Eureka- Witness Fees | $150.00 |
| 01/22/15 | EXP | Humboldt County Superior Court | $7.50 |
| 01/27/15 | EXP | Humboldt County Recorder | $50.00 |
| 02/23/15 | EXP | Humboldt Investigations investigation | $195.00 |
| 09/02/15 | EXP | Process Service | $50.00 |
| 09/02/15 | EXP | Mileage | $2.00 |

|  | Total expenses: | $480.50 |
|---|---|---|

**Payments & Adjustments:**

| 07/15/14 | Check No. 3336097 | $1,360.00 CR |
|---|---|---|
| 10/14/14 | Check No. 3924 | $2,000.00 CR |
| 11/13/14 | Check No. 107 | $2,000.00 CR |
| 12/24/14 | Check No. | $2,746.19 CR |
| 02/19/15 | Check No. 109 | $535.00 CR |
| 03/30/15 | Check No. 110 | $4,570.00 CR |
| 06/05/15 | Check No. 111 | $2,476.59 CR |
| 07/09/15 | Check No. 112 | $800.00 CR |

| 08/12/15 | Check No. 113 | $600.00 CR |
| 08/12/15 | Remove late fees | $9.56 CR |
| 01/04/16 | Check No. 114 | $2,054.21 CR |
| 03/01/16 | Check No. 115 | $270.21 CR |
| 03/01/16 | Remove late fees | $34.26 CR |
| 07/14/16 | Check No. 116 | $1,044.67 CR |
| | Total payments & adjustments: | $20,500.69 CR |

## Billing Summary

| Previous balance | $0.00 |
| Payments & adjustments | 20,500.69 CR |
| Current fees & expenses | 35,105.50 |
| **Total now due** | **$14,604.81** |

# PROOF OF SERVICE

F.R.C.P. 5   C.C.P. 1013a(3)( Rules of Court, Rule 2060)

I am a resident of, or employed in the County of Los Angeles, State of California.  I am over the age of 18 years old and not a party to the within action.  My business address is 150 S Barrington Avenue, Suite 100, Los Angeles, CA 90049

On August 10, 2016 I served the following listed document(s), by method indicated below, on the parties in this action:  **Prior Receiver Mark S. Adams Motion for Interim Fee Order; Memorandum of Points and Authorities; Declaration of Mark Adams; (Proposed) Order**

## ***SEE ATTACHED SERVICE LIST***

**X    BY U.S. MAIL**
By placing ☐ the original / X a true copy thereof enclosed in a sealed envelope(s), with postage prepaid, addressed as per the attached service list, for collection and mailing at the City of Burbank in Burbank, California following ordinary business practices.  I am readily familiar with the firm's practice for collection and processing of the document for mailing.  Under that practice, the document is deposited with the United States Postal Service on the same day in the ordinary course of business.  I am aware that upon motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in the affidavit.

☐    **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents.

☐    **BY PERSONAL SERVICE**
☐By personally delivering the document(s) listed above to the offices at the addressee(s) (as shown on the attached service list.
☐By placing the document(s) listed above in a sealed envelope(s) and instructing a registered process server to personally deliver the envelope(s) to the offices at the addressee(s) set forth on the attached service list.  The signed proof of service by the registered process server is attached

☐    **BY ELECTRONIC SERVICE**
**(via electronic filing service provider)**
By electronically transmitting the document(s) listed above to CaseStream File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexus.com pursuant to the Court's _____ Order mandating electronic service.  See C.R.C. ER. 2053, 2055, 2060.  The transmission was reported as complete and without error.

☐    **BY ELECTRONIC SERVICE**
**(to individual person)**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list.  The transmission was reported as complete and without error.  See Rules of Court rule 2060.

☐    **BY FACSIMILE**
By transmitting the document(s) listed above from Mark Adams, Esq., facsimile (949) 471-8100 to the facsimile machine telephone number(s) set forth on the attached service list.  Service by facsimile transmission was made pursuant to agreement of the parties, confirmed in writing.

X    **STATE**       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐    **FEDERAL**     I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

**Tyler Huxtable**
Type or Print Name

_____
Signature

## PROOF OF SERVICE

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 216 of 221

## SERVICE LIST

*City of Eureka v. Floyd Squires, et al (Case No. DR110040)*

**Attorneys for Petitioner, City of Eureka**
Dean J. Pucci, Esq.
JONES & MAYER
3777 N. Harbor Blvd.
Fullerton, CA 92835
Tel: (714) 446-1400
Fax: (714) 446-1448
Email: djp@jones-mayer.com

**Attorney for Respondents**
Bradford C. Floyd
FLOYD LAW FIRM
819 Seventh Street
Eureka, CA 95501
Tel. (707) 445-9754
Fax: (707) 445-5915
Email: floydlaw@suddenlinkmail.coms

**Receiver**
Jeffrey Smith
PO Box 6218
Eureka, CA 95502

PROOF OF SERVICE

1  MARK S. ADAMS, SB#68300
2  ANDREW F. ADAMS, SB#275109
   California Receivership Group, PBC
3  2716 Ocean Park Blvd., Suite 3010
   Santa Monica, California 90405
4  Tel. (310) 471-8181
   Fax (310) 471-8180
5  madams@calreceivers.com
   Court-Appointed Receiver
6
7              SUPERIOR COURT OF THE STATE OF CALIFORNIA
8                  FOR THE COUNTY OF HUMBOLDT
9
10 CITY OF EUREKA, a municipal              Case No.: DR110040
11 corporation, ("the City") and the PEOPLE
   OF THE STATE OF CALIFORNIA, ("the       [PROPOSED] ORDER
12 People") by and through Jones & Mayer,
   Special Counsel of the City of Eureka,   Date:  September 9, 2016
13                                           Time:  8:30 a.m.
                Petitioner,                  Dept.: 4
14
         vs.
15
16 FLOYD SQUIRES; FLOYD E. SQUIRES;
   FLOYD E. SQUIRES III; BETTY J.
17 SQUIRES; FB SQUIRES FAMILY
   TRUST; BETTY J'S BUILDING, INC; and
18 DOES ONE through SIXTY,
19              Respondents.
20 _____
21
22      The Court, having considered the Receiver Mark Adams ("Adams") Motion for Interim
23 Fees and Costs, the previous receiver's reports and accountings, the documents and testimony in
24 this case, and good cause appearing therefor,
25      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
26      1.      Adams's Motion for Interim Fees and Costs is hereby approved, and the actions
27 described therein ratified,
28

                                    -1-
                              [PROPOSED] ORDER

2. Respondents Floyd Squires, Floyd E. Squires, Floyd E. Squires III, Betty J Squires, FB Squires Family Trust, and Betty J's Building, Inc. are hereby ordered to immediately pay the Receiver the amount of $223,715.39.

3. The total amount due to Adams of $223,715.39 is a joint and several personal obligation of the named Respondents in this matter. Adams is authorized to collect the full amount of this judgment from Floyd Squires, Floyd E. Squires, Floyd E. Squires III, Betty J. Squires, FB Squires Family Trust, and Betty J's Building, Inc.

4. As the former appointed Receiver in this matter, Adams is authorized to issue a Receiver's Certificate ("the Certificate") or increase the existing Certificate with first lien (super priority) status in an amount not to exceed the total of $223,715.39 to recover the costs and fees. This Certificate is to be secured by a deed of trust on the properties listed in the appointment order dated March 10, 201, appointment order dated October 24, 2011, and again listed below:

a) 609 Summer Street, Eureka, CA (APN: 001-042-012)

b) 119 W. 6th Street, Eureka, CA (APN: 001-042-13)

c) 202 3rd Street, Eureka, CA; 315 C. Street, Eureka, CA (APN: 001-066-001)

d) 216 3rd Street, Eureka, CA (APN: 001-066-022)

e) 205 4th Street, Eureka, CA; 317 C Street, Eureka, CA; 325 C Street, Eureka, CA (APN: 001-066-007)

f) 117-119 5th Street, Eureka, CA (APN: 001-071-004)

g) 211-219 5th Street, Eureka, CA (APN: 001-103-004)

h) 1637 3rd Street, Eureka, CA (APN: 002-063-005)

i) 2325 2nd Street, Eureka, CA (APN: 002-123-004)

j) 1410 Union Street, Eureka, CA (APN: 004-033-005)

k) 1233 A Street, Eureka, CA (APN: 004-112-008)

l) 241 Wabash Avenue, Eureka, CA (APN: 004-196-007)

m) 1803 C Street, Eureka, CA (APN: 004-205-001)

n) 833 H Street, Eureka, CA (APN: 005-012-005)

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page 219 of 221

o) 705 15th Street, Eureka, CA (APN: 005-012-008)

p) 1625 G Street, Eureka, CA; 1625 G Street, Eureka, CA (APN: 005-053-006)

q) 1635 G Street, Eureka, CA (APN: 005-053-007)

r) 1925 H Street, Eureka, CA (APN: 005-075-009)

s) 1429 Sunny Avenue, Eureka, CA (APN: 006-191-015)

t) 2245 Broadway, Eureka, CA (APN: 008-011-007)

u) 2335 Broadway, Eureka, CA (APN: 008-001-010)

v) 204 W. Hawthorne Street, Eureka, CA (APN: 009-122-005)

w) 2941 California Street, Eureka, CA; 2969 California Street, Eureka, CA (APN: 010-061-010)

x) 2927 California Street, Eureka, CA (APN: 010-061-011)

y) 2535 I Street, Eureka, CA (APN: 011-153-005)

z) 2445 Russ Street, Eureka, CA (APN: 013-171-010)

5.  Adams is authorized to sign any Receivership Certificate and accompanying deed of trust with power of sale that he deems complies with the terms of this Order. The Certificate shall be executed in favor of any lender as may willing to finance such a Receiver's Certificate on such terms as are commercially reasonable and acceptable to Adams and as are subsequently reported to the Court.

6.  The sums due under the Certificate shall be due and payable at such time as the Receiver and the lender shall agree and subsequently report to the Court but in no case later than the date on which the Court approves the replacement receiver's final accounting and is discharged

Case: 17-10828    Doc# 286-11    Filed: 05/25/18    Entered: 05/25/18 15:24:02    Page
220 of 221

1       7      The Certificate and Deed of Trust shall be a lien with priority over any and all

2 existing liens or encumbrances (including the existing first trust deed on the property) other than

3 any lien recorded by a governmental entity for taxes on the property. The Certificate, the

4 accompanying Deed of Trust and this Order shall be recorded with the Office of the Humboldt

5 County Recorder.

6

7

8

9

10

11

12       IT IS SO ORDERED.

13

14 DATED: _____ 2016       ___ _____

15                              Judge of the Superior Court

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
**(PROPOSED) ORDER**