

The following constitutes the order of the Court.
Signed: November 6, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re ) Case No. 17-10828
Floyd E. Squires, III, )
)
Betty J. Squires ) Chapter 11
)
)
)
Debtors. )
_____)

## MEMORANDUM REGARDING RECENTLY FILED CLAIM OBJECTIONS

On October 30, 2018, Debtors filed an *Objection to Claim Number 56 by Claimant City of Eureka* (doc. 418). On November 1, 2018, Examiner Janina M. Hoskins filed an *Objection to Claim Number 61 by Claimant Bradford C. Floyd* (doc. 423) (together, the "Objections").

The Court notes these Objections are lodged fairly close to the plan confirmation hearing set for December 7, 2018. Accordingly, if the parties involved in either claim objection agree that the claim should be voted to in a certain amount at the confirmation hearing, the Court will entertain a stipulation stating as much. If it would be helpful for the Court to set a schedule on

the objection to estimate either claim, the Court would entertain a request to do so on shortened time.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**