Entered on Docket
November 20, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: November 20, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re )  Case No. 17-10828
Floyd E. Squires, III, )
)
Betty J. Squires )  Chapter 11
)
)  Hearing Date: December 5, 2018
)  Time: 10:30 AM
)  Place: 1300 Clay St.
)         Courtroom 220
)         Oakland, CA 94612
Debtors. )

## ORDER REGARDING TIME PERIOD TO RESPOND TO CITY OF EUREKA'S MOTION TO ALLOW CLAIMS IN ESTIMATED AMOUNTS

On November 14, 2018, Creditor City of Eureka filed a *Motion to Allow Claims of City of Eureka (in Estimated Amounts) Solely for Purposes of Voting on Second Amended Chapter 11 Plan* (the "Motion") (doc. 436). A hearing on the Motion was set for December 5, 2018. The *Notice of Hearing* (doc. 438) filed by the City of Eureka, and provided to interested parties, stated that the deadline to file any opposition to the Motion is no later than 14 calendar days prior to the hearing date.

It appears the City of Eureka is proceeding under BLR 9014-1(c)(2), which expressly states that for matters governed by that rule, the deadline for response, opposition, or objection is seven (not fourteen) days prior to the hearing date. Accordingly, the Court HEREBY ORDERS:

1. The deadline to file any objection to the Motion shall be **November 28, 2018.**
2. Any party that may have already filed an objection to the Motion may file supplemental documents through the November 28, 2018 deadline.

**\*END OF MEMORANDUM\***

## COURT SERVICE LIST

Sean Brantley
2969 California St. #13
Eureka, CA 95501

Tina Christensen-Kable
Coldwell Banker Cutten Realty
2120 Campton Rd. #C
Eureka, CA 95503

John Fullerton
711 3rd St.
Eureka, CA 95501

Arthur Mosier
1233 A St., #2
Eureka, CA 95501

Troy Mosier
1233 A St., #2
Eureka, CA 95501

Jerry Nelson
California Real Estate
510 M St.
Eureka, CA 95501

Scott Pesch
Coldwell Banker Commercial PPRE
1036 5th St. #A
Eureka, CA 95501

Real Property Management and
Maintenance Inc.
539 G St. #109
Eureka, CA 95501

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

John M. Wahlund
Coldwell Banker-Cutten Realty
2120 Campton Rd., #C
Eureka, CA 95503

Christopher Wilson
119 West 6th St.
Eureka, CA 95501