

```
1  David N. Chandler, Sr. SBN 60780
   DAVID N. CHANDLER, p.c.          The following constitutes the order of the Court.
2  1747 Fourth Street               Signed: April 1, 2019
   Santa Rosa, CA   95404
3  Telephone: (707) 528-4331        _____
4  Attorneys for Debtors            William J. Lafferty, III
                                    U.S. Bankruptcy Judge
```

            UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA

IN RE:                              CASE No. 17-10828 WJL

FLOYD E. SQUIRES, III and           CHAPTER 11
BETTY J. SQUIRES,

    Debtors.            /           ORDER ON MOTION FOR SANCTIONS

The above captioned matter having regularly come on for hearing before the above entitled Court on the Motion of the Debtors herein for Sanctions for Failure to Produce Documents Pursuant to Order Compelling Production on March 27, 2019, David N. Chandler appearing for the Debtors and Andrew Adams appearing for the Claimants, and the matter having been argued and submitted, and cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. That the Motion of the Debtors filed February 27, 2019 is granted.

2. California Receiver Group and Mark Adams, Claimants, are sanctioned the sum of $3,922.00 incurred as and for attorneys fees and said sum is payable to David N. Chandler, p.c. forthwith.

3. Claimants shall have thirty (30) days to discuss with the counsel for the moving party and to provide a privilege log where

privilege has been claimed and parameters for production of the communications heretofore ordered to be produced, and production of any and all other documents pertaining to the assignment of the Receiver Certificates.

    4. The matter shall be set for further hearing on May 8, 2019 at 10:30 a.m. before the above entitled Court.

*** END OF ORDER ***

| | |
|---|---|
| 1 | Court Service list |
| 2 | |
| 3 | (None) |