```
 1  David N. Chandler, Sr.   SBN 60780
    DAVID N. CHANDLER, p.c.
 2  1747 Fourth Street
    Santa Rosa, CA  95404
 3  Telephone: (707) 528-4331

 4  Attorneys for Debtors

 5
                    UNITED STATES BANKRUPTCY COURT
 6
                    NORTHERN DISTRICT OF CALIFORNIA
 7

 8   IN RE:                          CASE No. 17-10828 WJL

 9   FLOYD E. SQUIRES, III and       CHAPTER 11
     BETTY J. SQUIRES,
10                                   SUPPLEMENTAL DECLARATION OF
          Debtors.            /      DAVID N. CHANDLER IN OPPOSITION
11                                   TO MOTION TO STRIKE

12

13       I, DAVID N. CHANDLER, declare and say:

14       1.   If called as a witness, I am competent to testify to the

15  within matters from my own knowledge.

16       2.   I caused to be executed and filed a Declaration on April

17  3, 2019 which erroneously stated that I had promptly notified Mr.

18  Schultz as to the five properties for which all documents requested

19  pertaining to same would be produced.

20       3.   The same date, Mr. Schultz notified me that I had not, in

21  fact, provided him with the list.  I immediately reviewed my emails

22  and discovered that I had prepared the email and sent it to Mr.

23  Floyd for approval, but that I had not sent it along to Mr. Schultz

24  as I had thought I had done.

25       4.   Our  computer  system  was  infected  with  malware  and

26  completely went down on March 25th, the date which I had agreed to

27  identify the properties.  The email was not sent as I had intended

28
```

and believed it had. On April 3rd, I forwarded the email which I had sent to Mr. Floyd for approval to Mr. Schultz as I could not locate the one prepared to Mr. Schultz.

    5. Regretfully, my Declaration of April 3, 2019 was in error as to that point and I apologize to Mr. Schultz. Mr. Schultz has the identity of the five properties and hopefully can move forward with production.

Executed under penalty of perjury this 4th day of April, 2019 at Santa Rosa, California.

                                             */s/David N. Chandler*
                                             David N. Chandler
                                             Attorney for Debtors