```
David N. Chandler, Sr.   SBN 60780
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
IN RE:                              CASE No. 17-10828 WJL

FLOYD E. SQUIRES, III and           CHAPTER 11
BETTY J. SQUIRES,
                                    DECLARATION OF DAVID N. CHANDLER
     Debtors.            /          RE: MOTION FOR DISCOVERY
                                    SANCTIONS
                                    Date:  May 8, 2019
                                    Time:  10:30 a.m.
                                    Place: 1300 Clay St., Rm. 220
                                           Oakland, CA
```

I, DAVID N. CHANDLER, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. CRG and Mark Adams provided additional documents relating to the Requests for Production on April 29, 2019.

3. The documents provided do not include a privilege log and do not include a verification.

4. Documents produced do include an additional 55 emails which were directly responsive to the Requests and the assignment of the Deed of Trust. However, the additional documents produced do not include attachments to the emails produced but referenced in such emails.

5. Communications with the City of Eureka after 11/30/17 were

produced, however were not authenticated or states to represent all written communication from and after 11/30/17.

    6. Communications with the City of Eureka predating 11/30/17 were not produced.

Executed under penalty of perjury this 6th day of May, 2019 at Santa Rosa, California.

                                                                        */s/ David N. Chandler*
                                                                         David N. Chandler
                                                                         Attorney for Debtors