

MARK S. ADAMS, SB#68300
ANDREW F. ADAMS, SB#275109
California Receivership Group, BC
2716 Ocean Park Blvd., Suite 3010
Santa Monica, California 90405
Tel. (310) 471-8181
Fax (310) 471-8180
madams@calreceivers.com

The following constitutes the order of the Court.
Signed: May 21, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

In re

Floyd E. Squires, III
Betty J. Squires

    Debtors

Case No.: 17-10828
Chapter 11

**ORDER ON RECEIVER'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

<u>Hearing</u>
Date:    April 10, 2019
Time:    9:30 a.m.
Judge:   Hon. William Lafferty
Dept:    220

    Mark Adams and California Receivership Group's ("CRG") Motion for Relief from Stay (doc. 612) came on for hearing before this Court on April 10, 2019 at 9:30 a.m. Andrew F. Adams appeared for CRG, Bradford C. Floyd for Debtors. On April 10, 2019, the Court issued an Order After Hearing, noting that after the Motion was served via mail and a proof of service filed, a proposed order was to be uploaded with the Court. A Proof of Service was Filed with the Court on May 15, 2019.

    **IT IS HEREBY ORDERED** that:

-1-

1. CRG's Motion for Relief From the Automatic Stay is granted as to relief from stay pursuant to 11 U.S.C. Section 362(d)(1).
2. The Court does not find CRG exempt from the automatic stay pursuant to 11 U.S.C. Section 362(b)(4).
3. CRG is authorized to file a motion for fees and costs in the state court matter, *City of Eureka v. Floyd E. Squires, III* Case No. DR110040.

**END OF ORDER**

# COURT SERVICE LIST

Electronically mailed to ECF registered participants.

Via Mail:

Floyd E. Squires, III
Betty J. Squires
241 Wabash Ave.
Eureka, CA 95501

-1-
**COURT SERVICE LIST**

Case: 17-10828    Doc# 729    Filed: 05/21/19    Entered: 05/21/19 14:20:54    Page 3 of 3