The following constitutes the order of the Court.
Signed: July 13, 2021

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re ) | Case No. 17-10828 WJL |
| ) | Chapter 11 |
| Floyd E. Squires, III & ) | |
| Betty J. Squires, ) | |
| ) | **HEARING HELD** |
| ) | Date: May 20, 2021 |
| Debtors. ) | Time: 9:00 a.m. |
| ) | VIA TELECONFERENCE |

**MEMORANDUM REGARDING DECLARATION OF MICHAEL A. SWEET**

On May 20, 2021, the Court held a hearing in the above-captioned case. The parties made appearances as noted on the record.

Pursuant to the Court's lengthy discussion with the parties regarding the appropriate procedural mechanism for the City of Eureka's counsel to provide timesheets in support of their administrative expense request, in light of the City's concern of exposing privileged information, the City filed the Declaration of Michael A. Sweet [ECF No. 951] (the "Declaration"). The Declaration includes an Exhibit "1" (the "Exhibit") with the City's counsel's redacted time entries. In addition, the City's counsel

submitted an unredacted version of the Exhibit to the Court for review.

In reviewing the Exhibit, the Court notes that the time entries appear to be grouped in ways that suggest subcategories. By example, the Exhibit is not chronological from beginning to end, instead the Exhibit is made up of separate chronological sections. The different sections also appear to be related to particular issues, e.g., Motion to Appoint Chapter 11 Trustee, plan and disclosure statement. Although the Exhibit does appear to contain subcategories, it is not clear to the Court exactly how the Exhibit is organized.

Accordingly, the Court would appreciate any further filings the City's counsel would like to provide, including, but not limited to, reorganizing the Exhibit, providing headings, or providing subcategory titles for each entry. City's counsel also has the option to provide a short, and to the point, narrative, if he believes it would be helpful in guiding the Court's review.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**