The following constitutes the order of the Court.
Signed: August 13, 2021

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Floyd E. Squires, III &<br>Betty J. Squires,<br><br>          Debtors. | Case No. 17-10828 WJL<br><br>Chapter 11 |

**MEMORANDUM SETTING DEADLINE FOR RESPONSE REGARDING DECLARATION OF**

**MICHAEL A. SWEET**

On July 13, 2021, the Court entered a Memorandum Regarding Declaration of Michael A. Sweet [ECF No. 954] (the "First Memorandum"), requesting that City of Eureka's counsel, Michael Sweet, provide further guidance as to how Mr. Sweet's time entries are organized in his Declaration [ECF No. 951] ("Mr. Sweet's Declaration"). The First Memorandum did not include a deadline for Mr. Sweet to respond. However, noting that four weeks have passed without response, the Court now requests that Mr. Sweet file his response by **August 31, 2021.**

While the Court did not find it necessary for Mr. Sweet to

share unredacted versions of his firms's timesheets with Debtors' counsel, the Court will permit Debtors' counsel to file an opposition, if he so chooses, by **September 21, 2021.**

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**