The following constitutes the order of the Court.
Signed: October 5, 2021

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re                                   )   Case No. 17-10828 WJL
                                        )
                                        )   Chapter 11
Floyd E. Squires, III &                 )
Betty J. Squires,                       )
                                        )
                                        )
         Debtors.                       )
_____)

**MEMORANDUM REGARDING CITY OF EUREKA'S REQUEST FOR ALLOWANCE OF**

**ADMINISTRATIVE EXPENSE**

The Court has reviewed all of the filings made in support of and in opposition to the City of Eureka's Request for Allowance of Administrative Expense [ECF No. 621].

The Court has also reviewed the Chapter 11 Post-Confirmation Report for the Quarter Ending: June 30, 2021 [ECF No. 960] ("the Report") that was filed on July 20, 2021. The Report represents that all allowed claims have been paid in full and that there is a balance of $241,090.23 in the trustee checking account.

The Court recalls that at the status conference held on May 20, and in the Status Conference Statement [ECF No. 947] filed in

advance, that counsel to liquidating agent Janina M. Hoskins (the "Liquidating Agent") discussed several claims that had not been paid or resolved, namely, those of John Morrison, Bradford Floyd, and Mark Adams.  It was also represented that the liquidation of remaining property was expected to bring in additional funds in excess of $300,000.

The Court would appreciate an update from the Liquidating Agent as to the current amount of funds available to the estate and the status and value of any remaining property to be liquidated. The Court would also appreciate a current explanation from the Liquidating Agent, or any interested party, as to what claims remain unpaid and/or unresolved and the expectation for resolving such claims.  The Court requests that all such updates be made via a filing on the docket by **Friday, October 15, 2021.**

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**