Michael A. Isaacs, State Bar No. 99782
RINCON LAW, LLP
268 Bush Street, PMB 3335
San Francisco, CA 94104
Telephone No.: 415-404-5252
Facsimile No.: 415-680-1712
Email: misaacs@rinconlawllp.com

Counsel for JANINA M. HOSKINS,
Liquidating Agent
Under Confirmed Plan of Reorganization

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

    FLOYD E. SQUIRES, III
    *dba* FB SQUIRES FAMILY TRUST
    *dba* DOWNTOWN FAMILY TRUST
    *dba* SQUIRES OLD TOWN
        FAMILY TRUST
    and BETTY J. SQUIRES,

        Debtors.

Case No. 17-10828 WJL
Chapter 11
Hon. William J. Lafferty, III

**WITHDRAWAL OF CLAIM 57
(Mark Adams,
California Receivership Group LLC)**

The undersigned, counsel for Mark Adams, California Receivership Group LLC, hereby withdraws Claim 57 filed March 5, 2018 in the amount of $319,248.

DATED: October 4, 2021    CALIFORNIA RECEIVERSHIP GROUP LLC

By: _____
    Andrew Adams
    Attorney for Mark Adams