The following constitutes the order of the Court.
Signed: October 28, 2021

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 17-10828 WJL |
| | ) | |
| | ) | Chapter 11 |
| Floyd E. Squires, III & | ) | |
| Betty J. Squires, | ) | **HEARING HELD:** |
| | ) | Date: October 27, 2021 |
| | ) | Time: 11:30 a.m. |
| Debtors. | ) | VIA TELECONFERENCE |
| ————————————— | ) | |

**MEMORANDUM AFTER HEARING ON CITY OF EUREKA'S REQUEST FOR ALLOWANCE**

**OF ADMINISTRATIVE EXPENSE**

At the status conference held on October 27, 2021, regarding the City of Eureka's Request for Allowance of Administrative Expense [ECF No. 621], the Court gave an oral ruling that included a detailed description of the allowed and disallowed time entries. For the convenience of the parties, the Court is providing the following chart (Chart 1) of time categories for which compensation is requested, displaying the amounts requested in the Clarification of Substantial Benefit Entries [ECF No. 966] (the "Clarification Document") and the amounts approved by the Court.

1

2 CHART 1[1]

3

| DESCRIPTION | AMOUNT REQUESTED | AMOUNT APPROVED |
|---|---|---|
| B110 - Case Administration | $24,552.50 | $5,499.50 |
| B120 - Asset Analysis & Recovery | $0 | $0 |
| B130 - Asset Disposition | $0 | $0 |
| B140 - Relief from Stay/Adequate Protection | $0 | $0 |
| B160 - Fee/Employment Application | $2,307.50 | $0 |
| B190 - Other Contested Matters | $1,017.00 | $452.00 |
| B195 - Non-Working Travel | $0 | $0 |
| B210 - Business Operations | $2,312.50 | $0 |
| B230 - Financing/Cash Collateral | $0 | $0 |
| B240 - Tax Issues | $0 | $0 |
| B250 - Real Estate | $125.00 | $0 |
| B310 - Claims Administration | $0 | $0 |
| B320 - Plan & Disclosure Statement | $62.50 | $0 |
| C100 - Fact Gathering | $2,060.00 | $0 |
| C200 - Researching Law | $60.00 | $60.00 |
| C300 - Analysis & Advice | $452.00 | $0 |
| L110 - Fact Investigation/Development | $2,460.00 | $0 |
| L120 - Analysis/Strategy | $9,020.00 | $3,694.50 |
| L140 - Documents/File Management | $662.50 | $0 |
| L160 - Settlement/Non-Binding ADR | $27,972.50 | $17,080.00 |
| L210 - Pleadings | $11,745.00 | $6,500.00 |
| L230 - Court Mandated Conferences | $9,297.50 | $4,485.00 |

---

[1] In the oral ruling, the Court reviewed each time entry, so Chart 1 only provides the subtotal amounts for each category. Any party interested in an entry by entry review may listen to the Court's comments on the record.

| | | |
|---|---|---|
| L240 - Dispositive Motions | $4,760.00 | $2,240.00 |
| L250 - Other Written Motions | $13,800.00 | $11,680.00 |
| L310 - Written Discovery | $11,762.50 | $11,762.50 |
| L320 - Document Production | $2,080.00 | $0 |
| L330 - Depositions | $82,809.00 | $82,809.00 |
| L350 - Discovery Motions | $1,612.50 | $1,612.50 |
| L390 - Other Discovery | $8,649.50 | $8,649.50 |
| L430 - Written Motions & Submissions | $3,480.00 | $2,000.00 |
| L440 - Other Trial Preparation | $44,360.00 | $43,480.00 |
| L450 - Trial & Hearing Attendance | $15,292.50 | $15,292.50 |
| P200 - Fact Gathering & Due Diligence | $440.00 | $0 |
| P220 - Tax | $0 | $0 |
| P240 - Real & Personal Property | $0 | $0 |
| TR110 - Fact Investigation & Development | $1,400.00 | $880.00 |
| Subtotal | $284,552.50[2] | $218,177.00[3] |
| Less Court Deduction of 25% | | $54,544.25 |
| **Total Substantial Contribution Fee Award** | | **$163,632.75** |

**\*END OF MEMORANDUM\***

---

[2] The Court relied on the requested amounts listed in the Clarification Document as a starting point for analyzing each of the City of Eureka's categories. The Court recognizes that some categories were further discounted, resulting in the total request amount of $258,498.00 listed in the Clarification Document and the Supplement to the Clarification Document [ECF No. 967]. However, the Court has reviewed every time entry submitted and is satisfied that the approved amount takes into consideration those further discounts.

[3] On the record, the Court mistakenly stated that the subtotal amount was $218,127.00.

Case: 17-10828    Doc# 984    Filed: 10/28/21    Entered: 10/28/21 15:20:37    Page 3 of 4

1    **COURT SERVICE LIST**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 17-10828   Doc# 984   Filed: 10/28/21   Entered: 10/28/21 15:20:37   Page 4 of 4