The following constitutes the order of the Court.
Signed: October 29, 2021

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 17-10828 WJL |
| | Chapter 11 |
| Floyd E. Squires, III & Betty J. Squires, | **HEARING HELD:** |
| | Date: October 27, 2021 |
| | Time: 11:30 a.m. |
| Debtors. | VIA TELECONFERENCE |

**SUPPLEMENTAL MEMORANDUM AFTER HEARING ON CITY OF EUREKA'S REQUEST**

**FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**

At the status conference held on October 27, 2021, the Court identified certain expense entries, requested by the City of Eureka (the "City"), that required further explanation as to how they supported the City's efforts in preparing for trial on its Motion to Appoint Chapter 11 Trustee. The City's counsel, Michael Sweet, agreed to provide further clarification of the nature of the requested expenses in the form of a declaration filed on the docket within seven (7) days of the entry of this Memorandum. To further assist Mr. Sweet, the Court has, again, identified the expenses it is inclined to allow and disallow in the following tables.

The Court is inclined to approve the expense entries listed in Table 1, pending confirmation from Mr. Sweet that such expenses were incurred in relation to trial preparation prior to March 29, 2021.

**Table 1**

| Date | DESCRIPTION | AMOUNT REQUESTED | NARRATIVE |
|---|---|---|---|
| 2/02/2018 | Messenger Service/Delivery | $56.50 | Attorney Services |
| 3/09/2018 | Messenger Service/Fed Ex | $10.18 | Ship to David Chandler |
| 3/09/2018 | Messenger Service/Fed Ex | $10.18 | Ship to Jared A. Day |
| 3/15/2018 | Messenger Service/Delivery | $93.24 | Pay to: UPS |
| 3/16/2018 | Messenger Service/Fed Ex | $10.18 | Ship to David Chandler |
| 3/16/2018 | Messenger Service/Fed Ex | $10.18 | Ship to Jared A. Day |
| 3/26/2018 | Outside Vendor Copies | $1,320.66 | Pay to: Docuevidence Inc. |
| 3/30/2018 | Outside Vendor Copies | $187.43 | Pay to: Docuevidence Inc. |
| 3/30/2018 | Outside Vendor Copies | $552.43 | Pay to: Docuevidence Inc. |
|  | **Total** | **$2,250.98** |  |

The Court is also inclined to approve the expense entries listed in Table 2, pending confirmation that such expenses were related to trial preparation and incurred prior to March 29, 2021.

**Table 2**

| Date | Description | Amount | Narrative |
|---|---|---|---|
| 4/04/2018 | Deposition/Transcript | $599.75 | Pay to: Ronald W. Coleman |
| 4/04/2018 | Deposition/Transcript | $2,018.70 | Pay to: Ronald W. Coleman |

| Date | Description | Amount | Payee |
|---|---|---|---|
| 4/04/2018 | Deposition/Transcript | $2,243.85 | Pay to: Ronald W. Coleman |
| 4/04/2018 | Deposition/Transcript | $1,187.00 | Pay to: Ronald W. Coleman |
| 4/04/2018 | Deposition/Transcript | $2,768.48 | Pay to: Ronald W. Coleman |
| 4/04/2018 | Deposition/Transcript | $1,904.75 | Pay to: Ronald W. Coleman |
| 4/04/2018 | Deposition/Transcript | $459.02 | Pay to: Litigation Services & Technologies of Nevada |
| 4/04/2018 | Deposition/Transcript | $335.87 | Pay to: Litigation Services & Technologies of Nevada |
| 4/04/2018 | Deposition/Transcript | $735.05 | Pay to: Litigation Services & Technologies of Nevada |
| 4/04/2018 | Deposition/Transcript | $505.00 | Pay to: P.E.S. Video Service, Inc. |
| 4/04/2018 | Deposition/Transcript | $780.00 | Pay to: Sights and Sounds Unlimited, Inc. |
| 4/04/2018 | Professional Services | $1,022.91 | Pay to: Sights and Sounds Unlimited, Inc. |
| 4/04/2018 | Professional Services | $829.63 | Pay to: Sights and Sounds Unlimited, Inc. |
| 4/04/2018 | Professional Services | $800.00 | Pay to: Sights and Sounds Unlimited, Inc. |
| | **Total** | **$16,190.01** | |

The Court is disinclined to allow the expense entries listed in Table 3, which took place significantly after March 29, 2021. However, Mr. Sweet has the opportunity to explain to the Court, in his forthcoming declaration, how such expenses were incurred in preparation for trial prior to March 29, 2021.

**Table 3**

| | | | |
|---|---|---|---|
| 3/12/2018 | Publication/Research | $23.10 | Pay to: LexisNexis |
| 4/04/2018 | Publication/Research | $94.72 | Pay to: Nathan A. Schultz, P.C. |
| 4/16/2018 | Deposition/Transcript | $1,474.71 | Pay to: Naegeli Reporting Corporation |
| 4/25/2018 | E-Discovery Costs | $2,089.36 | Pay to: Iris Data Services, Inc. |
| 6/05/2018 | Document Retrieval | $5.50 | Pay to: U.S. Bankruptcy Court SDNY |
| 6/08/2018 | Messenger Service/Fed Ex | $10.40 | Robin \| Solomon |
| 8/24/2018 | Document Retrieval | $5.50 | Pay to: Kit Fong |
| 8/29/2018 | Postage Charges | $53.58 | |
| 11/14/2018 | Outside Vendor Copies | $33.79 | Pay to: Seneca Holdings LLC |
| 11/14/2018 | Outside Vendor Copies | $1,351.93 | Pay to: Seneca Holdings LLC |
| 11/27/2018 | Postage Charges | $24.70 | |
| | **Total** | **$5,167.29** | |

Finally, as stated on the record, the Court does not intend to allow the expense entries listed in Table 4 related to Westlaw research and secretarial overtime.

**Table 4**

| | | | |
|---|---|---|---|
| 1/28/2018 | Westlaw, Research | $13.72 | |
| 1/29/2018 | Westlaw, Research | $6.86 | |
| 1/31/2018 | Westlaw, Research | $3.96 | |
| 2/02/2018 | Westlaw, Research | $14.85 | |
| 2/02/2018 | Westlaw, Research | $7.89 | |
| 2/08/2018 | Secretarial Overtime | $112.08 | |
| 2/12/2018 | Westlaw, Research | $74.27 | |

| | | |
|---|---|---|
| 2/14/2018 | Westlaw, Research | $6.37 |
| 2/15/2018 | Westlaw, Research | $27.89 |
| 2/21/2018 | Westlaw, Research | $7.89 |
| 3/01/2018 | Westlaw, Research | $4.19 |
| 3/05/2018 | Westlaw, Research | $2.10 |
| 3/07/2018 | Westlaw, Research | $14.68 |
| 3/10/2018 | Westlaw, Research | $10.49 |
| 3/11/2018 | Westlaw, Research | $9.89 |
| 3/11/2018 | Westlaw, Research | $10.49 |
| 3/12/2018 | Westlaw, Research | $4.19 |
| 3/13/2018 | Westlaw, Research | $16.78 |
| 3/14/2018 | Westlaw, Research | $4.19 |
| 3/19/2018 | Secretarial Overtime | $202.44 |
| 3/21/2018 | Westlaw, Research | $8.39 |
| 3/21/2018 | Westlaw, Research | $6.29 |
| 3/22/2018 | Westlaw, Research | $17.68 |
| 3/22/2018 | Westlaw, Research | $1.50 |
| 3/22/2018 | Westlaw, Research | $8.09 |
| 3/23/2018 | Westlaw, Research | $12.28 |
| 3/23/2018 | Secretarial Overtime | $202.44 |
| 3/24/2018 | Westlaw, Research | $3.00 |
| 3/24/2018 | Westlaw, Research | $2.10 |
| 3/26/2018 | Westlaw, Research | $17.68 |
| 3/28/2018 | Westlaw, Research | $3.00 |
| 4/15/2018 | Westlaw, Research | $4.20 |
| 6/19/2018 | Westlaw, Research | $6.48 |
| 9/20/2018 | Westlaw, Research | $16.72 |
| 10/15/2018 | Westlaw, Research | $9.23 |
| 11/12/2018 | Westlaw, Research | $18.10 |
| 11/19/2018 | Westlaw, Research | $3.06 |
| 11/20/2018 | Westlaw, Research | $16.33 |
| 11/28/2018 | Westlaw, Research | $22.50 |

| | | | |
|---|---|---|---|
| 11/30/2018 | Westlaw, Research | $2.18 | |
| 12/01/2018 | Westlaw, Research | $13.38 | |
| 12/01/2018 | Westlaw, Research | $12.90 | |
| 12/03/2018 | Westlaw, Research | $20.18 | |
| 12/04/2018 | Westlaw, Research | $18.21 | |
| 12/12/2018 | Westlaw, Research | $7.42 | |
| | **Total** | **$1,008.56** | |

***END OF MEMORANDUM***

**COURT SERVICE LIST**